1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall (90072)
2    *rkendall@kbkfirm.com*
   Philip M. Kelly (212714)
3    *pkelly@kbkfirm.com*
   Joshua Y. Karp (254424)
4    *jkarp@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
5  Los Angeles, California  90067
   Telephone: 310.556.2700
6  Facsimile:  310.556.2705

7  Attorneys for Plaintiff and Cross-Defendant

8
                    **UNITED STATES DISTRICT COURT**
9
             **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
10

11

12 | DAVID V. BECKHAM, an individual,                    | Case No. CV10-7980 R (SSx)
   |                                                     |
13 |              Plaintiff,                             |
   |                                                     |
14 |        v.                                           | **PLAINTIFF AND CROSS-DEFENDANT**
   |                                                     | **DAVID V. BECKHAM'S ANSWER TO**
15 | BAUER PUBLISHING COMPANY, L.P., a                   | **CROSS-COMPLAINT OF IRMA NICI**
   | Delaware limited partnership; BAUER                 | **FOR GENERAL NEGLIGENCE,**
16 | MAGAZINE L.P., a Delaware limited                   | **INTENTIONAL TORT**
   | partnership; BAUER MEDIA GROUP, INC.,               |
17 | a Delaware corporation; BAUER, INC., a              |
   | Delaware corporation; BAUER NORTH                   |
18 | AMERICA, INC., a Delaware corporation;              |
   | MICHELLE LEE, an individual; IRMA NICI,             |
19 | an individual; and DOES 1 through 50,                |
   | inclusive,                                          |
20 |              Defendants.                            |

21 | IRMA NICI, an individual,
   |
22 |              Cross-Complainant,
   |
23 |        v.
   |
24 | DAVID V. BECKHAM, an individual,
   |
25 |              Cross-Defendant.

26

27

28

60382.1

PLAINTIFF AND CROSS-DEFENDANT DAVID V. BECKHAM'S ANSWER TO CROSS-COMPLAINT OF
IRMA NICI FOR GENERAL NEGLIGENCE, INTENTIONAL TORT

1    Pursuant to Rule 8(b) of the Federal Rules of Civil Procedure, Plaintiff and Cross-Defendant David V. Beckham ("Beckham") hereby answers the Cross-Complaint of Defendant and Cross-Complainant Irma Nici ("Cross-Complainant").  If an averment is not specifically admitted, it is hereby denied.

    1.    Beckham admits that the Irma Nici is the name of the Cross-Complainant and that David V. Beckham and Does 1-25 are the Cross-Defendants.

    2.    Beckham admits that Cross-Complainant's pleading, including attachments and exhibits, consists of 6 pages.

    3.    Beckham lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 3.

    4.    Paragraph 4 contains no factual or other allegations and therefore requires no response.

    5.    Beckham admits that he is a natural person.  Beckham lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the remaining allegations in Paragraph 5.

    6.    Beckham lacks knowledge or information sufficient to form a belief as to the truth or accuracy of the allegations in Paragraph 6.

    7.    Paragraph 7 contains no factual or other allegations and therefore requires no response.

    8.    Paragraph 8 contains no factual allegations and constitutes a legal conclusion and therefore requires no response.

    9.    Paragraph 9 contains no factual or other allegations and therefore requires no response.

    10.    Beckham admits that causes of action brought in the Cross-Complaint are for General Negligence and for Intentional Tort, and that they are attached to the Cross-Complaint.

    11.    Beckham denies the allegations in Paragraph 11.

    12.    Paragraph 12 contains no factual or other allegations and therefore requires no response.

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

60382.1

1

PLAINTIFF AND CROSS-DEFENDANT DAVID V. BECKHAM'S ANSWER TO CROSS-COMPLAINT OF IRMA NICI FOR GENERAL NEGLIGENCE, INTENTIONAL TORT

1   13.   Paragraph 13 contains no factual allegations and constitutes a legal conclusion and therefore requires no response.

2.   14.   Beckham admits that the Cross-Complainant prays for compensatory damages and punitive damages, and that the Cross-Complainant states that the amount of damages is according to proof.  Beckham denies that Cross-Complainant has suffered or is entitled to recover any damages.

3.   15.   Paragraph 15 contains no factual or other allegations and therefore requires no response.

### FIRST CAUSE OF ACTION – GENERAL NEGLIGENCE

Beckham denies all allegations set forth under this cause of action.

### SECOND CAUSE OF ACTION – INTENTIONAL TORT

Beckham denies all allegations set forth under this cause of action.

