# DECLARATION OF DEBORAH BAER

I, Deborah Baer, declare:

1. I am over the age of eighteen years. The matters stated in this Declaration are true of my own personal knowledge.

2. I am the Executive Editor of *In Touch Weekly*. I conducted the interviews for, wrote and edited the article "David's Dangerous Betrayal" that appeared in the October 4, 2010 issue of *In Touch Weekly* (the "Article"). I understand that in this action David Beckham contends that a number of statements in the Article are false, including that he had an "affair" with Irma Nici and "committed adultery" (the "Statements"). At the time I wrote and participated in the publication of the Article, I had no doubt about the accuracy of the Article and firmly believed it to be true, including the Statements at issue. Indeed, even today, I have learned no facts since its publication that cause me to have any doubts – let alone serious doubts – about the accuracy of the Article. I submit this Declaration to explain my reporting for the Article.

**Background**

3. Since January 2006, I have been employed by *In Touch Weekly* magazine, which is published by co-defendant Bauer Magazine LP. I have worked as a journalist since 1997, after graduating in 1996 from the Northwestern University Graduate School of Journalism. I was a reporter and editor for several magazines, including *Ladies' Home Journal*, *Parents Magazine* and *CosmoGirl!*, and have written on a freelance basis for many others, including *Marie Claire*, *Glamour*, *Self*, *Prevention*, *Us Weekly* and *Seventeen*. My reporting has never previously been the subject of a libel action.

4. At *In Touch Weekly* and elsewhere, I have developed an expertise in celebrity journalism. I have written and reported innumerable features about public figures, and have conducted in-depth interviews with such people as Sarah Palin,



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Ellen DeGeneres, Britney Spears, Angelina Jolie, Katie Holmes and Mariah Carey. I would estimate that I have written hundreds of articles during my career.

**David Beckham**

5. In my work as a celebrity journalist, I have become very familiar with soccer superstar David Beckham, whom I have seen referred to as one of the most famous people in the world. Since 1999, Mr. Beckham has been married to Victoria Beckham (née Adams), who is also known as "Posh Spice," a member of the Spice Girls, one of the world's biggest pop groups in the 1990s. I am aware of the fact that the Beckhams have generated countless news articles about their careers, family and personal lives. In addition, photographs are regularly run in *In Touch Weekly* (and other celebrity magazines) documenting their personal lives. I am aware that the Beckhams participate in and seek much of this coverage. For example, they sold the exclusive rights to cover their wedding to *OK! Magazine*, for what was reported to be 1 million British pounds. More recently, as the Article reports, they had created a "steamy" new ad pitching their his-and-hers fragrances called "Intimately Yours by David and Victoria Beckham."

6. *In Touch Weekly* was not the first publication to report that David Beckham had engaged in an extramarital affair or committed adultery. Mr. Beckham's alleged extramarital affairs have been the subject of numerous previously published articles. When I became involved in the reporting for the Article, I was well aware of Mr. Beckham's widely reported reputation for adultery.

7. In 2004, for example, I read the press reporting claims by Rebecca Loos, Mr. Beckham's former personal assistant, that the two had an extramarital affair while Mr. Beckham was married to Ms. Beckham. Ms. Loos's story generated a great deal of press at the time. (True and correct copies of contemporaneous reports of Mr. Beckham's alleged affair are attached hereto as Exhibit A.) As I recall, Mr. Beckham's reported denial of this affair was somewhat equivocal (he called the story



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

"ludicrous") and, while he made public statements about a possible lawsuit, he never took any legal action against the magazines that published the allegations. In fact, just a few months ago Mr. Beckham's wife was asked about these allegations and she was put in the awkward place of having to declare that "I know David has never cheated on me." (A true and correct copy of an article quoting Ms. Beckham is attached hereto as Exhibit B.) I found Ms. Loos's story to be detailed and credible, and I believed it to be true.

8. As we have reported in the Article, around the time of Ms. Loos's accusations, multiple other women, including a beautician named Danielle Heath, came forward with similar accusations of having slept with Mr. Beckham while he was married. Among those women, Sarah Marbeck, who was reported to be an escort, was among the women who alleged that she had an affair with Mr. Beckham. To the best of my recollection, while Mr. Beckham may have denied these accusations, he never took any legal action. (True and correct copies of contemporaneous articles about other women's allegations of affairs with Mr. Beckham are included in Exhibit A, attached hereto.)

