# EXHIBIT A

# David to face Victoria's fury on family trip; AFTER REVELATIONS OF FOOTBALLER'S 'AFFAIR' WITH FORMER PA REBECCA.

Date:        Apr 5, 2004
Words:       884
Publication: The Evening Standard (London, England)
ISSN:        0307-2088

Byline: VALENTINE LOW

DAVID Beckham will face the music today when he flies - as expected - to join his family on a skiing holiday in Switzerland.

He has already tried brushing the media off with a statement dismissing the allegations of an affair as "ludicrous".

However he is expected to face a severe grilling from his wife Victoria, who first flew into a fury when pictures were published of Beckham and Rebecca Loos in a Madrid nightclub.

Six years ago, when Victoria read claims by model Emma Ryan that Beckham kissed her and squeezed her bottom while he was engaged to the former Posh Spice, she hit him across the face.

Observers noted today that Beckham's statement fell short of a full denial of the claims that he had sex with 25-year-old Ms Loos on four occasions between September and December last year, and sent her a series of sexually explicit text messages.

Beckham, 28, who was training with his Real Madrid team-mates when the story broke, said in a statement issued by his agent: "During the past few months I have become accustomed to reading more and more ludicrous stories about my private life.

"What appeared this morning is just one further example. The simple truth is that I am very happily married, have a wonderful wife and two very special kids.

"There is nothing that any third party can do to change these facts."

Ms Loos's brother John said she had phoned him yesterday and confessed that she had had an affair with Beckham.

"I am overwhelmed with shock," he said. "I can well imagine he's going to get a bad press now and my sister may be branded a marriage-wrecker. She knows her life is never going to be the same."

He added: "If they've got text messages between the two of them, I don't see how she could really deny an affair took place."

Case 2:10-cv-07980-R-SS Document 12-2 Filed 11/18/10 Page 3 of 51 Page ID #:190

DESPITE speculation that his sister sold the story of their affair to the News of the World via public relations agent Max Clifford, Mr Loos said: "She has insisted to me she is not the person who exposed the affair. She says she feels betrayed and hurt herself by what's in the papers. She has denied totally cooperating in any way."

Beckham's former bodyguard, Cuban security expert Delfin Fernandez, added weight to the allegations when he told The Sun that the star and Rebecca kissed "like teenagers" as he drove them to Madrid hotels.

"David trusted me implicitly and was fine kissing her in front of me.

Victoria knew nothing about it."

According to a friend quoted in the Daily Mail, Victoria wept on the phone as she travelled to Heathrow yesterday. "She is absolutely devastated and doesn't know what to think," she said. "David has completely denied the whole thing and she wants to believe him. On one hand she is saying that the tone of the text messages are just not David. They never send sexy texts to each other, so she can't imagine him doing it with someone he barely knows.

"But Victoria is very astute. She knows how newspapers work and the fact that they were certain enough to run the story worries her. David said that if he sent the girl any text messages, they were just jokey ones. He is adamant nothing happened."

Although suspended from Tuesday's Champions League quarterfinal against Monaco in Monte Carlo, Beckham would normally be expected to train with his teammates as normal. But such is Real Madrid's concern about their star player, who has been surrounded by speculation he might quit the club, that they have been prepared to give him time off to get his life in order.

Long before the story of the alleged affair broke it was known that Victoria had spent only a limited time with her husband in Spain, leaving him free to spend his time with team-mates such as the party-loving Brazilians Ronaldo and Roberto Carlos.

Beckham and Ms Loos - a linguist who worked for SFX, the sports personality management company which looked after Beckham - were first seen together at Madrid's Ananda nightclub. When photographs were first published of them chatting intimately, the Beckhams felt forced to issue a statement denying problems with their marriage.

It was alleged that after she saw the pictures Victoria rang Ms Loos - the daughter of a Dutch diplomat and an English mother - and told her: "It is not your job to go out clubbing with my husband so back off."

ACCORDING to the News Of The World, Beckham and Ms Loos went back to his suite at the Santa Mauro hotel that night and had "highly charged and explosive sex" for several hours.

However after rumours started circulating about their relationship Ms Loos was moved to other duties. In December she was made redundant when Beckham decided to leave SFX and joined his wife's PR company.

It is said Beckham has not seen her since then. But the couple are alleged to have exchanged highly sexual text messages.

John Loos said: "Rebecca was upset when she parted company with David and Victoria last year. She became very down and cried a lot. I thought it was because of professional reasons.

David to face Victoria's fury on family trip; AFTER REVELATIONS OF FOOTBALLER'S AFFAIR WIT...

But now I am beginning to understand there must have been more to it."

---

COPYRIGHT 2004 Solo Syndication Limited

Copyright 2004 Gale, Cengage Learning. All rights reserved.

Another Woman Claims Affair with Beckham - David Beckham, Victoria Beckham : People.com



Get 4 FREE issues!

Give the Gift of PEOPLE

**People**

HOT NOW: *Dancing with the Stars* | Halloween | People's Choice Inbox

HOME | NEWS | PHOTOS | STYLE | BABIES | TV WATCH | GAMES | CELEBS | VIDEO | ARCHIVE | Search

**Message Board Community Pays Tribute to Rutgers Student**

**Are Rachel McAdams & Michael Sheen an Item?**

**Penélope Cruz Shows Off Baby Bump in London**

**Lisa Rinna Goes Under Knife to Reduce Upper Lip**

**Angelina Jolie's Kids Starting School in Hungary**

**Seth Rogen Is 'So Excited' to Be Engaged!**

**How Ricky Gervais and Girlfriend Jane Fallon Lost 40 Lbs.**

**Susan Sarandon Didn't Think Tim Robbins Split Would Ever Happen**

**MORE HEADLINES ▶**

**Sponsored Links**

**$497 Disney Package**
$497 5-Night Disney Package Including Hotel, Tickets, and Gift Card

**Mom's $97 Get Rich Trick**
After a $97 investment - Local Mom Spills $4, 000/Mo Secret - Read Now!

Buy a link here



**ON NEWSSTANDS NOW**

*The Bachelor*'s **Brad Womack Why He's Ready to Commit**
GET 4 FREE ISSUES! ▶

◀ PREVIOUS ARTICLE          NEXT ARTICLE ▶

# Another Woman Claims Affair with Beckham

By Stephen M. Silverman
Monday April 12, 2004 10:21 AM EDT



ALPHA/GLOBE

[f share]  [t tweet]  Comment

👍 Like  You like this. Unlike · Admin Page · Error

The spotlight on the marriage of soccer star David Beckham and pop-star wife Victoria Beckham grew even hotter this weekend, with new British tabloid reports of a second woman reportedly claiming to have had an affair with him.

"Sleeping with David Beckham was a momentous day for me, not just a one-night stand," Malaysian-born model Sarah Marbeck, 29, was quoted as telling the sensational News of the World, which featured the story in a seven-page spread.

Marbeck claims in the article that she had sex with Beckham, 28, hours after meeting him in Singapore in July 2001, while he was on a pre-season tour with Manchester United and he invited her back to his hotel room. She said they spent their second and last night together in March 2002.

The previous weekend, News of the World revealed sexually explicit messages, said to have been between and his assistant, Rebecca Loos, 26. Last Monday, Beckham released a statement calling the stories of his alleged infidelity "ridiculous. ... The simple truth is that I am very happily married, have a wonderful wife and two very special kids. There is nothing that any third party can do to change these facts."

Victoria Beckham, who turns 30 on April 17, told the Sun tabloid newspaper for its Tuesday editions: "We have been through a lot worse than this, and we're definitely going to get through this."

Asked for comment on the Marbeck claim, a spokeswoman for Beckham told the Associated Press on Sunday that he was preparing for his current team Real Madrid's game against Atletico Osasuna and could not be reached for comment.

AP's call to the Melbourne, Australia, office of Marbeck's lawyer Michael Brereton went unanswered late Sunday.

**David Beckham**
## From the PEOPLE TV Archive

SEE MORE VIDEOS ▶

**May 02, 2010**
*Goooal!* David Beckham Turns 35
00:28

**Apr 12, 2010**
Becks Goes Courtside – and More Star Sightings
01:05

GET PEOPLE EVERYWHERE



subscribe ▶  mobile ▶  rss ▶  daily emails ▶  twitter ▶  facebook ▶

ADVERTISEMENT



tweet ticker
**What Stars Are Saying on Twitter Right Now!**

Danny DeVito (Danny_DeVito): T F and the bon mots of T J http://yfrog.com/49z41ej

Danny DeVito (Danny_DeVito): wobc.org 91.5 webcast That's Juxtable and the dirty dog brothers...listen to the world...

FOLLOW @PEOPLEMAG

FROM OUR SPONSORS

OnStar (TheReal_OnStar): It's National Customer Service Week! Watch A Day in the Life of an OnStar Emergency Advisor to learn more: http://bit.ly/dtCFCt

## Today's Latest Photos



Kanye & Kim 'Keep Up' in

X CLOSE
**People** Most Read Stories

Another Woman Claims Affair with Beckham - David Beckham, Victoria Beckham : People.com

## Top Five
### Most Read Stories This Week



**1** Susan Sarandon Didn't Think Tim Robbins Split Would Ever Happen

**2** Proud Dad Charlie Sheen Walks Daughter Down the Aisle

**3** Vanessa Minnillo Showers 'Twice a Day' with Nick Lachey

**4** Tiger Woods's Brother Says Dad Would Be 'Disappointed'

**5** Lisa Rinna Goes Under Knife to Reduce Upper Lip



### Get PEOPLE's Android App!

Breaking news, bigger photos and 200+ celebrity profiles-all at the tap of a finger.

**GET IT NOW ▶**

Nov 20, 2009
David Beckham's
Boys Day Out
00:48

## The Latest on David Beckham

David Beckham: More News & Photos ▶



See Latest 10 Photos ▶

- Romeo Beckham Celebrates 8th Birthday Lakers-Style
- Caught in the Act!
- Sexy Soccer: What Ronaldo and Beckham Have In Common
- Princes William and Harry 'Act Like Idiots' to Boost Morale



**SPONSORED LINKS**

**$497 Disney Package**
$497 5-Night Disney Package Including Hotel, Tickets, and Gift Card

**Mom's $97 Get Rich Trick**
After a $97 Investment - Local Mom Spills $4,000/Mo Secret - Read Now!

**$387/Day Part Time Work**
Can You Type? Earn $387 Working From Home.

Buy a link here

◀ PREVIOUS
Paris's Ex Drops Suit over Sex Tape

NEXT ▶
Daily Insider for April 13, 2004

HUFFINGTON POST

- Lance Bass On 'Larry King': I Used To Bully Gay Kids (VIDEO)
- 50 Cent & Chelsea Handler Dating? (PHOTO)

 Eva's Style Scents!



