# EXHIBIT D



## LEGAL LANGUAGE SERVICES

A division of ALS International
18 John Street
Suite 300
New York, NY 10038

Telephone  (212) 766-4111
Toll Free   (800) 788-0450
Telefax     (212) 349-0964
www.legallanguage.com

October 13, 2010

To whom it may concern:

This is to certify that the attached transcription of English audio is an accurate representation from the media received by this office.  This transcription is designated as:

### *BECKHAM TAPE 1 SIDE A*

George Alves, the Manager of Translation Multimedia Services, certifies that Susan Anthony, who performed this transcription, is fluent in standard North American English and is qualified to transcribe.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate transcription of the specified document."

_____
Signature of George Alves

Subscribed and sworn to before me this 13th day of October 2010.

_____
Theresa Kwok
Notary Public, State of New York
No. 01KW6175014
Qualified in New York County
Commission Expires Oct. 01, 2011

Sincerely,

Victor J. Hertz
President & CEO

# LEGAL LANGUAGE SERVICES

## TRANSCRIPTION OF AUDIO

## DESIGNATED AS: 806826

## BECKHAM TAPE 1

## SIDE A

Interviewer: Beckham, September 11th, 2010.

[pause]

Interviewer: David Beckham, September 11th, 2010. [recording device deactivated] [recording device activated] ...if there's music on...and I'm like old fashioned, I don't even have digital. That's how old I am. [UI] it's trusty though. Okay. So, okay, so I guess like the first question would be how did this – well, no, okay, first...how long have you been doing...how long have you been in the business – you're from Bosnia, is that correct?

Interviewee: Yes.

Interviewer: Okay. And how long have you been...

Interviewee: I've been in the business...well [UI] I started working when I was 17.

Interviewer: When you were 17, okay. And how old are you now?

Interviewee: 26.

Interviewer: 26, okay. And if you can talk just a little bit louder, that would be...

Interviewee: Yeah.

Interviewer: ...awesome...okay, sorry.

[simultaneous voices]

Interviewer: I know it's weird, I'm like down like here...like, hello.

[laughing]

[poor sound quality]

Interviewer: ...and I slouch anyway, so it's not a good thing. Okay so how did this originally get like hooked up...like what is the connection and...

1

Interviewee:     I don't know if this is really the…I was dating someone [UI] for three and a half years who was, who still is, I think – he was dealing drugs, cocaine [UI] London…

Interviewer:     Okay.

Interviewee:     And just to spend time with him in the beginning 'cause, he was very busy; especially on the weekends I would drive around with him in the car – drive around with him and drop off stuff or whatever. And I met few times this lady, she's a stylist for magazines and TV and so she's a freelance stylist in London and she was getting stuff [UI] him and he didn't know at the time what I was doing, but I met her later at a party and she…she kind of [sounds like: "informed"]…

Interviewer:     Yeah…right.

Interviewee:     …what I was doing and [UI]. So she referred me to few people like she would…and I would hook her up, like I would [sounds like: "get"] back some money to her.

Interviewer:     Okay.

Interviewee:     And she had couple people, like high profile people…

[simultaneous voices]

Interviewer:     Yeah.

Interviewee:     [UI] and I was in New York at the time she called me on my U.K. phone and she [UI] have someone in New York [UI] she didn't…she was never like really specific on the phone what it was, but I always knew [UI phrase] person is always like a…

2

Interviewer:       Yeah.

Interviewee:       ...from the U.K.

Interviewer:       Right.

Interviewee:       So...and she called me...she called me [UI] I [sounds like: "can"] give you a

                   number; I said, yeah, sure, I'm in New York [UI]. So he called me up himself;

                   he called me from the hotel.

Interviewer:       He called you?

Interviewee:       Yeah.

Interviewer:       And when was this?

Interviewee:       Late...[UI] like late August in 2000 – about 3 years ago.

Interviewer:       Two years ago?

Interviewee:       Three years ago.

Interviewer:       Three years ago.

[simultaneous voices]

Interviewer:       ...2007?  Okay.

[simultaneous voices]

Interviewee:       Yeah.

Interviewer:       Okay.

Interviewee:       Some...I don't know...middle August or late August.

Interviewer:       Okay.

Interviewee:       He called me up himself and I didn't really recognize him on the phone, who

                   it was. He did say David [UI] did go through my mind [UI] could be him,

                   'cause, he has a very squeaky, squeaky voice...

                                                                                        3

Interviewer:      Yeah, yeah.

Interviewee:      ...like Mickey Mouse, you know.

[laughing]

Interviewer:      He does, it's true.

Interviewee:      He does, and you should hear him.

Interviewer:      Anyway.

Interviewee:      His voice doesn't match his...

Interviewer:      Body.

Interviewee:      No...at all.

Interviewer:      Yeah.

[simultaneous voices]

Interviewee:      She doesn't even know. Like when I told her later, like [UI] unh...what? And
                  then like...

Interviewer:      He's so hot.

Interviewee:      She [sounds like: "doesn't"] know.

Interviewer:      You know who he is now...

Interviewee:      Yeah.

[simultaneous voices]

Interviewer:      [UI phrase] Americans, we don't care what happens outside of this country.

Interviewee:      True...Even what's in this country.

[simultaneous voices]

Interviewer:      [UI phrase] he's super, super...I think...

Interviewee:      Really? She didn't think so.

4

Interviewer:      He's like one of my…

Interviewee:     I googled him.

Interviewer:      Yeah.

Interviewee:     I was like who?...who? [UI phrase] the football player, and I'm like [speaking softly] what team?

Interviewer:      [laughing]

Interviewee:     And so we had like a laughey laugh about that, you know. I googled him and I was like…

[simultaneous voices]

Interviewee:     Really. He wasn't my type…I like them dark and you know. I can see why a lot of people would see…

Interviewer:      And he's lean.

Interviewee:     …and handsome.

Interviewer:      Yeah.

Interviewee:     [UI phrase] I can see why a lot of people would think he's handsome, but…

Interviewer:      Yeah.

Interviewee:     Like I can see that. I can see [UI], but he's not my type at all.

Interviewer:      Okay. Okay, so he calls you…this is August, 2007…

Interviewee:     Yep.

Interviewer:      You recognize his [UI] voice.

Interviewee:     Well I didn't really…I figured that could be him, 'cause, she was like working for some sports [UI] for TV…

Interviewer:      Right.

5

Interviewee:      And it went through my mind, 'cause, I didn't really…I'm not really also into soccer [UI - speaking quickly] and I figure it could be him, so I [UI phrase]. Like I didn't really verify anything through anyone; I normally don't go by myself, but it was her that…she had…I knew it was gonna be [sounds like: "good"], like…

Interviewer:      Right.

Interviewee:      …it was always like…

Interviewer:      Like you trusted it.

Interviewee:      Yeah. [UI] saw very few people through her so…

Interviewer:      Yeah. Okay, so he calls you himself and then…then what happened?

Interviewee:      And no, he just said [UI phrase] da, da, da, da…do you want to come and hang out with me [UI] nothing specific – just where he was and I said okay, I'll be there in like within I don't know…a quarter of 9:30-10 and I said it'll be like 45 minutes to an hour.

[simultaneous voices]

Interviewer:      So this is in New York?

Interviewee:      Yup.

Interviewer:      Okay, so he's in New York and what did he…in the phone call he was like…did he make like chit chat at first or [UI] kinda get right to it?

