FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

*Denied / no good cause shown to provide / no must delay* [handwritten]

12.6.10 [handwritten signature]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID V. BECKHAM, an individual., <br><br> Plaintiff, <br><br> v. <br><br> BAUER PUBLISHING COMPANY, L.P., a Delaware limited partnership; BAUER MAGAZINE L.P., a Delaware limited partnership; BAUER MEDIA GROUP, INC., a Delaware corporation; BAUER, INC., a Delaware corporation; BAUER NORTH AMERICA, INC., a Delaware corporation; MICHELLE LEE, an individual; IRMA NICI, an individual; and DOES 1 through 50, inclusive., <br><br> Defendants. | Case No. CV10-7980 R (SSx) <br><br> [~~PROPOSED~~] ORDER ~~RE:~~ DENYING BRIEFING SCHEDULES FOR BAUER DEFENDANTS' MOTION TO STRIKE AND DAVID BECKHAM'S MOTION TO CONDUCT DISCOVERY <br><br> Hon. Manuel L. Real <br><br> Crtrm.: 8 |
| IRMA NICI, an individual., <br><br> Cross-Complainant, <br><br> v. <br><br> DAVID V. BECKHAM, an individual., <br><br> Cross-Defendant. | |

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

61393.2

[PROPOSED] ORDER RE: BRIEFING SCHEDULES FOR BAUER DEFENDANTS' MOTION TO STRIKE AND DAVID BECKHAM'S MOTION TO CONDUCT DISCOVERY

# ORDER

Based on the stipulation of the parties, and for ~~good~~ **NO** cause shown, ~~IT IS HEREBY ORDERED that:~~

~~The briefing schedule for Plaintiff and Cross-Defendant David Beckham's ("Beckham") Motion to Conduct Discovery is as follows:~~

- ~~December 23, 2010: Last day for Beckham to provide his portion of the Joint Stipulation for the Motion to Conduct Discovery to the Bauer Defendants and Nici;~~
- ~~January 13, 2011: Last day for the Bauer Defendants and Nici to provide their portions of the Joint Stipulation for the Motion to Conduct Discovery to Beckham;~~
- ~~January 14, 2011: Beckham files Joint Stipulation for his Motion to Conduct Discovery, together with the Notice of Motion;~~
- ~~January 24, 2011: Last day for parties to file any supplemental memoranda regarding the Motion to Conduct Discovery;~~
- ~~February 7, 2011: Hearing on Beckham's Motion to Conduct Discovery.~~

~~The briefing schedule for Defendants Bauer Publishing Company, L.P., Bauer Magazine, L.P., Bauer Media Group, Inc., Bauer, Inc., Heinrich Bauer North America, Inc., and Michelle Lee's (collectively, the "Bauer Defendants") Special Motion to Strike ("Anti-SLAPP Motion") is as follows:~~

- ~~February 28, 2011: Last day for Beckham to file any opposition to the Anti-SLAPP Motion (subject to the Court having ruled on the Motion to Conduct Discovery in sufficient time to allow completion of any permitted discovery);~~

61393.2

1

[PROPOSED] ORDER RE: BRIEFING SCHEDULES FOR BAUER DEFENDANTS' MOTION TO STRIKE AND DAVID BECKHAM'S MOTION TO CONDUCT DISCOVERY

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  • ~~March 21, 2011: Last day for Bauer Defendants to file any reply in~~
2  ~~support of the Anti-SLAPP Motion;~~
3  • ~~April 4, 2011: Hearing on Anti-SLAPP Motion.~~
4
5  IT IS SO ~~ORDERED.~~ **DENIED**
6
7  DATED: December 6, 2010
8
9  _____
10  Hon. Manuel L. Real
    United States District Court
11
12
...
28

61393.2                              2

[PROPOSED] ORDER RE: BRIEFING SCHEDULES FOR BAUER DEFENDANTS' MOTION TO STRIKE AND DAVID BECKHAM'S MOTION TO CONDUCT DISCOVERY

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067