# EXHIBIT D

Exhibit 5     Page 276



**LEGAL LANGUAGE SERVICES**

A division of ALS International
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free (800) 788-0450
Telefax (212) 349-0964
www.legallanguage.com

October 13, 2010

To whom it may concern:

This is to certify that the attached transcription of English audio is an accurate representation from the media received by this office. This transcription is designated as:

### *BECKHAM TAPE 1 SIDE A*

George Alves, the Manager of Translation Multimedia Services, certifies that Susan Anthony, who performed this transcription, is fluent in standard North American English and is qualified to transcribe.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate transcription of the specified document."

Signature of George Alves

Subscribed and sworn to before me this 13th day of October 2010.

Theresa Kwok
Notary Public, State of New York
No. 01KW6175014
Qualified in New York County
Commission Expires Oct. 01, 2011

Sincerely,

Victor J. Hertz
President & CEO

Exhibit 5     Page 277

LEGAL LANGUAGE SERVICES

TRANSCRIPTION OF AUDIO

DESIGNATED AS: 806826

BECKHAM TAPE 1

SIDE A

Exhibit 5     Page 278

Interviewer:       Beckham, September 11th, 2010.

[pause]

Interviewer:       David Beckham, September 11th, 2010. [recording device deactivated]

[recording device activated] …if there's music on…and I'm like old

fashioned, I don't even have digital. That's how old I am. [UI] it's trusty

though. Okay. So, okay, so I guess like the first question would be how did

this – well, no, okay, first…how long have you been doing…how long have

you been in the business – you're from Bosnia, is that correct?

Interviewee:      Yes.

Interviewer:       Okay. And how long have you been…

Interviewee:      I've been in the business…well [UI] I started working when I was 17.

Interviewer:       When you were 17, okay. And how old are you now?

Interviewee:      26.

Interviewer:       26, okay. And if you can talk just a little bit louder, that would be…

Interviewee:      Yeah.

Interviewer:       …awesome…okay, sorry.

[simultaneous voices]

Interviewer:       I know it's weird, I'm like down like here…like, hello.

[laughing]

[poor sound quality]

Interviewer:       …and I slouch anyway, so it's not a good thing. Okay so how did this

originally get like hooked up…like what is the connection and…

1

Exhibit 5      Page 279

Interviewee:     I don't know if this is really the…I was dating someone [UI] for three and a half years who was, who still is, I think – he was dealing drugs, cocaine [UI] London…

Interviewer:     Okay.

Interviewee:     And just to spend time with him in the beginning 'cause, he was very busy; especially on the weekends I would drive around with him in the car – drive around with him and drop off stuff or whatever. And I met few times this lady, she's a stylist for magazines and TV and so she's a freelance stylist in London and she was getting stuff [UI] him and he didn't know at the time what I was doing, but I met her later at a party and she…she kind of [sounds like: "informed"]…

Interviewer:     Yeah…right.

Interviewee:     …what I was doing and [UI]. So she referred me to few people like she would…and I would hook her up, like I would [sounds like: "get"] back some money to her.

Interviewer:     Okay.

Interviewee:     And she had couple people, like high profile people…

[simultaneous voices]

Interviewer:     Yeah.

Interviewee:     [UI] and I was in New York at the time she called me on my U.K. phone and she [UI] have someone in New York [UI] she didn't…she was never like really specific on the phone what it was, but I always knew [UI phrase] person is always like a…

2

Exhibit 5     Page 280

Interviewer:      Yeah.

Interviewee:      ...from the U.K.

Interviewer:      Right.

Interviewee:      So...and she called me...she called me [UI] I [sounds like: "can"] give you a

                  number; I said, yeah, sure, I'm in New York [UI]. So he called me up himself;

                  he called me from the hotel.

Interviewer:      He called you?

Interviewee:      Yeah.

Interviewer:      And when was this?

Interviewee:      Late...[UI] like late August in 2000 – about 3 years ago.

Interviewer:      Two years ago?

Interviewee:      Three years ago.

Interviewer:      Three years ago.

[simultaneous voices]

Interviewer:      ...2007?  Okay.

[simultaneous voices]

Interviewee:      Yeah.

Interviewer:      Okay.

Interviewee:      Some...I don't know...middle August or late August.

Interviewer:      Okay.

Interviewee:      He called me up himself and I didn't really recognize him on the phone, who

                  it was. He did say David [UI] did go through my mind [UI] could be him,

                  'cause, he has a very squeaky, squeaky voice...

3

Exhibit 5     Page 281

| | |
|---|---|
| Interviewer: | Yeah, yeah. |
| Interviewee: | ...like Mickey Mouse, you know. |

[laughing]

| | |
|---|---|
| Interviewer: | He does, it's true. |
| Interviewee: | He does, and you should hear him. |
| Interviewer: | Anyway. |
| Interviewee: | His voice doesn't match his... |
| Interviewer: | Body. |
| Interviewee: | No...at all. |
| Interviewer: | Yeah. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | She doesn't even know. Like when I told her later, like [UI] unh...what? And then like... |
| Interviewer: | He's so hot. |
| Interviewee: | She [sounds like: "doesn't"] know. |
| Interviewer: | You know who he is now... |
| Interviewee: | Yeah. |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | [UI phrase] Americans, we don't care what happens outside of this country. |
| Interviewee: | True...Even what's in this country. |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | [UI phrase] he's super, super...I think... |
| Interviewee: | Really? She didn't think so. |

4

Exhibit 5     Page 282

Interviewer:      He's like one of my...

Interviewee:      I googled him.

Interviewer:      Yeah.

Interviewee:      I was like who?...who? [UI phrase] the football player, and I'm like [speaking softly] what team?

Interviewer:      [laughing]

Interviewee:      And so we had like a laughey laugh about that, you know. I googled him and I was like...

[simultaneous voices]

Interviewee:      Really. He wasn't my type...I like them dark and you know. I can see why a lot of people would see...

Interviewer:      And he's lean.

Interviewee:      ...and handsome.

Interviewer:      Yeah.

Interviewee:      [UI phrase] I can see why a lot of people would think he's handsome, but...

Interviewer:      Yeah.

Interviewee:      Like I can see that. I can see [UI], but he's not my type at all.

Interviewer:      Okay. Okay, so he calls you...this is August, 2007...

Interviewee:      Yep.

Interviewer:      You recognize his [UI] voice.

Interviewee:      Well I didn't really...I figured that could be him, 'cause, she was like working for some sports [UI] for TV...

Interviewer:      Right.

5

Exhibit 5     Page 283

| | |
|---|---|
| Interviewee: | And it went through my mind, 'cause, I didn't really…I'm not really also into soccer [UI - speaking quickly] and I figure it could be him, so I [UI phrase]. Like I didn't really verify anything through anyone; I normally don't go by myself, but it was her that…she had…I knew it was gonna be [sounds like: "good"], like… |
| Interviewer: | Right. |
| Interviewee: | …it was always like… |
| Interviewer: | Like you trusted it. |
| Interviewee: | Yeah. [UI] saw very few people through her so… |
| Interviewer: | Yeah. Okay, so he calls you himself and then…then what happened? |
| Interviewee: | And no, he just said [UI phrase] da, da, da, da…do you want to come and hang out with me [UI] nothing specific – just where he was and I said okay, I'll be there in like within I don't know…a quarter of 9:30-10 and I said it'll be like 45 minutes to an hour. |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | So this is in New York? |
| Interviewee: | Yup. |
| Interviewer: | Okay, so he's in New York and what did he…in the phone call he was like…did he make like chit chat at first or [UI] kinda get right to it? |
| Interviewee: | No, he just said that [UI phrase] come hang out. He didn't say nothing… |
| Interviewer: | Yeah. |
| Interviewee: | …specific on the phone. |
| Interviewer: | Right. |

6

Exhibit 5      Page 284

| | |
|---|---|
| Interviewee: | I mean he knew what was up and [UI] she already… |
| Interviewer: | Okay. |
| Interviewee: | [speaking softly] so I went over there in like 45 minutes, an hour and [UI phrase] stay in the hotel. |
| Interviewer: | You were staying in a hotel. |
| Interviewee: | No, he was staying… |
| [simultaneous voices] | |
| Interviewer: | Oh. Do you remember where he was? |
| Interviewee: | Yes. |
| Interviewer: | If you can tell me… |
| Interviewee: | [simultaneous voices] Inn. |
| Interviewer: | And where were you? |
| Interviewee: | I was…I had, at that time I was staying at like [UI] Apts. on 74 between 2nd and 3rd. |
| Interviewer: | Okay. |
| UF: | Yeah. |
| Interviewer: | So you had your own place. |
| Interviewee: | Yeah, I had my own place… |
| Interviewer: | Okay. |
| Interviewee: | …rented through [UI] Quarters like for a short term rent, 'cause, I hate staying in the motels so like when I'm here for like a month or six weeks… |
| Interviewer: | Yeah. |
| Interviewee: | [UI phrase] |

7

Exhibit 5     Page 285

[laughing]

UF:               [UI]

Interviewee:     Yeah, no, so I don't like [UI] claustrophobic in hotels.

Interviewer:      Okay.

Interviewee:     So...yeah, I went there and it was him. But I wasn't...it was more of the high getting paid by him [UI phrase] but he's not my type as I told you so, so I wasn't really like [UI] it was just more thinking like oh, all these women [UI] running after him...like all these people dream of being with him...and I'm actually getting paid [UI]

[simultaneous voices]

Interviewer:      Right...some people would like cut off their arm to be with him.

[laughing]

Interviewer:      Yeah...me too.

Interviewee:     Really?

[laughing]

[simultaneous voices]

Interviewer:      After you told me that because, I wouldn't want to be with you if I only one arm. Yeah!

[laughing]

Interviewee:     You're not his type. He likes brunettes, [UI]. You would have to dye your hair.

Interviewer:      Let me ask you a question though, in terms of like logistics of it...

[simultaneous voices]

8

[UI background conversation]

[laughing]

Interviewer:     [UI] I probably would be anyways [laughing] Anyways, so…the logistics of it

                 though; like how does it work? Like does he know how much he's gonna pay

                 and stuff like that?

Interviewee:     No; and I didn't [UI phrase], 'cause, I don't think he even asked [UI], 'cause,

                 I had to negotiate with him myself.

Interviewer:     Oh, you did…when you got up there.

Interviewee:     Yeah, when I got there.

Interviewer:     Okay.

Interviewee:     We first negotiate the couple hours, but I ended up staying the whole night,

                 'cause, he kinda run out of cash and I had to wait for the courier the next day

                 to bring the rest of the cash, 'cause, we also paid the other girl -- I had to pay

                 her through…

[simultaneous voices]

Interviewer:     Did this only happen one time?

Interviewee:     No, two times.

Interviewer:     Two times…so the first time, it was with the other girl.

Interviewee:     Yeah.

Interviewer:     Okay, so you get there [UI phrase] and then you go up there, you knock on the

                 door, whatever…

Interviewee:     Yeah.

9

Exhibit 5     Page 287.

Interviewer: And then...so when he answered the door, like...what did he look like? Did you like...like, how did you feel? You feel nervous, excited...

Interviewee: I felt a bit nervous and excited, but...'cause...just like I said it is David. He is huge in the U.K., and he's not [UI] but he's like a big deal. He's really big deal in U.K., and I lived in London since I was 18, so I grew up with that...

[simultaneous voices]

Interviewee: In the [UI] and the wives and they're like...

Interviewer: Yeah...what was like...describe their room and describe like what he was wearing when you opened the door...like [simultaneous voices]

Interviewee: He had like a suite...not a suite suite, like a junior suite, nothing special. I don't even know if this was his main room, 'cause, I didn't see...I didn't see...I was checking out like...I didn't see like his main...like his clothes and everything. He just maybe took a shower and shaved like...but there [UI] many clothes there, and I don't even know even if, how many days he was there for. But it wasn't like a lot of personal stuff in there.

Interviewer: Right. And you didn't even know why he was there for? Did he ever say like what he was in town for?

Interviewee: He was in town for some promotions and I think [UI] for a game or something.

Interviewer: Okay.

Interviewee: I think he just started playing for L.A.

Interviewer: Okay.

Interviewee: I don't know...he was here for...

10

Exhibit 5     Page 288

[simultaneous voices]

Interviewer:     [UI phrase] we can kind of check like photos from that time and see like what he was doing in New York just to kind of match up…

Interviewee:     [simultaneous voices] I know he had a game because…

[simultaneous voices]

UF:     [UI] Somewhere….

Interviewee:     This is so funny [UI phrase] when you introduced me to Mohammed…

[simultaneous voices]

Interviewer:     …the 15th or the 22nd…

[simultaneous voices]

UF:     …introduced her, 'cause, we kind of backtracked in her head [simultaneous voices]

Interviewee:     Good…and I ended up going to the game a few days after…yeah, two days after…two days after; I wound up going to the game…with the [UI] though.

UF:     So, I looked at the dates that I had [UI] for her….

[simultaneous voices]

Interviewee:     I don't know the dates.

[simultaneous voices]

Interviewer:     … or within that week.

Interviewee:     Or you can find out what dates I was with Mohammed.

Interviewer:     [UI phrase] narrow it down to that timeline.

Interviewee:     I'm not sure…

[simultaneous voices]

11

Exhibit 5     Page 289

Interviewer:     Yeah…it doesn't have to be like completely speci…I mean it is great if it is, but it's not, it's fine. The fact that you went to the game…

Interviewee:     I saw him like two days…well, like I saw him two days after [UI] the game with Mohammed and we had…

[simultaneous voices]

UF:     You went to…that game that you went to with Mohammed, you went on your own…it wasn't through me.

Interviewee:     [sounds like: "Well, I met"] Mohammed through you.

UF:     Yeah.

Interviewee:     And you know what date I met him through you.

UF:     Yeah, and so [poor sound quality] met him on the 12th so…

[simultaneous voices]

UF:     …some place that the 12th, the 13th or 14th

[simultaneous voices]

Interviewee:     It's too long ago for me; I don't know what I did yesterday, honestly…

[laughing]

Interviewer:     That's actually good…we could find out if they were playing, you know, we could look up the schedule. It's easy, it's good. So okay, so he answers the door, you're a little nervous and excited 'cause it's him and what did you say he was wearing? He was just like…what was he dressed in?

Interviewee:     No, he just had a tank top and [UI] jeans, but he did take a shower [speaking softly] he was wet and everything…he's a bit of a clean freak and stuff like that.

12

Exhibit 5     Page 290

Interviewer:      Oh, he is.

Interviewee:      Yeah, he has a bit of an OC disorder, you know…he actually asked me to take

                  a shower, although, I did take a shower before I went.

Interviewer:      You did or you didn't?

Interviewee:      Yeah, I did.

Interviewer:      Oh.

Interviewee:      I did, I did…I'm always…you know me [UI phrase] always take a shower

                  after and before.

Interviewer:      I assume you take a shower before going on a date.

Interviewee:      No, no, I came there clean, but he still asked me to take a shower…shower's

                  already wet…he's a bit, weirdo…

Interviewer:      Yeah, a little bit weird.

Interviewee:      Little weird. You know what he even did? He like puts the remote controls in

                  order like the big one to the small one.

[laughter]

Interviewer:      Like in the room?

Interviewee:      [UI] yeah….already organized room and like [UI].

Interviewer:      Okay, so…but like literally, if you can, describe it chronologically from the

                  minute you said hello and like what the conversation was and then like…like

                  how soon after you got there you say he wanted to take…like was he nice,

                  like…?

Interviewee:      No, he was very nice. He was very like…shy in a way…like not really…he's

                  not [sounds like: "full of"] himself at all. He's like quite shy and like…and

                                                                                          13

Exhibit 5     Page 291

then when someone's shy, I was like a bit shy, so I didn't even know what [UI] we were sitting in…just making small chit chat, like for an hour, an hour and a half.

Interviewer:        Do you remember what it was about?

Interviewee:        No, I just asked him what he was doing and you know he didn't seem very happy at the time when we met. He wasn't like really…like in a great…

[simultaneous voices]

Interviewee:        No, not at all. I don't think he really enjoyed his first few months here in the states.

Interviewer:        Oh, right.

Interviewee:        I don't think he was happy with the transfer…I don't know, I'm not sure – well, although, he signed for a lot of money.

Interviewer:        So, he's just sort of shy and [simultaneous voices] chit chat on the couch? Were you sitting near each other?

Interviewee:        Yeah, no, on the couch. Yeah, we were sitting near each other…

Interviewer:        And not like touching or anything yet at this point?

Interviewee:        No.

[simultaneous voices]

Interviewee:        Well, no…and so I had to bring up 'cause he wasn't bringing it up, the money part, which is I'm always like…I see it as a business, though, even though it's [UI]. I'm always on my…

Interviewer:        Yeah.

Interviewee:        …my mind [laughing]…the money.

14

Exhibit 5     Page 292

| | |
|---|---|
| Interviewer: | Smarts. |
| Interviewee: | No, you know? |
| Interviewer: | Yeah. |
| Interviewee: | So I said you know, how long you want me to stay? At first he just said couple hours. I said how many hours, 'cause, that's like…I said let's…you know, [UI] I was nice; I said let's come to an agreement that we're both happy with and I think he said like, okay…[speaking softly]. I was already there for an hour and a half, so I said I been already here [laughing] I said [sounds like: "like that"]. |
| UF: | That is billable time. |
| Interviewer: | Right, of course.  The whole thing is. |
| Interviewee: | Yeah, no, you know. I said I been already here… |
| Interviewer: | So it had been an hour at that point? |
| Interviewee: | Hour and a half; it was over an hour that I… |
| Interviewer: | Okay. |
| Interviewee: | …that I was like, 'cause, I didn't know [speaking quickly] from door, okay, right now it starts…so. |
| Interviewer: | [UI] have a little timer? |
| Interviewee: | Yeah, no, but I did say to him; I remember like look, it's been over an hour, like…like an hour and so so. So I said so how long you still want me to stay for, 'cause, I was busy at the time. [laughing] |

15

Exhibit 5     Page 293

UF:     That's the reason why girls go through agencies, because it's already been negotiated by…you get there…[UI phrase] make the agency seem like the hard ball and you can say okay.

[simultaneous voices]

Interviewee:     An agency [UI] minutes…okay, your minutes are up in five minutes; what you gonna do…

[simultaneous voices]

UF:     [UI phrase] your time is up…are you coming or going? [UI]

Interviewer:     Either put your pants on or…

Interviewee:     So.

Interviewer:     Okay.

Interviewee:     And he [speaking softly] why don't you stay three hours…so it was like four hours in total. [UI sentence] and I told him it's a thousand for the hour.

Interviewer:     Wait, I'm sorry.

Interviewee:     It's a thousand for the hour; I told him…I told him it's gonna be a thousand for the hour.

Interviewer:     I would have gone a lot higher.

Interviewee:     No, 'cause, you're still paying cash and well, you know, like I wasn't going through agency at that time so I asked him how much cash [laughing]…

[simultaneous voices]

UF:     She would have only kept a thousand.

Interviewee:     Yeah, right. [simultaneous voices] [sounds like: "Thousand"] for the hour was [UI] for myself but…well I had to [UI] for the girl, but like, was not like an

16

agency [UI] half [simultaneous voices]. I always give her something…I never

negotiated with her; she never asked how much I used to get from people.

Interviewer: Right…she just like trust you…

Interviewee: Yeah. Or I would even buy her a bag…she was not really like that. It's more

for her to do a favor for the people she's seeing so…

Interviewer: Yeah.

Interviewee: …it wasn't like that. Anyway…where was I?

Interviewer: [UI phrase] negotiate the money and so is that a total of four grand?

Interviewee: Yeah.

Interviewer: Okay. And he said…[simultaneous voices]

Interviewee: And no…he [UI] yeah, he gave me five at the time and…

Interviewer: Do they pay upfront?

Interviewee: Yeah…well I asked him to, 'cause, I feel more comfortable then and more

motivated. [laughing]

Interviewer: He had $5,000 in the room?

Interviewee: Yeah. Well…

Interviewer: It's not unusual.

Interviewee: No…not at all.

Interviewer: Okay.

[simultaneous voices]

Interviewee: No, it's nothing.

[simultaneous voices]

UF: Strangely enough, at one point in my life, it wasn't unusual for me

17

Exhibit 5    Page 295

[UI]

UF:     It is now [laughing].