### EXEMPLARY DAMAGES ATTACHMENT

Beckham denies all allegations set forth in this attachment.

### AFFIRMATIVE DEFENSES

Pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, Beckham further pleads the following separate and additional defenses.  By pleading these defenses, Beckham does not in any way agree or concede that he has the burden of proof or persuasion on any of these issues. Beckham reserves the right to assert such additional affirmative defenses as discovery indicates are proper.

### FIRST AFFIRMATIVE DEFENSE

**(Failure To State A Claim Upon Which Relief May Be Granted)**

1.   The Cross-Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

**(Comparative Fault)**

2.   The Cross-Complaint is barred, in whole or in part, based on principles of comparative fault.

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

60382.1

2

PLAINTIFF AND CROSS-DEFENDANT DAVID V. BECKHAM'S ANSWER TO CROSS-COMPLAINT OF IRMA NICI FOR GENERAL NEGLIGENCE, INTENTIONAL TORT

### THIRD AFFIRMATIVE DEFENSE

**(Consent)**

3. The Cross-Complaint is barred, in whole or in part, based on the doctrine of consent.

### FOURTH AFFIRMATIVE DEFENSE

**(Contributory Negligence)**

4. The Cross-Complaint is barred, in whole or in part, based on principles of contributory negligence.

### FIFTH AFFIRMATIVE DEFENSE

**(Estoppel)**

5. The Cross-Complaint is barred, in whole or in part, based on principles of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

**(Failure To Mitigate Damages)**

6. The Cross-Complaint is barred, in whole or in part, based on a failure to mitigate damages.

### SEVENTH AFFIRMATIVE DEFENSE

**(Unclean Hands)**

7. The Cross-Complaint is barred, in whole or in part, by the doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

**(Self-Defense)**

8. The Cross-Complaint is barred, in whole or in part, based on self-defense.

### NINTH AFFIRMATIVE DEFENSE

**(Unjust Enrichment)**

9. The Cross-Complaint is barred, in whole or in part, based on principles of unjust enrichment.

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

60382.1

3

PLAINTIFF AND CROSS-DEFENDANT DAVID V. BECKHAM'S ANSWER TO CROSS-COMPLAINT OF IRMA NICI FOR GENERAL NEGLIGENCE, INTENTIONAL TORT

### TENTH AFFIRMATIVE DEFENSE

10. Cross-Complainant's claims for relief against Beckham are barred, in whole or in part, because the damages allegedly suffered by Cross-Complainant, if any, were not proximately caused by Beckham.

### ELEVENTH AFFIRMATIVE DEFENSE

11. Cross-Complainant's claims against Beckham are barred, in whole or in part, because Cross-complainant's damages, if any, are vague, uncertain, and speculative.

### TWELFTH AFFIRMATIVE DEFENSE

12. Cross-Complainant's claims for relief against Beckham are barred, in whole or in part, because Cross-Complainant failed to state a claim upon which exemplary or punitive damages can be awarded against Beckham.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. The Cross-Complaint, to the extent that it seeks exemplary or punitive damages against Beckham, violates Beckham's right to procedural and substantive due process under the Fourteenth Amendment to the United States Constitution and Article I, Section 7 of the California Constitution.

WHEREFORE, Plaintiff and Cross-Defendant prays for relief as follows:

1. That the Cross-Complaint be dismissed, with prejudice and in its entirety;

2. That Defendant and Cross-Complainant take nothing by this action and that judgment be entered against Defendant and Cross-Complainant and in favor of Plaintiff and Cross-Defendant;

3. That Plaintiff and Cross-Defendant be awarded his attorneys' fees and costs incurred in defending this action;

//
//
//

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

60382.1

4

PLAINTIFF AND CROSS-DEFENDANT DAVID V. BECKHAM'S ANSWER TO CROSS-COMPLAINT OF IRMA NICI FOR GENERAL NEGLIGENCE, INTENTIONAL TORT

4. That Plaintiff and Cross-Defendant be granted such other and further relief as the Court may deem just and proper.

Dated: October 29, 2010             KENDALL BRILL & KLIEGER LLP

                                    By:  s/Philip M. Kelly
                                         Philip M. Kelly
                                         Attorneys for Plaintiff and Cross-Defendant

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

60382.1

5

PLAINTIFF AND CROSS-DEFENDANT DAVID V. BECKHAM'S ANSWER TO CROSS-COMPLAINT OF IRMA NICI FOR GENERAL NEGLIGENCE, INTENTIONAL TORT