9. It was against this backdrop of Mr. Beckham's history as a widely reported serial adulterer that this year *In Touch Weekly* began to receive information concerning independent stories of Beckham engaging in extramarital affairs. These more recent events were largely alleged to have taken place in the United States, particularly in Los Angeles, where the Beckhams moved in 2007.

**Los Angeles Affairs**

10. Well before we received the information concerning Mr. Beckham's relationship with Irma Nici that is described in the Article, the magazine had for months been working on other stories that built on Beckham's reputation for adultery. First, in approximately March 2010, one of our Los Angeles-based reporters received information from a source who said he or she was aware that a



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

woman who worked at a lingerie store in Los Angeles had had an affair with David Beckham. We learned that the lingerie store employee told some of her friends about the affair. We decided to pursue the story.

11. We learned that this woman had left her job in Los Angeles and gone to visit her parents in Hawaii, so we sent a reporter to Hawaii to try to find her. (We found her parents, but not her.) We also learned that she showed another friend text messages she received from Mr. Beckham. When the source told our reporter about the text messages, this fact rang true to me, since Rebecca Loos, in 2004, had also claimed that she had text messages from Mr. Beckham and would make them public if he sued her. In the meantime, we understood that Mr. Beckham often would meet the lingerie saleswoman at the Figueroa Hotel near the Staples Center, after Lakers games. We sent a reporter to the hotel and confirmed that David Beckham had stayed there more than once. Thereafter, we contacted the woman directly. Ultimately, she denied the story of an affair, as did Mr. Beckham, and we elected not to publish the article. But we continued to believe that Mr. Beckham did have a relationship with this lingerie saleswoman.

12. This was not the only information we were receiving that supported the conclusion that Mr. Beckham was having affairs. Another source told us about seeing David Beckham at the Sunset Towers Hotel. After dining, Mr. Beckham waited in the lobby for more than an hour, speaking anxiously on the phone and claiming to wait for a ride. Another source at the hotel confirmed that Mr. Beckham ultimately left that night with a pretty young blonde woman. Further, this source recounted that this was not the first time he saw Mr. Beckham meet women at the hotel in the past and leave with them.

13. Separately, we learned that Mr. Beckham's nanny had seen suggestive text messages implying that Mr. Beckham was having an affair with Shery Shabani, the mother of one of the students in his sons' school. Indeed, after Mr. Beckham



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

commenced this lawsuit, documents from Ms. Shabani's divorce proceedings became public. These court records repeat allegations about her alleged affair with Mr. Beckham. Mr. Beckham denies this alleged affair, as does Ms. Shabani. (True and correct copies of certain documents from these divorce proceedings mentioning Mr. Beckham are attached hereto as Exhibit C.)

14. This is only some of the reporting we had received in the months before we learned of the facts surrounding the Article at issue. While we did not print any of these stories – the meetings at the Sunset Towers Hotel, the lingerie saleswoman affair or the alleged affair with his child's schoolmate's mother – in my mind, the cumulative weight of these recent allegations suggesting affairs, coupled with all the previously published adultery allegations, added to the credibility of Irma Nici's story.

**The First Nici Interview**

15. This past summer, a source for the magazine put us in touch with Kristin Davis, the famed madam who had been arrested and went to jail following the revelations that New York former governor Eliot Spitzer had used prostitutes. Coincidentally, at the time I spoke with her, Ms. Davis was also running for governor of New York.

16. An editor on the West Coast first spoke with Ms. Davis. Ms. Davis explained that a prostitute she had worked with was willing to speak about several famous men she had slept with. Ms. Davis provided the editor with a few names and she shared those with me and others at the magazine. This list did *not* include Mr. Beckham. Since Ms. Davis was in New York, it was decided that we in New York would follow up on the story. Ultimately I met with her and did the subsequent reporting for the Article.

17. In July 2010, I first met Ms. Davis at a birthday party in New York. Thereafter she contacted me and told me that another prostitute who had previously



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

worked with her wanted to speak to a magazine. Ms. Davis gave me the names of several famous men this woman had slept with, including David Beckham. It was my impression that Ms. Davis expected me to be most interested in one of the other names on her list. Because of all the recent reporting we already had about Mr. Beckham's extramarital affairs, however, I elected to obtain more information on David Beckham. Additionally, as opposed to some of the other names on the list, Mr. Beckham had done the most to make his family life public and make much of his supposed "perfect" family.