Are Rachel McAdams & Michael Sheen an Item?
READ IT ▶



'Vajayjay'?
Test your *Grey's Anatomy* I.Q.!
START ▶

## Around the Web

*from* HUFFINGTON POST

- Jessica Alba Strips For GQ, Laments Post-Baby Body (VIDEO)
- Kim Kardashian In A Bikini For California Ad (PHOTO)
- Sarah Jessica Parker Out With Her Three Kids

*from* POPSUGAR

- Kirsten Dunst's Summer on the Road Leads Right Back to LA
- Link Time - Kim Kardashian Promotes California in Her Bikini
- Brad Makes a Rainy Moneyball Pitt Stop in Beantown

Another Woman Claims Affair with Beckham - David Beckham, Victoria Beckham : People.com

# Today! October 5, 2010

**STYLE**



**Would You Wear These Trends?**

Eva, Nicole and more are showing off the latest looks -- but are they for you, too? Vote now!

SEE PHOTOS ▸



### 'Are You Nuts?' Liza Rules Out a Fifth Marriage

- Jennie Garth Trades Acting for Motherhood
- Will Arnett Talks Family Life and New Show

## InStyle

### Neiman Marcus "Last Call" Launches E-Commerce

- See Mary-Kate and Ashley's Latest Collection for The Row
- First Glimpse of McQueen Spring, Bruce Willis Wears Meat Hat, and More!

**PHOTOS**



**Beauty 911: Bad Hair Days & More!**

From Lauren Conrad's melting makeup to Taylor Swift's "Lake Eerie" hair, see the beauty blunders stars are sharing on Twitter!

SEE PHOTOS ▸

**HUFFINGTON POST**

## Jessica Alba Strips For GQ, Laments Post-Baby Body (VIDEO)

- Kim Kardashian In A Bikini For California Ad (PHOTO)
- Sarah Jessica Parker Out With Her Three Kids

**VIDEO**



▸ PLAY

**Ellen Pompeo Shows Off Her Skimpy *Sesame Street* Look**

Plus: Bruce Willis admits to an A-list crush and more from Monday's shows

WATCH IT ▸

 GET 4 FREE ISSUES!  CLICK HERE NOW

## Shop These Must Have Items!

| | | | | |
|---|---|---|---|---|
| Dolce Vita Sandals | Kohl's Shoes | Alex and Ani Bangle Bar | BCBG Max Azria Prom Dresses | New York & Company Boyfriend Jeans |
| J.Crew Bridal Gowns | 7 for All Mankind Jeans | Victoria's Secret Sweaters | Lacoste Polo Dress | DKNY Jeans |
| Elizabeth and James Jewelry | Charlotte Russe Romper | Hunter Boots | Christian Louboutin Rosella Flats | Alex and Ani Bridal |
| Dolce Vita Gavin Flats | DKNY Shapewear | Frye Fiona Boots | J Brand Blue Label Jeans | Catharine Malandrino Tye-Dye Knit Dress |

 **StyleFeeder**
The Personal Shopping Engine

Newsletter | RSS | Sweepstakes | Subscribe | Mobile | Contact Us | Customer Service | Give a Gift | Privacy Policy | Terms of Service | Sitemap
Advertise With Us:   Online | In Print

Copyright © 2010 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.

IN PARTNERSHIP WITH **CNN**





easily manage email CON with OUTLOOK 201

**HOT NOW:** Best Dressed | Halloween | Readers' Choice Hero

| HOME | NEWS | PHOTOS | STYLE | BABIES | TV WATCH | GAMES | CELEBS | VIDEO |

## Top Stories

**Joey Fatone Wants 'NSYNC on *Glee***

***Sister Wives* Polygamists: We're a Normal Household**

**Ellen DeGeneres 'Devastated' over Rutgers Student Suicide**

**Rutgers Student Commits Suicide After Secret Sex Tape**

**Heidi Montag Calls Off Divorce, Reconciles with Spencer Pratt**

**Tony Curtis Dead at 85**

**Proud Dad Charlie Sheen Walks Daughter Down the Aisle**

**Bill and Giuliana Rancic Recall Heartbreak of Her Miscarriage**

**MORE HEADLINES**

PREVIOUS ARTICLE                    NEXT ARTICLE

# Woman Claims Proof of Beckham Affair

*By Stephen Silverman*
Thursday April 15, 2004 01:41 PM EDT

| Like |   2 people like this.



Just as all eyes in America are expected to tune into "The Apprentice" on Thursday night, in Britain they were set to be watching David Beckham's former personal assistant, Rebecca Loos, being interviewed about her willingness to tell a court all about the British soccer captain's "intimate parts" to prove she had an affair with him.

Beckham, 28, and his pop star wife Victoria -- whom The Washington Post has described as being to the UK what Ben Affleck and Jennifer Lopez were to the states -- have disputed Loos's claims that she had sex with the athlete when he was in Madrid.

The couple reportedly have hired lawyers after a Sunday newspaper printed allegations from a second woman -- 29-year-old Sarah Marbeck -- who also said she had an affair with Beckham.

But Loos, the 26-year-old daughter of a Dutch diplomat, insisted in a Sky One TV interview that she has the details to prove she was truthful. "There's something I know about him, an intimate part of his body that I think only women who have been in bed with him would know," she says. (The PEOPLE London bureau had obtained a transcript.) "So I think if they did want to take me to court, I could easily stand up and say, Well ..."

Asked whether Beckham was circumcised, Loos replies: "I'm not going into that. I'm not talking about that. If I do ever need to talk about that, it'll be in a court, not on TV."

A spokesman for Sky One told Reuters: "We have received a legal letter from David Beckham regarding the interview. We cannot go into details. We are still on course. The program has not been suspended, though the content is

**What Star**





FROM OUR S

**OnStar** (Th only availab For more in

*from* **PC**

Woman Claims Proof of Beckham Affair - David Beckham, Victoria Beckham : People.com

still being finalized."

**Sponsored Links**

**Mackbooks for $74. 39?**
Breaking News: Mackbooks are being sold for 95% off retail price!

**$387/Day Part Time Work**
Can You Type? Earn $387 Working From Home.

Buy a link here



**ON NEWSSTANDS NOW**

*The Bachelor*'s **Brad Womack Why He's Ready to Commit**
GET 4 FREE ISSUES!

# Top Five
*Most Read Stories This Week*



**1** Inside Story: Why the *Raising Sextuplets* Couple Split Up

**2** Proud Dad Charlie Sheen Walks Daughter Down the Aisle

*David Beckham*

# From the PEOPLE TV Archive

SEE MORE VIDEOS



Play Video

Goooal! David Beckham Turns 35

00:00                          00:28

▶ PLAY

| May 02, 2010 |
| *Goooall* David Beckham Turns 35 |
| 00:28 |
| Apr 12, 2010 |
| Becks Goes Courtside – and More Star Sightings |
| 01:05 |
| Nov 20, 2009 |
| David Beckham's Boys Day Out |
| 00:48 |

## The Latest on David Beckham

**David Beckham**: More News & Photos ▸



See Latest 10 Photos

Romeo Beckham Celebrates 8th Birthday Lakers-Style

Caught in the Act!

Sexy Soccer: What Ronaldo and Beckham Have in Common

Princes William and Harry 'Act Like Idiots' to Boost Morale

 **Visit David Beckham's PEOPLE Page**

SPONSORED LINKS

**Mackbooks for $74.39?**
Breaking News: Mackbooks are being sold for 95% off retail price!

**$387/Day Part Time Work**
Can You Type? Earn $387 Working From Home.

**Penny Stock Jumping 2000%**
Sign up to the #1 voted penny stock newsletter for free today!

Buy a link here

PREVIOUS                                          NEXT

# Today



**Gisele**

Plus: Alicia
SEE PHOTO

# Daily



# Aroun

*from* HU

Vanessa
Twice A

Alicia Ke
Jewelry

Amy Ada
(PHOTO

Will the F
the Thea

Orlando
Together

Jen Garr

Woman Claims Proof of Beckham Affair - David Beckham, Victoria Beckham : People.com

**3** Bill and Giuliana Rancic Recall Heartbreak of Her Miscarriage

Lil' Kim Pleads Not Guilty to Lying

Love to Stand Trial on Drug Charges

**4** Tony Curtis Dead at 85

EW.com

'Grey's Anatomy' Exclusive First Look: Jesse Williams (nearly) naked!

TV Insiders podcast: EW experts weigh in on 'DWTS' controversy, annoying 'Survivor' contestants, and the future of 'The Event'

**5** Police Investigating *Sister Wives* Stars for Felony Bigamy

Get

## Eva's Style Scents!



**Get PEOPLE's Android App!**

Breaking news, bigger photos and 200+ celebrity profiles-all at the tap of a finger.

**GET IT NOW**

Play Video

Eva's Style Scents!

00:00    02:01

▶ PLAY     MENU

# Today! October 1, 2010

STYLE



PopEater

## Rihanna's Red Hair Inspires Copycats

Don't Show Up at Teresa Giudice's House

A Chat With Alton Brown

## InStyle

## Tyra's DIY Mask, Leighton Meester Teams Up With Bulgari for Charity, and More!

PHOTOS



**10 Best Celeb Quotes This Week**

Justin Timberlake can't hold in his excitement, Katherine Heigl gets lit with Dave

HUFFINGTO

Vanessa Nick Lac Shower Twice A

Alicia Keys S Bump, Foreh (PHOTOS)

Amy Adams S Post-Baby Bo

Woman Claims Proof of Beckham Affair - David Beckham, Victoria Beckham : People.com

**Remix Your Wardrobe!**

Take cues from the stars on how to make your favorite pieces work for you over and over

**SEE PHOTOS**

Jennifer Garner, Katie Holmes & More Celebrate the Power of Women

Gossip Girl: Get the Head-to-Toe Designer Deets

Letterman, plus more from Martha Stewart and other stars

**SEE PHOTOS**

**Jenny McCa Son Is a Womanizer**

Taye Diggs's so bust a move and Thursday's show

**WATCH IT**

# GET 4 FREE ISSUES!

**Shop These Must Have Items!**

Alice + Olivia Dresses
Giorgio Armani Luminous Silk Foundation
Estee Lauder Daywear Plus
AG Adriano Goldschmied Cargo Pants

Citizens of Humanity Maternity
3.1 Phillip Lim Shoes
AG Adriano Goldschmied The Tights
Rock & Republic Jeans

Citizens of Humanity Straight Leg
American Apparel Dresses
C&C California Tees
Dolce Vita Shoes

Splendid Asymmetrical Tee
Topshop Rings
Anna Sui Dresses
Alice + Olivia Bustier Dress

Boden Swimwear
Alexis Bittar Neck
Shopbop Bop Bijc Jewelry
Betsey Johnson F Dresses

Newsletter | RSS | Sweepstakes | Subscribe | Mobile | Contact Us | Customer Service | Give a Gift | Privacy Poli
Advertise With Us: **Online** | **In Print**

Copyright © 2010 Time Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.

Rebecca tells all | Mail Online

Click here to print



# Rebecca tells all

Last updated at 10:33 16 April 2004


© Sky One

**Rebecca Loos: She says Beckham was the instigator**

The first woman to claim she was David Beckham's mistress said last night she still adores him. In her first TV interview, with Sky TV's Kay Burley, Rebecca Loos claimed they were having 'text sex' as recently as two weeks ago.

Here, we present the highlights of the interview.

**First Impressions**

"The first time I met him was at the private airport where him and Victoria flew in on a private jet. It was the 1st of July. It was an official presentation for Real Madrid.