Interviewee:      No, he just said that [UI phrase] come hang out. He didn't say nothing…

Interviewer:      Yeah.

Interviewee:      …specific on the phone.

Interviewer:      Right.

6

Interviewee:     I mean he knew what was up and [UI] she already...

Interviewer:     Okay.

Interviewee:     [speaking softly] so I went over there in like 45 minutes, an hour and [UI

                 phrase] stay in the hotel.

Interviewer:     You were staying in a hotel.

Interviewee:     No, he was staying...

[simultaneous voices]

Interviewer:     Oh. Do you remember where he was?

Interviewee:     Yes.

Interviewer:     If you can tell me...

Interviewee:     [simultaneous voices] Inn.

Interviewer:     And where were you?

Interviewee:     I was...I had, at that time I was staying at like [UI] Apts. on 74 between 2nd

                 and 3rd.

Interviewer:     Okay.

UF:              Yeah.

Interviewer:     So you had your own place.

Interviewee:     Yeah, I had my own place...

Interviewer:     Okay.

Interviewee:     ...rented through [UI] Quarters like for a short term rent, 'cause, I hate staying

                 in the motels so like when I'm here for like a month or six weeks...

Interviewer:     Yeah.

Interviewee:     [UI phrase]

7

[laughing]

UF:                [UI]

Interviewee:      Yeah, no, so I don't like [UI] claustrophobic in hotels.

Interviewer:       Okay.

Interviewee:      So…yeah, I went there and it was him. But I wasn't…it was more of the high getting paid by him [UI phrase] but he's not my type as I told you so, so I wasn't really like [UI] it was just more thinking like oh, all these women [UI] running after him…like all these people dream of being with him…and I'm actually getting paid [UI]

[simultaneous voices]

Interviewer:       Right…some people would like cut off their arm to be with him.

[laughing]

Interviewer:       Yeah…me too.

Interviewee:      Really?

[laughing]

[simultaneous voices]

Interviewer:       After you told me that because, I wouldn't want to be with you if I only one arm. Yeah!

[laughing]

Interviewee:      You're not his type. He likes brunettes, [UI]. You would have to dye your hair.

Interviewer:       Let me ask you a question though, in terms of like logistics of it…

[simultaneous voices]

8

[UI background conversation]

[laughing]

| | |
|---|---|
| Interviewer: | [UI] I probably would be anyways [laughing] Anyways, so...the logistics of it though; like how does it work? Like does he know how much he's gonna pay and stuff like that? |
| Interviewee: | No; and I didn't [UI phrase], 'cause, I don't think he even asked [UI], 'cause, I had to negotiate with him myself. |
| Interviewer: | Oh, you did...when you got up there. |
| Interviewee: | Yeah, when I got there. |
| Interviewer: | Okay. |
| Interviewee: | We first negotiate the couple hours, but I ended up staying the whole night, 'cause, he kinda run out of cash and I had to wait for the courier the next day to bring the rest of the cash, 'cause, we also paid the other girl – I had to pay her through... |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | Did this only happen one time? |
| Interviewee: | No, two times. |
| Interviewer: | Two times...so the first time, it was with the other girl. |
| Interviewee: | Yeah. |
| Interviewer: | Okay, so you get there [UI phrase] and then you go up there, you knock on the door, whatever... |
| Interviewee: | Yeah. |

9

Interviewer:      And then...so when he answered the door, like...what did he look like? Did you like...like, how did you feel? You feel nervous, excited...

Interviewee:      I felt a bit nervous and excited, but...'cause...just like I said it is David. He is huge in the U.K., and he's not [UI] but he's like a big deal. He's really big deal in U.K., and I lived in London since I was 18, so I grew up with that...

[simultaneous voices]

Interviewee:      In the [UI] and the wives and they're like...

Interviewer:      Yeah...what was like...describe their room and describe like what he was wearing when you opened the door...like [simultaneous voices]

Interviewee:      He had like a suite...not a suite suite, like a junior suite, nothing special. I don't even know if this was his main room, 'cause, I didn't see...I didn't see...I was checking out like...I didn't see like his main...like his clothes and everything. He just maybe took a shower and shaved like...but there [UI] many clothes there, and I don't even know even if, how many days he was there for. But it wasn't like a lot of personal stuff in there.

Interviewer:      Right. And you didn't even know why he was there for? Did he ever say like what he was in town for?

Interviewee:      He was in town for some promotions and I think [UI] for a game or something.

Interviewer:      Okay.

Interviewee:      I think he just started playing for L.A.

Interviewer:      Okay.

Interviewee:      I don't know...he was here for...

10

[simultaneous voices]

Interviewer:       [UI phrase] we can kind of check like photos from that time and see like what

                   he was doing in New York just to kind of match up…

Interviewee:       [simultaneous voices] I know he had a game because…

[simultaneous voices]

UF:                [UI] Somewhere….

Interviewee:       This is so funny [UI phrase] when you introduced me to Mohammed…

[simultaneous voices]

Interviewer:       …the 15th or the 22nd…

[simultaneous voices]

UF:                …introduced her, 'cause, we kind of backtracked in her head [simultaneous

                   voices]

Interviewee:       Good…and I ended up going to the game a few days after…yeah, two days

                   after…two days after; I wound up going to the game…with the [UI] though.

UF:                So, I looked at the dates that I had [UI] for her….

[simultaneous voices]

Interviewee:       I don't know the dates.

[simultaneous voices]

Interviewer:       … or within that week.

Interviewee:       Or you can find out what dates I was with Mohammed.

Interviewer:       [UI phrase] narrow it down to that timeline.

Interviewee:       I'm not sure…

[simultaneous voices]

11

Interviewer:     Yeah...it doesn't have to be like completely speci...I mean it is great if it is, but it's not, it's fine. The fact that you went to the game...

Interviewee:    I saw him like two days...well, like I saw him two days after [UI] the game with Mohammed and we had...

[simultaneous voices]

UF:             You went to...that game that you went to with Mohammed, you went on your own...it wasn't through me.

Interviewee:    [sounds like: "Well, I met"] Mohammed through you.

UF:             Yeah.

Interviewee:    And you know what date I met him through you.

UF:             Yeah, and so [poor sound quality] met him on the 12th so...

[simultaneous voices]

UF:             ...some place that the 12th, the 13th or 14th

[simultaneous voices]

Interviewee:    It's too long ago for me; I don't know what I did yesterday, honestly...

[laughing]

Interviewer:    That's actually good...we could find out if they were playing, you know, we could look up the schedule. It's easy, it's good. So okay, so he answers the door, you're a little nervous and excited 'cause it's him and what did you say he was wearing? He was just like...what was he dressed in?

Interviewee:    No, he just had a tank top and [UI] jeans, but he did take a shower [speaking softly] he was wet and everything...he's a bit of a clean freak and stuff like that.

12

Interviewer:       Oh, he is.

Interviewee:       Yeah, he has a bit of an OC disorder, you know…he actually asked me to take

                   a shower, although, I did take a shower before I went.

Interviewer:       You did or you didn't?

Interviewee:       Yeah, I did.

Interviewer:       Oh.

Interviewee:       I did, I did…I'm always…you know me [UI phrase] always take a shower

                   after and before.

Interviewer:       I assume you take a shower before going on a date.