Interviewee:   I used to [UI] cash…I used to do cash [sounds like: "calls"] [UI] like, pay 15

       up front and so…

Interviewer:   Right. And so like, is it like…did he just take it out of his wallet?

Interviewee:   No. [UI] safe…it was in a safe.

Interviewer:   Oh, in a safe.

Interviewee:   And I think he was taking it out of an envelope, but I'd have to really think

       how it was and I…I don't know; I took a shower…[sounds like: "and went"]

       in the bed.

Interviewer:   So tell me more about the conversation about him saying, did he just like

       come right out and ask [UI] like, before we get going…like what was the

       conversation…

Interviewee:   No, no, I brought it up...

Interviewer:   Oh.

Interviewee:   …like I told you I brought it up, said I've already been here an hour and [UI]

       maybe it was 15 minutes, half an hour, hour and a half; so I said what do you

       want to do?

Interviewer:   He said, okay, why don't you stay another [sounds like: "few"] hours, so I

       said okay, it's gonna be four hours [speaking softly] could you…can we just

       take care of business first? Like, I was always like that…I'm like…

Interviewer:   Yeah.

18

| | |
|---|---|
| Interviewee: | ...'cause they're not [speaking softly]. I feel also more comfortable and it's out of the way... |
| Interviewer: | Right. |
| Interviewee: | And I don't feel comfortable, so getting it after, it's like paying...supermarket, like that after, and it's not like... |

[simultaneous voices]

[laughing]

| | |
|---|---|
| UF: | ...different...[UI phrase] clarify that for her...it's...he's paying her for her time whereas you know a lot of people are used to like, well...I want to do this, how much is it gonna be [simultaneous voices] terms are different, she would have said, you know, how long do you want me to stay and then whatever she feels comfortable doing in that time is included in that [UI] price [UI] rather than like somebody who's [UI] off the street and you'd say oh, okay [speaking softly]. So it's kind of different terminology. |
| Interviewer: | Right...and I mean like, that like includes...like you're ready to do anything? I mean...like...is that discussed or is it just sort of... |
| Interviewee: | No, it wasn't discussed...it wasn't discussed [UI] my time and...I mean he...I knew [UI] had that kind of [UI phrase]... |
| Interviewer: | Yeah. |
| Interviewee: | What I'd be doing [UI phrase] so, and he's paying me, [sounds like: "but"] per hour for my time... |
| Interviewer: | Right. |
| Interviewee: | ...you know for my companionship. |

19

Exhibit 5      Page 297

| | |
|---|---|
| Interviewer: | Right. |
| Interviewee: | That's how it goes in our business [simultaneous voices] [UI phrase] nervous, ah, no, 'cause I'm just thinking about my mom and stuff. [laughing] |
| Interviewer: | It's gonna be okay. |
| Interviewee: | Huh!? |
| Interviewer: | I promise. |
| UF: | You okay? |
| Interviewer: | You all right? |
| Interviewee: | Yeah, I'm fine… |
| Interviewer: | Anytime you want to take a break or whatever… |
| UF: | Do you want a drink? |
| Interviewee: | Well, no, I'm drinking my wine. [laughing] Once he handed me all the cash, I remember him giving me five because it was [UI phrase] brand new clothes [sounds like: "five grand"] and I don't know, I went to the bathroom and I counted it like I always do [laughing]. |
| Interviewer: | What was that? |
| Interviewee: | I went to the bathroom; I counted it like I always do. |
| Interviewer: | Oh, yeah, yeah. |
| [simultaneous voices] | |
| Interviewee: | …just to make sure [simultaneous voices]… |
| UF: | [UI phrase] collect money, 'cause, the girls would give 'em $21,000 at a club and I went, 'cause, they were scared shitless to have all that money on them. |
| [simultaneous voices] | |

20

Exhibit 5     Page 298

| UF: | That was our second month in business. And I was like [UI phrase] |
| Interviewee: | Who's this Saudi? Yeah, Saudi's. |
| UF: | Yeah, no, it was somebody else, but... |
| Interviewee: | Four Seasons [UI] Yeah, we went to Pink Elephant...it wasn't Pink Elephant at the time. Was it with Zora? |
| UF: | No, no, no, this was with some other girls. |
| Interviewee: | Ahh, I went through [sounds like: "Lucy's call"] with Zora... [simultaneous voices] |
| UF: | Yeah, yeah, yeah; that was like 2006... |
| Interviewee: | Where was I...so I counted money, went back to the [UI phrase] and I just...then I just [UI] my lingerie and put my money in my bag, 'cause I just wanted to [UI] get going. [laughing] Oh, god, this sounds so bad. I think so, and I normally don't kiss and I did kiss him, 'cause, I don't know...I figured let's just, you know...I really don't kiss them. I'm not like GFE. |
| UF: | Do you know what that means? |
| Interviewer: | No. |
| UF: | GFE is girlfriend experience. The guys that want GFE, they want the girlfriend experience which means [simultaneous voices] they're kissing [UI] so it's like they really want the allusion of the girlfriend [simultaneous voices] |
| Interviewee: | Like a similar intimacy and I'm...I don't say for everyone GFE. [UI] I would still make up my mind when I'm there if I'm comfortable or not. |
| Interviewer: | Right. How does that spelled? |
| UF: | GFE. Girlfriend experience. |

21

Exhibit 5      Page 299

Interviewer:       Oh, GFE.

Interviewee:       Yeah.

Interviewer:       Oh, GFE, got it. Girlfriend experience, got it.

[laughing]

[simultaneous voices]

Interviewer:       Right, so you did kiss him.

Interviewee:       Yeah. We just started kissing [UI phrase] all kind of…naturally…like I was

                   just [UI] but he's like…quite…like passionate; not like [UI]. So we're kissing

                   long time and foreplay for a long time before.

Interviewer:       And where is this…like where in the room? Are you on the bed?

Interviewee:       No, [sounds like: "I was"] on the bed. I came out of the bathroom [speaking

                   softly]…

UF:                And what, you changed into…

Interviewee:       No, I didn't change into nothing; I just took a shower and I just [UI phrase]

                   when we discussed the money, I still had my [UI], I had a towel on, and then I

                   went back to the bathroom, counted money, put it in my bag; I just put my

                   lingerie I had on…just simple, nothing…no stockings…and it was just simple

                   lingerie.

Interviewer:       Yeah, like classy.

Interviewee:       Yeah.

Interviewer:       What color was it?

Interviewee:       God…probably black, because I only wear black.

Interviewer:       Okay.

                                                                                              22

Exhibit 5     Page 300

| | |
|---|---|
| Interviewee: | 'Cause, I only wear black, 'cause, I don't wear anything… |
| Interviewer: | Yeah; okay. |
| Interviewee: | I could wear black all the time, so [simultaneous voices] so I was like, all the things in my mind, I was just thinking, god, like I'm actually [UI phrase] like, it was a high on itself… |
| Interviewer: | Right. |
| Interviewee: | You know, that kind of high of…and it was not, oh my god, it's David Beckham [speaking quickly] like oh my god [speaking quickly]…I couldn't wait to just text my friend or call my friend. It was like…dying for my phone. So…[UI] so then…and I did give him oral also with that…I don't know. |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | Is that something you normally do? |
| Interviewee: | No. |
| Interviewer: | Okay. |
| Interviewee: | No, but he was very clean… |
| Interviewer: | Oh, clean shaven. |
| Interviewee: | …clean shaven. Yeah, I was very… |
| Interviewer: | Very groomed. |
| Interviewee: | Hmp…*very, groomed.* |
| Interviewer: | Okay. |
| Interviewee: | So…and I don't know. I was just on a high, a David Beckham high, so I was like, fuck it, like…I felt very comfortable with him. He's very nice, very like… |

23

Exhibit 5     Page 301

| | |
|---|---|
| Interviewer: | Right. |
| Interviewee: | …not like pushy or nothing like that. |
| Interviewer: | So it did feel kind of intimate then? |
| Interviewee: | Yeah. |
| Interviewer: | Okay. |
| Interviewee: | We had great, like, I mean… |
| Interviewer: | Chemistry? |
| Interviewee: | Chemistry…like I felt comfortable [UI] I don't…I have that very few times when I'm on jobs like… |
| Interviewer: | Yeah. |
| Interviewee: | And it's great when you [UI], otherwise it just feels like, really, work. |
| Interviewer: | Right. |
| Interviewee: | You know, so it's great when it doesn't and you still get paid for it, so. |

[laughter]

[simultaneous voices]

| | |
|---|---|
| Interviewer: | Okay, so you gave him oral without protection? |
| Interviewee: | Yeah. |
| Interviewer: | I think I…I mean I have to ask, is he big? |
| Interviewee: | Well for me, [simultaneous voices] [sounds like: "he's"]…for me he's average… |

[laughing]

| | |
|---|---|
| UF: | I asked that. |

[simultaneous voices]

24

Exhibit 5     Page 302

| | |
|---|---|
| Interviewee: | He's not big, he's quite thick. He's not like big… |
| Interviewer: | Right. |
| Interviewee: | But he's nice size…I mean I'm used to dating…I'm very… |
| Interviewer: | Well endowed? |
| Interviewee: | Yeah, you know |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | So I wasn't very impressed by it… |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | What…I wasn't very impressed by it. |
| Interviewer: | And I'm like the worst person, because I'm a lesbian – I'm like -- no idea. |

[laughing]

| | |
|---|---|
| Interviewee: | I wasn't really impressed by the size… |
| Interviewer: | Okay. |
| Interviewee: | I mean it was nice… |
| UF: | Girth. |
| Interviewee: | Girth, you say? |
| Interviewer: | You know what, we probably won't even put in…it's too…probably…like too much for it. We'll probably just say what you just said [UI phrase] that he…it wasn't what you expected. |
| Interviewee: | Well, I wasn't *impressed* by it, especially when I seen [UI] his bulge [UI phrase] ads, I'm like that's not in there. That's added there…that's Photoshop right there…that's not what I saw! |
| UF: | Oh my god. [laughing] |

25

Exhibit 5     Page 303

| | |
|---|---|
| Interviewer: | It's a sock. |
| Interviewee: | He has [sounds like: "no"] balls though… |
| Interviewer: | …'cause it does look very… |
| Interviewee: | No, it's not; it's added [simultaneous voices] |
| UF: | [UI] male strippers [UI phrase] a roll of quarters and put a sock… |
| Interviewee: | I don't know. I think just Photoshop in there. |
| UF: | …put it in there…interesting. |
| Interviewee: | [sounds like: "I don't know"]; that's not what's in there. [UI sentence]. It's like…it's nice, I mean [UI phrase]…I wasn't impressed by it, because I'm used to… |
| UF: | More. |
| Interviewee: | Huh? |
| Interviewer: | You've seen better; you've seen bigger. |
| Interviewee: | Yeah…you know, and I've seen so many; a lot, so [laughing]…you know. So it was still nice; I mean just… |
| Interviewer: | Right. |
| Interviewee: | And he knew how to use it, and he's very good oral…in giving oral sex. |
| Interviewer: | He is? |
| Interviewee: | Yeah. And actually [UI phrase] and also, [sounds like: "will"] do that. |
| UF: | I would too. I mean… |
| [laughter] | |
| UF: | I'm serious. It's David Beckham. |
| Interviewee: | He sounds like a girl; he probably would like it. |

26

Exhibit 5    Page 304

[laughter]

UF:                Oh my god.

Interviewee:     He's like a little...he sounds like Mickey Mouse. I swear to God, I felt like I was in Disney.

Interviewer:     But were you impressed? I know he's not your type, but were you like impressed with his body in general?

Interviewee:     Yeah. He has a very lean...he's very lean...he doesn't have an ounce of fat on him.

Interviewer:     Yeah...like thoroughbred.

Interviewee:     You know.

Interviewer:     They run so much...it's like, crazy, it's true...and his thighs?

Interviewee:     His thighs...he's not [sounds like: "Rinaldo"] but he has very nice butt...like...ass.

Interviewer:     Yeah.

Interviewee:     Like...he's very lean, not bulky.

Interviewer:     Right.

[simultaneous voices]

Interviewer:     We've pretty much seen him, everything, but anyways [UI phrase]...yeah [UI] his body.

Interviewee:     Yeah, but that's like a little bit edited.

Interviewer:     Yeah.

Interviewee:     It's not...don't believe all the...

[simultaneous voices]

27

Interviewee:        Have you seen the new Armani ads with [sounds like: "Rinaldo"]?

Interviewer:        Oh, I should. I think he's all right; he's definitely [UI].

Interviewee:        Yeah, he's your type more [UI]. She loves those new [UI phrase]

[UI background conversation]

UF:                 [UI phrase] which happens to be Italian. I just like dark hair; dark hair and
                    dark eyes.

[simultaneous voices]

Interviewee:        I like one with dark, or mixed races or something.

Interviewer:        Dark and what?

Interviewee:        Mixed race.

Interviewer:        Ah.

Interviewee:        I like them. You know how I like them? [laughing]

UF:                 I know how you like them.

Interviewer:        What? [UI] is that?

UF:                 Ah...either African American or [UI] like she like [speaking softly] skin, but
                    half dark...

Interviewee:        True.

[simultaneous voices]

UF:                 That's why she's a very...that's why she [sounds like: "made me"] so much
                    money, because of all of the...you know...personally liked the Arab guys and
                    all these royal family members would come in and they would fall in love
                    with her...

Interviewer:        Right.

                                                                                        28

Exhibit 5     Page 306

UF:              ...because she's beautiful and charming and...

Interviewer:     Yeah.

UF:              ...they could tell if that was genuine...

Interviewer:     Right.

UF:              ...from her, so [simultaneous voices] money...I used to *wait* for you...

Interviewee:     Ohh, miss those guys [sounds like: "babe"].

UF:              Wait for you to come in town and when you coming in town? When you

                 gonna be here? [UI phrase].

Interviewer:     You guys were quite a team...

Interviewee:     Huh?

Interviewer:     You guys were quite a team?

Interviewee:     I miss those days.

UF:              She was one of the first girls that started with me...

Interviewer:     Really?

UF:              ...six years ago. So...and she was with me the duration while I was [UI

                 phrase] girls that were reliable and professional like...

Interviewer:     Yeah.

UF:              ...she said she thinks of it like a business, so...

Interviewer:     Right.

UF:              ...I could throw anything at her and I never could...ever had to worry about

                 giving a little whiny girl on the other end of the phone call [UI phrase] be like

                 he's doing this, I don't like it.

[laughter]

                                                                                              29

Exhibit 5      Page 307

UF:             I got those calls, I'm sure. And she would be like, okay [UI phrase] and she's

                like I just dealt with it. So it was so easy for me...

[simultaneous voices]

Interviewer:    Change is good.

Interviewee:    Unh?

Interviewer:    Now, on for both of you, new things...

UF:             Yup.

[simultaneous voices]

Interviewee:    Yeah...no, but it's like also in the beginning, it's [UI] I don't even get excited

                anymore about it...

Interviewer:    Yeah.

Interviewee:    ...but like you don't progress in this biz...you know like after a while the high

                gets [UI]; like you don't...like in other businesses where you go off and do

                other things...this is like, same [UI phrase] like same old thing...

Interviewer:    [sounds like: "Sexual"]

Interviewee:    ...nothing like, same [sounds like: "bullshit"]...

Interviewer:    Right.

Interviewee:    I mean you still get a high from a lot of money, 'cause, I love money...

Interviewer:    Right.

Interviewee:    ...that's just like [UI phrase] like, hustler, but like [UI phrase] I just love that,

                but it's not [UI] when I was younger, like making money when...I'll be

                like...I'll be slacking now [speaking softly].

Interviewer:    Right...wait, how old are you now?

                                                                                                30

Exhibit 5     Page 308

| | |
|---|---|
| Interviewee: | 26. |
| Interviewer: | 26, okay. |
| UF: | [UI] young. |
| Interviewee: | Huh!? |
| UF: | You're so young. We're not. You're the same age as me… |
| Interviewer: | 35. |
| UF: | Oh no, I'm older. |
| Interviewer: | How old are you? |
| UF: | 40…[laughing]; almost 41…next month. |
| Interviewee: | No, I'm 26 [UI] I had such a long life behind me, I feel like really [UI]; I feel like 56, really, honestly. |
| Interviewer: | Yeah. |
| Interviewee: | I'm really ready…I just told [UI] I didn't have a peace of mind ever since I was a little kid, ever since I left my country in the war, I didn't have a peace of mind so it was always on some kind of…not that I want to live in New Jersey [UI phrase] white fence and two dogs, but…but I just want…I don't know. I do want some kind of stability, and when you do this job you also can't have personal relationships, you just [UI phrase]… |
| Interviewer: | Right. |
| Interviewee: | Either you lie about it or don't lie about it, it's… |
| Interviewer: | Yeah, complicated [simultaneous voices] can imagine. |
| Interviewee: | Sorry…where was I? |
| Interviewer: | You were on oral sex. |

31

Exhibit 5    Page 309

[laughter]

Interviewer:        Back to the good stuff…no, I'm kidding.

[laughter]

Interviewer:        So…Yeah, so he did that to you and then you said you…

Interviewee:        I did it first to him

Interviewer:        [UI phrase] foreplay…

Interviewee:        Yeah, a lot…we were, maybe for an hour.

Interviewer:        That is a long time.

Interviewee:        Yeah…so, and he's very gentle, I remember that.

Interviewer:        And you were like…you liked it…like you were having fun.

Interviewee:        I was having fun…I didn't never really [UI phrase] didn't come…I don't
                    know, I always…

Interviewer:        Yeah, well we can't put that…

Interviewee:        Heh?

[simultaneous voices]

Interviewer:        She didn't come.

Interviewee:        I didn't come. I don't really have an orgasm during work. I don't really let
                    myself go like that.

Interviewer:        Right.

Interviewee:        I was enjoying…it wasn't unpleasant.

Interviewer:        Right.

Interviewee:        You know it was fun [UI] was doing – it wasn't like – it was like…

Interviewer:        Do you have to like fake it then?

32

Exhibit 5      Page 310

| | |
|---|---|
| Interviewee: | Yeah, yeah. |
| Interviewer: | Yeah, okay…I was gonna say. |
| Interviewee: | Huh? Yeah, of course. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | And he really wants to get it right, so poor thing, I really did…you know. |

[laughing]

| | |
|---|---|
| Interviewer: | That's awesome…that is awesome. So you… |
| Interviewee: | You know I faked a couple times. |
| Interviewer: | A couple times? |
| Interviewee: | Yeah; you know. |
| Interviewer: | Make him feel like he's doing a really good job… |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | That's very nice of you. |

[laughter]

| | |
|---|---|
| Interviewer: | I know, I was very kind to him…so [laughing]…god. And then well, at one point I kind of [UI phrase] and he was giving for a long time [speaking softly]. |
| Interviewer: | Right. So he did take out a condom? |
| Interviewee: | No; me. |
| Interviewer: | You did? |
| Interviewee: | Yeah. |
| Interviewer: | Okay. Would he have wanted you to? |
| Interviewee: | I don't know…like I just whipped it out, 'cause, at one point, I was like, okay let's…let's do it. |

33

Exhibit 5     Page 311

Interviewer:    Yeah.

Interviewee:    You know, so maybe he wasn't all into it...I don't know exactly hours or the minutes.

Interviewer:    Yeah, right.

Interviewee:    And the sex itself lasted maybe...I put the condom on and it was nothing...it was just...

Interviewer:    I'm sorry.

Interviewee:    It was nothing creepy...

Interviewer:    Yeah.

Interviewee:    It was just like him on top and we did it doggy style, and then he [UI phrase] and he came within maybe 15 minutes.

Interviewer:    15 minutes?

Interviewee:    15 minutes, [sounds like: "something"] like that...I don't know now. It's like three years ago...[simultaneous voices] asking me [speaking softly] yesterday, but it was 15 minutes...it wasn't that long.

Interviewer:    Yeah.

[interruption]

Interviewee:    Then we were just...we were just chilling out. I think I ordered some food. I always try to order food [UI phrase] [laughing] order food, or order drinks...

Interviewer:    Right. Like, you didn't feel any pressure like right afterwards to like, leave, or anything like that?

Interviewee:    Oh, no, no, no.

Interviewer:    Yeah.