18. Some time after my initial conversation with Ms. Davis, I arranged to meet the prostitute, who I came to learn was Irma Neziroric, who goes by "Irma Nici."

19. On September 11, 2010, I met with Ms. Davis and Ms. Nici in Manhattan. We spoke for approximately three hours and I tape recorded the interview. (I attach as Exhibit D a certified transcript of the taped conversation. Because Ms. Nici speaks very quietly and has an accent, and we were in a public place, the quality of the tape recording was not perfect.) During that conversation, Ms. Nici provided me with the information concerning her liaisons with Mr. Beckham that is reported in the Article. Ms. Nici informed me that Mr. Beckham was referred to her by a London stylist friend she knew. This stylist had previously referred clients to Ms. Nici. She described in great detail the evening she spent with Mr. Beckham at Le Parker Meridien hotel in New York City in August 2007. When I pressed her on the timing of the encounter, she recalled that it was about two days before his soccer team, the Los Angeles Galaxy, played in New York. She recalled this because she actually attended the game with another client.

20. Her story included vivid details beyond her description of the sex they had – from what he wore, observations he made about his family, his "squeaky" voice and his desire to have the TV's remote controls kept in order – that collectively



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

added to my belief in the story's accuracy. Ms. Nici also told me that she concluded that the junior suite at the Parker Meridien did not appear to be where Mr. Beckham was staying as she did not see any personal effects. I did not perceive her as in any way trying to slam Mr. Beckham. To the contrary, she was quite positive about him, describing him as "shy" and "gentle and kind." She also emphasized that "he loves his sons very much" and told me that he wanted to have more children.

21. Ms. Nici also described how during that August 2007 evening it was agreed with Mr. Beckham that she would arrange to have another woman come to the hotel room. Ms. Nici told me how she contacted Ms. Davis to arrange for her to send an "all-natural brunette" to the room and what happened after she arrived, including that the other prostitute did not recognize Mr. Beckham at first. As noted below, I confirmed these events with Kristin Davis, as well as the other woman.

22. Ms. Nici also described to me, again in some detail, how she received a call from Mr. Beckham about a month later in September 2007 and thereafter met up with him at the Claridge's Hotel in London. She noted that on this occasion Mr. Beckham "seemed sad" because his "dad was sick or something and he was very upset." She only stayed at his hotel room for about 90 minutes and the sex was "blasé." After that, she received one other phone call from Mr. Beckham. However, several months later, in March 2008, Eliot Spitzer's use of prostitutes became public and Kristin Davis was arrested in connection with her role as a madam. Ms. Nici told me that she became "paranoid" and did not return to New York for some time. She also changed her telephone numbers and thereafter she never heard from Mr. Beckham again.

23. I asked Ms. Nici whether she had any evidence of the calls she received from Mr. Beckham. She did not have access to the phone she had used at that time, and did not know for sure if she would have kept text messages from that time anyway. This did not surprise me or cause me to have any concern about her story.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Unlike a girlfriend, like Rebecca Loos, who might very well maintain text messages or calls received from her famous boyfriend, Ms. Nici was a prostitute and was engaging in criminal activity. It would not necessarily be in her interest to retain evidence implicating her and her clients.

24. I found Ms. Nici and her story to be entirely credible. It was consistent with our prior reporting, as well as Mr. Beckham's reputation for extramarital affairs. Ms. Nici explained that she was coming forward now to tell this information because her ex-boyfriend had stolen a diary of hers and was threatening to sell it or leak it to the media. She explained to me that, if her story of being a prostitute was going to come out, she wanted to be in control of it. Ms. Nici was soft-spoken and articulate, and her story, as well as its details, was entirely consistent. She never tried to square the facts with what I said. Thus, if one of my questions assumed a false fact, she would correct me. Our interview was very organic and it all rang entirely true for me. I came away from the interview with no doubts about the accuracy of her story. Indeed, when I emailed Michelle Lee shortly after the interview, I said that "I believe [Ms. Nici] 1000 percent, she's actually a really nice girl." (A true and correct copy of my email to Michelle after the interview is attached hereto as Exhibit E.)