"I was waiting on the runway. We shook hands and that was it. I felt zilch for him. I mean he is not my type of guy, I never go for looks or image type people, so it took a while before that attraction built.

"When I first met him it was the David Beckham we all see - the gold chains, the watches, all that."

Miss Loos said she had been working in sports PR on the tennis circuit for four years with the company SFX but was pleased to get the transfer to Madrid to look after the Beckhams.

"I was delighted. The perfect job, back home with the family. I was over the moon."

**On Beckham**

The player was lonely, she said, and missing his family. "He wouldn't say, "I'm so lonely" but you don't, it's just something you can tell in a person.

"I heard the phone conversations and you see what's going on around. He would often say, "I'm missing the boys so much. If the boys were here they'd love this."

"There was an obvious attraction. We spent a lot of time together. We just bonded. We think the same way, made the same jokes, had some kind of connection.

"He treated me in a special way. Always made sure I was looked after. I began to feel very special."

**On Victoria**

Asked if Beckham missed his wife, Miss Loos replied: "I'm not answering that question. I think so yes."

On Victoria's attitude towards her, she said: "I don't expect any sympathy from her at all. I think it's bad enough for me to do what I have done without me expecting any words of sympathy.

"I really hope that they get through it.

"I think the problems were in their marriage long before I came into the picture. I in no way intended to break up their marriage especially when there are young children involved. I hope they stay together."

**Their first night together**

"That was the night. September 18th. We had all been out with a group of people for dinner, having a few drinks and relaxing, there had been some flirting and I was getting a few innuendos but I kept saying, "No he doesn't fancy you".

"I would always say to myself "don't risk your job" and I knew there was a huge risk involved if I got involved with this man."

"That night we just really hit it off. It was the first time, we were just locked into each other all night conversation wise. We just connected. People noticed it."

She said they had finished dinner late that night and decided to go on to a club. It was there Beckham suggested they all go back to the hotel for drinks at around 2.30am but then he turned to her and said: "Why don't we just lose the rest and why don't we just go back together?"

She said: "I gave him a look I was very surprised, very taken aback. I said, "**** off' in a joking manner."

"But there was a look and he was still looking at me and I was looking at him. I think one of the girls we were with came up and sat between us.

"I think the chemistry between David and I was so strong and people were not happy because I was being very unprofessional and he's a married man."

"Then it dawned on me what he had asked me and I decided I did want to go back with him so we gave each other a look and paid the bill and left."

She said: "We got in the car, David and I with two other members of the group, and we were going to drive them to the hotel and drop them off and he was sitting next to me in the car and his leg was rubbing up against mine quite strongly.

"I couldn't wait to be alone with him and I knew he felt the same. We dropped off the other two people in the car and starting kissing quite passionately all the way back to the hotel."

She added: "It was like magnets, pretty amazing."

She said they drove into an underground carpark beneath his hotel room and said: "We ran up to the room laughing and smiling. It was a nice moment."

**Text sex**

Miss Loos said she and Beckham texted each other as much as 30 times a day. They wouldn't do it every day but had 'text sex' on average twice a week.

"Sometimes in a public place, the office or there was one time I was visiting a museum with my parents. I had to go up to the toilets and finish it there."

She added: "I think we can now clearly see after his affair to Sarah was revealed, that this is something he does. This is how he texts, and that is just the way he is. He was like that with her and like that with me.

"He always instigated it, I would never be the first to text. You have got to remember he is a married man. What if he is at lunch with Victoria? You have to wait for him to come to you."

She said: "He played the game when he was able or when he wanted it."

**The legal fight**

When questioned about the Beckhams' moves to bring in lawyers, she said: "What are they consulting their lawyers for? What can they do? I think they have worked very hard at getting the image they have and I think they will do everything they can to maintain it.

"So whether that involves having happy shots taken or calling their lawyers it's up to them."

"I am 100 per cent sure of what I am talking about, there no doubt in my mind I have no reason to lie - why should I? I am just here to tell you my experience. He knows the truth and I know the truth."

She added: "I shouldn't be ashamed of it. I was wrong to do it but it did happen. I didn't want to live a lie."

Asked whether there were any identifying marks on Beckham, she said: "There is something I know about him, an intimate part of his body that I think only women who've been in bed with him would know.

"So I think if they did want to take me to court I could easily stand up and say well..."

Asked if it was that Beckham had been circumcised, she said: "I'm not talking about that. If I do ever need to talk about that it will be in a court, not on television."

She also said she was pleased Sarah Marbeck had come forward to tell her story.

She said: "I had no idea he loved women so much. If I had known that I would never have accepted the invitation to go back to the hotel.

Case 2:10-cv-07980-R -SS  Document 12-2  Filed 11/18/10  Page 14 of 51  Page ID #:201

"I was disappointed with myself for having thought with my heart and not with my head." She added: "I really hope to meet her some day. She looks like a very nice person."

## Sex and strawberries

Miss Loos said they had sex fewer than six times but described him as an "amazing" lover.

She said: "He knows what you want and he gives it to you and it is all about you, not so much about him, so you know that's nice."

"We developed a bond as I got to know him. I began to find different aspects about him attractive, he is physically attractive. We couldn't keep our hands off each other."

"He is very generous lover. He gives a lot. He pleases. He knows what you want. It's all about you and not so much about him. It's nice."

She said Beckham fed her fresh strawberries the morning after she alleges they slept together for the first time.

She said: "He said, 'Do you want breakfast?' and I said no and he said, 'Have some fruit' and he brought in some fruit and he was feeding me fresh strawberries and it was really romantic and I felt a million dollars that morning, I felt so special."

Pressed further, she said: "Strawberries and kiwis - it was a plate of freshly-cut fruit, but I remember biting into a strawberry first thing and it was nice."

Asked again if Beckham was feeding her, Miss Loos said: "Yes he was. I was still in bed."

She also said her mother instantly knew of the alleged affair.

Miss Loos said she left 'breathless', adding: "I got home and my mother said "Where have you slept? Where have you spent the night?"

"She could tell by the look on my face, she knew, I didn't have to tell her, she knew.

"She said, "I hope you're being careful. I hope you know what you are doing. I'll support you, if that's what you want, I'm your mother, if that's what makes you happy then, you know, but be very careful, you are putting your job on the line. There's a family involved, people can get hurt, children etc"."

But she claimed the relationship later became purely sexual and that she would meet him in a hotel.

"It was clothes off, get the action done and out," she said. "I felt like a whore, I felt really cheap, used."

But she said she went back because she "adored" Beckham.

- Headlines
- Most Read

- Did Gamu's visa woes cost her place in live shows? Now X Factor reject could be booted out of the UK
- Revealed: Katie Waissel starred in a very raunchy video before auditioning for X Factor
- Victoria Beckham legs it to lunch in a VERY short skirt
- Coronation Street star Debbie Rush slims down from a size 16 to a svelte 10 in just TWO MONTHS
- Cheryl Cole engulfed in row over 'racism' after Gamu Nhengu is kicked out of X Factor
- 'It's beyond magical': Natalie Cassidy can't contain her joy after giving birth to daughter Eliza Beatrice
- Here come the Chanel muses: Lily and Keira make demure appearance at Paris Fashion Week

- Danielle Lloyd reveals her post-pregnancy body in monokini and heels just 11 weeks after giving birth
- 'Slimness comes with stress': How heartbreak over Gavin Henson split helped Charlotte Church lose weight
- Brave Michael Douglas continues the fight as Danny DeVito accepts award on actor's behalf
- Ex-Mp Lembit Opik reveals his new 21-year-old girlfriend (but her father isn't happy)
- Ashley Tisdale wears a risqué swimsuit on a romantic trip to Las Vegas
- Sir Norman Wisdom dies at 95

- Ah, isn't that sweet! Single Justin Bieber takes his mother as date to his guitarist's wedding in Toronto
- Red hot: Helen Mirren reveals her keep-fit secret as she launches latest film in figure-hugging scarlet dress
- Fashion is a family affair for Stella McCartney as Sir Paul and Nancy take front row seats at her Paris catwalk show
- MORE HEADLINES

- Cheryl Cole engulfed in row over 'racism' after she boots out Gamu... and snubs the chance to bring her back as a wild card
- Brave Michael Douglas fights on against cancer as Danny DeVito accepts award on actor's behalf
- Cheryl Cole and the relentless rise of her X Factor mini-me Cher Lloyd
- Revealed: Katie Waissel starred in a very raunchy video before auditioning for X Factor
- Danielle Lloyd reveals her post-pregnancy body in monokini and heels just 11 weeks after giving birth
- Coronation Street star Debbie Rush slims down from a size 16 to a svelte 10 in just TWO MONTHS
- Did Gamu's visa woes cost her place in live shows? Now X Factor reject could be booted out of the UK
- Stick-thin Cher Lloyd pops out for lunch... an energy drink and a fruit salad (but Mary Byrne's got enough for everyone)
- Ice-T only has eyes for his wife Coco - well she is in a barely there floss bikini
- 'It's beyond magical: Natalie Cassidy can't contain her joy after giving birth to daughter Eliza Beatrice
- Wayne Rooney finally manages to put a smile on Coleen's face as they enjoy 'second honeymoon' in Prague
- Hollywood legend Tony Curtis is remembered during an emotional laughter and tear filled memorial
- MOST READ IN DETAIL

Ads by Google

Play Farm FrenzyCare For Your Virtual Farm.Download & Play Free Game Now!www.playsushi.com
R. Minkoff: Sample SaleSave 70+% Rebecca Minkoff, More!Your Wish List, Come TrueMyPerfectSale.com/RebeccaMinkoff
Chelsea Handler VideoRaunchy Video of Chelsea HandlerReleased! Full Story W/Free ToolbarCelebrity.alot.com
ideeli™ Membership Offer36 Hrs Sales. Authentic DesignersAt Unbelievable Prices! Join Us Nowwww.ideeli.com
Pig Pregnancy CheckerHigh quality doppler pregnancychecking equipment for pigsshop.thepigsite.com
668 Free TV ChannelsWatch Live TV stationsView, rate, comment on channels.www.FreeeTv.com

Find this story at www.dailymail.co.uk/tvshowbiz/article-255435/Rebecca-tells-all.html

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd

Paper: Beckham confessed to affair

CHINAdaily
中国日报网站

Home   News   Business   Living in China   Forum   Weather   Subscribe   Jobs
中文国际   英语学习   少年英文   彩信   短信   图片   视画   天气   订阅   招聘

October 8, 2010                                    Search          Advanced Search

Home > News Center > Life

# Paper: Beckham confessed to affair

(Agencies)
Updated: 2004-04-19 09:43

British tabloid press frenzy over the private life of England soccer captain David Beckham raged on with a report on Sunday that he had confessed to his pop star wife Victoria that he did have an affair.

Beckham has publicly dismissed as ludicrous claims that he had sex with and sent raunchy text messages to his former personal assistant Rebecca Loos, 26-year-old daughter of a Dutch diplomat, when the allegations were first made two weeks ago.

The Beckhams called in lawyers after a second woman, 29-year-old Malaysian-born Sarah Marbeck, said she had an affair with Beckham from July 2001, two years after his marriage to the former Spice Girl.