Interviewee:       No, no, I came there clean, but he still asked me to take a shower…shower's

                   already wet…he's a bit, weirdo…

Interviewer:       Yeah, a little bit weird.

Interviewee:       Little weird. You know what he even did? He like puts the remote controls in

                   order like the big one to the small one.

[laughter]

Interviewer:       Like in the room?

Interviewee:       [UI] yeah….already organized room and like [UI].

Interviewer:       Okay, so…but like literally, if you can, describe it chronologically from the

                   minute you said hello and like what the conversation was and then like…like

                   how soon after you got there you say he wanted to take…like was he nice,

                   like…?

Interviewee:       No, he was very nice. He was very like…shy in a way…like not really…he's

                   not [sounds like: "full of"] himself at all. He's like quite shy and like…and

                                                                                                13

then when someone's shy, I was like a bit shy, so I didn't even know what
[UI] we were sitting in...just making small chit chat, like for an hour, an hour
and a half.

Interviewer:        Do you remember what it was about?

Interviewee:        No, I just asked him what he was doing and you know he didn't seem very
happy at the time when we met. He wasn't like really...like in a great...

[simultaneous voices]

Interviewee:        No, not at all. I don't think he really enjoyed his first few months here in the
states.

Interviewer:        Oh, right.

Interviewee:        I don't think he was happy with the transfer...I don't know, I'm not sure –
well, although, he signed for a lot of money.

Interviewer:        So, he's just sort of shy and [simultaneous voices] chit chat on the couch?
Were you sitting near each other?

Interviewee:        Yeah, no, on the couch. Yeah, we were sitting near each other...

Interviewer:        And not like touching or anything yet at this point?

Interviewee:        No.

[simultaneous voices]

Interviewee:        Well, no...and so I had to bring up 'cause he wasn't bringing it up, the money
part, which is I'm always like...I see it as a business, though, even though it's
[UI]. I'm always on my...

Interviewer:        Yeah.

Interviewee:        ...my mind [laughing]...the money.

14

| | |
|---|---|
| Interviewer: | Smarts. |
| Interviewee: | No, you know? |
| Interviewer: | Yeah. |
| Interviewee: | So I said you know, how long you want me to stay? At first he just said couple hours. I said how many hours, 'cause, that's like...I said let's...you know, [UI] I was nice; I said let's come to an agreement that we're both happy with and I think he said like, okay...[speaking softly]. I was already there for an hour and a half, so I said I been already here [laughing] I said [sounds like: "like that"]. |
| UF: | That is billable time. |
| Interviewer: | Right, of course. The whole thing is. |
| Interviewee: | Yeah, no, you know. I said I been already here... |
| Interviewer: | So it had been an hour at that point? |
| Interviewee: | Hour and a half; it was over an hour that I... |
| Interviewer: | Okay. |
| Interviewee: | ...that I was like, 'cause, I didn't know [speaking quickly] from door, okay, right now it starts...so. |
| Interviewer: | [UI] have a little timer? |
| Interviewee: | Yeah, no, but I did say to him; I remember like look, it's been over an hour, like...like an hour and so so. So I said so how long you still want me to stay for, 'cause, I was busy at the time. [laughing] |

15

UF:             That's the reason why girls go through agencies, because it's already been negotiated by…you get there…[UI phrase] make the agency seem like the hard ball and you can say okay.

[simultaneous voices]

Interviewee:    An agency [UI] minutes…okay, your minutes are up in five minutes; what you gonna do…

[simultaneous voices]

UF:             [UI phrase] your time is up…are you coming or going? [UI]

Interviewer:    Either put your pants on or…

Interviewee:    So.

Interviewer:    Okay.

Interviewee:    And he [speaking softly] why don't you stay three hours…so it was like four hours in total. [UI sentence] and I told him it's a thousand for the hour.

Interviewer:    Wait, I'm sorry.

Interviewee:    It's a thousand for the hour; I told him…I told him it's gonna be a thousand for the hour.

Interviewer:    I would have gone a lot higher.

Interviewee:    No, 'cause, you're still paying cash and well, you know, like I wasn't going through agency at that time so I asked him how much cash [laughing]…

[simultaneous voices]

UF:             She would have only kept a thousand.

Interviewee:    Yeah, right. [simultaneous voices] [sounds like: "Thousand"] for the hour was [UI] for myself but…well I had to [UI] for the girl, but like, was not like an

16

agency [UI] half [simultaneous voices]. I always give her something...I never negotiated with her; she never asked how much I used to get from people.

Interviewer: Right...she just like trust you...

Interviewee: Yeah. Or I would even buy her a bag...she was not really like that. It's more for her to do a favor for the people she's seeing so...

Interviewer: Yeah.

Interviewee: ...it wasn't like that. Anyway...where was I?

Interviewer: [UI phrase] negotiate the money and so is that a total of four grand?

Interviewee: Yeah.

Interviewer: Okay. And he said...[simultaneous voices]

Interviewee: And no...he [UI] yeah, he gave me five at the time and...

Interviewer: Do they pay upfront?

Interviewee: Yeah...well I asked him to, 'cause, I feel more comfortable then and more motivated. [laughing]

Interviewer: He had $5,000 in the room?

Interviewee: Yeah. Well...

Interviewer: It's not unusual.

Interviewee: No...not at all.

Interviewer: Okay.

[simultaneous voices]

Interviewee: No, it's nothing.

[simultaneous voices]

UF: Strangely enough, at one point in my life, it wasn't unusual for me

17

[UI]

UF:                  It is now [laughing].

Interviewee:         I used to [UI] cash...I used to do cash [sounds like: "calls"] [UI] like, pay 15

                     up front and so...

Interviewer:         Right. And so like, is it like...did he just take it out of his wallet?

Interviewee:         No. [UI] safe...it was in a safe.

Interviewer:         Oh, in a safe.

Interviewee:         And I think he was taking it out of an envelope, but I'd have to really think

                     how it was and I...I don't know; I took a shower...[sounds like: "and went"]

                     in the bed.

Interviewer:         So tell me more about the conversation about him saying, did he just like

                     come right out and ask [UI] like, before we get going...like what was the

                     conversation...

Interviewee:         No, no, I brought it up...

Interviewer:         Oh.

Interviewee:         ...like I told you I brought it up, said I've already been here an hour and [UI]

                     maybe it was 15 minutes, half an hour, hour and a half; so I said what do you

                     want to do?

Interviewer:         He said, okay, why don't you stay another [sounds like: "few"] hours, so I

                     said okay, it's gonna be four hours [speaking softly] could you...can we just

                     take care of business first? Like, I was always like that...I'm like...

Interviewer:         Yeah.

                                                                                          18

Interviewee:    …'cause they're not [speaking softly]. I feel also more comfortable and it's out of the way…

Interviewer:    Right.

Interviewee:    And I don't feel comfortable, so getting it after, it's like paying…supermarket, like that after, and it's not like…

[simultaneous voices]

[laughing]

UF:    …different…[UI phrase] clarify that for her…it's…he's paying her for her time whereas you know a lot of people are used to like, well…I want to do this, how much is it gonna be [simultaneous voices] terms are different, she would have said, you know, how long do you want me to stay and then whatever she feels comfortable doing in that time is included in that [UI] price [UI] rather than like somebody who's [UI] off the street and you'd say oh, okay [speaking softly]. So it's kind of different terminology.