                                                                                34

Exhibit 5    Page 312

| | |
|---|---|
| Interviewee: | Oh, that's hot. Oh, that's hot. |
| Interviewer: | Is that your boyfriend? |
| Interviewee: | No, that's [UI]. |
| Interviewer: | Oh, nice. Ow! |

[laughter]

| | |
|---|---|
| Interviewer: | I got the other pictures. Are those the ones you want us to use in the magazine? |
| UF: | I'm gonna pick out some…we're gonna go over them and… |
| Interviewer: | Okay. |
| UF: | And I'll send you some. |
| Interviewer: | I mean, I think like; I don't think we'd ever be able to…I don't know if we can… |

[simultaneous voices]

| | |
|---|---|
| UF: | I was asking [UI] there's a more…G rated version of this one and [UI] her…and she's not standing up. So it's just like her laying down and you see panties and… |
| Interviewer: | Right. Okay. |

[simultaneous voices]

| | |
|---|---|
| UF: | …five or six. |
| Interviewer: | Okay. |
| UF: | We'll go over them, though. |
| Interviewee: | Where was I? [speaking softly] I'm trying to [UI phrase]. |
| Interviewer: | So when it's over, is there like cuddling and stuff…like…? |

35

Exhibit 5     Page 313

| | |
|---|---|
| Interviewee: | There wasn't really cuddling…it's not cuddling. He just went off and took a shower, another shower. I went off, took another shower, so he's comfortable, 'cause, he's very, very clean. He has this OCD [UI] so… |
| Interviewer: | How do you know that though, the OCD thing? |
| Interviewee: | Sorry? |
| Interviewer: | How do you know? |
| Interviewee: | 'Cause I saw like, when I would put like the remote controls [UI] put on, and then I put it back like…like that, and then he…he put it back on in the order that it was. |
| Interviewer: | That [UI] funny. |
| Interviewee: | You know. |
| Interviewer: | Yeah. |
| Interviewee: | And… |
| Interviewer: | Did you guys have like music on or anything, or TV, or [UI] was going on? |
| Interviewee: | [speaking quickly] movie; I mean I can't remember what the movie was… |
| Interviewer: | [UI sentence]? |
| Interviewee: | No, no porn. He's not…he's…he's just like…no porn. He didn't have porn on or anything; it was just some movie on in the background. It got [UI] like…then he…when we finished and [UI] in my mind I'm thinking how can I extend this? |
| Interviewer: | Right. |
| Interviewee: | So then I was telling him that [UI] I like girls; I'm bisexual, which, I don't really, but for work, it's very good to say that… |

36

Exhibit 5    Page 314

| Interviewer: | Wait...oh; you said...I don't understand. |
|---|---|
| Interviewee: | Well, when we were done, I ordered some food...I don't remember what I ordered. I ordered some food, because I'm...I was thinking, okay, now I have...this is like [UI phrase] always calculating my business needs so...I know it sounds bad...why are you looking at me? |
| Interviewer: | No, that's okay. |
| Interviewee: | I'm like, okay, I have another hour and a half to two left; I don't [sounds like: "remember"] where I was, so I was thinking how can I extend this? |
| Interviewer: | Make sure, yeah. |
| Interviewee: | No...I [sounds like: "was"] try to extend it, so I ordered food; I don't know what I ordered. |
| [interruption] | |
| Interviewee: | I ordered food, just, you know so...then [UI] little bit of room service to come for half an hour, 20 minutes [UI] food, and then I started talking to him, talking like...ah, I like girls and I have this, you know, this girl and I work with...she's really [sounds like: "hostile"] and I would love her to join us – dada da da da. |
| Interviewer: | And that's where you come in. |
| Interviewee: | Yeah. And so at this point I called and he [UI phrase] and he doesn't really like...like his wife, Victoria; she's very [UI phrase] likes... |
| Interviewer: | He said that? |
| Interviewee: | I asked him...like I was pushing to him like what his likes are... |
| [simultaneous voices] | |

37

Exhibit 5     Page 315

| | |
|---|---|
| Interviewee: | He likes ass. |
| Interviewer: | He likes ass? |
| Interviewee: | Yeah. He likes ass…he's more ass [UI] more than a tit man, I know that. |
| Interviewer: | Yeah, 'cause, I mean she's so skinny…like, she has no curve whatsoever. |
| Interviewee: | And you know, he did say…he did say that… he [sounds like: "would say that he preferred"] Victoria – before, Victoria was never that skinny before when she was in Spice Girls. |
| Interviewer: | Right. |
| Interviewee: | So [sounds like: "she got"] skinny after [UI phrase]. |
| Interviewer: | So he was kind of hinting that like… |
| Interviewee: | Yeah. |
| Interviewer: | …he liked her body better when she was a little bit heavier. |
| Interviewee: | Yeah. |
| Interviewer: | Okay, I gotcha. |
| Interviewee: | So, then I called [UI phrase] they were people I worked with before, and so [UI phrase] who's available right now. And then…like then she [UI phrase] okay, did you call me back or [UI] straight away; I don't remember. Then I went to him and I said, oh, there's this girl…da-da-da. I don't know how now exactly…so I call her. I don't know if you called me back or I was on hold, 'cause, she had to check who was available at that time – a brunette. |
| UF: | [speaking softly] She was there; I would have called her back…[UI] just that knowing; I don't remember [UI] there was like 10,000 clients on my sign up |

38

Exhibit 5     Page 316

list and that was a very busy time, so…but knowing myself, I would have
called her back.

Interviewer:     What day of the week was this? Do you remember? No idea?

Interviewee:     I really don't.

Interviewer:     Okay, that's fine. So…and then what happened? You called her back or
whatever.

UF:              I just told her who was available.

Interviewer:     Yeah.

Interviewee:     I wanted a brunette.

[simultaneous voices]

UF:              This is not uncommon for her to do so…

Interviewer:     Right.

Interviewee:     I would always call in girls so we could…'cause I was very good in
extending…

UF:              Very good…that's why I mentioned the [UI].

Interviewee:     Yeah.

UF:              [poor sound quality] and that guy only did, and you brought…you were there
like 11 am and you brought [UI] hour after, and then it lasted like 20 hours…

Interviewee:     Oh yeah.

UF:              And the guy refused. He refused to kind of deal [UI phrase]. I had the phones;
I remember I had to call you every freaking 45 minutes.

Interviewer:     Every 45 minutes?

39

Exhibit 5     Page 317

UF: Yeah...overnight...so from 11 [simultaneous voices]. It was awful, it was awful for me. I'm sure it was awful for you, 'cause I was like...I would set my alarm on my phone for like 40 minutes...[simultaneous voices]

Interviewee: ...take my time for the slip for like...I'd do the slip for 20 minutes...save my time when they do that.

UF: Yeah, but it was awful...[simultaneous voices] So all night long I'm like...I'd get back up, I'd process the credit card on...and then at one point in time that like, account, just got cancelled. I don't think I told you this...I had to start calling in that 1-800 number, because it was so many different processes. I wanted to shoot myself in the head. It was awful.

Interviewer: But then you were happy...[simultaneous voices]

UF: Yeah, I remember who that client was.

Interviewee: I just remembered situation; I don't remember name...I don't remember like [speaking quickly].

Interviewer: Okay, so you sent...and am I gonna get a quote from her off the record, the girls?

Interviewee: Yeah.

Interviewer: Okay. Okay, so it's a brunette and how long did it take for her to get over there?

Interviewee: Not long...maybe like 20 minutes.

Interviewer: Oh, that's it, really?

Interviewee: Yeah.

[simultaneous voices]

40

Exhibit 5     Page 318

Interviewee:     ...available when someone's on call...

UF:              [UI phrase] business, they say, Christian...they would call me and say,

                 Christian, I'm on. If you're on then you have to be at some places [UI] 20 or

                 30...that means you're somewhat ready, you're working...

Interviewer:     Okay.

UF:              ...the call.

Interviewer:     You run a tight ship there, that's pretty good.

[laughter]

Interviewer:     Yeah, seriously. [simultaneous voices] Elliot Spitzer?

Interviewee:     Huh?

Interviewer:     You had such a good thing going.

Interviewee:     That's what...that's what...no, that's what I was saying is...like I [UI]

                 booking agents like [UI] just like management, but like right now, what

                 they're doing like when they push people out of business like [sounds like:

                 "Christian"], right now, that's when it gets into dodgy...

Interviewer:     Right.

Interviewee:     [UI] like dodging people running; like you don't want to...like I wouldn't

                 want to deal with anyone at the moment...even the work at the moment.

Interviewer:     Yeah. You seem like you were like the best boss.

Interviewee:     She was...she was like a mama, mama manager...she's like [UI] really...you

                 can call her...

Interviewer:     I told you you should write that book. I been trying to tell her, write a book on

                 business...like how to run a business, but based on this model.

                                                                                      41

Exhibit 5     Page 319

UF:    I actually [poor sound quality] brilliant idea on how to articulate [speaking softly] I used it in an interview the other day.

Interviewer:  Really?

UF:    I actually said it on...no, I said it to the Daily News and I said you know it's like [background noise] you have top and then you have [UI]. And the one is free; the top is free, the [UI] is $1.50 and the boss is $4.00. They're all just water...I can sell it to you however I think you're gonna want to drink it. And it's all different prices...it's water.

Interviewer:  Right.

[laughter]

UF:    She could be [UI], Luciana, Gabriella and it could be [UI] 14 hundred, and it's just my job to know which kind of water you want...

Interviewer:  Right.

UF:    And what you can afford...what you're in the mood for today...you got 4 bucks in your pocket or 1.50; same thing.

[laughter]

Interviewer:  I'm telling you...

[laughter]

Interviewer:  ...make a lot of money, because every single businessman is gonna buy that book. Those business books do really well. Like: "Who Moved My Cheese" or whatever.

[simultaneous voices]

UF:    They're all like best seller.

42

| Interviewer: | Yeah...anyways...okay, so in the meantime... |
| Interviewee: | I was just like should I...didn't really do nothing in the meantime...told the girl [UI]. |
| Interviewer: | What...you guys were like talking and stuff like that? |
| Interviewee: | Yeah; [UI] blowjob I was finishing and I think I had a salad, I don't know and in the meantime I also had... |
| Interviewer: | I think we would be interested more like, if you can remember specifically what he said about Victoria...like, did you ever like feel bad about Victoria at all...or not? |
| Interviewee: | No. No, 'cause, I didn't...after... |
| UF: | It's a biz...it's work. |
| Interviewee: | It's work...then I have to feel like, really feel bad for all the wives... |
| Interviewer: | Right. |
| Interviewee: | And you know... |
| Interviewer: | You have to separate it. |
| Interviewee: | Also I don't ask...it's not my job to ask him personal questions... |
| Interviewer: | Right. |
| Interviewee: | ...about wife. He was more telling...he was – like I was just asking, are you happy? How's L.A., this and that; and he didn't seem really happy to be in the states. I think at that point he was...he [UI] just pressured to be in the states. That's how...like I fe...and I think he was pressured by Victoria at the time. They were not...I was actually thinking that at one point, they was gonna break up, 'cause, after what he did with... |

43

Exhibit 5     Page 321

| | |
|---|---|
| Interviewer: | Was it Rebecca [UI]. |
| Interviewee: | Rebecca [UI] – I was thinking that it was gonna break up and then she made him move from [UI] Madrid to here. |
| Interviewer: | Right. And they just announced it I think like last week that they're making this their permanent home, L.A. |
| Interviewee: | Really? |
| Interviewer: | Yeah. |
| Interviewee: | Well, he, he's...well, how old is he now? He's...in his mid-30's, like that's the finish of his career; he doesn't have nothing to do anymore... |
| Interviewer: | Right. |
| Interviewee: | [UI phrase]...when you're 35, that's the time to, you know [UI]...that's time to like, finish his contract, I guess, with L.A.... |
| Interviewer: | Right. |
| Interviewee: | [UI] he has to move on to something else. |
| Interviewer: | Yeah...did you see the ads, too, that just came out of them? There's like new perfume ads of them like, getting really steamy, like them making out and stuff. |
| Interviewee: | Really? |
| Interviewer: | Yeah. |
| Interviewee: | No. |
| Interviewer: | [UI] crazy. Oh, they're a very hot couple. I actually like her, I think. Did you see her on Idol, American Idol? She was great. She was really funny, but... |
| Interviewee: | I don't follow; I like [simultaneous voices] |

44

Exhibit 5     Page 322

| | |
|---|---|
| UF: | I don't really pay much attention. |
| Interviewer: | Yeah. |
| Interviewee: | I used to love her when I was younger in Spice Girls. |
| Interviewer: | Yeah. [laughing] |
| Interviewee: | I always wanted to be Ginger, though...I know. |
| Interviewer: | [laughing] Did he say any...so you're saying that he talked a little bit about, like, her body and stuff like that. Did he talk about like, being...like, unhappy with her, like, in terms of like sex and stuff like that or...? |
| Interviewee: | No. |
| Interviewer: | No, okay. |
| Interviewee: | No. |
| Interviewer: | That was the only thing he said about her? |
| Interviewee: | [pause] god, [sounds like: "I have to"] go back...no, he was just...he [UI phrase] wife happier in the states and I actually asked him, so how is it to play for... |
| Interviewer: | Galaxy? |
| Interviewee: | Galaxy, 'cause, he's at that point where he came from [UI] playing with all these major stars which we have in New York. |
| Interviewer: | Uh hm. |
| Interviewee: | Like, you know...so he said that he felt like he was playing some of these amateurs here. |
| Interviewer: | Right. |

45

Exhibit 5      Page 323

| Interviewee: | No, he was not...he was not in his element at that time; maybe he is now, I don't know, 'cause, it's three years ago.  He just came here. |
|---|---|
| Interviewer: | Yeah. And so when you were having these like, conversations, are you guys laying in bed together or were you like...no, he went in and took the shower. |
| Interviewee: | He went in, take shower and take shower...that part when my food came, we were...no, I was on the couch, like, there was a sofa... |
| Interviewer: | Yeah. |
| Interviewee: | ...we were just sitting. |
| Interviewer: | Like hanging out and... |
| Interviewee: | Yeah, just hanging out. Nothing, nothing really...and until the girl came. |
| Interviewer: | Right. |
| Interviewee: | And the girl comes in, she's a hot brunette, taller than me, taller than me and [sounds like: "similar"] with curves... |
| Interviewer: | Slim but with curves? |
| Interviewee: | Yeah, not...not like a super model; she was just...I [UI] think she was like stunning, but like...not like... |

[simultaneous voices]

| UF: | Who is? Who is, right? |
|---|---|
| Interviewee: | No, no; not like goo goo, wow, but she had a good...very, very sparkly personality...she was... |
| Interviewer: | Right. |
| Interviewee: | ...and she also did... |

**[End of recording]**

46

Exhibit 5     Page 324



**LEGAL LANGUAGE SERVICES**

A division of ALS International
18 John Street
Suite 300
New York, NY 10038

Telephone   (212) 766-4111
Toll Free    (800) 788-0450
Telefax      (212) 349-0964
www.legallanguage.com

October 13, 2010

To whom it may concern:

This is to certify that the attached transcription of English audio is an accurate representation from the media received by this office.  This transcription is designated as:

### *BECKHAM TAPE 1 SIDE B*

George Alves, the Manager of Translation Multimedia Services, certifies that Susan Anthony, who performed this transcription, is fluent in standard North American English and is qualified to transcribe.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate transcription of the specified document."

Signature of George Alves

Subscribed and sworn to before me this 13th day of October 2010.

Theresa Kwok
Notary Public, State of New York
No. 01KW6175014
Qualified in New York County
Commission Expires Oct. 01, 2011

Sincerely,

Victor J. Hertz
President & CEO

Exhibit 5     Page 325

# LEGAL LANGUAGE SERVICES

## TRANSCRIPTION OF AUDIO

### DESIGNATED AS: 806826

### BECKHAM TAPE 1

### SIDE B

Exhibit 5    Page 326

[simultaneous voices]

UF:           …somebody who would have said: Hey look, you [sounds like: "belong"] in the news every single frickin' day.

Interviewer:  Right.

Interviewee:  Yeah. I didn't watch the news either; I just saw him on the cover of a magazine.

Interviewer:  Felt like Obama.

Interviewee:  I want to sleep with Obama.

Interviewer:  You want to sleep with Obama?

Interviewee:  Oh, my god, yes I do. Oh, that's my…really my type. I keep dreaming about him.

Interviewer:  Now, that would be a story.

Interviewee:  Huh!?

Interviewer:  That would be…a big story.

Interviewee:  Okay, hook me up [UI phrase] hooking me up. I just keep dreaming I'm having twins with him; that's a very good dream, though.

Interviewer:  Twins?

Interviewee:  Yeah.

Interviewer:  I don't find him very attractive.

Interviewee:  Ah…he's just so smooth. He has a smooth voice…he can whisper in my ear any day all the time. Eh, I would rather fuck Barack Obama than David Beckham…I swear to god; that's more my…anyway, however, back to…

Interviewer:  I highly disagree, but…

1

Exhibit 5     Page 327

| | |
|---|---|
| Interviewee: | Huh!? |
| Interviewer: | To each his own. |
| Interviewee: | Don't you think he's so smooth? |
| Interviewer: | No, I don't like him. |
| Interviewee: | Really? |
| Interviewer: | Yeah. I'm a Democrat and I'm a liberal and stuff, but I don't like him. |
| Interviewee: | I just think he's...I don't mean like his politics or... |
| Interviewer: | Right. |
| Interviewee: | I just mean like, he's so cool. |
| Interviewer: | I don't think so at all. I find him to be smug and humorless. |
| Interviewee: | Really? Maybe he has a nice body. Have you seen him on the beach? He's very [simultaneous voices] |
| Interviewer: | We just did a story and said: his wife has bigger muscles than he does. |
| Interviewee: | Really? |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | Have you ever seen her arms? She has some guns on her. |
| UF: | Yeah, I've seen her arms. |
| Interviewee: | She has more time to work out, maybe. Maybe, he's – poor thing...[simultaneous voices] |
| UF: | The only time I watch him is when he's giving his address and it's pertinent. |
| Interviewee: | Wasn't it yesterday...I was looking at him yesterday...I was really feeling horny. |

[simultaneous voices]

2

Exhibit 5      Page 328

| Interviewer: | [UI phrase] he recycled the same statement. |
| UF: | At which I thought was awful. I do it a lot, but I thought it was awful for a president to do, for this last week when he gave his address. |
| Interviewer: | Yeah. |
| UF: | And from the time before; maybe like three weeks before, he was like [UI]…it's like catch phrase [UI phrase] resilient, but it's the same one he said two weeks prior and I'm like, wow, your speech writers should be fired! |
| Interviewer: | There's a good article in Newsweek today, this week, that's like -- look, [UI] sorry, we'll get back to this – about how he has had all these opportunities to stand up for things that you think he would, and he hasn't like: gay marriage. What are some of the other big things? Oh, immigration thing in Arizona and there's one other thing that just happened, and it's like he just…oh, the Muslim, the Mosque… |

[simultaneous voices]

| Interviewer: | Oh, and Ground Zero… |
| UF: | [UI phrase] really [sounds like: "pisses"] me off. |
| Interviewer: | And he hasn't said a word. He's just like, staying neutral, 'cause, he wants to get re-elected, but it's just like…oh… |
| UF: | He's not gonna get re-elected. |
| Interviewer: | I don't think so. |
| UF: | Definitely no. |
| Interviewer: | But anyways…we can talk about…we can talk politics later. |
| UF: | Yeah. |

3

Exhibit 5     Page 329

Interviewer:        All right.

Interviewee:        Why are...you smashing my dreams?

Interviewer:        Why are you what?

UF:                 She's busting my balls. She's funny like that.

Interviewer:        What did you say?

UF:                 She said, why are you smashing my dreams?

[laughter]

Interviewer:        To each his own, I guess.

Interviewee:        Huh?

Interviewer:        Anyway, so, okay, so the girl comes over...does she have like, big boobs?

Interviewee:        No, she didn't have big boobs; she had...she didn't have big boobs. She had a

                    nice ass.

UF:                 She's all natural.

Interviewee:        She's all natural. She's all natural.

Interviewer:        Okay and then, so, yeah...okay, so then take it away. What happened?

Interviewee:        Nothing. I pulled her in the bathroom, and I already ask him to [UI] how

                    much it was going to be. We charge him 12 hun...[UI phrase] an hour for the

                    girl.