**Additional Investigation**

25. Our reporting did not end with my interview of Ms. Nici. I shared my report of the interview with my colleagues at *In Touch Weekly* and we proceeded to investigate her story. We confirmed that Mr. Beckham was in New York to play soccer with the Los Angeles Galaxy, his team, on August 18, 2007. This date was consistent with Ms. Nici's recollection that she had first met him in mid-to-late August, about two days before his soccer game.

26. We also confirmed from news clips that Mr. Beckham was in London in late September 2007, the same time that Ms. Nici claimed to have met him at Claridge's. As we reported in the Article, we substantiated that he was in London





DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

because his father had a heart attack, which was consistent with Ms. Nici's story that Mr. Beckham was sad because his dad was sick.

27. Ms. Nici also mentioned that when she met with Mr. Beckham in London, the Spice Girls were preparing for a tour. We confirmed that the Spice Girls did in fact begin a reunion tour a few months after the liaison in September 2007.

28. Ms. Nici's physical description of Mr. Beckham also jibed with the facts, from his "squeaky" voice to his shy and deferential demeanor.

29. As part of our investigation, our photo department obtained photos of Mr. Beckham in New York which indicated that he was staying at the Waldorf during his August 2007 visit, not the Parker Meridien. This did not raise any concern in my mind. Ms. Nici had already told me that she did not believe that the junior suite she stayed in with him was his actual hotel. It had no personal effects in it and did not seem large enough for someone like Mr. Beckham. Further, it made perfect sense to me that someone like Mr. Beckham would not set up a meeting with a prostitute at the same hotel where he was actually staying. Accordingly, I did not see this as a discrepancy, but a fact that actually lent further credibility to her story.

30. Our investigation did not stop there. Ms. Davis put me in touch with the other prostitute who came to the room for the "threesome" with Ms. Nici and Mr. Beckham. While that woman did not wish to be identified in the story, I spoke with her and she confirmed Ms. Nici's account of the story. This included not just the fact that the threesome occurred, but also details about it – including the timing and the hotel. Further, both Ms. Nici and the other prostitute told me that during the threesome Mr. Beckham was much more interested in Ms. Nici than he was in the other prostitute.

31. I also obtained a statement from Kristin Davis verifying what she had previously told me, specifically that Ms. Nici had called her in August 2007 so that she could send a "brunette with curves" to the hotel. Ms. Davis confirmed that in the



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

next conversation she had with Ms. Nici, she learned that the client was David Beckham.

32. Based on all this information, and working from the tapes of my interview, a writer for *In Touch Weekly* wrote a first draft of the story. I then reviewed that draft and substantively revised it.

**Second Interview with Ms. Nici**

33. During the time that we were working on the Article, I met with Ms. Nici again to interview her about two other celebrities she had slept with. While *In Touch Weekly* did not plan to use this information in the same issue as the story about Mr. Beckham, I conducted these interviews before the Article about Mr. Beckham was finalized.

34. I once again met with Ms. Nici for three or four hours. Again, Ms. Nici came across as authentic, consistent, and unrehearsed. One thing that was very striking to me was that Ms. Nici's description of her encounters with these other two men was very different from her description of her encounters with Mr. Beckham (and also very different from each other). She described one of them as fat and ugly, and thought that he was very mean. (Conversely, she described Mr. Beckham as a total gentleman.) Ms. Nici was much more animated when she spoke about her encounter with the third man, telling me what his house looked like, and that her encounter with him was much more of a party, and involved drugs. (Again, conversely, Ms. Nici did not mention any drugs with Mr. Beckham.) Ms. Nici's three stories of encounters with these famous men were not cookie-cutter bland stories of simply having sex for money. Rather, they were nuanced and very different from each other, which to me demonstrated authenticity and made me even more comfortable with the accuracy of her Beckham story.



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**Beckham's Comment**

35. Before completing the Article, we wanted to make sure that Mr. Beckham had a full opportunity to comment. Thus, one of our editors, Rachel Biermann, spoke to Mr. Beckham's publicists to get their comment. On Saturday, September 18, 2010, Ms. Biermann spoke with Jeff Raymond, who works with Mr. Beckham, and provided him with all the salient details from the Article. Later, she read Mr. Beckham's representatives the entire story on the phone. Ms. Biermann asked the publicists to get back to her with any comment by Monday morning at 9 AM.