However Loos, who was paid a six-figure sum for her story, appeared in a television interview on Thursday to insist she was telling the truth and could prove she had a fling with the 28-year-old Real Madrid midfielder.

Despite a public display of unity by the Beckhams since the claims emerged, the News of the World -- the paper which first reported the allegations -- said on Sunday Beckham had admitted an affair with Loos during a phone call to his wife on April 8.

"Yes. I did have the affair and I did send Rebecca the text messages," the paper, which quoted friends, said Beckham had told his wife.

Beckham's spokesman was not available for comment.

Speculation about the marriage began when Beckham moved to Real Madrid from Manchester United last summer. Victoria Beckham refused to relocate to Spain and instead stayed in Britain with their two children.

For two weeks the allegations have dominated the front pages of Britain's tabloid papers, which afford the Beckhams the same sort of coverage as the nation's royal family.

Another paper, The People, on Sunday printed claims from a third woman, vicar's daughter Celina Laurie, who said she had a one-night fling with Beckham after a Manchester United game in Denmark in August 2002.

Victoria, who received a £1 million ($1.8 million) pink diamond ring from her husband for her 30th birthday on Saturday, is now considering a trial separation, the News of the World said.

Friends told the paper she had been deeply upset by Loos' claims in the TV interview that Beckham had fed her strawberries in a Madrid hotel room and made her feel "like a million dollars."



The couple posed for photographers outside Claridges hotel on Monday night.

Go to Another Section

Story Tools
Font Large Medium Small
E-Mail This Story
Print Friendly Format
Comment On This Story
Save This Story
Related Stories
• Alleged lover: Beckham affair mind-blowing
• Beckham storm 'no problem' for Sven
• Beckham media frenzy grows over 'affair' claims
• Hint of Beckham's affair sparks gossip frenzy
• Beckham voted best-dressed Brit
• Trend it like Beckham!
Feature
• Campus ballads tune to yesterday melodies

📄 Print This Article   ✉ E-mail

Comments on the story (total 0)

                                                      ⊠ Close

Today's Top News
• Renminbi interest rate to remain unchanged
• Rocket blasts small satellites into space
• Experts optimistic about grain output
• Chongqing gas leak controlled; nine dead

Top Life News
• Paper: Beckham confessed to affair
• Quantity threatening quality in higher education
• Cui Yongyuan and his battle with "Cell Phone"
• Balancing creativity discipline in life

For Sale!
销售中

Tel: 8610-84944107-553
Fax: 8610-64934766
Email:
fanxf@chinadaily.com.cn

- Spain pulls from Iraq, 10 US troops killed
- Eager Guangzhou eyes 2010 Asian Games
- Dance drama steps to beat of the market
- Over 8 hours sleep too much of a good thing

| Home | News | Business | Living in China | Forum | E-Papers | Weather |

中文国际 英语学习 少年英文报 彩信 短信 图片 漫画 天气

| About China Daily | About China Daily.com.cn | Contact Us | Site Map | Jobs |

Copyright 2005 Chinadaily.com.cn All rights reserved. Registered Number: 20100000002731



Click here to print



# Becks is just a smoothie...

Peter Mckay

Last updated at 16:22 04 May 2004

Posh is at breaking point, and said to be considering separation; Becks is in the doghouse, unable to understand how he could have been so foolish. Surely an end is in sight to the story of Mr and Mrs David Beckham's marriage difficulties.

Alas not. After two previous strumpets fell out of the cupboard and told all, now a vicar's daughter, Celina Laurie, claims Mr Beckham ravished her in Room 215 of the Hotel Royal, Aarhus, Denmark, on August 7, 2002.

But is there evidence of coitus?

Possibly. Celine says she found that Mr Beckham - like many Danes - likes to keeps his private parts hair-free. She tells The People: 'He appreciated the fact that I'm also a fan of waxing.

We were in mutual agreement.' Another beguiling feature is added to the great tapestry.

People:
    David Beckham
Places:
    Denmark

Ads by Google:
Baby Angel Wingsmany styles, colors, and sizes forbabies 0-6m, 6-12m, 1-3yr, and moreFashionWings.com
Health Smoothies RecipesAdd Go Ruby Go To Any SmoothieRecipe. Superfood Energy Drink.www.IVLProducts.com/smoothie
Victoira Falls ZimbabwePlan your Trip to Victoria FallsBook Hotels Tours & Activities Herewww.bookinafrica.com
Free eDiets Health AdviceFree Advice & Articles a HealthierLifestyle & Weight Loss Helphealthnews.ediets.com

Find this story at www.dailymail.co.uk/debate/columnists/article-259546/Becks-just-smoothie-.html

Published by Associated Newspapers Ltd
Part of the Daily Mail, The Mail on Sunday & Metro Media Group

© Associated Newspapers Ltd

Case 2:10-cv-07980-R-SS Document 12-2 Filed 11/18/10 Page 19 of 51 Page ID #:206

EXCLUSIVE: BECKHAM: THE ULTIMATE BETRAYAL: He put his hand down my | Sunday Mirror Ne...

Find Articles in:
> All
> Business
> Reference
> Technology
> Lifestyle
> Newspaper Collection

## News Publications

o Comments

# EXCLUSIVE: BECKHAM: THE ULTIMATE BETRAYAL: He put his hand down my

## Sunday Mirror, Oct 10, 2004 by MAGGIE O'RIORDAN

DAVID Beckham has been cheating on pregnant wife Victoria with one of her close friends.

The England soccer captain pursued 22-year-old beauty therapist Dannielle Heath before seducing her behind Victoria's back.

Dannielle, who bears an astonishing resemblance to Posh, tells today how Beckham is a calculating predator who ruthlessly seduced her despite his wife's condition.

Her astonishing story explodes the show of unity carefully orchestrated by the Beckhams since Rebecca Loos told of her affair with the Real Madrid star.

It exposes Beckham as a reckless philanderer who first came on to star-struck Dannielle only weeks after the Loos scandal. Then he had sex with her after he and Victoria jubilantly announced she was expecting their third child, declaring: "This is fantastic news and we are both absolutely delighted."

Dannielle became a regular visitor to Beckingham Palace, the Beckhams' Hertfordshire mansion, after meeting Victoria in an Essex beauty salon. She would give Victoria waxing treatments and apply spray-on fake tan to her husband.

Here, in an exclusive interview with the Sunday Mirror, Dannielle tells how Beckham:

-First began flirting with her at the marital home while Victoria was away on a charity mission in Peru in May.

-Smeared Body Shop Body Butter over her, keeps his testicles shaven and fantasies about getting his private parts waxed.

-Admitted he felt guilty cheating on Victoria - but couldn't help himself.

-Romped with her in Madrid while Victoria was back in Britain for their son Romeo's second birthday party.

EXCLUSIVE: BECKHAM: THE ULTIMATE BETRAYAL. He put his hand down my | Sunday Mirror Ne...

Dannielle's first experience of "Planet Beckham" was in March when Victoria popped into a tanning salon in Old Harlow, Essex, run by one of Dannielle's friends, and the pair began chatting about beauty regimes. Dannielle said: "Victoria was having a sunbed treatment and commented on how brown I was. I couldn't believe how friendly she was. I told her about my self-tanning system and explained I owned a salon myself over the road. I gave Victoria my number but didn't expect her to call.

"But the next day she rang for a facial. I was so surprised that she got in touch. She came in the next day and we chatted about beauty. A couple of weeks later she came in for a bikini, underarm and leg wax.

"I couldn't believe it. Here was the most famous woman in Britain treating me like a trusted friend. I was so flattered."

Soon afterwards Posh sent her nanny to Dannielle's salon to test out the self-tanning system. The nanny then made an appointment for Dannielle to tan Posh at home.

Little did anyone know that weekend in April would be the one where the world would learn of Beckham's affair with his PA Rebecca Loos. Shocked Dannielle did not know whether to keep her appointment with her first-ever famous client. "But when I got there you would never believe there was anything wrong. They were kissing and getting on well. They seemed so calm.

"David was wearing three-quarter length shorts and a baggy t- shirt. I didn't fancy him but was struck by how he looks into your eyes when he speaks to you."

The couple were getting ready to go to a birthday party thrown by their agents, 19 Management, at the Albert Hall. It was their first public appearance since the Loos scandal broke.

Over the next few weeks she became a regular visitor to Beckingham Palace.

In May, when Victoria was in Peru, Beckham seized his opportunity to be alone with Dannielle. "He got a member of his staff to call me to wax and tan him," says Dannielle. "When I got there David was picking Brooklyn up from school. He handed Brooklyn over to the nanny and we were alone. I asked him where he wanted treating, expecting to do his chest and back, but he pointed down and said, 'The groin area'. I have never been asked to do that before and I told him if he wanted to be waxed, I would have to do it before the tanning otherwise it would pull the tan off. But he decided against it in the end."

Beckham then led Dannielle upstairs for the tan treatment. He stripped down to his pants and Dannielle soon noticed he was in a flirty mood. "He kept complimenting me on losing weight," she recalls. "He asked about my boyfriends. I told him I had just split up with someone and he told me, 'Everything happens for a reason'.

"He asked me if the tan was ready. I replied, 'Is it tacky still?' He then said, 'Can you feel?' I felt his arm and wondered if he was coming on to me. Then I thought it would be ridiculous to think that David Beckham fancied a girl like me. Besides which I liked Victoria and considered her a friend. When I told a friend afterwards they said, 'He fancies you', but I didn't know what to think."

In August Victoria finally joined Beckham in Madrid - and Dannielle was there to say goodbye. A few days later she was invited to visit her clients in their new rented home in the Spanish capital. Dannielle says: "Posh and Becks liked my work and trusted me. Victoria said she didn't want anyone else."

EXCLUSIVE: BECKHAM: THE ULTIMATE BETRAYAL. He put his hand down my | Sunday Mirror, Ne...

On August 21 Dannielle paid her first visit to the Beckhams in Spain. "I had become good friends with the nanny and we decided to go on a break to Barcelona," she says. "David and Victoria invited us to stay with them before and after."

Advanced Search  david beckham affair with | in  free and premium articles    Search

Case 2:10-cv-07980-R—SS Document 12-2 Filed 11/18/10 Page 22 of 51 Page ID
#:209
EXCLUSIVE: BECKHAM: THE ULTIMATE BETRAYAL: He put his hand down my - page 2 | Sunday Mi...

Find Articles in:
    All
    Business
    Reference
    Technology
    Lifestyle
    Newspaper Collection

## News Publications

0 Comments

# EXCLUSIVE: BECKHAM: THE ULTIMATE BETRAYAL: He put his hand down my

## Sunday Mirror, Oct 10, 2004 by MAGGIE O'RIORDAN

Dannielle dropped into see the couple and then she and the nanny went on to Barcelona. She returned to the villa on August 30. Posh - by then three months pregnant - had left to go home to England for Romeo's birthday party. Beckham, who was playing football the following day, was planning to fly out the next evening.

He made sure all his staff were out when Dannielle returned from a shopping trip and invited her told to sunbathe by the pool. It was the day after he and Victoria announced they were expecting their third child.