Interviewer:    Right…and I mean like, that like includes…like you're ready to do anything? I mean…like…is that discussed or is it just sort of…

Interviewee:    No, it wasn't discussed…it wasn't discussed [UI] my time and…I mean he…I knew [UI] had that kind of [UI phrase]…

Interviewer:    Yeah.

Interviewee:    What I'd be doing [UI phrase] so, and he's paying me, [sounds like: "but"] per hour for my time…

Interviewer:    Right.

Interviewee:    …you know for my companionship.

19

| | |
|---|---|
| Interviewer: | Right. |
| Interviewee: | That's how it goes in our business [simultaneous voices] [UI phrase] nervous, ah, no, 'cause I'm just thinking about my mom and stuff. [laughing] |
| Interviewer: | It's gonna be okay. |
| Interviewee: | Huh!? |
| Interviewer: | I promise. |
| UF: | You okay? |
| Interviewer: | You all right? |
| Interviewee: | Yeah, I'm fine… |
| Interviewer: | Anytime you want to take a break or whatever… |
| UF: | Do you want a drink? |
| Interviewee: | Well, no, I'm drinking my wine. [laughing] Once he handed me all the cash, I remember him giving me five because it was [UI phrase] brand new clothes [sounds like: "five grand"] and I don't know, I went to the bathroom and I counted it like I always do [laughing]. |
| Interviewer: | What was that? |
| Interviewee: | I went to the bathroom; I counted it like I always do. |
| Interviewer: | Oh, yeah, yeah. |
| [simultaneous voices] | |
| Interviewee: | …just to make sure [simultaneous voices]… |
| UF: | [UI phrase] collect money, 'cause, the girls would give 'em $21,000 at a club and I went, 'cause, they were scared shitless to have all that money on them. |
| [simultaneous voices] | |

20

UF:                 That was our second month in business. And I was like [UI phrase]

Interviewee:        Who's this Saudi? Yeah, Saudi's.

UF:                 Yeah, no, it was somebody else, but…

Interviewee:        Four Seasons [UI] Yeah, we went to Pink Elephant…it wasn't Pink Elephant
                    at the time. Was it with Zora?

UF:                 No, no, no, this was with some other girls.

Interviewee:        Ahh, I went through [sounds like: "Lucy's call"] with Zora… [simultaneous
                    voices]

UF:                 Yeah, yeah, yeah; that was like 2006…

Interviewee:        Where was I…so I counted money, went back to the [UI phrase] and I
                    just…then I just [UI] my lingerie and put my money in my bag, 'cause I just
                    wanted to [UI] get going. [laughing] Oh, god, this sounds so bad. I think so,
                    and I normally don't kiss and I did kiss him, 'cause, I don't know…I figured
                    let's just, you know…I really don't kiss them. I'm not like GFE.

UF:                 Do you know what that means?

Interviewer:        No.

UF:                 GFE is girlfriend experience.  The guys that want GFE, they want the
                    girlfriend experience which means [simultaneous voices] they're kissing [UI]
                    so it's like they really want the allusion of the girlfriend [simultaneous voices]

Interviewee:        Like a similar intimacy and I'm…I don't say for everyone GFE. [UI] I would
                    still make up my mind when I'm there if I'm comfortable or not.

Interviewer:        Right. How does that spelled?

UF:                 GFE. Girlfriend experience.

                                                                                          21

| | |
|---|---|
| Interviewer: | Oh, GFE. |
| Interviewee: | Yeah. |
| Interviewer: | Oh, GFE, got it. Girlfriend experience, got it. |

[laughing]

[simultaneous voices]

| | |
|---|---|
| Interviewer: | Right, so you did kiss him. |
| Interviewee: | Yeah. We just started kissing [UI phrase] all kind of...naturally...like I was just [UI] but he's like...quite...like passionate; not like [UI]. So we're kissing long time and foreplay for a long time before. |
| Interviewer: | And where is this...like where in the room? Are you on the bed? |
| Interviewee: | No, [sounds like: "I was"] on the bed. I came out of the bathroom [speaking softly]... |
| UF: | And what, you changed into... |
| Interviewee: | No, I didn't change into nothing; I just took a shower and I just [UI phrase] when we discussed the money, I still had my [UI], I had a towel on, and then I went back to the bathroom, counted money, put it in my bag; I just put my lingerie I had on...just simple, nothing...no stockings...and it was just simple lingerie. |
| Interviewer: | Yeah, like classy. |
| Interviewee: | Yeah. |
| Interviewer: | What color was it? |
| Interviewee: | God...probably black, because I only wear black. |
| Interviewer: | Okay. |

22

| Interviewee: | 'Cause, I only wear black, 'cause, I don't wear anything… |
|---|---|
| Interviewer: | Yeah; okay. |
| Interviewee: | I could wear black all the time, so [simultaneous voices] so I was like, all the things in my mind, I was just thinking, god, like I'm actually [UI phrase] like, it was a high on itself… |
| Interviewer: | Right. |
| Interviewee: | You know, that kind of high of…and it was not, oh my god, it's David Beckham [speaking quickly] like oh my god [speaking quickly]…I couldn't wait to just text my friend or call my friend. It was like…dying for my phone. So…[UI] so then…and I did give him oral also with that…I don't know. |

[simultaneous voices]

| Interviewer: | Is that something you normally do? |
|---|---|
| Interviewee: | No. |
| Interviewer: | Okay. |
| Interviewee: | No, but he was very clean… |
| Interviewer: | Oh, clean shaven. |
| Interviewee: | …clean shaven. Yeah, I was very… |
| Interviewer: | Very groomed. |
| Interviewee: | Hmp…*very, groomed.* |
| Interviewer: | Okay. |
| Interviewee: | So…and I don't know. I was just on a high, a David Beckham high, so I was like, fuck it, like…I felt very comfortable with him. He's very nice, very like… |

23

Interviewer:        Right.

Interviewee:        ...not like pushy or nothing like that.

Interviewer:        So it did feel kind of intimate then?

Interviewee:        Yeah.

Interviewer:        Okay.

Interviewee:        We had great, like, I mean...

Interviewer:        Chemistry?

Interviewee:        Chemistry...like I felt comfortable [UI] I don't...I have that very few times when I'm on jobs like...

Interviewer:        Yeah.

Interviewee:        And it's great when you [UI], otherwise it just feels like, really, work.

Interviewer:        Right.

Interviewee:        You know, so it's great when it doesn't and you still get paid for it, so.

[laughter]

[simultaneous voices]

Interviewer:        Okay, so you gave him oral without protection?

Interviewee:        Yeah.

Interviewer:        I think I...I mean I have to ask, is he big?

Interviewee:        Well for me, [simultaneous voices] [sounds like: "he's"]...for me he's average...

[laughing]

UF:                 I asked that.

[simultaneous voices]

24

Interviewee:     He's not big, he's quite thick. He's not like big…

Interviewer:     Right.

Interviewee:     But he's nice size…I mean I'm used to dating…I'm very…

Interviewer:     Well endowed?

Interviewee:     Yeah, you know

[simultaneous voices]

Interviewee:     So I wasn't very impressed by it…

[simultaneous voices]

Interviewee:     What…I wasn't very impressed by it.

Interviewer:     And I'm like the worst person, because I'm a lesbian – I'm like – no idea.

[laughing]

Interviewee:     I wasn't really impressed by the size…

Interviewer:     Okay.