UF:                 Right now, what I'm saying is just for background...

Interviewer:        Okay.

UF:                 So, [poor sound quality] cause I want all this to be about...I don't want to

                    interject things into the story.

[simultaneous voices]

4

Exhibit 5     Page 330

| | |
|---|---|
| Interviewee: | No; I'm trying to remember now how much [simultaneous voices]…it's 12 hundred or thousand per hour. I know the thousand was… |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | We'll get like one quote from you to confirm it all, or like, you know. |
| UF: | So, but what she did was…I asked her how much. I asked her how much you think I can get out of him…which would have been something that I would always do, and then she'll say like, I don't know like it could be anywhere from… |
| Interviewee: | No, I told you I was charging him a thousand and you said can you get 15, and I said maybe 12, I think you charge; I'm not even sure. |
| Interviewer: | 12 hundred? |
| Interviewee: | Yeah…per hour. |
| Interviewer: | Per hour. |
| Interviewee: | Per hour, yeah. |
| Interviewer: | How many more hours, you guys, all together? |
| Interviewee: | The girl only stayed two…hours…with us. |
| Interviewer: | Okay; so then you…all together, he only paid you five… |
| Interviewee: | No. |
| Interviewer: | Oh. |
| Interviewee: | Well, he paid me five… |
| Interviewer: | Yeah. |
| Interviewee: | Then I told him, for the girl, it's gonna be 24 hundred or two thousand…now I don't even remember. |

5

Exhibit 5     Page 331

UF:      I think it was 24.

Interviewer:      So, you think all together, it was about seven grand for the whole thing?

Interviewee:      Yeah.

Interviewer:      Somewhere around there?

UF:      No; just for her.

Interviewer:      No?

Interviewee:      No. Not for me...

Interviewer:      Oh, oh.

Interviewee:      I had to pay the girl. I had to pay the girl, so I took her in the bathroom and I said like, he already like, said I was gonna keep you two hours...we're gonna be like, see how it goes, and I said I wish I could push more hours and I think he said an hour; I said, ah, no, let's just...no, like [sounds like: "two"], two...more comfortable, let's make it two. I'm [sounds like: "very"] good on that, so I made it two. So I paid the girl...I pay the girl upfront, because I promised Kristen [speaking quickly] she didn't verify; she didn't like...normally, she has to deal with that; I don't deal with that, so I told her no, it's my personal [UI phrase] girl, so I'm responsible then for the girl getting paid and everything. So when she came in, I pull her to the bathroom and I gave the girl...

UF:      Yeah, 'cause, I'm getting paid regardless...[laughing]

Interviewee:      ...the money...and I ask

[simultaneous voices]

6

Exhibit 5     Page 332

UF:            Kristen, you're [sounds like: "savoring"] [UI]. You don't collect; you better

               have cash on you to pay the piper....Yeah, tight ship.

Interviewer:   What happens if you don't; then you break knee caps?

UF:            You just don't work so if you want to make money...

Interviewee:   Your loss then.

UF:            You want to make money, you pay me...

Interviewer:   Right.

UF:            If you screw up a credit card imprint and we don't get paid, you still pay me.

Interviewer:   Yeah.

UF:            [laughing]...there is like...that's your fault, like...so very rarely did I make

               exceptions. I mean there were clients who stiff girls and who were jerks and I

               never made a girl pay, and I usually try to chase down that money and I would

               send somebody to break knee caps...

Interviewer:   Right.

UF:            ...[sounds like: "in order"] to get that money.

Interviewer:   Right...right.

UF:            Or threaten them or...

Interviewer:   Who wouldn't pay? That's so...lame, I can't believe that.

Interviewee:   Yeah, some guys in party [UI] and then they wake up sober, and then they're

               like: what the fuck did I spend last night?! You know...they're like.

[simultaneous voices]

UF:            [UI phrase] out of the girl's purse.

Interviewer:   Oh.

7

Exhibit 5      Page 333

UF:            I mean they can be…

[simultaneous voices]

Interviewee:   When they sober up.  Like, especially, [UI phrase] when they're high, they

               just [UI]…

Interviewer:   Yeah.

Interviewee:   …pay [UI]…they'll give you the world…

[simultaneous voices]

UF:            …they spent 30 grand and then they're like…

Interviewee:   And then most of the time, in [UI] nothing happens…they're like I paid 30

               grand for what?!

[laughter]

Interviewee:   You know they can't do, nothing, so…

[simultaneous voices]

Interviewer:   Okay, so I'm trying to understand then; so all together, how much did he pay?

Interviewee:   Well, all together he…well all together till the morning?

Interviewer:   Yeah.

Interviewee:   No, well, the…

[simultaneous voices]

Interviewer:   …it lasted like, 24 hours?

Interviewee:   No, no, no; not 24 hours. I don't know [UI phrase]. Maybe 10:30-11 o'clock

               at night. I called her then…what three hours later, two and a half hours later

               on [UI phrase] two and a half hours later, the girl came to…to come in cause I

               had like an hour and half left to [UI phrase] he didn't have…like I said if I

                                                                                          8

Exhibit 5     Page 334

stayed longer, then you still would have to take care of me also. I was always thinking of cash, and he said, this is what I have [UI] I think he gave me 24 [UI] two thousand for the girl…I'm not sure now if it's [UI phrase]…I think it's 24 cause I told her I was I was [UI] paid a thousand; she said, okay, push for 15 and I said, maybe. Then we negotiate 12; so then I gave the girl 12. That's what he still had and I had the five…that point, that's what; seven and a half; seven thousand, four hundred [UI] then later when the girl left, he asked me to stay, but he didn't have any more cash and I had to actually [UI phrase] morning, still bill him so he ended up giving me…that night, I got 10 grand from him.

Interviewer:     [UI sentence].

Interviewee:    Yeah, for me, and then the two…well, the girl was separate.

[simultaneous voices]

Interviewee:    But I had to wait for his…I don't know…his courier or someone brought an envelope…like, it was 9 o'clock in the morning when we woke up, 'cause, I actually ended up sleeping there.

Interviewer:     Right.

Interviewee:    And then someone brought…like, someone…I don't know who it was. I think he called a courier service or someone brought him some extra cash…

Interviewer:     Like an assistant?

Interviewee:    I don't know if it was his assistant or his courier; I didn't ask.

Interviewer:     It was a guy?

Interviewee:    I'm sorry?

9

Exhibit 5      Page 335

| | |
|---|---|
| Interviewer: | It was a guy? |
| Interviewee: | It was a guy. |
| Interviewer: | Okay. |
| Interviewee: | It was a guy who brought it, so that's why I thought it was a courier. I don't know. |
| Interviewer: | A courier? |
| Interviewee: | I don't know. Like, if it was normal. |
| Interviewer: | [UI sentence]. |
| Interviewee: | Yeah. I don't know, 'cause...I didn't ask cause it's not my place to ask where is the money coming from [UI phrase] |

[laughter]

| | |
|---|---|
| Interviewer: | I'm sorry that I ask so many questions...it's just like the more detail, like you said, the better. |
| Interviewee: | Yeah. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | So...and then...like normally I would like, you know this is like more than...like I ended up staying there nearly 12 hours, because at that point we were like 9 o'clock, 9:30 in the morning. I arrived there; I remember, 'cause I charge a thousand for the hour; so we negotiated for [sounds like: "10"]; then, for all night, because I was still there, although I was sleeping after the girl left and after that, we did have sex in the morning, but after...like that [UI]...I skipped the girl thing, but I'll be able to go back to it. |
| Interviewer: | Okay...yeah, yeah. No, that's fine. |

10

Exhibit 5     Page 336

Interviewee:       And then…

[simultaneous voices]

Interviewee:       No, no, no; back to that – I just…

[simultaneous voices]

Interviewee:       I'm just going…

Interviewer:       [UI] get to the good part.

Interviewee:       Huh?

[laughter]

Interviewee:       And then so I ended up like leaving there after 9 o'clock in the morning; then

                   I was there then, maybe from 10 or – I don't remember…

Interviewer:       Like 11 to like 9 in the morning.

Interviewee:       Yeah.

Interviewer:       Okay. And 10 grand for that…

Interviewee:       Yep.

Interviewer:       …and then Kristen's girl made about 25 hundred?

Interviewee:       [sounds like: "Yeah"].

Interviewer:       Okay. All right; perfect.

Interviewee:       So that's the…

[simultaneous voices]

Interviewee:       …thing…[UI] was the money part, because I [UI phrase].

Interviewer:       So you ended up having sex with him like three times.

Interviewee:       [UI]?

Interviewer:       Like three times: with yourself, with the girl and then again, in the morning?

11

Exhibit 5     Page 337

Interviewee:      I think four.

Interviewer:      Four?

Interviewee:      More, more than that.

[simultaneous voices]

Interviewee:      He's [sounds like: "quite good"]. He's, he's like…in the morning, he was more, horny than at night. Well, I'm more horny in the morning, 'cause; at night, I'm tired.

Interviewer:      Right.

Interviewee:      Like I'm really frisky in the morning.

Interviewer:      Okay, so let's go back to the girl. The girl shows up…

Interviewee:      The girl shows up; I pull her, just in the bathroom and I made her call Kristen; I gave her the money. So she calls [UI] Kristen then that she got the money. She had no clue who David is. I didn't even, like…I'm like, oh, he's like from the U.K., he's a soccer player, she didn't really care. [laughter]

[simultaneous voices]

UF:               [UI] get my money and go.

Interviewee:      No, but the girl didn't [UI]…I mean the girl didn't know who he was, and she's younger than me; she's younger than me. [UI phrase] I thought she was younger than me because she was acting like little bit…not…

UF:               Not as professional.

[simultaneous voices]

UF:               She actually is…a couple years younger than her.

Interviewer:      What does that mean; she was acting like…

12

Exhibit 5      Page 338

Interviewee:     Like, how do we…I [UI] say…like, she was not…

Interviewer:     Not as experienced?

Interviewee:     …ditzy.

Interviewer:     Ditzy? Oh, yeah.

Interviewee:     Yeah; you know, like not as…I'm older [UI]…I'm always very…I don't

know how to really explain it, but I can tell by girls like, who's…who is on

[UI], you know.

Interviewer:     Right.

Interviewee:     And I ended up seeing her a couple times…like, after that, on call. She gotten

better [UI] [laughing]

Interviewer:     It's not that bad; is that what you said?

UF:              Not that bright.

Interviewer:     Oh, okay. [UI] we don't…it doesn't matter…

[simultaneous voices]

Interviewee:     No, I mean…

Interviewer:     Especially [UI] maybe talked to her, right? Yeah. I won't mention that.

Interviewee:     She's like 'unh-nahnah'…I mean, she had a boyfriend or something that was

picking her up from [UI]…oh, I don't understand this girl; her boyfriend pick

her up and drop her off [speaking softly], you know.

Interviewer:     Ugh…what guy would want to do that?

Interviewee:     I don't know…Anyway.

13

Exhibit 5     Page 339

| UF: | My ex-boyfriend [UI phrase] I just told her the other day that I found out he was trying to start an agency [UI] some of my client records [UI] he somehow got and was seeing the girl that came [UI] interview for escort positions. |

Interviewer:    Are you serious?

UF:    And one of them used to work for me and [UI] she had a relationship with him for eight months. I'm like, you know he's turning me in basically, and he got me arrested. Then he stole $80,000 on my credit card while I was in jail, and he still [UI] – you're a retard.

Interviewer:    Right. Good luck; have fun.

UF:    And she [UI] help with him. [UI sentence]. He had the audacity to...

[simultaneous voices]

Interviewer:    Seriously...all right; let's get to the good stuff. [UI sentence]

[UI background conversation]

Interviewee:    [UI phrase] I don't know if you can even print this.

Interviewer:    Probably not, but we'll see.

Interviewee:    [UI phrase] I'll go from the beginning, and so I paid her [speaking softly] the money. Then I asked her, well [sounds like: "would you"] take a shower, 'cause I already figured out that he's like that. He's not...cause I'm [UI] like [UI] experienced, and then so I figured like, how a guy is like so [UI] take a shower and then come back in the bathrobe, this and that [speaking softly] he wants. And then I ask her if she's comfortable just to do girl on girl show with me first, 'cause, that's what...like I told him that I was bisexual...I'm not really bisexual...I can...

14

Exhibit 5    Page 340

Interviewer:      Pretend?

Interviewee:      Pretend, or when I'm like really drunk or something like that like…and I'm

                  very particular when it comes to girls. I have to really be attracted to

                  someone…really like…more than guys…who are really. Like I had a few

                  experiences; don't get me wrong. I'm bi-curious, not bisexual; bi-curious, you

                  know…What? [UI] I wanted to be with Kristen; she doesn't want to.

                  Anyway…

[laughter]

Interviewer:      Oh, I love it, I love it.

Interviewee:      I called her many times [UI] I was on the party [UI]; she never came.

UF:               And she'd be like, come, we're partying; come, come, come, come, come on ,

                  [sounds like: Christian"], and I'm like…

Interviewee:      Guy's gonna pay you 10. She's like ahhh, [UI] pay more than that, I'll come.

                  Anyway…

[simultaneous voices]

UF:               [UI phrase] and use it as a lure so if a client…if I had to call them, they'd

                  always [simultaneous voices]

Interviewee:      They always were so curious about who was on the phone.

UF:               [UI], oh, you're so cute…you sound so cute. So I'd tell the girl, tell them I'm

                  cute, tell them I'm cute. That way I would never take part in the party calls,

                  but I would say, okay, if you spend [UI] a month…if you spend over 10

                  grand, I'll bring you a bottle of champagne, no matter what time it is. Some of

                  them would spend 10 grand and they would be like are you coming?

                                                                                          15

Exhibit 5     Page 341

Interviewer:      Then you wouldn't show up.

UF:               I would just drop off the thing and you know, for a few minutes and then

                  leave. They'd be like, oh wow, you're so cute. But I'd tell the girls that if I

                  thought he had money, I'd be like, make sure that you tell them [UI] should

                  get her over here, oh, you should get her over here. Oh, you should...that way

                  we just [UI] the money.

Interviewer:      Oh, my god, you guys are good. You guys are good. Seriously.

[laughter]

Interviewee:      It sounds crazy, but you know [UI phrase] sounds crazy is like those [UI

                  phrase], especially back [UI] Wall Street, like [UI] financial [UI phrase] by

                  the hour and I had clients that go to work in the day time, still pay you to wait

                  for them, come back during lunch just [UI] for you, you know.

Interviewer:      Then the recession happened.

Interviewee:      Yeah, it's not...I guess the business...I'm not like [UI] so I guess...

Interviewer:      Yeah, you guys are maybe recession proof, huh?

UF:               [speaking softly] especially now with the [sounds like: "campaign"], like, how

                  do you expect us to get past your past? [UI] the time for the crime.

Interviewer:      Right, right.

UF:               I served my debt to society, but number two: how do you think that that was a

                  stupid decision? I went into a recession proof industry for one; went into the

                  one industry [sounds like: "where women"] will always make more money

                  than men...

Interviewer:      Right.

                                                                                              16

Exhibit 5     Page 342

UF:  …and women can control whatever they want to do. So you tell me how that was a stupid decision. And then people go nooo! [UI]; we'll always have jobs [UI phrase] business perspective, not thinking about…whatever you want to think about it, but just think about a business versus business, compared to like, I don't know…Dell, or the airlines or whatever.

Interviewer:  Right.

UF:  And you see the business model…it's not a stupid decision; now when you add your own moral feelings about it, you think that it is a bad thing to do, but if you're comparing the business versus a business – if it was legal, you would think it was completely…

Interviewer:  Right.

UF:  Yeah.

Interviewer:  Anyways…

Interviewee:  [laughing]

Interviewer:  Okay, so you're bi-curious, sort of…I don't believe that, but…

Interviewee:  Huh? No, but…no [simultaneous voices] I always had only relationships with men. I had never had a relationship with a girl; I'm not interested in that.

UF:  Right. That's why [simultaneous voices]…

Interviewee:  So…anyway, but I…I mean [simultaneous voices] I mean I can just have fun, especially when I do those party call, I can let loose and I mean, whatever, but…

Interviewer:  Right…anyways…

Interviewee:  Anyway, that's…

17

Exhibit 5     Page 343

Interviewer:       …that's neither here nor there.

Interviewee:       So, but I told the girl what I wanted and like I said [UI phrase] real

                   comfortable with that and she said she was. I already asked you [UI] the girl

                   has to be like, comfortable with me, like with the girl [UI] on the phone we'll

                   discuss, cause some girls don't do that.

Interviewer:       Right.

Interviewee:       Some girls don't do that, so I knew, but I just went through it with her in the

                   bathroom, you know.

UF:                [UI phrase] little bit of background [UI] agency, I would always charge

                   multiple hours. I never did a…like a couple call or anything like that

                   [simultaneous voices] 'cause I always thought; like she said, at first I was

                   kinda getting to know you [UI phrase]…

Interviewee:       It wasn't like oh, wham bam, thank you, mam…no, it wasn't like that. It was

                   more…

UF:                Yeah, I would have the hardest time. I [UI] charge those calls would be so

                   much money and the girls [UI phrase] 50 girls. Who wants this call? It's

                   $4,000, it's da da da da dah…two hours starting and it's probably gonna turn

                   into another four. You know, I'd get like, her. And maybe like two or three

                   other girls [UI] 50 [UI] so, that's like 8%…[simultaneous voices] begging for

                   money. Kristen, I can't pay my rent; I haven't paid my rent for two months;

                   can you…

[simultaneous voices]

18

Exhibit 5     Page 344

| | |
|---|---|
| Interviewee: | Yeah, that's what I do. That's why…although some girls…some girls [UI phrase] they say maybe [UI] and then they [UI] push into it. Like one night…when you see that someone's uncomfortable with [UI phrase] and I had it many times. Like, that I just saw that she was like…I don't know…just uncomfortable. You know and I can just act my way through it. |
| Interviewer: | Right. |
| UF: | I would just tell the girls…they would call me up, what do I have to do? [UI] you never have to do anything you don't want to. |
| Interviewer: | Right. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | Unless the guy's really looking into it like that, I don't like… |
| UF: | You got a microscope or magnifying glass? |
| Interviewee: | Men are just all the illusion and you just have to like… |
| Interviewer: | This is why I hate lesbian porn. You can tell that no one's into it. |
| Interviewee: | Really? |
| Interviewer: | Yeah, it's awful, but anyways, we can talk about that later. We keep getting off the track. |
| Interviewee: | Yeah, I know. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | But that's my thing…side tracked all the time. |
| Interviewer: | Okay, so you're doing the girl on girl thing. What's he doing? He's watching? |
| Interviewee: | No, he…well we come back [UI] to [sounds like: "my"] bedroom, and I already told him like [UI] so we started kissing and you know, I went down on |

19

Exhibit 5     Page 345

her and he's watching and he's playing with himself. I [UI] if this is all gonna be...and now I'm coming to the worst part. I didn't have...then he asked, 'cause I asked the girl [UI] ask Kristen to go up and bring some toys and she didn't. That's why...[sounds like: "no, she didn't"], I think 'cause she was already in the city. I think she lived outside of the city and so she didn't bring nothing; not even KY. And we needed KY – I remember we needed KY [UI phrase] 'cause I remember losing the body...lotion on him [UI] just jerk him off. And [sounds like: "no"] he jerked himself off...

Interviewer:     Right.

Interviewee:     [UI phrase] play with him.

Interviewer:     Right.

Interviewee:     And then [UI] condom his [sounds like: "thing"], 'cause it was perfumed. So [UI] said to Kristen, make sure she brings some lubricant and maybe some toys, so we can...'cause I'm used to working with [sounds like: "pro"] girls; we would have toys and like, we know how to extend...

[simultaneous voices]

Interviewer:     Right.

Interviewee:     And she didn't bring nothing. She had condoms on her, which I already had, so...so then [UI phrase] nothing to work with and – oh, he felt uncomfortable – sometimes when I would do the other guys, they [UI] the concierge would have condoms [UI phrase] why he didn't feel comfortable with it. So he was just playing...I don't know...[UI] girl and he was playing with himself, and then he asked for toys and we didn't have toys. So what I [UI], there was a

20

Exhibit 5     Page 346

fruit basket [UI phrase] there was a fruit basket and I took a banana and put a condom on it, and I played with myself, you know, while the girl was licking and touching [UI] feel myself and [UI phrase] that was very good and then…so then I took a [sounds like: "condom"]…he tried to fuck the girl, but she was…that's why I say, she was not that cool and she didn't know even who he was. I tried to make her say, like, if you do this really well, we can pull many more hours so work with me…

Interviewer: Right.