36. On Monday morning we received a comment from Jeff Raymond reading in its entirety:

> This story is a complete fabrication and a total pack of lies. We will be taking strong legal action against any individuals or outlets that publish such fictitious allegations.

37. I and others at *In Touch Weekly* are very used to receiving detail-less, blanket denials like this one. In fact, they are utterly commonplace. If Mr. Beckham's representatives wanted to provide us with any information contradicting our story, we would have been happy to listen. If they provided us with facts or evidence that raised any concern about the accuracy of the Article, we would have most certainly investigated further. And if the information he provided caused us to have doubts about the story's accuracy, we would not have published it. Instead, he did nothing but provide us with a routine, general denial. In my experience, such a denial is almost meaningless.

38. Indeed, on multiple occasions in my experience, celebrities have flat-out denied stories that later conclusively turned out to be true. As just one example, in its May 4, 2009 issue, *In Touch Weekly* published a man's story about having sex with the singer Gavin Rossdale (who is married to Gwen Stefani). Mr. Rossdale denied this story (as he had for some time prior to the story's publication as well).



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Nonetheless, in a recent interview in *Details* magazine, Mr. Rossdale finally acknowledged that he had indeed slept with our source.

39. In fact, Mr. Beckham's wife, Victoria, has engaged in just this common practice. For years, she denied having breast implants. Yet in court proceedings in England, Ms. Beckham was finally forced to admit that she did, in fact, have breast implants. (A true and correct copy of an article discussing Ms. Beckham's denial and subsequent admission is attached hereto as Exhibit F.)

40. While Mr. Beckham's denial of our story did not change my belief in the accuracy of the story, *In Touch Weekly* did, of course, add Mr. Beckham's denial to the story, in a prominent location on the first spread of the piece. Thus, Mr. Beckham's side of the story was conveyed to readers, and they could choose whether to believe him or Ms. Nici. If Mr. Beckham had offered us more details about his side of the story, we would have happily published them as well.

**The Agreements**

41. In order to obtain exclusive rights to Ms. Nici's story, and to separately obtain rights to photographs of Ms. Nici to publish with the Article, on September 22, 2010 we entered into an exclusive source agreement with Ms. Nici. Pursuant to the Agreement, Ms. Nici agreed to a one-month exclusivity period concerning the detailed "Exclusive." She affirmatively represented that she would "truthfully" describe her encounters with Mr. Beckham. And she represented and warranted "that publication by Bauer of the Exclusive will not infringe upon any rights of any individual or entity." In exchange, Bauer agreed to pay Ms. Nici $50,000. However, the Agreement provided that any payments Bauer made to Ms. Nici would have to be returned to Bauer should there be a breach of the Agreement.

42. Initially, only Ms. Nici executed the Exclusive Source Agreement, but it was subsequently decided that Bauer would pay the amount owed to Kristin Davis, on behalf of Ms. Nici. Thus, a second virtually identical Agreement was executed by



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

both Ms. Davis and Ms. Nici. This Agreement contained the same representations and warranties and the same commitment to truth. I signed both Agreements on behalf of Bauer Publishing. (True and correct copies of both Agreements are attached hereto as Exhibit G.)

43. The Article about Mr. Beckham's liaisons with Ms. Nici appeared in the October 4, 2010 issue of *In Touch Weekly*. (A true and correct copy of the Article is attached hereto as Exhibit H.)

44. In sum, at every step of the way in the interviewing, researching, and publishing process, I believed that everything in the *In Touch Weekly* Article was true. We relied on an on-the-record source recounting her first-hand experiences. I found Ms. Nici and her story to be entirely credible. Everything about the story rang true to me, particularly given David Beckham's widely reported reputation for extramarital affairs and our prior reporting indicating that he had had yet more affairs. But, we did not simply rely on Ms. Nici. We were able to corroborate many of the details of the story. Further, Kristin Davis, a second on-the-record source, corroborated part of Ms. Nici's story. And, I spoke with the third woman who, off the record, corroborated her involvement in the events and provided entirely consistent information.

45. In the end, I believe the Article and the Statements at issue to be true. I most certainly did not, and do not, have any doubts – let alone serious doubts – about the Article's accuracy.

I declare under penalty of perjury under the laws of the State of New Jersey, the State of California and the United States of America, that the foregoing is true and correct, and that this Declaration was executed on November 18, 2010, at Englewood Cliffs, New Jersey.

[signature]
Deborah Baer



DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899