Dannielle said: "We were lying on sun loungers chatting when David said, 'Do you mind if I sunbathe in my pants? What do you say to that?' He asked me if I had lost weight and I said I wanted to lose another half a stone. He replied, 'Trust me. You don't need to. You look fine. Believe me'.

"I noticed the whole time that he had an erection. I was supposed to be flying home that day but he said, 'Why don't we all go out tonight then you can go back on my flight tomorrow'. I said I didn't think Victoria would be pleased and he said, 'I will deal with it'. I didn't want to be in that position - with me and Victoria being friends. I told him he was the one who was married with two children. He didn't comment."

Beckham then told Dannielle, who was wearing a skimpy striped bikini, to follow him upstairs to "sleep together" in an upstairs lounge. "He said, 'Do you think it would look strange if we both went upstairs for a sleep?" says Dannielle. "I said it would."

Dannielle then says she reluctantly followed him upstairs. "We were on the sofa. We started kissing quite passionately. He said to me, 'I want to taste you'.

"He put his hands down my bikini bottoms and pulled them down and started fondling me. He was kissing my boobs. He seemed to know exactly what he was doing and gave me oral sex. I kept saying it was too risky - the staff might come back. 'What about Victoria?' I said. I asked if he felt guilty,

did he feel bad? He said, 'Yeah, I do'. He looked guilty and upset but by then he just couldn't stop himself.

"Neither of us orgasmed. I played with him a bit but was surprised to find he had no hair on his balls. His willy is big though - a good eight inches. And for the record, he is not circumcised." She said they leapt up when they heard security, the nanny and David's PA return. "I went to the guest room where I was staying. I was flushed and couldn't believe what had happened." Dannielle had a shower while David had one in his en suite.

Later he walked into her room. Both were wearing only bath towels. Before long they were frantically pawing at each other.

"My towel came off and we lay on the bed and he smeared me all over the Body Shop Body Butter. His hands started touching me underneath and he pulled me to the end of the bed and gave me oral sex." Dannielle also masturbated Beckham but he brought himself to climax. They did not have full sex.

"David was very affectionate," she says. "He loved to kiss and cuddle me and loved it when I did the same to him. It was like he was starved of affection."

Copyright 2004 MGN LTD
Provided by ProQuest Information and Learning Company. All rights Reserved.

Advanced Search  david beckham affair with  in  free and premium articles   | Search |

Find Articles in:
 All
 Business
 Reference
 Technology
 Lifestyle
 Newspaper Collection

Ad Info▾

## News Publications

0 Comments

# HOW WE BROKE STORY

## Sunday Mirror, Apr 24, 2005 by KAREN ROCKETT

DAVID Beckham had an affair with beautician Dannielle Heath last year, as revealed by the Sunday Mirror.

Both he and Victoria denied the story at the time but their former nanny Abbie Gibson, a friend of Dannielle's, last night confirmed it was true.

Dannielle (left), a 22-year-old beauty therapist, said David seduced her at their Hertfordshire home and when she was flown over to Spain to give him a fake tan treatment. "We were lying on sun loungers chatting when David asked: 'Do you mind if I sunbathe in my pants?'

"The whole time he had an erection. I was flying home that day but he persuaded me to stay."

Dannielle said he asked her to come with him indoors and led her to a sofa. "We started kissing quite passionately. He said to me, 'I want to taste you'," she said.

"He put his hands down my bikini bottoms and pulled them down and started fondling me.

"He was kissing my boobs and gave me oral sex. I asked him about Victoria and if he felt guilty and he said: 'Yeah I do'.

Later David followed Dannielle into her room. "He started touching me and my towel came off. Then he gave me oral sex."

Dannielle said she masturbated Beckham but they didn't have full sex.

While the Beckham's nanny has revealed that David was cold to Victoria, he was, says Dannielle, very affectionate with her.

Dannielle said: "David loved to kiss and cuddle me. It was like

Copyright 2005 MGN LTD
Provided by ProQuest Information and Learning Company. All rights Reserved.

Case 2:10-cv-07980-R -SS Document 12-2 Filed 11/18/10 Page 25 of 51 Page ID #:212

Advanced Search   david beckham affair with | in   free and premium articles ⬚   [ Search ]

# EXHIBIT B

Victoria Beckham: 'Our marriage is not a sham' : SFGate: Daily Dish



advertisement | your ad here

That's why we built the nation's fastest mobile broadband network*.

FIND OUT MORE    Rethink Possible

home of the

Subscribe to the weekend Chronicle

Search    SFGate   Web Search by YAHOO!   Businesses | Advanced    Sign In | Register

Movies   Music & Nightlife   Performance   Art   Events   Books   TV & Radio   Horoscope   Comics   Games   Things To Do

Gossip served hot. Monday - Friday    Contact   MyFeeds

« Kim Cattrall: 'Los... | Main | Kim Kardashian:... »

## Victoria Beckham: 'Our marriage is not a sham'

0    0   f share

Victoria Beckham has spoken out to address rumors her marriage to soccer star David never recovered from an affair allegation in 2004 - insisting their union is "absolutely not a business arrangement."

The former Spice Girl wed the sportsman in 1999, but five years later the union was allegedly rocked after the Los Angeles Galaxy player was accused of having a four-month romance with his personal assistant Rebecca Loos.

Beckham branded the allegation "ludicrous" and the couple appeared to put the scandal behind them, but online gossips have long speculated they only kept their marriage intact for the sake of their three children and their business empire.



But Victoria is adamant she never believed the allegation and has never let the lurid tales affect their relationship.

She tells Britain's OK! magazine, "I know David has never cheated on me. I really do believe deep down that I have the most faithful husband I could hope for. I can honestly say I am really lucky to have him. I couldn't live a lie and it would be unfair on the children. We are working on things together but our marriage is absolutely not a business arrangement. Could you, for all the money in the world? I couldn't."

Andrew H. Walker/Getty Images

Published on: May 25 2010 at 02:10 PM

Listed Under: David Beckham, Victoria Beckham

Share | Email

« Kim Cattrall: 'Los... | Main | Kim Kardashian:... »

### Comments (24)

Add Your Comment                                    Sort comments by:  Oldest to Newest

**DameEdna**  3:16 PM on May 25, 2010
Oh he WAS unfaithful to you when you refused to move to Spain. You're delusional woman.
REPLY   (14)   (1)   POPULARITY: 13        [Report Abuse]

**jimmyhoffa_bush**  3:22 PM on May 25, 2010
"It's not cheating if she's not smiling while I do it."
s/ Becks
REPLY   (14)   (0)   POPULARITY: 14        [Report Abuse]

**scungilli**  3:24 PM on May 25, 2010
brace yourself for the bullock effect ...
REPLY   (6)   (1)   POPULARITY: 5        [Report Abuse]

Photo Galleries    1-3 of 21

  

CMA Awards   Victoria's Secret Fashion Show   Glamour Women of the Year

advertisement | your ad here



Today's Deal in THE SOUTH BAY
$20 for $40 Worth of Gourmet Indian Cuisine at The Mynt



SALE ENDS IN
35:20:36
SAVE
50%
BUY NOW

See more at

Celebrity Photo Gallery



Hollywood Laughs It Up
These 9 stars can't keep a straight face.

PARADE
PHOTO GALLERIES



CELEBRITY VIDEOS



Brandy's Fight to the DWTS Top

CELEBRITIES
Britney Spears (563)
Lindsay Lohan (457)
Paris Hilton (370)
Madonna (327)
Angelina Jolie (298)
Brad Pitt (235)
Jessica Simpson (234)
Celeb Babies (214)
Jennifer Aniston (184)
Amy Winehouse (166)

More...

TOPICS
American Idol (75)
Desperate Housewives (45)
Fashion (29)
Hip-Hop (75)
Marriage (14)
Movies (89)
Music (252)
Splitsville (94)
TV (249)

TODAY'S DISH
Jessica Simpson engaged
Whitney Houston dating Ray J again?
Heidi Montag and Spencer Pratt to renew vows
Justin Bieber: 'I have ADD'
Russell Simmons: 'Kanye West has no need to apologize'
Katy Perry: Russell Brand and I won't be the new Beckhams'
Jim Carrey turning art hobby into serious venture
LeAnn Rimes' joy over ex-husband's engagement
Demi Lovato to be written out of TV show
Mila Kunis dismisses rumors of boozing before explicit sex scene
Ne-Yo gushes about new baby daughter

ARCHIVES

« NOVEMBER 2010

| SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

## Read More

**From SFGate.com:**

Powered by OneSpot

**2 lawsuits challenge US Defense of Marriage Act**

(11-09) 15:24 PST New York (AP) -- Gay civil rights groups trying to build momentum for a possible Supreme Court showdown filed two lawsuits Tuesday that seek to strike down portions of a... More »

**Warriors' David Lee misses game with arm injury**

David Lee missed the Warriors' 120-90 loss to Chicago on Thursday night at the United Center with a laceration on his left elbow. The power forward was aware of how that was going to read before it was ever put into...

**Capello pleased to see Beckham's fitness improving**

(11-14) 05:34 PST LONDON, United Kingdom (AP) -- England coach Fabio Capello says David Beckham is showing signs of improvement since an Achilles' tendon injury prevented the midfielder from playing... More »

**Oakland police kill suspect in alleged attack**

Police fatally shot a parolee who had allegedly choked and beaten a woman next door to a hairstylist shop he owned in East Oakland, authorities said Tuesday. Derrick Jones, 37, was shot Monday night on the... More »



**From Around the Web:**

Victoria Beckham in Pics: David Beckham's Smoking Hot LA Galaxy Wag
11/9/2010 — Bleacher Report - Front Page

Victoria Beckham Happy to Look "Miserable"
11/12/2010 — The Inquisitr

Well Played, Victoria Beckham
11/9/2010 — GoFugYourself

David Hyde Pierce Talks Coming Out & Marriage
11/15/2010 — PopEater

Victoria Beckham's son makes late night calls
11/14/2010 — Celebrity Photos and News at ExpoSay



**New York: Job Scams (EXPOSED)**
We investigated work at home jobs and what we found may shock...



**New York: Mom Makes $77/Hr (Online)**
New York :Mom spills secret on how she makes $6795/mo part time.



**Today ONLY: iPads Sold for $13.49**
New York: iPads are being auctioned for an incredible 90% off!

Powered by twitter

ADVERTISEMENT

Related Topics: Los Angeles Galaxy, Victoria Beckham, Rebecca Loos, OK!, Marriage

Ads by Yahoo!