Interviewee:     I mean it was nice…

UF:              Girth.

Interviewee:     Girth, you say?

Interviewer:     You know what, we probably won't even put in…it's too…probably…like too much for it. We'll probably just say what you just said [UI phrase] that he…it wasn't what you expected.

Interviewee:     Well, I wasn't *impressed* by it, especially when I seen [UI] his bulge [UI phrase] ads, I'm like that's not in there. That's added there…that's Photoshop right there…that's not what I saw!

UF:              Oh my god. [laughing]

25

| | |
|---|---|
| Interviewer: | It's a sock. |
| Interviewee: | He has [sounds like: "no"] balls though… |
| Interviewer: | …'cause it does look very… |
| Interviewee: | No, it's not; it's added [simultaneous voices] |
| UF: | [UI] male strippers [UI phrase] a roll of quarters and put a sock… |
| Interviewee: | I don't know. I think just Photoshop in there. |
| UF: | …put it in there…interesting. |
| Interviewee: | [sounds like: "I don't know"]; that's not what's in there. [UI sentence]. It's like…it's nice, I mean [UI phrase]…I wasn't impressed by it, because I'm used to… |
| UF: | More. |
| Interviewee: | Huh? |
| Interviewer: | You've seen better; you've seen bigger. |
| Interviewee: | Yeah…you know, and I've seen so many; a lot, so [laughing]…you know. So it was still nice; I mean just… |
| Interviewer: | Right. |
| Interviewee: | And he knew how to use it, and he's very good oral…in giving oral sex. |
| Interviewer: | He is? |
| Interviewee: | Yeah. And actually [UI phrase] and also, [sounds like: "will"] do that. |
| UF: | I would too. I mean… |
| [laughter] | |
| UF: | I'm serious. It's David Beckham. |
| Interviewee: | He sounds like a girl; he probably would like it. |

26

[laughter]

UF:            Oh my god.

Interviewee:   He's like a little...he sounds like Mickey Mouse. I swear to God, I felt like I was in Disney.

Interviewer:   But were you impressed? I know he's not your type, but were you like impressed with his body in general?

Interviewee:   Yeah. He has a very lean...he's very lean...he doesn't have an ounce of fat on him.

Interviewer:   Yeah...like thoroughbred.

Interviewee:   You know.

Interviewer:   They run so much...it's like, crazy, it's true...and his thighs?

Interviewee:   His thighs...he's not [sounds like: "Rinaldo"] but he has very nice butt...like...ass.

Interviewer:   Yeah.

Interviewee:   Like...he's very lean, not bulky.

Interviewer:   Right.

[simultaneous voices]

Interviewer:   We've pretty much seen him, everything, but anyways [UI phrase]...yeah [UI] his body.

Interviewee:   Yeah, but that's like a little bit edited.

Interviewer:   Yeah.

Interviewee:   It's not...don't believe all the...

[simultaneous voices]

27

Interviewee:       Have you seen the new Armani ads with [sounds like: "Rinaldo"]?

Interviewer:       Oh, I should. I think he's all right; he's definitely [UI].

Interviewee:       Yeah, he's your type more [UI]. She loves those new [UI phrase]

[UI background conversation]

UF:                [UI phrase] which happens to be Italian. I just like dark hair; dark hair and

                   dark eyes.

[simultaneous voices]

Interviewee:       I like one with dark, or mixed races or something.

Interviewer:       Dark and what?

Interviewee:       Mixed race.

Interviewer:       Ah.

Interviewee:       I like them. You know how I like them? [laughing]

UF:                I know how you like them.

Interviewer:       What? [UI] is that?

UF:                Ah…either African American or [UI] like she like [speaking softly] skin, but

                   half dark…

Interviewee:       True.

[simultaneous voices]

UF:                That's why she's a very…that's why she [sounds like: "made me"] so much

                   money, because of all of the…you know…personally liked the Arab guys and

                   all these royal family members would come in and they would fall in love

                   with her…

Interviewer:       Right.

                                                                                        28

UF:             ...because she's beautiful and charming and...

Interviewer:    Yeah.

UF:             ...they could tell if that was genuine...

Interviewer:    Right.

UF:             ...from her, so [simultaneous voices] money...I used to *wait* for you...

Interviewee:    Ohh, miss those guys [sounds like: "babe"].

UF:             Wait for you to come in town and when you coming in town? When you

                gonna be here? [UI phrase].

Interviewer:    You guys were quite a team...

Interviewee:    Huh?

Interviewer:    You guys were quite a team?

Interviewee:    I miss those days.

UF:             She was one of the first girls that started with me...

Interviewer:    Really?

UF:             ...six years ago. So...and she was with me the duration while I was [UI

                phrase] girls that were reliable and professional like...

Interviewer:    Yeah.

UF:             ...she said she thinks of it like a business, so...

Interviewer:    Right.

UF:             ...I could throw anything at her and I never could...ever had to worry about

                giving a little whiny girl on the other end of the phone call [UI phrase] be like

                he's doing this, I don't like it.

[laughter]

                                                                                              29

UF:             I got those calls, I'm sure. And she would be like, okay [UI phrase] and she's

                like I just dealt with it. So it was so easy for me…

[simultaneous voices]

Interviewer:    Change is good.

Interviewee:    Unh?

Interviewer:    Now, on for both of you, new things…

UF:             Yup.

[simultaneous voices]

Interviewee:    Yeah…no, but it's like also in the beginning, it's [UI] I don't even get excited

                anymore about it…

Interviewer:    Yeah.

Interviewee:    …but like you don't progress in this biz…you know like after a while the high

                gets [UI]; like you don't…like in other businesses where you go off and do

                other things…this is like, same [UI phrase] like same old thing…

Interviewer:    [sounds like: "Sexual"]

Interviewee:    …nothing like, same [sounds like: "bullshit"]…

Interviewer:    Right.

Interviewee:    I mean you still get a high from a lot of money, 'cause, I love money…

Interviewer:    Right.

Interviewee:    …that's just like [UI phrase] like, hustler, but like [UI phrase] I just love that,

                but it's not [UI] when I was younger, like making money when…I'll be

                like…I'll be slacking now [speaking softly].

Interviewer:    Right…wait, how old are you now?

                                                                                        30

| | |
|---|---|
| Interviewee: | 26. |
| Interviewer: | 26, okay. |
| UF: | [UI] young. |
| Interviewee: | Huh!? |
| UF: | You're so young. We're not. You're the same age as me… |
| Interviewer: | 35. |
| UF: | Oh no, I'm older. |
| Interviewer: | How old are you? |
| UF: | 40…[laughing]; almost 41…next month. |
| Interviewee: | No, I'm 26 [UI] I had such a long life behind me, I feel like really [UI]; I feel like 56, really, honestly. |
| Interviewer: | Yeah. |
| Interviewee: | I'm really ready…I just told [UI] I didn't have a peace of mind ever since I was a little kid, ever since I left my country in the war, I didn't have a peace of mind so it was always on some kind of…not that I want to live in New Jersey [UI phrase] white fence and two dogs, but…but I just want…I don't know. I do want some kind of stability, and when you do this job you also can't have personal relationships, you just [UI phrase]… |
| Interviewer: | Right. |
| Interviewee: | Either you lie about it or don't lie about it, it's… |
| Interviewer: | Yeah, complicated [simultaneous voices] can imagine. |
| Interviewee: | Sorry…where was I? |
| Interviewer: | You were on oral sex. |

31

[laughter]

Interviewer:        Back to the good stuff...no, I'm kidding.