Interviewee: …on this one and she was [UI phrase] I thought she was younger than you, maybe she's not, but maybe [UI phrase] more calculated and more pro than she was…I don't know…how long she was in the business for. And so I don't know [UI phrase] he was not that much into the other girl…he was more into me at that point, 'cause I was also, you know, [UI] better. I was better in just [sounds like: "taking"] it…

[simultaneous voices]

Interviewer: So did he try to have sex with her?

Interviewee: Yeah. He put a condom on, he put a condom on; he fucked her for a very brief time, like maybe three, four minutes and then he wanted to go back to me and I told him I [sounds like: "had to"] change condom. It's all very technical; I know…like [UI] change a condom.

Interviewer: But that's okay.

Interviewee: Yeah.

Interviewer: It's a good story.

21

Exhibit 5     Page 347

UF:    Oh thanks!

[simultaneous voices]

UF:    There's a banana involved.

[laughter]

Interviewee:  Huh? Well, there…I told you…remember that I told you that I wanted the girl

      to bring toys [UI phrase], fucking ditz; I think she came from somewhere out

      of town…out of town with her boyfriend in the car and she didn't bring even

      KY, 'cause he, poor thing; he ended up burning himself with the body lotion.

      Like he was playing with himself…

Interviewer:  That happened earlier…when you were with him by yourself? The lotion?

Interviewee:  No.

Interviewer:  Or, with her; the lotion thing?

Interviewee:  No, with her, 'cause he tried to like…

Interviewer:  He used perfumed lotion from the bathroom to jerk off, I guess?

Interviewee:  'Cause, I didn't have…I didn't have…I didn't have…I didn't have KY [UI]. I

      only had…I normally have, and then I just…he tried the lotion on, but it was

      [sounds like: "a bit perfumed"].

UF:    Do you know that I would say in that history of the running of my agency, this

      is the most detailed on the call I've ever gotten.

[simultaneous voices]

Interviewee:  Well, I [sounds like: "never"]

[simultaneous voices]

[laughing]

22

| UF: | I had an apartment in Philadelphia, Boston, DC, [UI] in New York… |
| Interviewer: | You didn't have time… |
| UF: | I didn't care…I was going around all day long making sure that deposits were made in various cities and all the bank…all the money matched and then interviewing girls so. |
| Interviewer: | Right. |
| UF: | As long as everybody…and then dealing with whoever screwed up their credit card and [UI phrase]; as long as…that was my main function. I would hear a story when someone screwed up… |
| Interviewer: | Right. |
| UF: | …and it was usually like, oh, the client like…he took the money out of my purse; he took the credit card and he ripped it up or whatever, whatevers. I only heard… |

[simultaneous voices]

| Interviewee: | I did tell you, but I never even knew who he was and she didn't care, and then she's like [UI]. |
| Interviewer: | Why would you ask; I mean… |

[simultaneous voices]

| Interviewee: | She would only care like when it's above 20 grand or something like…she [UI phrase]. Who is that? And she'd be like who is it? [UI phrase] someone, I'd say yeah. |

[simultaneous voices]

23

Exhibit 5     Page 349

Interviewee:     Right…[UI] good client. [laughing] Well, this was not a big call for her; I

                 mean for me, it was a big call, because I [UI phrase].

Interviewer:     Wait, did you know at the time it was him…when she called you?

Interviewee:     No.

Interviewer:     Oh, okay. She didn't even tell you till later.

[simultaneous voices]

Interviewer:     Okay so…all right, so she's not really…he's not really into her…

Interviewee:     No.

Interviewer:     [UI phrase] changes, condoms with you again?

Interviewee:     Well, he didn't know he had to change condoms [laughing] Then in the

                 meantime when he was changing condoms [UI phrase] gave him a blowjob…I

                 remember this [UI] and then…

Interviewer:     Wait, who did?

Interviewee:     Him. [UI] going down.

Interviewer:     Oh, oh…

Interviewee:     In the between…the condom thing.

Interviewer:     Okay, I got it, okay.

Interviewee:     Stop it [laughing] I'm so embarrassed.

Interviewer:     No, don't be embarrassed. If I'm making you feel like that, I don't mean to.

Interviewee:     [UI sentence]; so no, so then I make him change a condom. I think [UI]

                 happened twice changing condoms and then I finished with him…I finished

                 with him, finished [UI phrase] and then this was all like an hour and a half

                 into it, and the girl [sounds like: "really finishing" ], took a shower and she

                                                                                          24

Exhibit 5     Page 350

left. And then he asked me to stay longer. And we really got off pretty, really well, so I [UI] felt comfortable staying there. By this time, it's already late in the evening and he's like…he doesn't have money if I stay until the morning, he will have someone get cash for him, 'cause, I'm not now, this time to be [UI phrase] you stay with me until [sounds like: "breakfast"], you will get cash. So [UI phrase] he doesn't dare to screw up that one.

Interviewer: No, of course not, yeah.

Interviewee: So, I just trust him on that [UI]. So I said okay; but it's [UI] really think about it. It's gonna be…you know, I said it's gonna be…actually, it'll be more like [UI] cause I was charging [UI] for the hour. So he agreed upon 10 for the whole night. And I didn't really specify till what time I was gonna be there – he just said after breakfast.

Interviewer: Yeah.

Interviewee: So…and after the girl left, she left…we took a bath…

Interviewer: You took a bath?

Interviewee: Yeah, we took a bath…

Interviewer: Nice, sweet.

Interviewee: Huh? It was. It was, and he wasn't really like that much…I guess he didn't really…really, really enjoy that threesome.

Interviewer: Right.

Interviewee: 'Cause the girl was not as…not so…like…sexual. Like, you know, like he wasn't much sexually aroused by the whole thing, so…

Interviewer: Right [simultaneous voices] by her coming, it…the whole thing…

25

Exhibit 5     Page 351

| | |
|---|---|
| Interviewee: | Yeah. You know it just like extended my time. |
| Interviewer: | Right, exactly. |
| Interviewee: | You know, which is the whole point. |
| Interviewer: | So you guys took a bath together? Who, did he like [UI] you do it? Who suggested it? |
| Interviewee: | No, I was gonna take the bath and he just joined me. |
| Interviewer: | Okay. |
| Interviewee: | [UI phrase] not sure it was a bath and a shower; I think it was [UI phrase] how suites [UI]; so just sofa... |
| Interviewer: | Yeah; it wasn't one of those big Jacuzzi baths, or it was? |
| Interviewee: | No. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | Just a regular bath. |
| Interviewer: | Oh. That's...small. |
| Interviewee: | Huh? |
| Interviewer: | That's like a small space. |
| Interviewee: | Yeah. |
| Interviewer: | Yeah. |
| Interviewee: | [UI phrase] we just took a bath, and I just tried to... |
| Interviewer: | Did you wash each other? |
| Interviewee: | Huh? |
| Interviewer: | Just sit there? |

26

Exhibit 5     Page 352

Interviewee:    No, I just...no; at one point I did try to sit on him just to get him aroused

                again, so I thought, let me just finish it so we can go to sleep. I was a bit tired

                at that point also; I had a long day.

Interviewer:    Yeah.

Interviewee:    [laughing] Oh, I'm just being honest [UI phrase] let me just wait till breakfast,

                'cause, I'm [sounds like: "not"] gonna go fuck him, even if it's David

                Beckham; like, fuck every hour. Let me just...

Interviewer:    Yeah.

Interviewee:    God, I feel so bad...I mean...so just like...like, you know riding [UI] in the

                bath a little bit. I know I'm just...

Interviewer:    What? I don't understand what you just said.

Interviewee:    No, [UI] in the bath, I wasn't like [UI phrase] bit touching him and just like a

                bit, sitting on him...

Interviewer:    Yeah...right.

Interviewee:    Like, sitting, not putting it inside [UI] just riding up and down a little bit.

Interviewer:    Right.

Interviewee:    [UI phrase] on the bath, there was no [UI] between; I just put a condom on;

                then we had sex again, and it was very...

[simultaneous voices]

Interviewer:    Yeah, okay.

Interviewee:    It was not [UI] that long. It was nothing.

Interviewer:    It was not...a big...it wasn't like...

Interviewee:    No, it was...it lasted a bit longer than before.

                                                                                        27

Exhibit 5      Page 353

[simultaneous voices]

Interviewee:     [UI phrase] straightforward sex with no, nothing…he's not into anything

                 [sounds like: "creepy"] like, I had a lot of freaks in my life so for me, this was

                 straightforward sex.

Interviewer:     Straightforward…[simultaneous voices] kinky and stuff.

Interviewee:     No.

Interviewer:     The first time you guys did it, like the doggy style…other than that, it was

                 pretty straightforward.

Interviewee:     Oh, no, no; that's straightforward sex. I mean like…

UF:              Okay, let me clarify.

[simultaneous voices]

UF:              [speaking softly]

[simultaneous voices]

Interviewee:     And by freakish, I mean putting a dildo in his ass while he's fucking me, or

                 putting a finger up his ass; something like that, but…

UF:              Modeling your panties…

Interviewer:     Right. Like all that kind of stuff.

[simultaneous voices]

Interviewee:     No, I don't remember how many positions we did it in like…

Interviewer:     Just regular…

Interviewee:     Yeah. He always came on top, though.

Interviewer:     Yeah.

28

Exhibit 5     Page 354

| | |
|---|---|
| Interviewee: | That was his…He's just very regular like that, like every time he came with me I mean it was him on top. |
| Interviewer: | Okay. |
| Interviewee: | Well, we did a couple positions…I don't know now but… |
| Interviewer: | So he didn't like…was he like…I'm trying to think…like…like anything; like unusual about like…like calling names out during it or like…I don't know. You know what I mean…like…I don't know. Or… |
| Interviewee: | No…he didn't call…[simultaneous voices] he didn't bark. He would just always let me know he's coming. |
| Interviewer: | Oh, he did. |
| Interviewee: | He did. [UI phrase] coming and like, he would actually [UI phrase] when I would come, he's like ahhh, he would [UI] [sounds like: "whip"] cream…cream on me…I don't know; something about cream or cream pie, I don't know what he said. |
| Interviewer: | Cream pie?  What? |
| Interviewee: | I don't know…something like that or cream…or give me your cream or something like that. |
| Interviewer: | Oh, oh. |
| Interviewee: | Something like that. |
| Interviewer: | I don't even think we're gonna be able to print this up anyway. |
| [simultaneous voices] | |
| Interviewee: | Shut up…I was [UI phrase]. |
| Interviewer: | Yeah, he was gonna dress you up like a cheerleader or something like that. |

29

Exhibit 5      Page 355

Interviewee:     Huh? [laughing]

Interviewer:     Yeah, so there's nothing like that...like, in terms of like...unusual...that kind

                 of -- just pretty straightforward.

Interviewee:     He's pretty straightforward and then he would just let me know when he's

                 coming...I was like, hallelujah, he's coming.

[laughter]

Interviewer:     Oh, thank god it's over.

Interviewee:     Huh? No, not thank god it's over [UI phrase] like tired. I was already like, I

                 don't know, what time [UI] morning...I wanted to get some sleep.

[simultaneous voices]

Interviewee:     [UI phrase] bath, he had a hard on [speaking softly].

Interviewer:     Right. So this is like probably like 4 o'clock in the morning.

Interviewee:     Something like that; it was late. [UI phrase] catch a couple hours of sleep and

                 I [UI] just let me just sleep in.

Interviewer:     So then you guys went to sleep together?

Interviewee:     Yeah.

Interviewer:     And then what was that like; sleeping next to him? Like, did he hold you or

                 were you guys like this, like...were you guys like, touching each other?

Interviewee:     No. I fell asleep on [UI phrase]...I felt really comfortable with him, though, I

                 must say that. He's like, really nice guy. I feel even bad about doing this,

                 'cause, he's a really nice guy.

Interviewer:     Yeah.

Interviewee:     He doesn't...I don't know. I mean...

                                                                                          30

Exhibit 5      Page 356

[simultaneous voices]

| | |
|---|---|
| Interviewer: | …like touching? |
| Interviewee: | No. I just slept in his…on his chest… |
| Interviewer: | On his chest? |
| Interviewee: | Yeah. So I fell asleep like that [UI phrase] similar position. He woke me up 'cause he started touching me and all that rubbing, you know. |
| Interviewer: | And then he was ready to go again. |
| Interviewee: | Huh? |
| Interviewer: | He's ready to go again. |
| Interviewee: | Yeah. At this point, it was like… |
| Interviewer: | It's kind of impressive. I guess he's fairly young; I don't know. Again, I don't know men very well. |
| Interviewee: | How old is he now? I don't even know. |
| Interviewer: | [UI] like 35, I'm [sounds like: "assuming"]. |
| UF: | I don't know. I know [poor sound quality] |
| Interviewer: | I think they get tested…I don't think they could, right? |
| Interviewee: | [UI] but he had a quite high libido. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | And sex in the morning [sounds like: "wasn't"] the best… |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | Why was that the… |

31

Exhibit 5     Page 357

Interviewee:      Well we…well, first of all, I was in [UI phrase] kind of, specially last time I

                  and I said I was kind of wanted to just finish up…I was tired; falling asleep. I

                  had a long day. [UI phrase] saw a client or two before that, you know.

Interviewer:      Oh my god…whoa.

Interviewee:      So…Yeah, this was a busy time. So [UI phrase] ready to go to bed. And [UI

                  phrase] in the morning I'm also horny [UI], so I was like…just like…I think I

                  even came in the morning. That's cause I always make myself come in the

                  morning. [UI phrase] it was great. [laughing] What? I'm just frisky in the

                  morning.

[simultaneous voices]

Interviewee:      Like at night time, I'm like, you have to do it – it's kind of like – in the

                  morning, it's like in morning it's spontaneous.

Interviewer:      Okay, so that was good, and then how did you end up like, leaving? Like, was

                  he…like, what was the good bye like? The good bye, when you say good bye?

Interviewee:      Like nothing. He has my number and he's like, okay, when are you gonna be

                  in London when I was going back to London –'cause I was – at that time I

                  was just going back and forth [UI] be here maximum six weeks. I'll come in,

                  stay a month, six weeks and go back home, and I also had a boyfriend…like

                  on and off, this mother fucker. [laughing] So it would have to be in London,

                  so he was asking me just, about my schedule [UI] like. He…well I guess he

                  ended up going a couple days later, 'cause I was at the game and he was [UI

                  phrase] how it all transpired. But…

                                                                                          32

Exhibit 5      Page 358

| Interviewer: | But he didn't know you went to the game. He didn't know you were at the game. No. |
| Interviewee: | Huh? I was with my clie...Mohammed. |
| Interviewer: | Yeah. So it sounds like when you left that morning, like, did he kiss you good bye... |
| Interviewee: | Sorry? |
| Interviewer: | Did he kiss you good bye? |
| Interviewee: | Yeah, we kissed good bye and I left really in a nice way, and I was happy and he was happy...he was happy and then [UI]...well, and then I met that guy and then what happened was actually I met that guy and he made me [UI phrase]. I remember that. He made me go like...he was gonna like start taking care of me. He was one of the biggest sheiks [UI] all time in Kuwait. He made me even go back before I was supposed to go back to London, 'cause, he's like okay, [UI phrase] |

[simultaneous voices]

| Interviewee: | Oh, Kuwait. |
| Interviewer: | Oh, really? |
| Interviewee: | Yeah. And he's like; I want to take care of you... |
| Interviewer: | Should I put that in this? I'll just say you were with a Saudi... |
| Interviewee: | He's not Saudi, he's Kuwaiti. |
| Interviewer: | A Kuwaiti... |
| UF: | Maybe not even say middle... |
| Interviewer: | Politician? A Middle Eastern politician. |

33

Exhibit 5     Page 359

| | |
|---|---|
| UF: | [UI] of the royal family. |
| Interviewer: | Royal family? Okay. |
| UF: | He's like [UI phrase] in the entire country. |
| Interviewer: | Well, I don't think we should do that. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | My client has [UI phrase] seen [UI] – I'm telling you, like Al Qaeda is, especially in Libya. Anyway… |
| Interviewer: | Are you serious? |
| Interviewee: | One of my…one of my biggest [UI] Khadafi… |
| Interviewer: | Oh, really? |
| Interviewee: | The son of him [speaking softly]. |
| Interviewer: | Yeah, we'll say Kuwaiti royal family [simultaneous voices]. Right? That's generic enough? |
| UF: | I think maybe we should just say [poor sound quality]. |
| Interviewer: | Middle Eastern royal…okay. |
| UF: | You could say royal family. I just think if you [UI]. I mean I know there's like [UI]… |
| Interviewee: | There's so many of them it doesn't really matter. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | There's so many of them. Just as long as you don't quote what he [sounds like: "directly"] does or his name. Even if you quote his name, there's so many Mohammed's in the family, you wouldn't know which Mohammed it is. |

[simultaneous voices]

34

Exhibit 5     Page 360

[interruption]

Interviewer:    All right, so I think we were at the part where you saw…went to the game a
                couple days later with the Kuwaiti guy.

Interviewee:    Yeah.

Interviewer:    And then did you hear from him after that?

Interviewee:    No.

Interviewer:    Like, did he ever try to text you or anything?

Interviewee:    No, he called me when I was in London, 'cause, [UI phrase] back to London. I
                was supposed to be in New York and [UI] had my U.K. cell phone [UI
                phrase] gave him my U.K. number [UI phrase] and I was already in London. I
                went [speaking softly]. I remember it was between [UI] and 2007, 'cause, I'm
                Muslim too and just before Ramadan, I was with my mom's.

Interviewer:    [sounds like: "Did it just end"]?

Interviewee:    No, [UI phrase] this year, 'cause, [sounds like: "that"] I remember, 'cause,
                Mohammed was going back just before Ramadan and he made me go back
                like 10 days or two weeks before Ramadan would start, and I was [speaking
                softly] my mom lives in Holland – [sounds like: "I'm Dutch"] [UI phrase],
                and then I went to London. [speaking softly] I think he lives in L. A.; I was
                already in London and he told me he would call me [UI] he would call me
                again. [UI] I didn't hear back from him until a month and a half later when he
                was…I think it was [UI] maybe it was like in late September he was in
                London [UI] and I saw him very briefly then. And [speaking softly] go out
                [speaking softly]. London's very small, especially [UI], but that's why I used

                                                                                    35

Exhibit 5     Page 361

to come here all the way across the Atlantic to be here where no one knows me – I can run around wild and free and do my thing and then go back with my money, back to London.

Interviewer:       Right.

Interviewee:     [UI phrase], 'cause I already saw him, and [sounds like: "I would sneak out"] and he [UI], but he didn't want me to stay long. I think, he was, something going on at that time with his dad…

Interviewer:       With his dad?

Interviewee:     I don't know… his dad…I don't know. Something [UI] his dad was sick or something.

Interviewer:       Oh, okay.

Interviewee:     I don't know. Like, it was late September, 2007…

Interviewer:       Yeah.

Interviewee:     I don't know…something [UI]…

Interviewer:       Yeah.

Interviewee:     And he was there and I saw him only for like an hour and a half, two hours in the hotel…

Interviewer:       And that was it?

[simultaneous voices]

Interviewer:       Do you remember what hotel it was [UI phrase].

[simultaneous voices]

Interviewer:       Claridge? Claritedge? I think I've heard of it.

Interviewee:     It's how you spell it. [UI sentence]

36

Exhibit 5     Page 362

Interviewer:  Well, he's good friends with…

[simultaneous voices]

Interviewer:  In fact, we have Gordon Ramsey's mistress…

UF:  Sarah?

Interviewer:  Yes. She's giving us quotes for this story too. Because she…no, don't?
Really? Think she's not really trusting…

UF:  Can we not?

Interviewer:  Yeah, I mean we're gonna put her [UI] she says on the record and stuff that
she knows Beckham cheats, but I don't know. Why, you don't like her?

Interviewee:  I don't know.

Interviewer:  I don't know if we need it. I mean it's…

UF:  If you need it, it's fine, but…because [sounds like: "she sold me"] up the
river.

Interviewer:  Oh, really? [simultaneous voices] No, it's a great story; I'll tell you…you do?
Yeah.