**DISH® - Official Site**
Get HD Free For Life & Save $180 In Your First Year! Free HD DVR.
(www.DISHNetwork.com)

**Mortgage Rates Hit 3.25%!**
If you owe less than $729k you probably qualify for govt Refi Programs
(www.SeeRefinanceRates.com)

**Celebrities Tweets**

12:06 PM Follow @JasonBinn for the best in music news. The hot Mary J Blige has made the cover of @gothammag nlng.it/914KXv (THE_REAL_SHAQ)

11:46 AM STILL ON USTREAM @ THE LAUNCH FOR #PURR! Check it @ www.katyperrybeauty.com! (KatyPerry)

11:29 AM @danwootton We care! A lot! #RoyalWeddingFever (perezhilton)

Powered by twitter          More Tweets »

## AP Entertainment News

Review: Rascal Flatts newly inspired on new disc
11.16.2010
After long career, Dan Rather tries 'Summing Up'
11.16.2010
New book takes a fresh look at Cleopatra's life
11.16.2010
Hollywood publicist shot dead in Beverly Hills
11.16.2010
Apple says iTunes will sell music from Beatles
11.16.2010

**FEATURED COLUMNS**

Leah Garchik Local tidbits, gossip and goings on
Pop Quiz Q&A with pop stars
Tim Goodman TV Guru
Horoscopes Your daily astrology fix

**New Flicks**



**NEW FLICKS**
"Unstoppable" can't put on the breaks; wannabe jihadists in "Four Lions"; and more.

More New Flicks »

© 2010 World Entertainment News Network Ltd. All global rights reserved. No unauthorized copying or re-distributing permitted.

[return to top]

Home   News   Sports   Business   Entertainment   Food   Living   Travel   Columns   Buy & Sell   Jobs   Real Estate   Cars   Site Index

**Advertising Services:** Advertise with us   Place a Classified   About Our Ads   Public Notices   Local Businesses: Business Directory
**Reader Services:** Home Delivery   Subscribers   E-Edition   Mobile   RSS Feeds   Newsletters   Feedback   Buy Photos   FAQ   Corrections   Get Us
**Company Info:** Contact Us   Hearst Corp.   Privacy Policy   Terms and Conditions   Work for Us   Chronicle in Education   Events & Promotions   Submissions

© 2010 Hearst Communications Inc.

HEARST newspapers

# EXHIBIT C

1  Susan E. Wiesner (Bar No. 156425)
   Adam N. Schanz (Bar No. 245526)
2  Susan E. Wiesner, A Law Corporation
   9113 Sunset Boulevard
3  Los Angeles, California 90069

4
   Telephone: (310) 281-2553
5  Facsimile : (310) 281-2557

6  Attorneys for Petitioner, SHERY SHABANI

7

**FILED**
Superior Court of California
County of Los Angeles

SEP 27 2010

John A. Clarke, Executive Officer/ Clerk

By _____ , Deputy
   L.Y. HARGROVE

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF LOS ANGELES

10

11  In re Marriage of:                )      CASE NO. BD 530364
                                       )      **(Re-Assigned for All Purposes)**
12  Petitioner:   SHERY SHABANI        )
                                       )      Judicial Officer: Hon. Amy Pellman
13  and                                )      Dept.: 65
                                       )
14  Respondent:   KAMBIZ J. SHABANI    )      REDACTED AUGUST 19, 2010
                                       )      DECLARATION OF PETITIONER, SHERY
15                                            SHABANI FILED IN SUPPORT OF HER
                                              REQUEST FOR TEMPORARY
16                                            RESTRAINING ORDERS AGAINST
                                              RESPONDENT, KAMBIZ J. SHABANI
17
                                              Date:   September 27, 2010
18                                            Time:   10:30 a.m.
                                              Dept:   65
19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                      1

In Re Marriage of Shabani       L.A.S.C. Case No. BD 530364

## DECLARATION OF SHERY SHABANI

I, SHERY SHABANI, hereby declare as follows:

1. I am the Petitioner in this action. I have firsthand, personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would competently testify hereto under oath.

2. I submit this declaration in support of my request for Temporary Restraining Orders against my husband, Kambiz J. Shabani (hereafter "Respondent"), an Order Granting Exclusive Use and Possession of the Family Residence to me, Child Custody Orders, a Child Custody Evaluation, and a Court Order requiring Respondent to pay the mortgage, property taxes, and all other expenses associated with the family residence located at 100 S. Mapleton Drive, Los Angeles, CA 90024.

3. Respondent and I were married on August 29, 1998, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ the immediate subject of my current request for temporary restraining orders.

4. Respondent and I have two minor children: our daughter, Taylor Shabani, date of birth April 6, 2000 (age 10), and our son, Tye Shabani, date of birth July 6, 2003 (age 7). I have been our children's primary caretaker throughout their lives.

## DOMESTIC VIOLENCE INCIDENT ON AUGUST 17, 2010

5. On the morning of Tuesday, August 17, 2010, Respondent called and stated that he required my signature on some documents before we could refinance our family residence located at 100 S. Mapleton Drive, Los Angeles, California 90024. I responded that I would need some time to review the documents. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As is detailed herein, Respondent and I have been experiencing marital issues since approximately October 2009, and I was very hesitant to sign a presumably lengthy set of documents without taking the necessary time to first review them. Also, Respondent did this same thing to me with tax documents approximately one month earlier when he asked me to review them; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and he told me he "took care of it" which I took to mean that he forged my signature.

1

In Re Marriage of Shabani        L.A.S.C. Case No. BD 530364

6.     During the afternoon and evening of August 17, 2010, Taylor and Tye each had one friend visiting them at our family residence. At that time, all four children were playing and planning to have a "sleep over" at our house that evening. At approximately 7:30 p.m. that evening, Respondent confronted me for the second time that day about why I would not agree to sign the refinance documents. Again, I responded that I required a couple of days before I could potentially review and sign them, especially after having just received them. Respondent immediately became very angry, raised his voice, and shouted "I'll take care of it like I always do with you!" I responded "If you will take care of it, why did you ask me to sign?" I then left the den and Respondent remained on the couch, visibly upset over this issue.

7.     Several minutes later, I went upstairs to change my clothes and then set up a movie for all four children to watch. At that time, Tye and his friend were downstairs playing video games and Taylor and her friend were in Taylor's room. From my room, I could view the hallway and the stairs and that is when I saw Respondent lunging up the stairs, three steps at a time, and he appeared enraged and irate. He then rushed into my room enraged, and closed the door behind him.

8.     After the door closed, he immediately began screaming profanities at me and accusing me of various things. For example, he yelled: "You want control? You're no one! Who do you think you are?" Then, Respondent shoved me against the wall, hit my arm, and shoved me a second time. I then walked to my bathroom which is connected to the room just a few feet away from where Respondent had shoved and struck me. I took my cell phone and called Charlie, my therapist. At this time, Respondent was yelling profanities at me and saying that he was going to call my parents to make them come remove their "whore daughter from my house!" I told Charlie what occurred, and how I feared calling 9-1-1. Charlie then directed me to call 9-1-1. During my entire conversation with Charlie, Respondent was standing right next to me in the bathroom, yelling at me. Respondent then yelled, "what, you want to call 9-1-1?" He then picked up the phone, dialed 9-1-1, and said "here you go."

9.     When the 9-1-1 operator picked up the call, Respondent handed me the telephone and continued yelling numerous expletives and threats at me. His threats included statements such as

2

In Re Marriage of Shabani _____ L.A.S.C. Case No. BD 530364

"You're really going to do this? I'm going to kill you!" I am informed and believe that Respondent's incessant shouting and yelling was so loud and persistent that the 9-1-1 operator could not hear what I was saying. Moreover, the 9-1-1 operator advised me that Respondent's shouting and yelling was being recorded during the telephone call. I believe this recording will accurately reflect the magnitude and duration of Respondent's shouting and yelling throughout the 9-1-1 call.

10.    After I hung up with the 9-1-1 operator, I ran downstairs and told our housekeeper, Nancy, to gather and keep our children and their friends busy because Joe had just hit me and I did not know what would happen next. At that time, I noticed that I had received an e-mail message from our daughter, Taylor, a true and correct copy of which is attached hereto and marked as Exhibit "A."

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

11.    Shortly after I went downstairs, Respondent came towards me down the back stairs and angrily yelled at me across the room, in front of all four children: "Your mom called the cops and she's going to have me arrested!" In order to attempt to keep the children calm, I told them that daddy is just kidding, and not to worry. At that time, there were so many thoughts running through my mind, including how embarrassed I felt and how I had to make arrangements for our children's friends to be picked up and returned to their families.

12.    At around 8:00 p.m., I received a call from my mother. My mother asked what happened because she had received an angry phone call from Respondent. I was crying, ████ ████████████████████████████████ While I was on the phone with my mother, Respondent continued yelling at me. ████████████████████████ ██████████

13.    Shortly after speaking with my mother on the phone, I saw my parents arrive at our house, as they reside in the same neighborhood as our family residence. When my parents arrived, Respondent continued to act angry and hysterical, and he shifted his focus from screaming at me to screaming at my parents. He screamed expletives at them such as that I was "trash" and that I was a "whore."

3

DECLARATION OF SHERY SHABANI                                    dca081910-cli

| | |
|---|---|
| In Re Marriage of Shabani | L.A.S.C. Case No. BD 530364 |

14.    I saw Respondent then proceeded to threaten my parents, telling them that he was going "fuck" our entire family and see to it that my younger sister would never get married because our family is "trash." I saw my mother try to get Respondent to calm down as the children were still in the house, but her efforts only enraged him even more. Then, he screamed at my mother: "Bitch, don't tell me to calm down!" ███████████████████████████████████████████████ ███████████████████████████████████████, to which he responded, "fuck the kids!" His explosive demeanor was extremely frightening to everyone present. ·

15.    As I noticed that my parents' efforts to calm Respondent down were not effective, I walked out of the house in an attempt to call my attorney on my cellular phone, as I wanted to remove myself from the house so it would not be as chaotic for our children. However, once I walked out of the house, Respondent followed me everywhere. He followed me when I walked around our driveway and then across our front yard. When I removed my attorney's business card out of my pocket and attempted to dial the number on my cellular telephone, Respondent forcibly attempted to grab the business card from out of my hands, and I was unable to call my attorney.

16.    When Respondent was attempting to grab the business card from me, I saw my father come towards Respondent and ███████████████████ I then saw Respondent shove my father, and shout: "She's a fucking whore! Get her out of my house now! You and your family are trash!" Respondent also told my father that if my father were to hit him, the cameras he had set-up in and around the family residence would record any altercation. Respondent continued to scream profanities at my father while my father attempted to calm him down and coax him back into the house. After some time, I saw Respondent go back into the house.

17.    Shortly after Respondent went back in the house, Respondent's family and his friend arrived t our residence. Upon their arrival, the situation immediately became extremely volatile again. One of Respondent's friends, ██████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████

4

In Re Marriage of Shabani                    L.A.S.C. Case No. BD 530364

████████████████████████████████

18.    When Respondent's mother arrived at our residence, she began hitting herself on the head and then proceeded to throw herself on the floor in the foyer of our family residence. All the while, ██████████████████████████████████████████████████████████ ████ Her conduct only exacerbated the situation.

19.    After Respondent's family and friend arrived, Respondent remained hysterical. He was screaming, yelling, and was completely out of control. I personally observed his brother, Kamyar, and Farshad repeatedly hold Respondent back in an effort to physically subdue him.

20.    I saw my mother also trying to calm Respondent down. I observed my mother ██████ ████████████████████████████ Again, Respondent lashed out at my mother, screaming and yelling profanities at her.

21.    At approximately 8:15 p.m., two police officers arrived and they asked me to explain what had transpired, and I explained to them everything that had just occurred. Then, they spoke to Respondent. I saw Respondent shout and scream irrelevant and untrue things to the police officers, including that I had "fucked David Beckham," and he inexplicably demanded that the officers include his statement in their report so that he could "take this to TMZ."