[laughter]

Interviewer:        So...Yeah, so he did that to you and then you said you...

Interviewee:        I did it first to him

Interviewer:        [UI phrase] foreplay...

Interviewee:        Yeah, a lot...we were, maybe for an hour.

Interviewer:        That is a long time.

Interviewee:        Yeah...so, and he's very gentle, I remember that.

Interviewer:        And you were like...you liked it...like you were having fun.

Interviewee:        I was having fun...I didn't never really [UI phrase] didn't come...I don't
                    know, I always...

Interviewer:        Yeah, well we can't put that...

Interviewee:        Heh?

[simultaneous voices]

Interviewer:        She didn't come.

Interviewee:        I didn't come. I don't really have an orgasm during work. I don't really let
                    myself go like that.

Interviewer:        Right.

Interviewee:        I was enjoying...it wasn't unpleasant.

Interviewer:        Right.

Interviewee:        You know it was fun [UI] was doing – it wasn't like – it was like...

Interviewer:        Do you have to like fake it then?

32

Interviewee:      Yeah, yeah.

Interviewer:      Yeah, okay…I was gonna say.

Interviewee:      Huh? Yeah, of course.

[simultaneous voices]

Interviewee:      And he really wants to get it right, so poor thing, I really did…you know.

[laughing]

Interviewer:      That's awesome…that is awesome. So you…

Interviewee:      You know I faked a couple times.

Interviewer:      A couple times?

Interviewee:      Yeah; you know.

Interviewer:      Make him feel like he's doing a really good job…

[simultaneous voices]

Interviewer:      That's very nice of you.

[laughter]

Interviewee:      I know, I was very kind to him…so [laughing]…god. And then well, at one
                  point I kind of [UI phrase] and he was giving for a long time [speaking softly].

Interviewer:      Right. So he did take out a condom?

Interviewee:      No; me.

Interviewer:      You did?

Interviewee:      Yeah.

Interviewer:      Okay. Would he have wanted you to?

Interviewee:      I don't know…like I just whipped it out, 'cause, at one point, I was like, okay
                  let's…let's do it.

                                                                                          33

| | |
|---|---|
| Interviewer: | Yeah. |
| Interviewee: | You know, so maybe he wasn't all into it…I don't know exactly hours or the minutes. |
| Interviewer: | Yeah, right. |
| Interviewee: | And the sex itself lasted maybe…I put the condom on and it was nothing…it was just… |
| Interviewer: | I'm sorry. |
| Interviewee: | It was nothing creepy… |
| Interviewer: | Yeah. |
| Interviewee: | It was just like him on top and we did it doggy style, and then he [UI phrase] and he came within maybe 15 minutes. |
| Interviewer: | 15 minutes? |
| Interviewee: | 15 minutes, [sounds like: "something"] like that…I don't know now. It's like three years ago…[simultaneous voices] asking me [speaking softly] yesterday, but it was 15 minutes…it wasn't that long. |
| Interviewer: | Yeah. |
| [interruption] | |
| Interviewee: | Then we were just…we were just chilling out. I think I ordered some food. I always try to order food [UI phrase] [laughing] order food, or order drinks… |
| Interviewer: | Right. Like, you didn't feel any pressure like right afterwards to like, leave, or anything like that? |
| Interviewee: | Oh, no, no, no. |
| Interviewer: | Yeah. |

34

Interviewee:     Oh, that's hot. Oh, that's hot.

Interviewer:     Is that your boyfriend?

Interviewee:     No, that's [UI].

Interviewer:     Oh, nice. Ow!

[laughter]

Interviewer:     I got the other pictures. Are those the ones you want us to use in the magazine?

UF:              I'm gonna pick out some…we're gonna go over them and…

Interviewer:     Okay.

UF:              And I'll send you some.

Interviewer:     I mean, I think like; I don't think we'd ever be able to…I don't know if we can…

[simultaneous voices]

UF:              I was asking [UI] there's a more…G rated version of this one and [UI] her…and she's not standing up. So it's just like her laying down and you see panties and…

Interviewer:     Right. Okay.

[simultaneous voices]

UF:              …five or six.

Interviewer:     Okay.

UF:              We'll go over them, though.

Interviewee:     Where was I? [speaking softly] I'm trying to [UI phrase].

Interviewer:     So when it's over, is there like cuddling and stuff…like…?

35

Interviewee:    There wasn't really cuddling…it's not cuddling. He just went off and took a shower, another shower. I went off, took another shower, so he's comfortable, 'cause, he's very, very clean. He has this OCD [UI] so…

Interviewer:    How do you know that though, the OCD thing?

Interviewee:    Sorry?

Interviewer:    How do you know?

Interviewee:    'Cause I saw like, when I would put like the remote controls [UI] put on, and then I put it back like…like that, and then he…he put it back on in the order that it was.

Interviewer:    That [UI] funny.

Interviewee:    You know.

Interviewer:    Yeah.

Interviewee:    And…

Interviewer:    Did you guys have like music on or anything, or TV, or [UI] was going on?

Interviewee:    [speaking quickly] movie; I mean I can't remember what the movie was…

Interviewer:    [UI sentence]?

Interviewee:    No, no porn. He's not…he's…he's just like…no porn. He didn't have porn on or anything; it was just some movie on in the background. It got [UI] like…then he…when we finished and [UI] in my mind I'm thinking how can I extend this?

Interviewer:    Right.

Interviewee:    So then I was telling him that [UI] I like girls; I'm bisexual, which, I don't really, but for work, it's very good to say that…

36

| | |
|---|---|
| Interviewer: | Wait...oh; you said...I don't understand. |
| Interviewee: | Well, when we were done, I ordered some food...I don't remember what I ordered. I ordered some food, because I'm...I was thinking, okay, now I have...this is like [UI phrase] always calculating my business needs so...I know it sounds bad...why are you looking at me? |
| Interviewer: | No, that's okay. |
| Interviewee: | I'm like, okay, I have another hour and a half to two left; I don't [sounds like: "remember"] where I was, so I was thinking how can I extend this? |
| Interviewer: | Make sure, yeah. |
| Interviewee: | No...I [sounds like: "was"] try to extend it, so I ordered food; I don't know what I ordered. |
| [interruption] | |
| Interviewee: | I ordered food, just, you know so...then [UI] little bit of room service to come for half an hour, 20 minutes [UI] food, and then I started talking to him, talking like...ah, I like girls and I have this, you know, this girl and I work with...she's really [sounds like: "hostile"] and I would love her to join us – dada da da da. |
| Interviewer: | And that's where you come in. |
| Interviewee: | Yeah. And so at this point I called and he [UI phrase] and he doesn't really like...like his wife, Victoria; she's very [UI phrase] likes... |
| Interviewer: | He said that? |
| Interviewee: | I asked him...like I was pushing to him like what his likes are... |
| [simultaneous voices] | |

37

Interviewee:      He likes ass.

Interviewer:      He likes ass?

Interviewee:      Yeah. He likes ass...he's more ass [UI] more than a tit man, I know that.

Interviewer:      Yeah, 'cause, I mean she's so skinny...like, she has no curve whatsoever.

Interviewee:      And you know, he did say...he did say that... he [sounds like: "would say that he preferred"] Victoria – before, Victoria was never that skinny before when she was in Spice Girls.