UF:  You know, I'm not a Republican but I like the fact that she's just herself. Her
notes on [UI]…

Interviewer:  Right.

[simultaneous voices]

[UI background conversation]

Interviewer:  Anyways, we were talking about the Claridge. So he called you and did you
have like a conversation or was it like…

37

Interviewee:    No, he just said [UI phrase] I said where is he staying? He called me in the afternoon [UI phrase]. I'm not sure what was wrong...he was by himself in London and something [sounds like: "with his dad"]. Now I don't remember.

Interviewer:    Okay. I think we can like, google the news around that and see if there was something [UI phrase].

Interviewee:    Don't know. I know there was something wrong with it [UI phrase]. There was something wrong, 'cause, he was very like...very upset...like it was more like...I was there for hour, hour and a half tops, and it was more like [UI] sex than anything else.

Interviewer:    More of a stress reliever?

Interviewee:    Yeah. It was not like the first time...

Interviewer:    Yeah.

Interviewee:    So I went to [speaking softly].

Interviewer:    What was it like when you saw him again? Like...were you like excited to see him?

Interviewee:    Yeah, I was.

[simultaneous voices]

Interviewee:    Of course...of course I was, but it was also [UI] with me knowing [UI phrase] right away when I came in, he was like [speaking softly]. So he just gave me just like...it was two and a half thousand pounds [UI phrase] clear envelope...it was wrapped with paper around it. And I stayed for an hour and a half and then he was just like tired, and going to sleep like that. It was

38

obvious that he didn't want me to stay. He was very stressed at that time. I was...something [sounds like: "wrong"] was going on...

[simultaneous voices]

Interviewer:     So, he was still nice but...

Interviewee:     He was still nice but not...like he was not like...in good spirits [speaking softly].

Interviewer:     Wait, how many pounds did you say it was?

Interviewee:     Two and a half thousand pounds. I don't know how much that was...

Interviewer:     Probably like about four grand or something, right?

Interviewee:     I don't know...I don't know. I think at that time [UI phrase] different.

Interviewer:     Right. Were you like bummed out that it was like a little...

Interviewee:     Yeah. [UI phrase] bummed out [UI] the way he was. He was not...I don't know. He was just like blasé. I don't know...

[simultaneous voices]

Interviewer:     Did you take a shower again at all or...?

Interviewee:     Yeah, I did. I did. I [UI phrase] cause [UI phrase]. So then we [UI phrase] we were just like [UI]. We just talked; I don't remember what he said; he was [sounds like: "there"] and I don't know how long he was gonna stay...he didn't know how long he was staying. I asked him how long he was gonna stay, and [UI phrase]. I really don't remember what he said...

[simultaneous voices]

Interviewer:     When you guys took the shower the first time, it was separate, right?

Interviewee:     Yeah. I only took a bath with him.

39

Exhibit 5     Page 365

Interviewer:        Right…right.

[simultaneous voices]

Interviewee:        And when I came in [UI phrase] already took a shower…

Interviewer:        He took a shower too, the second time?

Interviewee:        Sorry?

Interviewer:        The one in London; did he take a shower also when you were there?

Interviewee:        No.

Interviewer:        No.

Interviewee:        When I came [UI]…

Interviewer:        Like ready to go.

Interviewee:        Huh?

Interviewer:        He was like ready to go?

Interviewee:        [speaking softly] I don't know. [speaking softly] took a shower, but I [UI phrase] and then I came out. He knew [UI phrase] before I knew it, we talked – I was [UI]…

[simultaneous voices]

Interviewee:        …like an hour and 15 minutes. Something like that.

Interviewer:        And then did he ask you to leave, or did you just know it was like…

Interviewee:        No. I just…

[simultaneous voices]

Interviewee:        I just knew, I could sense something by now [UI phrase] I didn't even ask to stay. He was just…

**[End of recording]**

                                                                                    40

Exhibit 5      Page 366



**LEGAL LANGUAGE SERVICES**

A division of ALS International
18 John Street
Suite 300
New York, NY 10038

Telephone (212) 766-4111
Toll Free (800) 788-0450
Telefax (212) 349-0964
www.legallanguage.com

October 13, 2010

To whom it may concern:

This is to certify that the attached transcription of English audio is an accurate representation from the media received by this office. This transcription is designated as:

### *BECKHAM TAPE 2 SIDE A*

George Alves, the Manager of Translation Multimedia Services, certifies that Susan Anthony, who performed this transcription, is fluent in standard North American English and is qualified to transcribe.

He attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate transcription of the specified document."

Signature of George Alves

Subscribed and sworn to before me this 13th day of October 2010.

Theresa Kwok
Notary Public, State of New York
No. 01KW6175014
Qualified in New York County
Commission Expires Oct. 01, 2011

Sincerely,

Victor J. Hertz
President & CEO

Exhibit 5     Page 367

LEGAL LANGUAGE SERVICES

TRANSCRIPTION OF AUDIO

DESIGNATED AS: 806826

BECKHAM TAPE 2

SIDE A

Exhibit 5      Page 368

| Interviewee: | So I was really [sounds like: "set"] in London and I didn't come back to New York, and then especially then all the stuff started happening with Kristen, like everything started blowing up, and she was the only one I was working for with, here, and I was just like; I was too paranoid even to come back to New York at that point… |
|---|---|
| Interviewer: | Right. |
| Interviewee: | [UI] all I just did – this one agency closed, this one closed and I was with Kristen all the time – said, Kristen, you're not afraid, you're gonna go down. She [UI] no! Why don't you come out with your story? I said, no, I cannot come out. First of all [UI phrase] told you about Mohammed; I would lose him, then I would lose my boyfriend and I can't…that's too much for me now to [UI]. I can't do that, and she was like all confident. [UI phrase] just chill, 'cause, everyone else was going down… |
| Interviewer: | Yeah. |
| Interviewee: | …like I'm hear from left and right, 'cause, I still had [UI] who were working here…business was going bad, like, a lot of clients freaked out and at that point…so it wasn't even worth for me to like, even figure as to even go [speaking softly] New York, New York. Like London's like my…London's like my always…I say London's like my…like my husband, but like New York is like my, you know, like my mistress. Yeah, I love being in both places… |
| Interviewer: | Right. |
| Interviewee: | But here, I miss London; when I'm there, I miss New York. |

1

Exhibit 5     Page 369

Interviewer:        Yeah. It's good to be in both…

Interviewee:        Yeah, and I didn't come back with them then so before I knew it, she was
                    arrested, handcuffed…I'm like, there you go; I knew it. And I didn't come…I
                    didn't really…I wasn't here [UI] whole year and I changed my number at that
                    time; [UI] I was getting paranoid . I'm [UI] change my numbers, 'cause, she
                    was speaking to me on the record, on the phone all the time about it
                    [simultaneous voices] number at that time. And never…

Interviewer:        Heard from her ever again.

Interviewee:        No, 'cause, I changed my number. I didn't even…then I got also [UI phrase]
                    in too deep, [sounds like: "'cause it was work"] and I [UI] contact also with
                    [UI phrase]…well, I let him move in with me and it's fuck [UI]…so that…and
                    I was getting high. I couldn't even move…

Interviewer:        Right.

Interviewee:        Like, it was hard enough for me to keep both my boyfriend and the Kuwaiti
                    guy and I ended up losing the Kuwaiti guy over the stupid boyfriend and
                    [sounds like: "geez"]…

Interviewer:        So, you were messing it all up.

Interviewee:        Yeah, yeah, basically, so.

Interviewer:        So wait, so before you had to change your phone number, you did talk to him
                    one time on the phone or…

Interviewee:        Yeah, he was…he was here a month after…September, October; I guess he
                    was here…what it is it – in October, he was here and New York [UI] I [UI]
                    here, so I don't know [simultaneous voices]

2

Exhibit 5      Page 370

| Interviewer: | Oh, and then so you're saying when he called, you were like; I'm not coming to New York because of everything that was going on. |
| Interviewee: | Hm? No, no, I just said to him I was in London. |
| Interviewer: | Oh, oh. |
| Interviewee: | No, at that time, this is September…oh, must be October… |
| Interviewer: | Yeah. So the second time you saw him was [sounds like: "end of"] September, he called sometime in October and would have probably been with you if you were in New York… |
| Interviewee: | Yeah. |
| Interviewer: | …but you weren't. |
| Interviewee: | No, I wasn't. |
| Interviewer: | Okay, got it, and that was it. And then you changed your number, it was like… |
| Interviewee: | I changed my number. |
| Interviewer: | 'Cause he had your number, but you didn't have his and… |
| Interviewee: | Sorry? |
| [simultaneous voices] | |
| Interviewee: | No, I didn't. |
| Interviewer: | Right [simultaneous voices] he wanted to get back in touch with you, he couldn't – there's no way. |
| [simultaneous voices] | |
| Interviewee: | …'cause I was…at that point I was really getting…I thought I was [UI phrase] guy and [poor sound quality] hard enough for me to [UI phrase] |

3

Exhibit 5      Page 371

Kuwaiti sugar daddy and my boyfriend sometime; that was really hard; let alone to do something on the side…

Interviewer: Right.

Interviewee: So.

Interviewer: Yeah…all right; well that is one hell of a story. That's pretty intense. Is there anything else that I haven't asked you about it, like I guess like, kind of in general, like, tell me what your thoughts about it; like, looking back on it…like, how you feel about it. Are you glad that it happened, like, or…

Interviewer: No, I've seen quite a few [speaking softly] it's not like, wow, wow…

Interviewer: Yeah.

Interviewee: [UI phrase] he's not my type. I wasn't really like…I mean [UI phrase] end up really. For me it's nothing out of the ordinary.

Interviewer: Yeah, okay.

Interviewee: I mean, all right [UI]…like it was kind of [UI] high, but not…I got more off of seeing [UI phrase] that kind of money…

Interviewer: Right.

Interviewee: Like I would get [UI] Mohammed [UI] hundreds of thousands like that, you know.

Interviewer: Apartments.

Interviewee: You know, apartments like that, jewelry, you know and stuff like that…then the call like that doesn't…

UF: It's like a little novelty for a bit, for a minute.

Interviewee: No…so the money.

4

Exhibit 5     Page 372

| | |
|---|---|
| Interviewer: | Right…[simultaneous voices] |
| Interviewee: | We didn't…I mean I don't know. Maybe [speaking softly] few more times, maybe I could have…I don't know. |
| UF: | Hustled him? |
| Interviewee: | Oh, I would have hustled him, but I didn't have a [sounds like: "chance"], because I'm [sounds like: "good"] hustler. |
| Interviewer: | When you saw him the second time, he didn't…he…did he…did he… |
| Interviewee: | He was really in bad spirits…I don't know. |
| Interviewer: | Yeah; well you said the first time too when you saw him, he was sort of in a bad mood too. |
| Interviewee: | [UI phrase] he was not moody, but he was…he didn't seem really… |
| Interviewer: | Happy. |
| Interviewee: | [sounds like: "happy"] with his move to here, but [UI] something going on. |
| Interviewer: | Did he like, confide in you? Like, you guys talk about it, or no? |
| Interviewee: | No, he just said he…he really did say that he was not happy [UI phrase] move [UI]…he just felt like he was playing with amateurs here. |
| Interviewer: | Yeah. No, I mean in a, London time? |
| Interviewee: | In London time, no. |

[simultaneous voices]

| | |
|---|---|
| Interviewer: | There wasn't much talking or anything? |
| Interviewee: | No. |
| Interviewer: | Yeah. |

5

Exhibit 5     Page 373

| | |
|---|---|
| Interviewee: | I don't remember what he was…said…I didn't pay that much…something [sounds like: "with his dad"], because of his [sounds like: "dad then"] [simultaneous voices]. I said, how long you staying? He's like: I don't know [UI phrase] couple days. |
| Interviewer: | Right. He never talked about his kids ever, or he only talked about Victoria like that one time? |
| Interviewee: | No, he did…he did say that he wanted to fall back in love; he wanted to have…to have more kids, like… |
| Interviewer: | Oh, he did? |
| Interviewee: | Like he didn't want…like, first time; not the second time. I hardly really got through him. He was on the phone most of the time. Then he was really like…I would have told him to [UI] jerk off [UI] first time…like, that's how [sounds like: "griefin"] I was. [UI phrase] I don't even know why you love me. I'm like [speaking softly] by himself. |
| Interviewer: | Right. But he said the first time that he wanted to have more kids? |
| Interviewee: | Yeah. He really loves kids. He wanted to have more kids. He asked me if I had kids and I said no, I don't have kids; and he wants to have more kids. He loves kids. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | He loves his sons very much. |
| Interviewer: | Right. I mean he's always out with them. There's always pictures of him doing things with the kids. He seems like he…I mean… |

[simultaneous voices]

6

Exhibit 5     Page 374

| UF: | I think the last time I saw them was two years ago, so they were cute. |
| Interviewer: | No, they're very cute, so; and he's always like, doing things with them. You rarely see him in pictures with Victoria. They're never...he's either with the kids or he's like out by himself, or she's with the kids, or she's out by herself. But very rarely, are there pictures of them hanging out together doing stuff. It's weird. |
| UF: | She never smiles, like... |
| Interviewer: | Yeah. |
| UF: | [UI] such an unhappy person. |
| Interviewer: | Yeah. |
| Interviewee: | And he was so unhappy the second time that I saw him. I think at that time they were preparing for [UI phrase] London in the '02 arena, and they were playing for the stupid tour and I didn't go see them, [UI phrase] Spice Girls. |
| Interviewer: | Wait...oh, they were doing...the Spice Girls were doing a show? |
| Interviewee: | No, I think they were preparing for the tour and I...he came by himself...I don't know where she was. I don't [sounds like: "ask"]. It's not my place to ask. |
| Interviewer: | [UI] look into that too, because if she was doing the reunion... |
| Interviewee: | She was...I think she was preparing for it, 'cause, I went to see her...well, see her...I [sounds like: "wanted"] to see the Spice Girls about couple months after and they were all having their first... |
| [laughter] | |
| Interviewee: | What!? |

7

Exhibit 5    Page 375

Interviewer:        Did you go with your boyfriend?

Interviewee:        Sorry?

Interviewer:        Who did you go to the show with?

Interviewee:        I went actually with my boyfriend and his friend and girlfriend [UI phrase] the four of us.

Interviewer:        Like a double date?

Interviewee:        Yeah.

Interviewer:        Oh my god [laughter] [UI phrase] you went to the soccer game after the first time and then you went to the Spice Girls concert.

Interviewee:        Well, I love the Spice Girls [UI phrase] my time. I was wearing those wedges and all that…I was in Spice world.

[laughter]

Interviewee:        It was my time.

Interviewer:        But you like Ginger Spice.

UF:                 That was after my time…

[simultaneous voices]

UF:                 I was too old for…I mean…[sounds like: "weren't"] you a little too old too?

Interviewer:        I just remembered I like them I think, just like in a [sounds like: "gidgy"] way, you know. Like some of those songs…

Interviewee:        I was 13, 14…

[simultaneous voices]

Interviewee:        [UI phrase] Ginger Spice…she was hot, very hot.

Interviewer:        She was my favorite too.

8

Exhibit 5     Page 376

[UI background conversation]

[simultaneous voices]

Interviewer:     [UI phrase] encyclopedia of rock music, but not the Spice Girls. I think it's

                 funny that you really like the Spice Girls.

Interviewee:     Huh?

Interviewer:     You like the Spice Girls.

Interviewee:     I love the Spice Girls. I was a big [UI phrase] Spice Girls fan back in the day.

Interviewer:     Yeah. Let's see; is there anything else that I've forgotten to ask. Did I ask you

                 how much he paid? Yeah. I got that [UI] second time.

[simultaneous voices]

Interviewer:     Yeah, is there anything else you wanted to say about it that I haven't asked

                 you about…like what…people are gonna want to know like, why you're

                 telling your story now.

Interviewee:     [speaking softly] right now; like we broke up now and [UI phrase] well, it's a

                 long story. Anyway, to make it short, my ex-boyfriend, he found out about

                 everything basically. I don't know how it…I left London, and well, like just

                 before I [UI phrase] came here in [UI], I went back to Holland just for my

                 Visa [UI], but I didn't have any like [UI] and he hasn't seen me [UI phrase] so

                 he came out of jail, I left [UI] just [sounds like: "because it was too much shit

                 to cheat on me"]; all that. So I came here…I came to be away from London to

                 just to hide away from [sounds like: "him"]. I couldn't be…like he drained me

                 emotionally, financially – physically I was drained by this relationship in the

9

Exhibit 5     Page 377

last couple, three years and I was just…and now he found out about

everything. I lied to him basically…[UI] I told…he didn't know…

Interviewer:     He didn't know it all.

Interviewee:     [UI phrase] I told him [UI phrase].

Interviewer:     You told him what?

[simultaneous voices]

Interviewee:     He was taking care of me, and I just wanted [UI phrase] made it true, you

know. I [UI] sugar daddy.

Interviewer:     Sugar daddy.

Interviewee:     I [UI phrase] specific, but daddy…

[simultaneous voices]

Interviewee:     I was living a lie basically and I [UI phrase] so…I would wake up next to my

boyfriend full of anxiety, wondering when the bubble was gonna burst [UI]

you don't understand how it is; I was on Xanax, which…

Interviewer:     Yeah, I mean you were like…

Interviewee:     It's, it's tense, you know, and you're getting deeper and deeper in someone

and [UI] is smaller and smaller and I was just…just waiting for his [UI

phrase] and after he [UI], he was looking for me and he went through all my

things. He found out about everything; he wrote me e-mail all the time and

then left me a voice mail [poor sound quality] all on my Facebook. They even

closed down my Facebook, because of that [UI]. [poor sound quality] he

called my mom; that's why I've now feel even more uncomfortable, 'cause,

now my mom knows…

10

Exhibit 5     Page 378

| | |
|---|---|
| Interviewer: | Right. |
| Interviewee: | ...'cause, of him. [UI phrase] my brother...everything. And he knows about the [UI]. He was like threatening me to go and to expose me, and I'm always the person that...I always take control... |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | ...like he already took too much from me to just like...even like, and in the U.K., he couldn't even make...I don't know...like there are some quite a few people that knows about, and just you know, tell a story, like a dirty story...like to all these dirty magazines. |

[simultaneous voices]

| | |
|---|---|
| UF: | [UI Phrase] stroke. |
| Interviewee: | I had even a stroke, like before I came here. Like I literally was in the hospital... |
| Interviewer: | Before you came to New York? |
| Interviewee: | Yeah. |

[simultaneous voices]

| | |
|---|---|
| Interviewee: | [UI] just everything...everything, just...like my mind [UI phrase] and I was in the hospital [UI phrase] come back here I would have panic attacks. I never had this. I would wake up suffocating. |
| Interviewer: | Right. |
| Interviewee: | It took me a while to really to even get over this. [UI] it was like so much stuff when I came here and then he came out and now he was like [sounds like: "in"] my place...I understand [UI phrase] hard for me at this point...like |

11

Exhibit 5     Page 379

[sounds like: "for him"] to understand me [UI phrase] it seemed like he was

taking advantage of me because I was taking care of him financially, you

know. You know, like he took so much money off of me...I bought him a lot

of things; I bought him a new car that he would crash in two weeks, which is

250,000 pounds, the newest Mercedes.

Interviewer: The car was 250,000 pounds?

Interviewee: Yeah. So [UI phrase] I should have dropped him right there and then [UI

phrase] everything [UI] wrong, like I just...

[simultaneous voices]

Interviewee: I had it all and I lost it all....just like that. [UI phrase] like I couldn't even...he

was him [UI] I don't even know when his court date is [speaking softly]

there's no possibility that he could be...I don't know, 'cause, I haven't been in

contact [sounds like: "with"] anyone. I mean he's the one [UI phrase] well,

you can't trust anyone in this business [UI] and he knew that [poor sound

quality] he found out about everything. Like, he found out about a lot of stuff.

Interviewer: Right. That's yeah...I mean...

[simultaneous voices]

Interviewee: He wouldn't understand like for me [UI] and I was giving it to him.

Interviewer: Right.

Interviewee: It was not like if I could; if it was my [UI phrase] I would have never done it

on the side. This is my...this is all I know; this is how [UI] younger...this is

how I knew.

Interviewer: Yeah.