22.    The officers asked if I wanted to press charges against Respondent. I responded that I did not want to press charges. The officers repeatedly attempted to persuade me to press charges and have Respondent arrested. Specifically, they told me that Respondent was out of control and that neither our children nor I deserved to be treated in the way that they had observed Respondent treat us.

23.    Then, I observed the two police officers ████████████████████████████ ██████████████████████ After Kamyar had presumably conferred with Respondent, he returned to the front yard where the officers were waiting and ██████████████████ ██████

24.    The police officers then came to me and ████████████████████████████ ████████████████████████████████████████████████████████████

5

In Re Marriage of Shabani _____ L.A.S.C. Case No. BD 530364

I decided to leave the house because I did not want send our children's father to jail, and also out of fear for how Respodnent would react. The police officers again plead with me to permit them to arrest Respondent, and I again responded that I did not want to have Respondent arrested or to press charges against him. Eventually, the police officers prepared an official Police Report, a true and correct copy of which is attached hereto and marked as **Exhibit "B."**

25.  Throughout this ordeal, I observed our children and their friends to appear very frightened of Respondent. Understandably, I was shaking uncontrollably. In order to give myself some time to calm down, ████████████████████████████████████████ ████████████████████   Notably, she and I had previously formulated a safety plan for this very occasion pursuant to the request of Robyn, the children's therapist, to address Respondent's potential future violence. At that point, I also asked the mother to call my attorney and the children's therapist because I was physically unable to make any calls due to the traumatic events that I had just suffered, which included Respondent shoving me two times and striking me on the arm, and Respondent attempting to prevent me from placing calls from my cellular telephone.

26.  Once the children were safe and away from the house, I gathered a few essential items and left our family residence with my parents.

27.  After the children enjoyed frozen yogurt with Taylor's friend's mother, she took them back to her home. The children's therapist, Robyn, met the children there pursuant to the Robyn's request. I arranged for this therapy session because Robyn felt that our children needed her due to the traumatic events they had just experienced. I then drove to the residence to meet with the children and Robyn.

28.  I returned to my parents' home with the children at approximately 11:30 p.m. on August 17, 2010. The children and I have remained at my parent's home since the August 17 incident occurred.

29.  On August 18, I attempted to make arrangements through Respondent's brother, Kamyar, to briefly return to our family residence to retrieve some clothes for our children and some personal items. Initially, Kamyar refused to arrange for me to come to the residence, instead

6

DECLARATION OF SHERY SHABANI _____ dca081910-cli

In Re Marriage of Shabani _____ L.A.S.C. Case No. BD 530364

contending that my mother should come and pick up the various items instead of me. Finally, I was able to negotiate with Kamyar to allow me to enter our family residence on August 18, however, Kamyar stood in the room throughout the entire time that I was in the residence retrieving the various items. Also, Kamyar made some troubling allegations against me while I was in the residence — including that I was taking too many clothing items for our children — essentially accusing me of not leaving the children any clothing for when our children are back at the house. I had only packed enough clothing for a few days for the children in one small suitcase, and therefore Kamyar's concern was misplaced. It was humiliating to be escorted around my own residence and dictated what items I should and should not be gathering for our children.

### HISTORY AND BACKGROUND

30. The events that took place on August 17, 2010 were not a one-time occurrence. Respondent has abused me for years, both mentally and emotionally, and now physically..

31. Respondent has repeatedly "raged" on me. Some instances have been as follows:

      a. He has threatened to kick me out of the house because I am a "whore."

      b. He has accused me of having extra-marital affairs, most often with David Beckham (which is untrue).

      c. He has threatened to kill me.

      d. He has continuously and repeatedly said profane comments to me when the children were present in the same room.

      e. On my most recent birthday, in front of the children, he yelled at me: "I know why you're upset, it's your birthday and you didn't get a text message from David Beckham! Why don't you ask him to send you a picture of his cock for your birthday you whore!"

      f. He criticizes my wardrobe in front of the children, stating that I let my boobs out inappropriately — which statements make Taylor feel very uncomfortable, as I have personally observed on a repeated basis. And, he has taken pictures of my cleavage and shown them to the children while his criticizes my wardrobe to them.

///

7

DECLARATION OF SHERY SHABANI _____ dca081910-cli

In Re Marriage of Shabani                                    L.A.S.C. Case No. BD 530364

32.     In July 14, 2010, I took the children and eight of their friends to stay at our beach house in Playa del Rey for a sleepover for one week. During that time, Respondent came, threw a manila folder on the table and demanded that I sign some Power of Attorney documents. I knew nothing about these documents or why I needed to sign them, thus I told Respondent that I did not want to sign the documents – at least not then. Respondent immediately became extremely angry, and began yelling at me in the children's presence. Respondent concluded this incident by shouting at me, "I'm Tony Soprano...I'll take care of it!" I now suspect that Respondent has been forging my signature on documents for many years.

33.     Beginning in 2010, Respondent has accused me of having an affair with David Beckham, often in front of our children. I have repeatedly told him that his accusation is untrue. In fact, Respondent's ongoing allegations regarding Mr. Beckham are part and parcel of Respondent's delusional thought processes. Although Mr. Beckham's children go to the same school as our children, Respondent's allegations are untrue. ██████████████████████ ████████████████████████████████████ ████████████████

34.     I recall a specific incident that took place when Taylor was 10 years old where Respondent's threatening behavior towards me became so elevated that our daughter, Taylor, put on her ski jacket and hid in the closet. During that incident, Respondent shouted at me and screamed that I "needed to get my ass out of the house." Shortly after that, Taylor told me: ████████ ████████

35.     On July 6, 2010, the night before my birthday, Respondent wanted me to go with him to a Brit milah. I told him that I did not want to go because it was our son's actual birthday that day, and I had promised to take our son out on activities, like going out for breakfast, and I wanted to spend the day with our son on his birthday. Respondent told me that if I am not going with him, he would teach me a lesson by cutting me off from my therapy.

36.     At this time, I am extraordinarily afraid of Respondent. Although he has regularly taken prescription medication for anxiety and mood disorders over the past three months, I have

8

DECLARATION OF SHERY SHABANI                                      dca081910-cli

In Re Marriage of Shabani                    L.A.S.C. Case No. BD 530364

personally observed him to also consume large amounts of alcohol which then causes him to become

moody and unpredictable. Our children are repeatedly traumatized by and fearful of Respondent. For

example, several weeks ago when Respondent spent time with our children at a beach house located

in Playa del Rey, ████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████      I immediately

drove to pick up our children and when I arrived, ███████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

████████

## CHILD CUSTODY EVALUATION

37.   I am requesting for the Court to order a Child Custody Evaluation to commence forthwith.

## I AM REQUESTING SOLE USE AND POSSESSION OF THE FAMILY RESIDENCE

38.   Our children are commencing the 2010-2010 academic year very soon, and I believe it is in their best interests to return to as normal of an environment as possible. Consistent with this objective, I believe that the children should return to the family residence with me and that I should be granted sole use and possession of the family residence as I have always been the children's primary caretaker throughout their lives. It will be convenient for Respondent to stay with his various family members or friends that live nearby. Our children and I are currently residing at my parents' residence which is an acceptable but not ideal situation looking ahead to the children's upcoming academic year.

9.

In Re Marriage of Shabani        L.A.S.C. Case No. BD 530364

39. Along with my request for sole use and possession of the family residence, I am requesting for Respondent to pay all of the expenses associated with the family residence. As I have described herein, I have absolutely no information about our community finances as Respondent has *always* prevented me from learning this information. As such, I have no idea how much or to whom the monthly expenses associated with our family residence should be paid. And, I have zero access to money other than a joint account that I am not "allowed" to draw money out of unless there is an emergency. I therefore request that the Court require Respondent to maintain the status quo payments associated with our family residence.

40. Our children need a safe, quiet zone before they ease back into overnight visits with Respondent. Pending a hearing on a Permanent Restraining Order, I do not believe it is in our children's best interest for Respondent to unmonitored visitation, at least for the time being, in light of Respondent's actions on August 17, 2010, and his increasingly erratic behavior that led up to that day. I proposed that if the Court grants my requests for Temporary Restraining Orders, Respondent be granted visitation every Wednesday from 5:00 p.m. to 9:00 p.m. for dinner, and every other Saturday from 10:00 a.m. to 5:00 p.m. and Sunday from 10:00 a.m. to 5:00 p.m., so long as this visitation is supervised by a third party that I approve of such as a family member.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 19th day of August, 2010, at Los Angeles, California.

**SEE ATTACHED FACSIMILE SIGNATURE**

_____

SHERY SHABANI

DECLARATION OF SHERY SHABANI        dca081910-cli

In Re Marriage of Shabani                                    L.A.S.C. Case No. BD530364

39.     Along with my request for sole use and possession of the family residence, I am requesting for Respondent to pay all of the expenses associated with the family residence. As I have described herein, I have absolutely no information about our community finances as Respondent has always prevented me from learning this information. As such, I have no idea how much are to whom the monthly expenses associated with our family residence should be paid. And, I have no access to money other than a joint account that I am not allowed to draw money out of unless there is an emergency. I therefore request that the Court require Respondent to maintain the status quo payments associated with our family residence.

40.     Our children need a safe, quiet environment. They need a calm to occur their visits with Respondent pending a hearing on a Permanent Restraining Order. I do not believe it is in our children's best interest for Respondent to unmonitored visitation, at least for the time being, in light of his conduct as actions on August 17, 2010, and his increasingly erratic behavior that I described that day. I proposed that in the Court grants my request for Temporary Restraining Orders, Respondent be granted visitation every Wednesday from 5:00 p.m. to 7:00 p.m. for dinner and every other Saturday from 10:00 a.m. to 5:00 p.m. and Sunday from 10:00 a.m. to 5:00 p.m., so long as this visitation is supervised by a third party that I approve of such as a family member.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed this 19th day of August, 2010, at Los Angeles, California.

SHERY SHABANI

10

1

**PROOF OF SERVICE**

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3          I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9113 Sunset Boulevard, Los Angeles,

4  California 90069;

5          On September 27, 2010, I served the foregoing documents described as **REDACTED AUGUST 19, 2010 DECLARATION OF SHERY SHABANI FILED IN SUPPORT OF HER**

6  **REQUEST FOR TEMPORARY RESTRAINING ORDERS AGAINST RESPONDENT, KAMBIZ J. SHABANI** on the interested parties in this action:

7
[X]  By placing [ ]   the original  [X] a true copy thereof enclosed in sealed envelopes addressed
8  as follows:

9          Manley Freid, Esq.
        Freid and Goldsman
10        2029 Century Park East, Suite 860
        Los Angeles, California 90067
11

12  [X]  VIA MAIL
        [X]    I am "readily familiar" with the firm's practice of collection and processing
13  correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at 9113 Sunset Blvd., Los Angeles, California,
14  in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for
15  mailing in affidavit.