Interviewer:      Right.

Interviewee:      So [sounds like: "she got"] skinny after [UI phrase].

Interviewer:      So he was kind of hinting that like...

Interviewee:      Yeah.

Interviewer:      ...he liked her body better when she was a little bit heavier.

Interviewee:      Yeah.

Interviewer:      Okay, I gotcha.

Interviewee:      So, then I called [UI phrase] they were people I worked with before, and so [UI phrase] who's available right now. And then...like then she [UI phrase] okay, did you call me back or [UI] straight away; I don't remember. Then I went to him and I said, oh, there's this girl...da-da-da. I don't know how now exactly...so I call her. I don't know if you called me back or I was on hold, 'cause, she had to check who was available at that time – a brunette.

UF:               [speaking softly] She was there; I would have called her back...[UI] just that knowing; I don't remember [UI] there was like 10,000 clients on my sign up

38

list and that was a very busy time, so…but knowing myself, I would have called her back.

Interviewer:    What day of the week was this? Do you remember? No idea?

Interviewee:    I really don't.

Interviewer:    Okay, that's fine. So…and then what happened? You called her back or whatever.

UF:    I just told her who was available.

Interviewer:    Yeah.

Interviewee:    I wanted a brunette.

[simultaneous voices]

UF:    This is not uncommon for her to do so…

Interviewer:    Right.

Interviewee:    I would always call in girls so we could…'cause I was very good in extending…

UF:    Very good…that's why I mentioned the [UI].

Interviewee:    Yeah.

UF:    [poor sound quality] and that guy only did, and you brought…you were there like 11 am and you brought [UI] hour after, and then it lasted like 20 hours…

Interviewee:    Oh yeah.

UF:    And the guy refused. He refused to kind of deal [UI phrase]. I had the phones; I remember I had to call you every freaking 45 minutes.

Interviewer:    Every 45 minutes?

39

UF:             Yeah...overnight...so from 11 [simultaneous voices]. It was awful, it was awful for me. I'm sure it was awful for you, 'cause I was like...I would set my alarm on my phone for like 40 minutes...[simultaneous voices]

Interviewee:    ...take my time for the slip for like...I'd do the slip for 20 minutes...save my time when they do that.

UF:             Yeah, but it was awful...[simultaneous voices] So all night long I'm like...I'd get back up, I'd process the credit card on...and then at one point in time that like, account, just got cancelled. I don't think I told you this...I had to start calling in that 1-800 number, because it was so many different processes. I wanted to shoot myself in the head. It was awful.

Interviewer:    But then you were happy...[simultaneous voices]

UF:             Yeah, I remember who that client was.

Interviewee:    I just remembered situation; I don't remember name...I don't remember like [speaking quickly].

Interviewer:    Okay, so you sent...and am I gonna get a quote from her off the record, the girls?

Interviewee:    Yeah.

Interviewer:    Okay. Okay, so it's a brunette and how long did it take for her to get over there?

Interviewee:    Not long...maybe like 20 minutes.

Interviewer:    Oh, that's it, really?

Interviewee:    Yeah.

[simultaneous voices]

| | |
|---|---|
| Interviewee: | …available when someone's on call… |
| UF: | [UI phrase] business, they say, Christian…they would call me and say, Christian, I'm on. If you're on then you have to be at some places [UI] 20 or 30…that means you're somewhat ready, you're working… |
| Interviewer: | Okay. |
| UF: | …the call. |
| Interviewer: | You run a tight ship there, that's pretty good. |

[laughter]

| | |
|---|---|
| Interviewer: | Yeah, seriously. [simultaneous voices] Elliot Spitzer? |
| Interviewee: | Huh? |
| Interviewer: | You had such a good thing going. |
| Interviewee: | That's what…that's what…no, that's what I was saying is…like I [UI] booking agents like [UI] just like management, but like right now, what they're doing like when they push people out of business like [sounds like: "Christian"], right now, that's when it gets into dodgy… |
| Interviewer: | Right. |
| Interviewee: | [UI] like dodging people running; like you don't want to…like I wouldn't want to deal with anyone at the moment…even the work at the moment. |
| Interviewer: | Yeah. You seem like you were like the best boss. |
| Interviewee: | She was…she was like a mama, mama manager…she's like [UI] really…you can call her… |
| Interviewer: | I told you you should write that book. I been trying to tell her, write a book on business…like how to run a business, but based on this model. |

41

UF:              I actually [poor sound quality] brilliant idea on how to articulate [speaking softly] I used it in an interview the other day.

Interviewer:     Really?

UF:              I actually said it on...no, I said it to the Daily News and I said you know it's like [background noise] you have top and then you have [UI]. And the one is free; the top is free, the [UI] is $1.50 and the boss is $4.00. They're all just water...I can sell it to you however I think you're gonna want to drink it. And it's all different prices...it's water.

Interviewer:     Right.

[laughter]

UF:              She could be [UI], Luciana, Gabriella and it could be [UI] 14 hundred, and it's just my job to know which kind of water you want...

Interviewer:     Right.

UF:              And what you can afford...what you're in the mood for today...you got 4 bucks in your pocket or 1.50; same thing.

[laughter]

Interviewer:     I'm telling you...

[laughter]

Interviewer:     ...make a lot of money, because every single businessman is gonna buy that book. Those business books do really well. Like: "Who Moved My Cheese" or whatever.

[simultaneous voices]

UF:              They're all like best seller.

42

Interviewer:     Yeah...anyways...okay, so in the meantime...

Interviewee:     I was just like should I...didn't really do nothing in the meantime...told the girl [UI].

Interviewer:     What...you guys were like talking and stuff like that?

Interviewee:     Yeah; [UI] blowjob I was finishing and I think I had a salad, I don't know and in the meantime I also had...

Interviewer:     I think we would be interested more like, if you can remember specifically what he said about Victoria...like, did you ever like feel bad about Victoria at all...or not?

Interviewee:     No. No, 'cause, I didn't...after...

UF:              It's a biz...it's work.

Interviewee:     It's work...then I have to feel like, really feel bad for all the wives...

Interviewer:     Right.

Interviewee:     And you know...

Interviewer:     You have to separate it.

Interviewee:     Also I don't ask...it's not my job to ask him personal questions...

Interviewer:     Right.

Interviewee:     ...about wife. He was more telling...he was – like I was just asking, are you happy? How's L.A., this and that; and he didn't seem really happy to be in the states. I think at that point he was...he [UI] just pressured to be in the states. That's how...like I fe...and I think he was pressured by Victoria at the time. They were not...I was actually thinking that at one point, they was gonna break up, 'cause, after what he did with...

43

Interviewer:       Was it Rebecca [UI].

Interviewee:      Rebecca [UI] – I was thinking that it was gonna break up and then she made him move from [UI] Madrid to here.

Interviewer:       Right. And they just announced it I think like last week that they're making this their permanent home, L.A.

Interviewee:      Really?

Interviewer:       Yeah.

Interviewee:      Well, he, he's…well, how old is he now? He's…in his mid-30's, like that's the finish of his career; he doesn't have nothing to do anymore…

Interviewer:       Right.

Interviewee:      [UI phrase]…when you're 35, that's the time to, you know [UI]…that's time to like, finish his contract, I guess, with L.A….

Interviewer:       Right.