12

Exhibit 5     Page 380

Interviewee:     [UI] I understand him when he's mad, 'cause, [UI phrase] but I was living a
                 lie, but I was...I don't know.

Interviewer:     You had to do what you had to do.

[simultaneous voices]

Interviewer:     Also, it maybe pertinent to add that [UI]...if you do a little background on
                 her...

[simultaneous voices]

UF:              ...know. That part of the reason this is the only life that she knew because of
                 how her...not to say I don't want her to be perceived as like, oh, you had such
                 a hard upbringing, because that's how every girl that's in this industry is
                 perceived, and she actually...is in it by choice. But also, you know, she was a
                 war refugee...like how old were you when they...when you left Bosnia?

Interviewee:     I was 9.

UF:              And how long did you live in...you lived in a camp?

Interviewee:     [sounds like: "A year and two months"].

UF:              And so the whole background is like, you know, they're fleeing from...

Interviewer:     Right. And you do what you have to do to survive.

Interviewee:     I lost what I [UI phrase] I lost right there and then I lost all my [UI]; I lost
                 all...sex became very [UI phrase] they would do things to me. I kind of
                 started [UI phrase] I just liked at one point, like, I [UI phrase] I was hustling
                 on a different level...not on that level. Like, I like to take power over men,
                 because [UI] I was very resilient [UI phrase]. I left home when I was 13,
                 started living [UI] when I was 15 and ended up [sounds like: "in a brothel"]

13

Exhibit 5     Page 381

[UI] when I was 17. But it was never like...it was just me and I felt very much

taking control of the situation [UI phrase]. I never saw myself; I still don't see

myself as obviously, a victim of anything. [UI phrase] like to take control

before it takes control over me. I would never like...I would never...if I didn't

die if nothing happened bad to me [UI] all survive when I was younger like

[UI] being now [UI phrase] I hate living in fear. I hate a, like...

Interviewer:     Yeah. So that's why I like...if you do this, then you have the control over it

instead of like your boyfriend or ex-boyfriend.

Interviewee:     I think [UI phrase] he would like start to [UI phrase] dirtiest magazines in the

U.K.

[simultaneous voices]

Interviewee:     I do understand him 'cause I was lying to him all these years. And he is like...

Interviewer:     Yeah, but doesn't he want to sell you out because he's partly [UI] he just got

out of jail and has no money and because you're not there supporting him. So

again, in some strange sort of way, he wants to take advantage of you for

money.

Interviewee:     He had actually [UI phrase] just came up to ask if I could wire him some

money.

[simultaneous voices]

UF:     I know what you're doing and I'm going to shit on you for what you're doing,

but could you wire me some of that money for what I hated you doing?

[simultaneous voices]

14

Exhibit 5     Page 382

Interviewer:     It is possible that when this comes out, he's gonna sell your...he's gonna talk

                about you to somebody. You're ready for that?

[simultaneous voices]

Interviewee:     But I'd rather come out myself before he really drag me and he really...

UF:             Makes you look like a whore?

Interviewer:     Yeah, right, right.

UF:             Is that how he thinks of you?

Interviewee:     [UI phrase] but he doesn't understand...I don't know. Like I understand

                him...

[simultaneous voices]

Interviewer:     I mean that's not even a part of it like [UI] not any air time; none. So...

[simultaneous voices]

UF:             I mean maybe you could just mention somebody who was [UI] exposed or I

                don't know [UI] that, somebody?

Interviewer:     Yeah...yeah, maybe. I mean it depends on how we do it but yeah. If we do,

                we'll do it like that, you know.

[simultaneous voices]

Interviewee:     [UI sentence].

Interviewer:     Yeah, right...yeah, yeah. I think we covered everything pretty in depth, right?

[simultaneous voices]

Interviewee:     [UI phrase] like I don't really remember [speaking softly] happened or I don't

                know; I don't remember now. [poor sound quality] I wanted to [UI phrase] but

                I never even...there are so many things I can [UI phrase] everything's gonna

                                                                                                    15

Exhibit 5     Page 383

hit me at one time [UI] start remembering things and jump through the
window…it's easier to just block out some stuff…

[simultaneous voices]

Interviewee:     …take a shower [UI phrase]. You know I don't remember what happened last
week, and you know, now I have to go back and [UI]. I do remember like,
'cause it was [UI phrase] I don't know.

Interviewer:     Yeah. I mean you did like good, like remembering…like you [UI] very
specific details so it's good.

Interviewee:     Ah, what is…I mean…see, I'm not gonna [UI] oh, David Beckham…because
if you would ask me [UI phrase]. Kristen would call me up, you remember
that [UI]. What [UI]? I'm like, what, last week? I don't know like what I did
yesterday…you ask me about last week? Come on.  I said be realistic.

[simultaneous voices]

Interviewee:     I remember situations, situations, things…I don't remember names. I would
remember faces. I'm good with faces, but when I see them again, not like, oh,
that one look like that. When I see 'em [UI phrase]…when I was having lunch
with you.

[simultaneous voices]

Interviewee:     [UI Phrase] to say hello, you can say hello.   I don't remember what your
name was. [UI] oh yeah.

[UI background conversation]

Interviewer:     [UI] short term memory. Zero.

[simultaneous voices]

16

Exhibit 5     Page 384

UF:            [UI] Time Warner

Interviewee:   Let's see what I remember [UI Phrase] Time Warner building, we went round
               and round [UI Phrase] I remember how much he paid [laughing]

UF:            I think that's the thing is like, you remember people because they either paid a
               lot or something weird happened in the call and you remember that particular
               instance.  Or, because they are somebody and you recognize them.  So you
               remember bits and pieces, but you could not possibly remember...

Interviewer:   Yeah, I mean, the only thing I could compare it to is I've written probably like
               a thousand articles in my career, probably more.  It's like I remember
               certain...I could never remember like what I wrote in them, you know what I
               mean.  It's not exactly the same, but....

UF:            ...work for me, or every girl I've interviewed.  God, I must've interviewed at
               least a thousand girls.  I don't even remember....I have girls that contact me
               now, do you remember, I used to, and I interviewed each and every person
               [UI] cause I wanted to make sure they were [UI] wanted.  I have girls that
               contact me now, do you remember?  They send me pictures, they friend
               request me on Facebook.  I have no idea who they are.

Interviewer:   That's why it's good to write everything down.

Interviewee:   Even if you write everything down, [UI Phrase] negative, unless I [UI] freaky
               guy wanted to [UI] it's not like by name.

Interviewer:   Yeah, forget it.

UF:            Trust me, if I had known what I know now...if I knew then what I know now,
               I would've kept meticulous records.  And I actually think that my records for

                                                                                        17

Exhibit 5     Page 385

[UI] I was in are pretty damn good, the ones I did keep. But, things fell through the cracks, things weren't written down, things weren't followed up and it , you know, might've been one and twenty of an instance, but [UI] If I would've know, I would've recorded...I had the capabilities to on my phone system, record each and every phone call that came in.

Interviewer:     Oh my god, could you imagine?

UF:              I would've, if I knew now. If I knew then, I mean, I really would've. If I would've know [UI] 2007 [UI Phrase]

Interviewer:     Right.

UF:              I wasn't arrested until 4 months later. I would've done, I would've gathered [UI] intelligence, if I would've been smart. You know what I mean, but I was just like, whatever.

Interviewer:     Right. Oh man, I still can't believe that you were the only person that went to jail for all that.

[simultaneous voices]

Interviewer:     So, I guess we're done. I'm gonna give you my card...oh, my cell phone's not on it. You have all my info, right?

[simultaneous voices]

Interviewer:     You did good; you did great. Thank you so much...seriously. It was great. It was good, it was really good.

Interviewee:     [UI] helps; I didn't have a Xanax today.

[laughter]

Interviewee:     [UI] I have to go see my psychiatrist.

18

Exhibit 5      Page 386

Interviewer:          Yeah, if I have any follow up questions this week, um…

**[End of recording]**

19

Exhibit 5     Page 387

# EXHIBIT E

Exhibit 5     Page 388

From: "Deborah Baer" <dbaer@bauerpublishing.com>
Subject: **Beckham highlights**
Date: September 11, 2010 6:38:47 PM EDT
To: "Michelle Lee" <mlee@bauerpublishing.com>
Cc: adillahunty@bauerpublishing.com, "Noah Levy" <nlevy@bauerpublishing.com>, dbaer@bauerpublishing.com

Ok, I'm writing all this down bc Irma's accent is thick and she talks softly. I feel bad for whoever transcribes this! But i believe her 1000 percent. she's actually a really nice girl...ok here we go with the highlights:

They were set up through a stylist in London

She went by the name Aubrey

He called her when he was alone in NYC to play for the galaxy (she knows this bc a few days after, another client, a member of the kuwaiti royal family, took her to the game!). He stayed at the parker meridien in a jr suite, nothing extravagent. when he called she only knew his name was david, but could tell by his squeaky voice that it was prob beckham. she's a soccer fan bc she lives in london half the year

When she met him she was nervous and excited. she said he seemed sad when she first walked in. they talked for an hour and a half on the couch and agreed on price (it started at $2500 but ultimately it was $10k for the whole night). she said he took a shower and so did she, that he's OCD about germs and like the positioning of the remote controls for the TV. he put on a movie but it wasn't porn. she put on classy black lingerie in the bathroom after the shower and came out in a robe.

They moved to the bed and kissed, which she normally doesn't do, and it was passionate. he was a good kisser. she let him go down on her, which she normally doesn't let clients do. she said it was intimate. then she gave him a bj without a condom. they did foreplay for like an hour. the actual sex the first time only lasted like 15 minutes. she rates him a 7 1/2 as a lover bc he's not really "her type." she "wasn't impressed" with his penis, said it was thick but not big. and that the armani ads must be airbrushed bc it's not big at all. she did say his body was phenomenal and lean, not an ounce of fat. she also used condom for sex. she brought it out, so she's not sure if he wouldn't have wanted to use a condom. she just sort of made him.

after the sex she ordered food and they talked. he said he liked victoria's body better when she was a spice girl bc she was heavier and that he likes a nice ass. he said he wants to have more kids and that he loves kids. asked her if she had kids. he said that he didn't want to move to the us but victoria did and that's why he was there. that he didn't want to play for galaxy bc he was playing with amateurs.

to extend the time and get more money, she suggested a threesome. she called kristin for a girl and she arrived 20 minutes later. the girl, who had no idea who he was, took a shower but david wasn't really into her bc she was sort of ditzy and not that classy. they did girl on girl show while david pleasured himself. but nobody had ky jelly so david used lotion from the bathroom but it had perfume so it burned his dick! the other girl was supposed to bring sex toys but she didn't so irma masturbated with a banana from the fruit bowl in the room! david had sex with the other girl for only like 4 minutes bc he wasn't into her, then had sex with irma again. the girl left.

Irma and David took a bath together. it wasn't like a big jacuzzi tub so again it was small and intimate. they fooled around in the tub then had sex again on the bed. they fell asleep, her with her head on his chest. in the morning he started getting frisky and rubbing her and they had sex again, and she said this was the best sex of the whole thing. she said he is not kinky, straight-forward sex tho they did do it doggy style but she considers that normal. he didn't talk during sex but did inform her "i'm going to cum" every time he was going too! hahah i know, this is way TMI!! she said he was gentle and kind throughout the entire night.

Irma was there from about 11 p.m to 9:30 the next morning. he didn't have enough cash in the safe for the whole night, so a messenger brought more money in the morning. they kissed goodbye and he asked when

Exhibit 5     Page 389

she'd be in london, etc. Making it seem like he would see her again.

A month later she was in London and David called. Irma was excited. He was at the Clairedges hotel (need to check spelling). Victoria was in town too bc the spice girls reunion was happening (in fact, irma went to the show a week or so later! she said she loves the spice girls but ginger is her favorite spice girl). david was very sad when she got there, said he was in town bc his dad was sick or something like that. we can check that.

this time, he paid 2500 pounds (about $4000??) but it was more wham bam thank you maam. she took a shower again. she was only there for an hour and a half, they didn't really talk. and when they were done he made it clear he wanted her to leave. he wasn't rude but way more distant. she was kind of bummed about it.

he called her one more time but they were in different cities so couldn't meet up. after that irma had to change her phone number and had a falling out with the stylist so david would have had no way of getting in touch with her again. she doesn't feel bad for victoria bc she says she has to separate herself from that. but she does feel bad about telling her story bc david was very nice. but she's doing this bc an ex boyfriend is threatening to tell all to a london tabloid so she wants to tell her story first before this guy does.

that's the basics!!! good stuff!

Exhibit 5     Page 390

# EXHIBIT F

Exhibit 5     Page 391

# EXCLUSIVE: POSH ADMITS TO BOOB JOB

Nov 13 2005 Exclusive By David
Brown



**Posh finally admits she lied to millions over THAT boob op**

VICTORIA Beckham has sensationally admitted to lying about her controversial boob op.

Posh had repeatedly denied in public that she'd had breast implants - despite constant speculation.

She even went to great lengths to deny the claim in a TV programme shown to millions of viewers. But her legal team now admit this was a FIB.

The bombshell admission comes in a document before the hearing of the libel case she and hubby David are bringing.

In a court file, obtained by The People, where Posh is referred to as the "Second Claimant", it is accepted...

"That the Second Claimant had in fact undergone breast enhancement surgery and had lied about it on the Tabloid Tales television programme."

Showbiz insiders believe Posh, 31, had her op in London after the birth of first son Brooklyn in March 1999, paying £10,000.

Biographer Andrew Morton claimed the surgery happened in September.

He wrote: "In her hectic schedule, it would be another year before she would again have the chance - and time to recuperate away from prying eyes."

But in the interview for BBC1's Tabloid Tales shown on April 29, 2003 - and watched by 3.1million viewers, she said: "I'm completely natural, except for my fingernails and I have a bit of help with my hair and a bit of a San Tropez (fake tan) going on." It's not the first time Posh has been coy on the subject. In January 2000, she insisted to TV's Michael Parkinson: "I haven't had a boob job."

In September 2001, she told a reporter her inflated look was down to boosting her cleavage with tape and push-up bras.

The same month she also seemed to deny surgery in a women's mag, demanding: "Who says I've had a boob job?"

Exhibit 5     Page 392

Posh was furious when model Jordan claimed on TV in February 2004 that she "knew" the ex Spice Girl had breast implants because she'd "flashed" them at her in 2000.

Yesterday Victoria's spokeswoman said: "Unfortunately Victoria is flying back from Japan and therefore it is not possible for me to comment on this story on her behalf." She denied the star lied.

The Beckhams' libel action against a newspaper is due in the High Court next month.

No doubt Victoria Beckham's knockers will be hoping for more revelations!

**d.brown@people.co.uk (mailto:d.brown@people.co.uk)**

# EXHIBIT G

Exhibit 5     Page 394

# SOURCE AGREEMENT

Source Name: _IRMA NICI_

Address: ~~310 E 3~~ _Hermitage street_
_flat 305 W2 1PB London UK._

Social Security: _____

Phone: _347 595 1937 / 011 44 750 847 1000_

Payment Amount: $_____50,000._____

Exclusive: Source shall provide Bauer Magazine L.P. ("Bauer") thorough and complete details of her encounters, relationship and dealings with David Beckham. Source will truthfully describe topics included but not limited to: When and how source and David Beckham first established contact with one another. Source will tell In Touch in detail the content of conversation(s) between David Beckham and source, as well as dates and locations of where David Beckham met source. Source will divulge any and all financial transactions that took place between David Beckham and source. Source will describe David Beckham's personality and whether or not there were any attempts made by David Beckham to conceal his activities with source. Source will describe intimate details of her relationship and dealings with David Beckham, including but not limited to sexual activities, sexual preferences and whether or not David Beckham used any sexual protective device or sex toys. Source will describe David Beckham's physical appearance and any specific (physical) distinguishable 'body' traits source eye witnessed first hand e.g. tattoos and the size of his penis. Source will describe how David Beckham appears with his clothes on and off. Source will express in detail whether or not David Beckham is good or bad in bed. In addition, source will provide detailed descriptions of the location(s) interior(s) source met David Beckham at. Source will offer as many details as possible of her impressions of David Beckham's behavior while with source including but not limited to drug use if any, alcohol drinking, if any, pornography, recording devices, cell phone(s), BlackBerry and / or the use of Twitter during her personal encounters with David Beckham. Source will describe any and all references David Beckham made about his wife Victoria, his three children, and soccer career or about his life in general. Source will share with In Touch whether or not David Beckham spent any money on source for: dinner, gifts e.g. jewelry, perfume, clothing, car service, etc…Source will describe in detail how and when her relationship ended with David Beckham.; and any and all documentation in Source's possession relevant to the Exclusive including, but not limited to credit card receipts, phone records, gifts given by Beckham, photographs of herself and with David, if possible.

Exclusivity Period: 1 month after Bauer publishes the Exclusive.

Publication Rights: All Media Rights Worldwide Including PR
Rights_____
(All Rights/World Wide/North American/etc.)

This Agreement is entered into by and between Source and Bauer who jointly agree to the following for valuable consideration the sufficiency of which is hereby acknowledged:

Exhibit 5     Page 395

1.   **Consent:** Source agrees to be interviewed by a representative(s) of Bauer with respect to an article to be published concerning the Exclusive. Source understands that some or all of what Source says during the interview may appear in the article.

2.   **Cooperation:** Source agrees to provide Bauer with a full, complete, and accurate interview regarding Source's personal knowledge of the Exclusive. Source agrees to cooperate fully with Bauer in identifying and locating any persons who may be able to provide corroborating information relevant to the Exclusive. Source agrees to allow Bauer to record all discussion between them on tape, such tape(s) to remain in the possession of Bauer. Source agrees to submit to other methods of verification concerning the Exclusive if Bauer deems this to be necessary. Source agrees to be fully supportive of Bauer should any legal challenge arise over the article based upon the Exclusive, including but not limited to, being identified as the Source of the Exclusive and testifying in court on behalf of Bauer should Bauer deem this necessary. Source will not deny the content of the exclusive to any other media after publication.

3.   **Promotion and Publicity:** Source shall be required during the Exclusivity Period to participate fully in Bauer's efforts to promote and publicize the Exclusive, including but not limited to giving interviews to the media. Source will perform such services at no additional compensation.

4.   **Competency:** Source is not a minor. Source is the owner of all rights in and to the Exclusive or is authorized by the owner of those rights to license the Exclusive to Bauer. Source represents and warrants that publication by Bauer of the Exclusive will not infringe upon any rights of any individual or entity. Source further represents and warrants that Source is under no legal impediment to provide the Exclusive to Bauer and that the Exclusive has been obtained by Source without violating any applicable laws or statutes.

5.   **Release:** Source shall not make or institute a lawsuit or claim liability, in law or in equity, against Bauer or any of its assignees, licensees, or successors, arising out of, or in connection with, the publication of the Exclusive supplied to Bauer pursuant to this Agreement.

6.   **Exclusivity Period:** Neither Source nor anyone under Source's supervision or control will discuss or in any way disclose to any person other than a representative of Bauer any facts relating to the Exclusive until after the expiration of the Exclusivity Period. Source warrants and represents that neither Source nor anyone under Source's supervision or control has entered an agreement with any other reporter or news media to provide the same or similar Exclusive. In the event that Source or someone under Source's supervision or control does disclose any of the Exclusive prior to the expiration of the Exclusivity Period, this Agreement will be null and void and no payment will be made to Source.

7.   **Grant:** Source hereby grants Bauer the Publication Rights to the Exclusive. Source also grants Bauer, its parent, affiliates, subsidiaries, assigns and licensees, the non-exclusive right to reproduce, publish and/or digitally archive the Exclusive in any form or media in any language throughout the world.

8.   **Consideration:** In consideration of the foregoing, Bauer will pay Source the Payment Amount, not later than two weeks after the publication of any article or the last of a series of articles based upon the Exclusive.

9.   **Publication of the Exclusive:** Source acknowledges that Bauer shall have no obligation to publish the Exclusive and Bauer's only obligation to Source shall be the payment of the sum set forth in this Agreement, subject to the terms of this Agreement. Bauer will not owe Source any compensation if Bauer does not publish the Exclusive provided by Source. Nothing contained in this Agreement shall prevent Bauer from publishing an article or articles relating to the Exclusive, which are derived from information gathered from other sources.