16  [ ]  VIA FEDERAL EXPRESS

17  [ ]  VIA TELECOPIER

18  [ ]  VIA PERSONAL SERVICE BY UNITED EXPRESS MESSENGERS

19          I declare, under penalty of perjury, under the laws of the State of California, that the above is true and correct.
20
        Executed September 27, 2010, at Los Angeles, California.
21

22

23                        DARIA A. JOSEPH

24

25

26

27

28

PROOF OF SERVICE                                                      dca092710-cli redact

FILED
Superior Court of California
County of Los Angeles

SEP 27 2010

John A. Clarke, Executive Officer/ Clerk
By _____, Deputy
L.Y. HARGROVE

1  Susan E. Wiesner (Bar No. 156425)
   Adam N. Schanz (Bar No. 245526)
2  Susan E. Wiesner, A Law Corporation
   9113 Sunset Boulevard
3  Los Angeles, California 90069

4
   Telephone: (310) 281-2553
5  Facsimile : (310) 281-2557

6  Attorneys for Petitioner, SHERY SHABANI

7

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     FOR THE COUNTY OF LOS ANGELES

10

11  In re Marriage of:                    )   CASE NO. BD 530364
                                          )   (Re-Assigned for All Purposes)
12  Petitioner:   SHERY SHABANI           )
                                          )   Judicial Officer: Hon. Amy Pellman
13  and                                   )   Dept.: 65
                                          )
14  Respondent:   KAMBIZ J. SHABANI       )   REDACTED AUGUST 19, 2010
                                          )   DECLARATION OF MAJID ZARNEGIN
15                                        )   FILED IN SUPPORT OF PETITIONER'S
                                              REQUEST FOR TEMPORARY
16                                            RESTRAINING ORDERS AGAINST
                                              RESPONDENT, KAMBIZ J. SHABANI
17
                                              Date:   September 27, 2010
18                                            Time:   10:30 a.m.
                                              Dept:   65
19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                      1

REDACTED DECLARATION OF MAJID ZARNEGIN IN SUPPORT OF TRO          dca092710-majid redact

## DECLARATION OF MAJID ZARNEGIN

I, MAJID ZARNEGIN, hereby declare as follows:

1.    I am the father of Shery Shabani, the Petitioner in this action. I have firsthand, personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify thereto under oath.

2.    I submit this declaration in support of Petitioner's request for Temporary Restraining Orders against her husband, Kambiz J. Shabani (hereafter "Respondent").

3.    On August 17, 2020, sometime between 7:30 -8:00 p.m., I received a disturbing telephone call on my cellular telephone from Respondent, wherein Respondent demanded that my wife and I immediately pick up Petitioner from the parties' family residence. During this call, Respondent made various accusations to me about Petitioner, including that she was a "whore", and Respondent demanded that Petitioner get out of "his" house. Respondent's tone and language during this call were extremely threatening and frightening to my husband and I, causing my wife and I to become very concerned for the safety of Petitioner and the parties' children.

4.    Distress over this call, my wife immediately called Petitioner to find out exactly what was going on. When Petitioner answered my call, she sounded frantic and crying. She tried to explain what had just transpired between her and Respondent, but all my wife could hear on the other end was Respondent's incessant yelling in the background. My daughter told me that she had already called the police and that they were on their way.

5.    My husband and I then rushed over to my daughter's house. Because we live very close to their home, we arrived within five (5) minutes. Upon our arrival, Respondent was hysterical, screaming at the top of his lungs at my wife and I, and shouting that Petitioner was nothing but "trash" and a "whore". My wife and I tried to get Respondent to calm down so that we could find out exactly what was going on.

6.    Respondent then proceeded to threaten my wife and I, telling us that he was going to "fuck" our entire family and see to it that our younger daughter never gets married because our family is "trash." My wife tried to get Respondent to calm down for the sake of the children,

- 1 -

1 who were still in the house, but this only enraged him more. He began screaming at my wife,

2 "Bitch don't tell me to calm down!" Again, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3 ▇▇▇▇▇▇▇▇▇▇▇▇▇ to which he responded, "fuck the kids." His explosive

4 demeanor was extremely frightening to my wife and I.

5　　　　7.　　Shortly after my wife and I arrived at the parties' family residence, I personally

6 observed Petitioner walk out of the house and attempt to call her attorney on her cellular

7 telephone without Respondent screaming in the background. However, Respondent followed

8 her around the driveway and the front yard, all the while attempting to forcibly grab the business

9 card out of my daughter's hand, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10 ▇▇ I, then, ran after Respondent, telling him to leave our daughter alone. Respondent

11 responded by shoving me and shouting: "she's a fucking whore! Get her out of my house now!

12 You and your family are trash!" Respondent then ▇▇▇▇▇▇▇▇▇ by telling me that I

13 should hit him, because he has cameras on the family residence that would record any

14 altercation. Respondent continued to scream profanities at me, but after some coaxing, I was

15 finally able to get Respondent back into the house and away from Petitioner.

16　　　　8.　　While in the house, Respondent called his parents and his brother, screaming and

17 demanding that they come over to the house immediately because "Shery fucked David

18 Beckham."

19　　　　9.　：　Shortly thereafter, Respondent's family arrived and the situation only worsened.

20 One of Respondent's friends, Farshad, arrived and immediately began screaming at Petitioner,

21 demanding to know why she called the police and insisting that she call them back to tell them

22 not to come to the house.　Petitioner refused, saying that they were already on their way and that

23 there was nothing she could do.　Farshad and Respondent's brother, Kamyar, then repeatedly

24 attempted to convince Petitioner to tell the police that nothing happened and that it was all a

25 misunderstanding. Again, Petitioner refused.

26　　　　10.　　When Respondent's mother arrived at the parties' family residence, she began

27 hitting herself on the head and then proceeded to throw herself on the floor in the foyer of the

28

FREID AND GOLDSMAN
A PROFESSIONAL LAW CORPORATION
2029 CENTURY PARK EAST
SUITE 2600
LOS ANGELES, CALIFORNIA 90067-3283
TELEPHONE (310) 552-2700

-2-

1　house. ████████████████████████████████████████

2　████████████████████ Her conduct only exacerbated the situation.

3　　　　11.　After Respondent's family and friends arrived, he was beyond hysterical. He was

4　screaming, yelling, and completely out of control. I personally observed his brother, Kamyar,

5　and Farshad hold Respondent back in an effort to physically subdue him.

6　　　　12.　My wife was also trying to calm Respondent down because our grandchildren

7　were still in the house. ████████████████████████████████

8　███ Again, Respondent lashed out at her, and screamed and yelled profanities at her.

9　　　　13.　When the two police officers arrived at approximately 8:15 p.m., █████████████

10　███████████████████████████████ They, then, went to speak

11　with Respondent, who responded by shouting that Petitioner had "fucked David Beckham," and

12　that he wanted the officers to include this in their report.

13　　　　14.　While the officers were attempting to speak with Respondent, ████████████

14　████████████████████████████████████████████

15　████████████████████████████████████████████

16　████████████████████████████████████████████

17　　　　15.　During this time, ███████████████████████████

18　████████████████████████████████████████████

19　████████████████████████████

20　　　　16.　I personally observed the two police officers ██████████████████

21　████████████████████████████████████████ he

22　returned to the room where the officers were waiting ████████████████████

23　████

24　　　　17.　At that time, ██████████████████████████████████

25　████████████████████████████████████████████

26　████████████████████████████████████████████

27　████████████████████████████████ I personally observed the

28

FREID AND GOLDSMAN
A PROFESSIONAL LAW CORPORATION
2029 CENTURY PARK EAST
SUITE 860
LOS ANGELES, CALIFORNIA 90067-3283
TELEPHONE (310) 552-2700

1   police officers ███████████████████████████████████████████████

2   ████████████████████████████████████████████████████████

3     18. ████████████████████████████████████████████████

4   ████████████████████████████████████████████████████████

5   ███████████████████████████████ and my granddaughter in particular was

6   shaking██████████ Petitioner arranged to have the mother of my granddaughter's friend

7   pick up all of the children and take them to a frozen yogurt store so that Petitioner could gather

8   herself.

9     19.   Once the children were safe and away from the house, my daughter then gathered

10   a few essential items and left the house with my wife and I.

11     20. ███████████████████████████████████████████████

12   ████████████ The children's therapist then personally met with the children and my daughter

13   at a friend's house. She returned to our home with the children at approximately 11:30 p.m. on

14   August 17, 2010.

15     21.   Because of the incident that occurred on August 17, 2010, my wife and I are

16   extremely fearful of Respondent because of his violent outbursts and uncontrollable anger that

17   we personally observed. Specifically, we are very concerned regarding as the various threats

18   that Respondent had directed towards my daughters, my wife and our family.

19

20     I declare, under penalty of perjury, under the laws of the State of California, that

21   the foregoing is true and correct.

22   Executed this 19th day of August, 2010, at Los Angeles, California

23

24         MAJID ZARNEGIN

25

26

27

28

FREID AND GOLDSMAN
A PROFESSIONAL LAW CORPORATION
2029 CENTURY PARK EAST
SUITE 350
LOS ANGELES, CALIFORNIA 90067-3283
TELEPHONE (310) 552-2700

In Re Marriage of Shabani

L.A.S.C. Case No. BD 530364

1

2

18. Throughout this incident, both of my grandchildren each had one friend over at the parties' family residence for a sleep-over, during which time they too observed these incidents. All of the children were visibly frightened, and my granddaughter in particular was shaking uncontrollably. Petitioner arranged to have the mother of my granddaughter's friends pick up all of the children and take them to a frozen yogurt store so that Petitioner could gather herself.

19. Once the children were safe and away from the house, my daughter then gathered a few essential items and left the house with my wife and I.

20. Shortly thereafter, my daughter called the children's therapist to explain exactly what happened. The children's therapist then personally met with the children and Petitioner at a friend's house. She returned to our home with the children at approximately 11:30 p.m. on August 17, 2010.

21. Because of the incident that occurred on August 17, 2010, my wife and I are extremely fearful of Respondent because of his violent outbursts and uncontrollable anger that we personally observed. Specifically, we are very concerned as the various threats that Respondent directed towards my daughters, me, my wife, and our family.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 19th day of August, 2010, at Memphis, Tennessee.

MAJID ZARNEGIN

DECLARATION OF MAJID ZARNEGIN

dca081910-majid

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9113 Sunset Boulevard, Los Angeles, California 90069;

On September 27, 2010, I served the foregoing documents described as **REDACTED AUGUST 19, 2010 DECLARATION OF MAJID ZARNEGIN FILED IN SUPPORT OF PETITIONER'S REQUEST FOR TEMPORARY RESTRAINING ORDERS AGAINST RESPONDENT, KAMBIZ J. SHABANI** on the interested parties in this action:

[X]   By placing [ ]   the original  [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

Manley Freid, Esq.
Freid and Goldsman
2029 Century Park East, Suite 860
Los Angeles, California 90067


[X]   VIA MAIL
   [X]   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid, at 9113 Sunset Blvd., Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date of postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   VIA FEDERAL EXPRESS

[ ]   VIA TELECOPIER

[ ]   VIA PERSONAL SERVICE BY UNITED EXPRESS MESSENGERS

I declare, under penalty of perjury, under the laws of the State of California, that the above is true and correct.

Executed September 27, 2010, at Los Angeles, California.


DARIA A. JOSEPH

dca092710-majid redact