Interviewee:      [UI] he has to move on to something else.

Interviewer:       Yeah…did you see the ads, too, that just came out of them? There's like new perfume ads of them like, getting really steamy, like them making out and stuff.

Interviewee:      Really?

Interviewer:       Yeah.

Interviewee:      No.

Interviewer:       [UI] crazy. Oh, they're a very hot couple. I actually like her, I think. Did you see her on Idol, American Idol? She was great. She was really funny, but…

Interviewee:      I don't follow; I like [simultaneous voices]

44

UF:            I don't really pay much attention.

Interviewer:   Yeah.

Interviewee:   I used to love her when I was younger in Spice Girls.

Interviewer:   Yeah. [laughing]

Interviewee:   I always wanted to be Ginger, though…I know.

Interviewer:   [laughing] Did he say any…so you're saying that he talked a little bit about, like, her body and stuff like that. Did he talk about like, being…like, unhappy with her, like, in terms of like sex and stuff like that or…?

Interviewee:   No.

Interviewer:   No, okay.

Interviewee:   No.

Interviewer:   That was the only thing he said about her?

Interviewee:   [pause] god, [sounds like: "I have to"] go back…no, he was just…he [UI phrase] wife happier in the states and I actually asked him, so how is it to play for…

Interviewer:   Galaxy?

Interviewee:   Galaxy, 'cause, he's at that point where he came from [UI] playing with all these major stars which we have in New York.

Interviewer:   Uh hm.

Interviewee:   Like, you know…so he said that he felt like he was playing some of these amateurs here.

Interviewer:   Right.

45

| | |
|---|---|
| Interviewee: | No, he was not…he was not in his element at that time; maybe he is now, I don't know, 'cause, it's three years ago. He just came here. |
| Interviewer: | Yeah. And so when you were having these like, conversations, are you guys laying in bed together or were you like…no, he went in and took the shower. |
| Interviewee: | He went in, take shower and take shower…that part when my food came, we were…no, I was on the couch, like, there was a sofa… |
| Interviewer: | Yeah. |
| Interviewee: | …we were just sitting. |
| Interviewer: | Like hanging out and… |
| Interviewee: | Yeah, just hanging out. Nothing, nothing really…and until the girl came. |
| Interviewer: | Right. |
| Interviewee: | And the girl comes in, she's a hot brunette, taller than me, taller than me and [sounds like: "similar"] with curves… |
| Interviewer: | Slim but with curves? |
| Interviewee: | Yeah, not…not like a super model; she was just…I [UI] think she was like stunning, but like…not like… |

[simultaneous voices]

| | |
|---|---|
| UF: | Who is? Who is, right? |
| Interviewee: | No, no; not like goo goo, wow, but she had a good…very, very sparkly personality…she was… |
| Interviewer: | Right. |
| Interviewee: | …and she also did… |

**[End of recording]**



**LEGAL LANGUAGE SERVICES**

A division of ALS International
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free (800) 788-0450
Telefax (212) 349-0964
www.legallanguage.com

October 13, 2010

To whom it may concern:

This is to certify that the attached transcription of English audio is an accurate representation from the media received by this office. This transcription is designated as:

***BECKHAM TAPE 1 SIDE B***

George Alves, the Manager of Translation Multimedia Services, certifies that Susan Anthony, who performed this transcription, is fluent in standard North American English and is qualified to transcribe.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate transcription of the specified document."

Signature of George Alves

Subscribed and sworn to before me this 13th day of October 2010.

Theresa Kwok
Notary Public, State of New York
No. 01KW6175014
Qualified in New York County
Commission Expires Oct. 01, 2011

Sincerely,

Victor J. Hertz
President & CEO

# LEGAL LANGUAGE SERVICES

## TRANSCRIPTION OF AUDIO

## DESIGNATED AS: 806826

## BECKHAM TAPE 1

## SIDE B

[simultaneous voices]

UF:          ...somebody who would have said: Hey look, you [sounds like: "belong"] in the news every single frickin' day.

Interviewer:     Right.

Interviewee:     Yeah. I didn't watch the news either; I just saw him on the cover of a magazine.

Interviewer:     Felt like Obama.

Interviewee:     I want to sleep with Obama.

Interviewer:     You want to sleep with Obama?

Interviewee:     Oh, my god, yes I do. Oh, that's my...really my type. I keep dreaming about him.

Interviewer:     Now, that would be a story.

Interviewee:     Huh!?

Interviewer:     That would be...a big story.

Interviewee:     Okay, hook me up [UI phrase] hooking me up. I just keep dreaming I'm having twins with him; that's a very good dream, though.

Interviewer:     Twins?

Interviewee:     Yeah.

Interviewer:     I don't find him very attractive.

Interviewee:     Ah...he's just so smooth. He has a smooth voice...he can whisper in my ear any day all the time. Eh, I would rather fuck Barack Obama than David Beckham...I swear to god; that's more my...anyway, however, back to...

Interviewer:     I highly disagree, but...

1

Interviewee:      Huh!?

Interviewer:      To each his own.

Interviewee:      Don't you think he's so smooth?

Interviewer:      No, I don't like him.

Interviewee:      Really?

Interviewer:      Yeah. I'm a Democrat and I'm a liberal and stuff, but I don't like him.

Interviewee:      I just think he's…I don't mean like his politics or…

Interviewer:      Right.

Interviewee:      I just mean like, he's so cool.

Interviewer:      I don't think so at all. I find him to be smug and humorless.

Interviewee:      Really? Maybe he has a nice body. Have you seen him on the beach? He's very [simultaneous voices]

Interviewer:      We just did a story and said: his wife has bigger muscles than he does.

Interviewee:      Really?

[simultaneous voices]

Interviewer:      Have you ever seen her arms? She has some guns on her.

UF:               Yeah, I've seen her arms.

Interviewee:      She has more time to work out, maybe. Maybe, he's – poor thing…[simultaneous voices]

UF:               The only time I watch him is when he's giving his address and it's pertinent.

Interviewee:      Wasn't it yesterday…I was looking at him yesterday…I was really feeling horny.

[simultaneous voices]

2

| | |
|---|---|
| Interviewer: | [UI phrase] he recycled the same statement. |
| UF: | At which I thought was awful. I do it a lot, but I thought it was awful for a president to do, for this last week when he gave his address. |
| Interviewer: | Yeah. |
| UF: | And from the time before; maybe like three weeks before, he was like [UI]...it's like catch phrase [UI phrase] resilient, but it's the same one he said two weeks prior and I'm like, wow, your speech writers should be fired! |
| Interviewer: | There's a good article in Newsweek today, this week, that's like -- look, [UI] sorry, we'll get back to this – about how he has had all these opportunities to stand up for things that you think he would, and he hasn't like: gay marriage. What are some of the other big things? Oh, immigration thing in Arizona and there's one other thing that just happened, and it's like he just...oh, the Muslim, the Mosque... |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | Oh, and Ground Zero... |
| UF: | [UI phrase] really [sounds like: "pisses"] me off. |
| Interviewer: | And he hasn't said a word. He's just like, staying neutral, 'cause, he wants to get re-elected, but it's just like...oh... |
| UF: | He's not gonna get re-elected. |
| Interviewer: | I don't think so. |
| UF: | Definitely no. |
| Interviewer: | But anyways...we can talk about...we can talk politics later. |
| UF: | Yeah. |

3