10.  **Breach of Agreement:** Source acknowledges that any breach by Source of this Agreement shall constitute a material breach. If Source breaches the terms of the Agreement, then any payments Bauer has made to Source shall be returned to Bauer and Bauer shall have no further payment obligations to Source under the terms of the Agreement.

Exhibit 5      Page 396

11.    <u>Governing Law and Exclusive Venue</u>:  This Agreement shall be governed by and construed in accordance with New Jersey State law.  Source agrees that any suit to enforce any term of this Agreement shall be instituted in a state or federal court of competent jurisdiction in the State of New Jersey, county of Bergen, which court shall have exclusive jurisdiction over any such suit.

**ACCEPTED AND AGREED TO THIS _____ DAY OF _____, 2010.**

_Deborah Baer_
Editor (Print)

_IRMA NEZIROVIC_
Source (Print)

_____
(Signature)

_____
(Signature)

## SOURCE AGREEMENT

Source Name: _Irma Nicci_

Address: _3 Hermitage Street._
_flat 305 W2 1 7B London_

Social Security: _____

Phone: _____

Payment Amount: $_____50,000._____

*Kristin Davis*
*232 E. 74th St. #4D*
*NY, NY, 10021*

Exclusive:    Source shall provide Bauer Magazine L.P. ("Bauer") thorough and complete details of her encounters, relationship and dealings with David Beckham. Source will truthfully describe topics included but not limited to: When and how source and David Beckham first established contact with one another. Source will tell In Touch in detail the content of conversation(s) between David Beckham and source, as well as dates and locations of where David Beckham met source. Source will divulge any and all financial transactions that took place between David Beckham and source. Source will describe David Beckham's personality and whether or not there were any attempts made by David Beckham to conceal his activities with source. Source will describe intimate details of her relationship and dealings with David Beckham, including but not limited to sexual activities, sexual preferences and whether or not David Beckham used any sexual protective device or sex toys. Source will describe David Beckham's physical appearance and any specific (physical) distinguishable 'body' traits source eye witnessed first hand e.g. tattoos and the size of his penis. Source will describe how David Beckham appears with his clothes on and off. Source will express in detail whether or not David Beckham is good or bad in bed. In addition, source will provide detailed descriptions of the location(s) interior(s) source met David Beckham at. Source will offer as many details as possible of her impressions of David Beckham's behavior while with source including but not limited to drug use if any, alcohol drinking, if any, pornography, recording devices, cell phone(s), BlackBerry and / or the use of Twitter during her personal encounters with David Beckham. Source will describe any and all references David Beckham made about his wife Victoria, his three children, and soccer career or about his life in general. Source will share with In Touch whether or not David Beckham spent any money on source for: dinner, gifts e.g. jewelry, perfume, clothing, car service, etc…Source will describe in detail how and when her relationship ended with David Beckham.; and any and all documentation in Source's possession relevant to the Exclusive including, but not limited to credit card receipts, phone records, gifts given by Beckham, photographs of herself and with David, if possible.

Exclusivity Period:    1 month after Bauer publishes the Exclusive.

Publication Rights:    All Media Rights Worldwide Including PR
Rights_____
        (All Rights/World Wide/North American/etc.)



regarding Source's personal knowledge of the Exclusive.  Source agrees to cooperate fully with Bauer in identifying and locating any persons who may be able to provide corroborating information relevant to the Exclusive.  Source agrees to allow Bauer to record all discussion between them on tape, such tape(s) to remain in the possession of Bauer.  Source agrees to submit to other methods of verification concerning the Exclusive if Bauer deems this to be necessary.  Source agrees to be fully supportive of Bauer should any legal challenge arise over the article based upon the Exclusive, including but not limited to, being identified as the Source of the Exclusive and testifying in court on behalf of Bauer should Bauer deem this necessary. Source will not deny the content of the exclusive to any other media after publication.

3.  Promotion and Publicity:  Source shall be required during the Exclusivity Period to participate fully in Bauer's efforts to promote and publicize the Exclusive, including but not limited to giving interviews to the media.  Source will perform such services at no additional compensation.

4.  Competency:  Source is not a minor.  Source is the owner of all rights in and to the Exclusive or is authorized by the owner of those rights to license the Exclusive to Bauer.  Source represents and warrants that publication by Bauer of the Exclusive will not infringe upon any rights of any individual or entity.  Source further represents and warrants that Source is under no legal impediment to provide the Exclusive to Bauer and that the Exclusive has been obtained by Source without violating any applicable laws or statutes.

5.  Release:  Source shall not make or institute a lawsuit or claim liability, in law or in equity, against Bauer or any of its assignees, licensees, or successors, arising out of, or in connection with, the publication of the Exclusive supplied to Bauer pursuant to this Agreement.

6.  Exclusivity Period:  Neither Source nor anyone under Source's supervision or control will discuss or in any way disclose to any person other than a representative of Bauer any facts relating to the Exclusive until after the expiration of the Exclusivity Period.  Source warrants and represents that neither Source nor anyone under Source's supervision or control has entered an agreement with any other reporter or news media to provide the same or similar Exclusive.  In the event that Source or someone under Source's supervision or control does disclose any of the Exclusive prior to the expiration of the Exclusivity Period, this Agreement will be null and void and no payment will be made to Source.

7.  Grant:  Source hereby grants Bauer the Publication Rights to the Exclusive.  Source also grants Bauer, its parent, affiliates, subsidiaries, assigns and licensees, the non-exclusive right to reproduce, publish and/or digitally archive the Exclusive in any form or media in any language throughout the world.

8.  Consideration:  In consideration of the foregoing, ~~Bauer will pay Source the Payment~~ *the source directs Bauer to* Amount, *pay kristin* not later than two weeks after the publication of any article or the last of a series of articles based *Davis* upon the Exclusive. *KD / N J.*

9.  Publication of the Exclusive:  Source acknowledges that Bauer shall have no obligation to publish the Exclusive and Bauer's only obligation to Source shall be the payment of the sum set forth in this Agreement, subject to the terms of this Agreement.  Bauer will not owe Source any compensation if Bauer does not publish the Exclusive provided by Source.  Nothing contained in this Agreement shall prevent Bauer from publishing an article or articles relating to the Exclusive, which are derived from information gathered from other sources.

10.  Breach of Agreement:  Source acknowledges that any breach by Source of this Agreement shall constitute a material breach.  If Source breaches the terms of the Agreement, then any payments Bauer has made to Source shall be returned to Bauer and Bauer shall have no further payment obligations to Source under the terms of the Agreement.

11.  Governing Law and Exclusive Venue:  This Agreement shall be governed by and construed in accordance with New Jersey State law.  Source agrees that any suit to enforce any term of this Agreement shall be instituted in a state or federal court of competent jurisdiction in the State of New Jersey, county of Bergen, which court shall have exclusive jurisdiction over any such suit.

**ACCEPTED AND AGREED TO THIS \_\_\_\_\_ DAY OF _____, 2010.**

Exhibit 5     Page 399

compensation if Bauer does not publish the Exclusive provided by Source. Nothing contained in this Agreement shall prevent Bauer from publishing an article or articles relating to the Exclusive, which are derived from information gathered from other sources.

10. Breach of Agreement: Source acknowledges that any breach by Source of this Agreement shall constitute a material breach. If Source breaches the terms of the Agreement, then any payments Bauer has made to Source shall be returned to Bauer and Bauer shall have no further payment obligations to Source under the terms of the Agreement.

11. Governing Law and Exclusive Venue: This Agreement shall be governed by and construed in accordance with New Jersey State law. Source agrees that any suit to enforce any term of this Agreement shall be instituted in a state or federal court of competent jurisdiction in the State of New Jersey, county of Bergen, which court shall have exclusive jurisdiction over any such suit.

**ACCEPTED AND AGREED TO THIS** _L2_ **DAY OF** _Sept_ , 2010.

_DeSorah Baer_
Editor (Print)

_Irna Nicci_
Source (Print)

_D716_
(Signature)

_Irna Nicci_
(Signature)


Source (Print) _Kristin Davis_

_Kristin Davis_
(Signature)


I authorize payment to Kristin Davis_

_Irna Nicci_
(Signature)

Exhibit 5    Page 400

# EXHIBIT H

Exhibit 5      Page 401



Case 2:10-cv-09981-RR -SS Document 24-5 Filed 2/28/00 Page 25 of 233 Page ID #:365

**ONLY $2.99**

# inTouch WEEKLY

**KOURTNEY BRAINWASHED!**
Scott's trying to control her millions

**J. LO & MARC FIGHTING OVER *IDOL***

**BRISTOL TALKS DIAPERS & DANCING!**

OCTOBER 4, 2010    $2.99

4 0>

7 25274 46153 0

**BECKHAM CAUGHT CHEATING**

# THE ULTIMATE BETRAYAL!

**EXCLUSIVE: David's affair with a $10,000-a-night hooker**
- **A threesome and unsafe sex**
- **His dig at super-thin Posh**
- **The call girl: "I could see why he'd be unhappy"**

Exhibit 5    Page 402

cover story



"He wanted the GFE — Girlfriend Experience. It's more intimate."

—David's escort, Irma Nici

# David's

## dangerous

*David Beckham acts like a loving family man, but he's hiding a secret life of hookers and unsafe sex*

**O**n the surface, their marriage seems picture-perfect: In a steamy new ad for their latest his-and-hers fragrances — called Intimately Yours by David and Victoria Beckham — the couple known as Posh and Becks are seen making out in an elevator, looking as in love with each other as ever. The couple may appear to be passionate, but their 11-year marriage has not always been so smooth.

In fact, *In Touch* can now report that, like Jesse James and Tiger Woods, David, 35, is yet another high-profile star to be caught cheating on his wife. In a worldwide exclusive interview with *In Touch*, Irma Nici, a former high-class

Exhibit 5    Page 403

WARNING: This story contains explicit material that may not be suitable for minors.

**Exclusive interview**



**BOSNIAN BOMBSHELL**
Based in New York and London, Irma, a former high-class call girl, first hooked up with David at Midtown NYC hotel Le Parker Meridien.

**THEY MET SECRETLY**
David's junior suite was "nothing special. I'm not even sure it was his room, because I didn't see his clothes or personal things there," Irma says.

# betrayal

call girl, claims she's slept with the world's most famous soccer star five times and spills every dirty detail of their affair. "It was a high," Irma, 26, tells *In Touch*. "All of these women dream of being with him, and I got to hook up with him. It was very exciting."

David's rep vehemently denies these claims, calling this story a complete

fabrication and a total pack of lies. Irma, whose professional name was "Aubrey," claims that after being set up through a mutual friend who is a stylist, David called her in August 2007 — when he was playing a soccer game in New York. "As soon as he said his name was David, it occurred to me that it might be David Beckham

because he has a very squeaky voice, like Mickey Mouse." Irma says she agreed to meet him at Manhattan's Le Parker Meridien hotel, and as soon as he opened the door of his suite — dressed in jeans and a tank top, his hair still damp from the shower — she recognized him immediately. "David is a very big deal in the

OCTOBER 4, 2010 **IN TOUCH** 27

Exhibit 5     Page 404

cover story



**DAVID IN ACTION**
David played the New York Red Bulls on August 18, 2007.

**SHE SAW THE SPICE GIRLS**
Irma caught their reunion show in England with some pals on December 17, 2007.

# The call girl harbors no hard feelings

Only a few nights after their New York meeting, Irma attended David's soccer game, against the New York Red Bulls, in the company of another client. Several months after their second meeting,

she went to see the Spice Girls' reunion at London's O2 arena with her boyfriend, his friend and a girlfriend. "I love the Spice Girls, but I liked Ginger Spice best," she says. "She was hot." Though Irma

has nothing against Posh, 36, she does believe after talking to David that Victoria "pressured" him to move to the U.S. "He said he didn't like playing with amateurs," Irma tells *In Touch*.

---

U.K., where I grew up," says Irma. "They are crazy about soccer."

Even though David is not her "type," Irma says she was "nervous" and he was "shy." To put each other at ease, David put on a movie and they spent the first 90 minutes making small talk — Victoria even came up in the conversation. "He didn't seem upbeat," Irma reveals. "I don't think he enjoyed his first few months in the United States." David and Victoria had left London earlier that year so that he could play for the LA Galaxy and she could pursue her dreams of stardom in the U.S. But her television special, *Victoria Beckham: Coming to America*, had debuted to dismal ratings in July, only one month before. "I think he felt pressured by Victoria to move here," Irma recalls. "I can see why he'd be unhappy."

### A steamy threesome

Irma claims that after agreeing on a price for several hours of sex, David gave Irma $5,000 in cash, which he

retrieved from an envelope in the hotel room safe. Then, at David's request, Irma took a shower. "He's a little weird, a little OCD — he even put the TV's remote controls in order." She changed into black lingerie and they

## "David wasn't pushy. He was a gentleman."
— Irma Nici

began to make out "passionately" on the bed, Irma reveals. "I normally don't kiss, but I thought, 'Why not?' In my mind, I was like, 'Oh my God, I am kissing David Beckham.' I couldn't wait to text my friends."

The two spent the next hour engaged in steamy foreplay. "I gave him oral with no condom, which I usually don't do, but he was very clean

and groomed. Then he did it to me. I was having fun." After approximately an hour, Irma says she "whipped out" a condom and the two had sex for 15 minutes, but it was "nothing freaky," she remembers. "He was very gentle and kind." On a scale of 1 to 10, Irma rates David a 7½ as a lover. "He knew what he was doing," she admits, "but I faked my orgasms."

After their first sexual encounter, they both showered again. But their time together, Irma claims, was nowhere near done. Instead, Irma ordered room service and suggested that they invite another escort to join them. David agreed, and Irma called former "Manhattan Madam" Kristin Davis to request an "all-natural brunette." When approached by *In Touch*, Kristin — a current New York gubernatorial candidate who became famous in 2008 thanks to her involvement with ex-New York Gov. Eliot Spitzer's scandal — confirmed Irma's account. "Irma called me and asked if I could supply one ▶

CLOCKWISE FROM TOP LEFT: REUTERS; LANDOV; SPICE GIRLS LLP VIA GETTY IMAGES; WENN; ANDREW RED PHOTOGRAPHY; GETTY IMAGES; JON KOPALOFF/WIREIMAGE

Exhibit 5     Page 405

**FALSE ADVERTISING**
Irma suspects that David's privates are Photoshopped, though the six-pack is real.

# "I WASN'T IMPRESSED"

Irma admired David's lean body — "He doesn't have an ounce of fat" — but wasn't overwhelmed when he took it all off. "I have seen a lot and I've seen bigger," she says. "It was still nice, though, and he knew how to use it. But he is hornier in the morning than at night." Shockingly, Irma thinks another soccer star is hotter. "David is very lean — but he is no [Cristiano] Ronaldo," she tells *In Touch* about the sexy Brazilian.



**SHE HAS CHANGED**
In 1997, Posh had meat on her bones, but she looked thinner this year on September 10.

# He misses Victoria's curves

*Buxom Irma thinks David liked his wife's body better when she was a Spice Girl*

She's become progressively thinner since she first found fame as Posh Spice, and Irma says that David told her he preferred the Victoria's old body. "He was saying that he liked her body more before," she says. David also revealed to Irma that he is "more of a butt man than a breast man." But Irma doesn't prefer David's body, either, and has her eyes on another famous man. "I keep dreaming about [President Barack] Obama! He is just so smooth."

CLOCKWISE FROM TOP LEFT: REUTERS/LANDOV; SPICE GIRLS 1997/WIREIMAGE; WENN; ANDREW FIELD PHOTOGRAPHY; GETTY IMAGES; JOHN STANTON/WIREIMAGE.

OCTOBER 4, 2010 **IN TOUCH** 29

Exhibit 5    Page 406

Case 2:09-cv-04099-RB - SSS Document 24-5 - Filed 12/88/00 Page 130 of 233 Page ID
#1395

## cover story



# He told me he wants more kids

**Three may not be enough for the soccer star**

**D**avid already has three adorable sons with Victoria. Brooklyn, 11, Cruz, 5, and Romeo, 8, are cute, but David confided to Irma that he'd like to have even more. "He really loves kids. He asked me if I had children, too," she says.

of my girls for a threesome," she says in a statement. "Per her request, I sent a 'brunette with curves' at the rate of $2,400 cash. The next time we spoke, she informed me that the client was David Beckham."

When the brunette arrived, Irma told her to take a shower and then the two engaged in a girl-on-girl show for

not wish to be named, tells *In Touch.* "I was a nervous wreck, and Irma is very outgoing and very bubbly." After the other girl left, David asked Irma to stay the night and after agreeing on a total price of $10,000, they took a bath together. Later — after another sex session — she fell asleep with her head on his chest. "I felt very

experience was brief and less intimate. "He seemed sad — his dad was sick or something, and he was very upset." (David's father had a heart attack in late September 2007.) Irma claims he paid her about $5,000 for 90 minutes of what she characterizes as "stress-reliever sex. It was blasé." Irma says David called her one more time, in October, but as she was in London and he was in New York, they didn't hook up. Then she changed her phone number, so they never spoke again.

Irma, who's out of the prostitution business, doesn't feel guilty about sleeping with Victoria's husband. "It's a business," she says. "Then I'd have to feel bad for all of the wives." But she has a special place in her heart for David. "We had great chemistry. I've seen quite a few high-profile people. He isn't full of himself. He's a really nice guy." But after cheating on his wife and putting her in danger, will Victoria ever be able to forgive him?

### "I could tell he wanted me to leave when it was over."

#### — Irma Nici

David. "He asked if we had sex toys," Irma says, "but we didn't. So I took a banana from the fruit bowl and masturbated with that while the other girl was touching me." Irma recalls that David used lotion from the hotel bathroom to pleasure himself. "It was perfumed, so it kind of burned him!"

David really wasn't into the brunette and only had sex with her for three or four minutes before turning back to Irma. "He felt more comfortable with Irma," the brunette, who does

comfortable with him," Irma admits. When they awoke, David was "frisky," and they slept together one more time. "The sex in the morning was the best," she says. After a messenger arrived with another $5,000, they kissed goodbye. "I was happy, and he was happy."

#### They had a real "connection"

David and Irma met up again at the Claridge's hotel in London about a month later, but she admits that the

COVER PHOTOGRAPHY BY SARA DE BOER / RETNA LTD; COVER INSETS FROM TOP: JACKSON LEE / SPLASH NEWS, KEVIN MAZUR/ WIREIMAGE FOR SAMSUNG; JOHN RUSSO, HAIR & MAKEUP LALY ZAMBRANA, ANDREW REID PHOTOGRAPHY.

Exhibit 5    Page 407

FROM LEFT: FRANK MICKLOTTA/FOX/PICTUREGROUP; SHAUN BOTTERILL/MAXES; ANDREW REID PHOTOGRAPHY





## REBECCA WAS SMITTEN

His former assistant, left, has claimed she became David's "alternative wife."

# IS POSH IN DENIAL?

*This may not have been the first time David has strayed — but Victoria has always stood by him in the past*

In 2004, the Beckhams were plagued by rumors that David had slept with a beautician named Danielle Heath; the same year, news of David's alleged dalliance with his former assistant Rebecca Loos broke worldwide. But David has consistently denied the affairs, and Victoria's faith in her husband seems unshakable. "There have been bumps in the road," she's said, "but the fact is that we've come out of everything we've been through stronger and happier." With these new claims, it may finally be Victoria's breaking point.

# The Madam speaks out



Former "Manhattan Madam" Kristin Davis, who is running for governor of New York, went to jail for her part in former New York Gov. Eliot Spitzer's dalliance with prostitute Ashley Dupre. But Kristin tells *In Touch* in a statement, "Since my arrest, I have not disclosed any of my client details, and I continue to be dedicated to confidentiality, with the exception of Eliot Spitzer. I no longer have any connection whatsoever to this industry. I am dedicating myself to being an advocate for the decriminalization of prostitution so we can drive the sex traffickers and those who exploit women out of business. But this is Irma's story, and it is hers to tell."

FROM LEFT: FRANK MICELOTTA/PICTUREGROUP; SHAUN BOTTERILL/GETTY IMAGES; ANDREW REID PHOTOGRAPHY



WHAT WILL THE **CO-HOSTS SAY ABOUT THIS?**

THE VIEW

Weekdays 11a/10a pt/c

abc

abc.com/theview

©2010 ABC, Inc.

Exhibit 5    Page 408