# EXHIBIT 6

# DECLARATION OF MICHELLE LEE

I, Michelle Lee, declare:

1.    I am over the age of eighteen years and am a defendant in this action. The matters stated in this Declaration are true of my own personal knowledge.

2.    I am the Editor-in-Chief of *In Touch Weekly*. In that position, I oversaw the reporting and editing of the story concerning David Beckham the magazine published under the headline "David's Dangerous Betrayal" in the October 4, 2010 issue of the magazine (the "Article"). The story reported on an affair Mr. Beckham had with a prostitute named Irma Nici. I understand that Mr. Beckham challenges a number of the statements in the Article as false (the "Statements"). At the time the Article was published, I believed it was entirely accurate and true, including each of the Statements at issue. Even today, I have not learned any facts, and Mr. Beckham has not provided any, that cause me to have any doubts about the accuracy of the Article and the Statements at issue.

**Background**

3.    Since 2004, I have been employed by *In Touch Weekly*, a nationally-distributed magazine that is published by co-defendant Bauer Magazine L.P. I have been acting Editor-in-Chief of the magazine since January 2010 and was officially given that title in approximately April 2010. (The complaint in this action states that I am the Executive Editor of *In Touch Weekly*. That is incorrect.) I have worked as a journalist since 1997, after graduating with a degree in Magazine Journalism from the University of South Florida. I have worked as an editor at various magazines including *Us Weekly*, *CosmoGirl!* and *Glamour*. While my journalism jobs have mostly been as an editor, I also have experience with reporting and writing. I have extensive experience working in celebrity journalism, both in my six years at *In Touch Weekly* and at other magazines before coming here.

DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6      Page 409

4. In my experience, sex scandals involving celebrities, sports figures and politicians are the subject of significant public interest and debate. This is all the more true when the celebrity holds himself out as being a devoted family man. *In Touch Weekly* and other news organizations have extensively covered such scandals as John Edwards's illicit affair that resulted in a child, South Carolina governor Mark Sanford's notorious extramarital affair, the attempt to blackmail David Letterman regarding his cheating, and the prostitution scandals of New York governor Eliot Spitzer, actor Hugh Grant, and Louisiana Senator David Vitter.

5. A particular focus of public attention over the past year has been famous athletes and stars that have been exposed as adulterers. Tiger Woods's seemingly countless affairs dominated the news (and celebrity magazines) for months in 2009 and 2010. The intense focus was in no small part due to the fact that Tiger Woods had created a carefully constructed public image of a devoted husband and father. Similarly, several months ago, *In Touch Weekly* broke the story of Jesse James (the husband of Sandra Bullock) having an affair with Michelle McGee. The story became the lead entertainment news story for weeks. Again, I believed that the story resonated with the public because it conflicted with the public perception of their much-documented marriage of blissful happiness, and broke shortly after he was seen emotionally tearing up as his wife won an Oscar.

**David Beckham**

6. I have been aware of David Beckham for many years. He is a soccer superstar who originally played in England and now plays for the Los Angeles Galaxy, and he is married to Victoria Beckham, a former member of the Spice Girls. The media, including *In Touch Weekly*, has extensively covered Mr. Beckham's professional and personal life. The Beckhams were (at their own instigation) the subjects of a television documentary, *Victoria Beckham: Coming to America*, that was meant to be the start of a reality television series. Mr. Beckham also appeared in

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6 Page 410

a television series called *David Beckham's Soccer USA* that aired for 13 episodes in 2007.

7. Consistent with other media entities, *In Touch Weekly* has given a good amount of press coverage to the Beckhams in the last several years. When Mr. Beckham and his family moved to Los Angeles in 2007, he became more popular among United States audiences, and thus he became an even more fitting subject for coverage in a U.S. celebrity magazine. (True and correct copies of *In Touch Weekly*'s coverage of Mr. Beckham from 2008 through the present are attached hereto as Exhibit I.) Notably, *In Touch Weekly*'s more recent coverage of Mr. Beckham is almost entirely positive, focusing on his good looks, soccer talent, and the time he spends with his children. For example, coverage in 2010 included a photograph of Mr. Beckham sitting with his son, with a caption pointing out both of their good looks (June 21, 2010) and a photo including him among "The hottest" (September 27, 2010).

8. All the press concerning Mr. Beckham has not been positive. Several years ago there was a rash of articles concerning Mr. Beckham's alleged affairs. In particular, I remember reading articles about Mr. Beckham having an affair with his former personal assistant, Rebecca Loos, in 2004. I knew that Mr. Beckham had denied the affair but I understood it was commonly recognized that the affair had taken place. I understood that Mr. Beckham had never sued any news organization for reporting about his alleged affair with Ms. Loos or any other woman. This gave me that much more confidence since I knew that at the time Mr. Beckham lived in England, and in our business it is well known that English libel law is much more favorable to plaintiffs than American libel law is. Thus, if Mr. Beckham believed the stories about him were not true, it is very likely he would have filed a lawsuit in English courts.

DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6    Page 411

9. Since that time, it was my perception that the Beckhams worked hard to foster a public image of a devoted family. They routinely posed for photographs with their children. Around the time of our Article, they had started an ad campaign to promote their his-and-her fragrances "Intimately Yours by David and Victoria Beckham."

**Prior Reporting on Beckham Affairs**

10. For months before the Article, Mr. Beckham was the subject of significant reporting by my magazine. We had received multiple independent leads about Mr. Beckham's sexual activities with women other than his wife. Given what I understood to be Mr. Beckham's efforts to portray and market himself as a family man, happily married with three children, I thought that our readers would be interested in learning that this persona was not the whole story.

11. I understand that in her declaration Deborah Baer has described much of the information the magazine learned about Mr. Beckham's affairs, or perceived dalliances, in the months leading up to the Article, as well as her reporting for the Article. I can confirm that Ms. Baer's description of her and the magazine's reporting is accurate. I will not repeat that information, except to underscore that I, along with my editors and reporters, believed this information to be true.

12. Building on previously published reports of Mr. Beckham's affairs, our writers and editors were receiving information from multiple, independent sources about Mr. Beckham's liaisons with other women.

13. More than one source told us that Mr. Beckham had an affair with a lingerie saleswoman, including one person who saw emails between them. When we contacted the woman asking her about her relationship with Mr. Beckham, not long after, we received a response from Mr. Beckham's publicist. Perhaps inadvertently, by having Mr. Beckham's publicist respond, this only served to help corroborate that at the very least the lingerie saleswoman and Mr. Beckham had *some* kind of

4

DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6     Page 412

relationship. The only possible explanation for the return call was that the woman was in touch with Mr. Beckham. Indeed, when *In Touch Weekly* asked Mr. Beckham's publicist if he could deny that Mr. Beckham knew the woman, he said something to the effect of, "I cannot deny that, because that wouldn't be true." But he would not elaborate, and did not deny any sexual relationship between Mr. Beckham and the woman. Later, both did deny the affair.

14.     Ultimately, I made the decision not to publish the lingerie saleswoman story in light of their both denying the affair. Despite these denials, however, we believed the story to be true and it helped to inform our belief in the Nici story. In fact, we have more recently received information from another source that the actor Jeremy Piven, who previously dated the lingerie saleswoman, spoke to the woman and she told him that she had had an affair with Mr. Beckham and was forced to speak to Mr. Beckham and his representatives about how to respond to inquiries about any alleged affair.

15.     Mr. Beckham was also often seen with other women (not his wife) in circumstances that appeared to support a conclusion that he was having extramarital affairs. I found the cumulative information to be credible and accurate. This information was all the more credible given Mr. Beckham's widely reported history of extramarital affairs.

**Nici Reporting**

16.     Several months after we were working on those stories, my West Coast editor was contacted by a source, who put her in touch with Kristin Davis. Ms. Davis provided the names of several prominent men that had slept with one of the prostitutes that had worked for her. We decided to investigate the allegations.

17.     Because Ms. Davis was in New York, we determined that it made sense for our New York staff to pursue the story, and ultimately Deb Baer, our Executive Editor, followed up with Ms. Davis.

DECLARATION

5

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6     Page 413

18.     Deb is my right-hand woman at the magazine.  In fact, I was the one who hired her.  Over the last 10 years, Deb and I have crossed paths in the journalism world, including a couple of magazines where we briefly overlapped.  We have worked with many of the same people, so I always knew Deb by reputation.  Deb has an excellent reputation as a first-rate writer and editor.  In fact, when I was promoted from Executive Editor to Editor-in-Chief, I immediately promoted Deb to replace me as Executive Editor.  She has performed strongly in that role, bringing her great experience in reporting and researching to bear on her work as an editor.

19.     Deb is a very skeptical person.  She is not easily taken in, and thus is very good at dealing with sources and understanding which ones are providing legitimate information.  I always credit Deb's instincts and perceptions.  She can cut through the mess of facts and sharply analyze what is true and what is not.

20.     When Deb first spoke with Kristin Davis, Kristin told her that one of her former prostitutes could speak about several different celebrities who had been clients.  David Beckham's name was among this list.  Since we had already been reporting on Mr. Beckham, I told Deb that we should first pursue that story.  We subsequently learned that the prostitute's name was Irma Nici and that she was willing to go on the record concerning her affair with Mr. Beckham.

21.     On September 11, 2010, Deb conducted an interview with Ms. Nici.  Following the interview, Deb immediately contacted me and other editors at the magazine to relay some of the highlights from her interview.  She began by noting that she believed Ms. Nici "1000 percent."  I also spoke to Deb on the phone after the interview, and she told me more details of Nici's story.  Against the backdrop of all our prior reporting on Beckham and what had been previously reported elsewhere concerning Beckham's affairs, I found the story to be entirely credible, particularly because of the vivid details Nici was able to provide.  All told, Nici's story created a

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6     Page 414

portrait that was consistent with everything I knew of Mr. Beckham and appeared to be accurate.

22. Once Deb's tapes were transcribed, Deb and others put together a draft of a story about Mr. Beckham's sexual encounters with Ms. Nici. As Editor-in-Chief, I was kept apprised of the developments in our newsgathering. We had our research and photo departments determine anything they could about the verifiable facts in Ms. Nici's story. Everything fit. We checked what city Mr. Beckham was in on various dates, when his father was sick (Ms. Nici referenced Mr. Beckham's father's illness around the time of her London encounter with him), where Mr. Beckham's wife was during these times (*i.e.*, we determined that Mr. Beckham would not necessarily have been staying with his wife on these dates), and the dates of a soccer game of Mr. Beckham's that Ms. Nici said she attended and a Spice Girls tour that Ms. Nici said Ms. Beckham was preparing for.

23. We also, of course, researched Mr. Beckham's past. This confirmed our memories about the incident with Ms. Loos in 2004 and other women he was supposed to have had affairs with, including one woman who was also identified in an article in our research files as "a high class prostitute." All of this information proved to be entirely consistent, and lent more credibility to the information we received from Ms. Nici.

24. During this same time period, we also received a statement from Kristin Davis that was consistent with Deb's interview of Ms. Davis. She confirmed that Ms. Nici had called her in August 2007 to request that she send over another prostitute for a "threesome" and that in a subsequent call she learned that the client was David Beckham. I also pressed that we try and confirm the threesome with the other woman. As Deb explains in her declaration, she did speak with the other woman and she did confirm the events, providing information that was consistent with what we had learned from Ms. Nici and Ms. Davis.

DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6    Page 415

25.     In the end, we had two on-the-record sources providing us with detailed first-hand information.  The information was confirmed by an off-the-record source and many other details of the story were corroborated.  The story was entirely consistent with our own prior reporting, as well as previously published reports in other publications concerning Mr. Beckham.  Further, to confirm our exclusive, both Ms. Nici and Ms. Davis signed our standard source agreement and affirmatively confirmed that the story was "true" and represented and warranted that it would not violate anyone's rights.  I was completely confident in the accuracy of Ms. Nici's story and believed it to be true.

**Beckham's Denial**

26.     On Saturday, September 18, one of our editors called Mr. Beckham's publicist and provided him with all the details from our story.  Later, she read the entire story about Mr. Beckham to his publicists.  While normally our editors will only tell publicists about the gist of a story, and the particular statements about which they want comment, we will sometimes read the whole story to the subject or his/her publicist.

27.     On Monday morning, September 20, we received a statement from Mr. Beckham denying the affair and legal letters from Mr. Beckham's attorneys, claiming that our story was not true.  (True and correct copies of the letters from Mr. Beckham's attorneys are attached hereto as Exhibit J.)  The letters did not provide us with any verifiable facts that contradicted our story or what we had already learned.  Nor did the denials provide any alternate facts for further investigation.  (Mr. Beckham's attorneys seemed to think they had a "gotcha" moment when they pointed out that Mr. Beckham was not staying in the Parker Meridien Hotel on the night when Ms. Nici slept with him at that hotel.  This was not news to us; our own research had uncovered this same fact, which was entirely consistent with Ms. Nici telling us that the hotel room in the Parker Meridien was basically empty and did not

8

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6     Page 416

1 have Mr. Beckham's possessions in it.  Surely Mr. Beckham could afford to pay for

2 an extra hotel room away from his teammates and entourage.)

3     28.    In my experience as an editor, I have become quite familiar with the

4 common practice of celebrities' representatives outright denying stories that are

5 unflattering, but often true.  Unless these denials are accompanied by specific facts

6 that our editors and researchers can follow up on, they are basically meaningless.  It

7 is our magazine's practice to go to a celebrity (or his or her agent or representative)

8 for a comment before we publish a story.  If the representative can provide us with

9 useful information that can help inform our story or document that we have gotten

10 something wrong, we would of course follow up on the information.  If the

11 information provided caused us to have serious doubts about the accuracy of the

12 story, we would not print it.  However, many times we receive a blanket denial from

13 a publicist, who knows that we cannot possibly take any action based on it other than

14 printing the denial.  In these circumstances, it is our practice to print the denial, so

15 that readers understand that there is some disagreement as to whether certain events

16 took place.

17     29.    Most of the time, when we print stories with blanket denials, we never

18 hear from the celebrity or his or her representative again, supporting our belief that

19 our story was entirely true, but that the celebrity wished to save face.  Moreover, it is

20 not unusual to receive such blanket denials, only to later have our stories proven to

21 be true.  I have seen this happen innumerable times in other press as well, most

22 famously in recent years with Bill Clinton (regarding his affair with Monica

23 Lewinsky) and John Edwards (regarding his affair with Rielle Hunter), among others.

24     30.    For example, *In Touch Weekly* was one of the first news sources to

25 report on the failing marriage of Jon and Kate Gosselin, stars of the television series

26 *Jon & Kate Plus 8.*  We reported that Mr. Gosselin was seen with another woman,

27 and sent a reporter to confirm Mr. Gosselin's encounters with this woman.  Mr.

9

DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6      Page 417

Gosselin's publicist vehemently denied that his client was seeing another woman. Nonetheless, within a short time, *Us Weekly* obtained photographs of Mr. Gosselin with this woman, and the dominoes all began to fall down, revealing Mr. Gosselin's affair. Soon, Mr. and Ms. Gosselin's break-up was widely reported, and was even worked into the plot of their television show.

31. Indeed, on one recent occasion, our sister publication *Life & Style* was even sued for libel by someone concerning an alleged affair. Then, when it became clear that the report was in fact true, the libel action was dismissed with prejudice.

32. We prominently featured Mr. Beckham's denial of the affair with Ms. Nici, towards the top of the Article. However, since he did not supply any evidence to support his general denial or that contradicted our story, the fact that he denied Ms. Nici's story did not create any doubt in my mind as to the accuracy of the Article and Ms. Nici's story. It of course would have been foolish for us to simply kill the entire story – which was founded on three eyewitnesses, two of whom were willing to go on record with their names, many corroborated details, and a history of Mr. Beckham's philandering – just because Mr. Beckham flatly said that the affairs never took place. Accordingly, we published the Article.

**The Article**

33. We published the Article in the magazine's October 4, 2010 issue. The Article was featured on the cover.

34. Both personally and in my capacity as Editor-in-Chief of *In Touch Weekly*, I never doubted Ms. Nici's story or Deb's reporting. Everything in the story rang entirely true to me, and was entirely consistent with what we knew about Mr. Beckham and learned about him in our research. Sometimes, after a story is published, a new piece of information might make you realize in hindsight that some nuance in a story was wrong, or that some facts can be explained away by an

10

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6     Page 418

1  innocent explanation.  This is not one of those stories.  To this day, I have not learned

2  any facts that have changed my belief that Ms. Nici's story is true.

3      I declare under penalty of perjury under the laws of the State of New Jersey,

4  the State of California and the United States of America, that the foregoing is true

5  and correct, and that this Declaration was executed on November 18, 2010, at

6  Englewood Cliffs , New Jersey.

7

8                              _____
                                    Michelle Lee
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11

DECLARATION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Exhibit 6      Page 419

# EXHIBIT I—Part 1

Exhibit 6     Page 420

**is it *true***



# DOES JIM LIKE TO CROSS-DRESS?

**NO!** Jim Carrey earned laughs when he wore girlfriend Jenny McCarthy's swimsuit last summer, but she recently appeared to imply that it wasn't an isolated incident. "All I can say is that he is a great, great guy who sometimes likes to dabble in women's clothing," she told the U.K.'s *Daily Star.* But Jenny's rep says Jim doesn't regularly raid Jenny's closet. "She was only referring to the time he wore her swimsuit," he says.

**WHO WORE IT BETTER?** Jim's sexy "mankini" made waves on the beach on July 4

## DID MILEY WORK CLEANING TOILETS?



**DIRTY JOB** Miley says she held the cleaning job a few years ago.

**YES!** She's one of the richest teenagers on TV, but *Hannah Montana* star Miley Cyrus didn't always lead a glamorous life. "I had one normal job and I actually liked it," she said on an episode of *The Tyra Banks Show* broadcast on November 7. "I worked at this place called Sparkles Cleaning Service and I cleaned houses. I can clean toilet bowls!"

## DO THE BECKHAMS WEAR MAGIC NECKLACES?

**YES!** Victoria Beckham believes in the supernatural! The singer and her soccer stud hubby, David, purchased enchanted necklaces to wear for their 10th wedding anniversary next summer.

"The energy they emit is incredibly powerful," Victoria tells *Vogue* magazine. "These pieces act as talismans of love, healing and protection," she adds.

◀ **THE POWER OF LOVE** The couple wed on July 4, 1999.

LEFT PAGE CLOCKWISE FROM TOP LEFT: INFPHOTO; SPLASH NEWS; ROGER WONG/INFPHOTO; JEFFREY MAYER. RIGHT PAGE TOP TO BOTTOM: ARMANDO GALLO/RETNA LTD.; ASSOCIATED PRESS; AFP/GETTY IMAGES

Exhibit 6    Page 421



## Diddy's empire keeps growing

Sean "Diddy" Combs' Sean John line has been evolving since its launch in 1999. "My collection is a reflection of where I am creatively at certain points in my life," Diddy — who was awarded the CFDA Menswear Designer of the Year award — tells *In Touch*. Designing for women, men and even kids, Diddy, 38, adds, "I've matured as a man, a designer and an entrepreneur, and all of those factors definitely have an influence on every collection I put out."

◁ △ "I am passionate about clothes and looking good," says Diddy.

"I was never going to be the world's best singer, but I hope I can be a good designer," says Posh, wearing a dress from her line.

With shoes and bags under her belt, Jessica plans to launch her dress line in 2009.

## Posh's dresses are as chic as she is

Victoria Beckham's pixie cut wasn't the only thing that got rave reviews at New York Fashion Week. The stylish star — who made her design debut in 2004 with jeans — also successfully previewed her new line, the Victoria Beckham dress collection. Posh, 34, says it's based entirely on her personal style. "Over the years, I have worked out how women want to look."





## Entertainment INSIDER

An *Idol* cameraman was instructed not to film the Beckhams.

**RULE 1** No logos

**RULE 2** No food or drink

**RULE 3** No children under 6

# Posh breaks *Idol*'s rules

**W**hen Victoria Beckham and her sons Romeo, Brooklyn and Cruz went to a taping of *American Idol* on March 18, she violated *three* rules. "One, there are no logos allowed on clothing. Her sons had on baseball caps and Cruz was in a Buzz Lightyear costume," an insider says. "Two, no food or drink is permitted, but her bodyguard brought in water for the family. Three, you have to be at least 6 years old to attend a taping, and Cruz is only 3!" An insider close to the show says, "Given that she didn't appear on camera, all the rules didn't have to be enforced. Plus, she's Posh Spice — she can do what she wants!"

LEFT PAGE: CLOCKWISE FROM MID-LEFT: INF; KARWAI TANG/ANDOV; JULIE TAPPER/BROTHER/SHOWTIME; AND KEN STAMOLI ROD. RIGHT PAGE: TOP: X SOUND CELEBS; BOTTOM LEFT: PHOTO BY GREG HALVERSON; BOTTOM RIGHT: GREG HALSETH/GREG GARRINGTON; PATRICK DOLIS/ENE/FOX

## *Dancing*'s golden girl

**O**lympic gold medalist and *Dancing With the Stars* contestant Kristi Yamaguchi has shown that she's as smooth on the dance floor as she is on the ice, but she did have to make some adjustments. "The ice-skating blades I'm used to are flat, and ballroom is all heels and toes!" Kristi tells *In Touch*. Adds her partner, Mark Ballas, "The main challenge has been concentrating on getting her feet closed — she's used to having them open."



## *The Tudors*' other Henry!

**J**onathan Rhys Meyers plays King Henry VIII on Showtime's *The Tudors*, but it's co-star Henry Cavill who's ruling the hearts of female viewers. It's no wonder the 24-year-old Brit almost played James Bond! "I screen-tested for *Casino Royale*," he tells *In Touch*. "It's something every British lad dreams of doing." The role went to Daniel Craig, 40, but maybe in another 10 years, Henry will inherit 007's license to kill!



Henry also auditioned to play Superman and Batman.

Exhibit 6     Page 423



In KN

# Rachel and Hayden live together!

**R**achel Bilson and Hayden Christensen are so serious about each other that they've been secretly shacking up. "Most people think that Rachel lives alone outside of Hollywood in Los Feliz, but that's far from the truth," an insider **tells** *In Touch*. The couple, who met on the **set** of *Jumper* in 2006, have actually been cohabitating at her home in Los Feliz "for well over a year," the insider adds. Another insider notes that Rachel and Hayden, both 27, also purposely avoid PDAs. "They seem content with the way they've set up their lives," says the pal. "If they're trying to keep their relationship off the Hollywood radar, they're doing a good job so far."

◄ **Rachel's home is a 1920s Spanish bungalow.**

## BECKHAM'S A BIG TIPPER

Super-rich David Beckham likes to spread the wealth, especially for those who treat his family well. One lucky server earned a $500 tip on a $500 tab when the soccer star had dinner with his wife, Victoria, oldest son Brooklyn and friends at Madeo in West Hollywood on September 11. Posh had asked for steamed fish with veggies and a side of marinara sauce and Brooklyn wanted bow tie pasta with butter. "Neither item was on the menu," says a witness. "David was so grateful that the waiter took care of it, he left a huge tip."

▶ David earned $50 million last year from playing soccer for the LA Galaxy and from his many endorsement deals.



Exhibit 6    Page 424

# In the KNOW



"Victoria really loves the California sunshine and is happy," says an insider.

# Posh doesn't want David to leave

The Beckhams might be packing their bags. David wants to go back to Europe for good, but Victoria, 34, loves her LA life and has no intention of budging. David will soon be on loan to AC Milan, one of the best Italian soccer teams and hopes to end up there full-time, according to an insider. "Victoria has embraced LA much more so than David," the insider reveals. "She has celebrity friends, a fabulous mansion and, of course, great shopping. Plus, her sons love it here, so why would she want to leave?" The insider says that Posh is urging her husband to stay with the LA Galaxy and ignore other offers, but adds: "Nothing has been decided yet."

◁ According to a rep, David, 33, remains under contract with the LA Galaxy, but he will play for AC Milan for three months starting in January.

## JAMES ISN'T ACTING LIKE A NEWLYWED

Although he's been married for two months, James Gandolfini behaved like a bachelor at New Orleans club Mimi's on October 25. "James was hanging out with a young blond woman, drinking and partying," says a witness. "He was not hiding at all and when he went outside, the blonde followed. He was there until 2:30 in the morning!" But the *Sopranos* star wasn't done having fun: He headed to Blue Nile bar at closing time. "James kept saying, 'Don't you know who I am?' But the bouncer didn't care –– it was almost 3 a.m.!" says the witness. But the actor's rep says the blonde is a member of the crew on his new movie *Welcome to the Rileys*, "and they're just friends. James was out with crew members as well as a friend of his wife's that evening."

▶ James, 47, also acted wild in New York in July.



△ ▷ ▷ James married model Deborah Lin in August, but she wasn't with him in the Big Easy on October 25.

LEFT PAGE: PHAMOUS FOTOS/SPLASH NEWS, DAN HERRICK/ZUMA PRESS, COLISAH RAMIREZ/RUSGP IMAGES, CAROLYN CONTINO/BEIMAGES. RIGHT PAGE: CLOCKWISE FROM TOP LEFT: ALAIN/MOST WANTED PICTURES, RAMEY PHOTO, CELEBRITY PHOTO, DOUG MEGLI/FLOPI/SPLASH PICTURES

Exhibit 6     Page 425



# the *list*

**Winter Beauty SPECIAL**

BEFORE

Long extensions looked too heavy on petite Victoria.

## (10

### Victoria's 'Pob' turned her into a hair icon

She's since gone even shorter with a pixie, but it was Victoria Beckham's first brave hair move, the Pob, in September 2006 that inspired copycats around the world. "I got sick of all that big hair," the 34-year-old says of her superlong extensions. Plus, her new look was perfect for the laid-back LA lifestyle she and husband David adopted a year later. Her stylist, Beverly Hills salon owner Jessica Galvan, tells *In Touch,* "She wanted a fresh look for a new life adventure."

AFTER

"It's easy to maintain this style because my hair is naturally straight," says Posh.

**GET THE LOOK** For a style that's regularly straightened, protect hair with Redken Extreme Iron Repair, $16, (800) REDKEN8.

REDKEN Extreme

CLOCKWISE FROM LEFT: MICHAEL LOCCISANO/FILMAGIC; JON KOPALOFF/FILMAGIC; DAN STEINBERG/AP; MAX LES NAMUR/LFI; LAURA ANTONELLI/RETNA; RICHARD MILLER/LFI; SPLASH FLOOD AND CLEAR

Exhibit 6    Page 426

# Visit nuvaring.com for information and offers including:

**Patient stories**

**"How to use" instructions**

**Daily horoscopes**

**Personalized e-cards**



**NUVARING®**
(etonogestrel/ethinyl estradiol vaginal ring)
delivers 0.120 mg/0.015 mg per day

Please see Important Safety Information and Important Patient Information on adjacent page.

You are encouraged to report negative side effects of prescription drugs to the FDA.

Visit www.fda.gov/medwatch, or call 1-800-FDA-1088.

**Schering-Plough**

Copyright © 2008, Schering Corporation, Kenilworth, NJ 07033
All rights reserved.   Printed in USA   NV008S   9/08



**up close**

**STEALTH STILETTOS**

# HEELS? WHAT HEELS?

Victoria Beckham teetered on sky-high — and thigh-high! — Antonio Berardi boots with a mind-blowing detail: no heels at all! The fashionista didn't stumble once at the Beckham Signature fragrance launch with hubby David at Macy's in New York on September 26. "I very rarely wear flat shoes," Posh says — stating the obvious!

TOP TO BOTTOM: MATT BARON/BEI IMAGES; DAVID MILLER/ABACA

Exhibit 6      Page 427



# GOOD NEWS for

## SHE'S GOT "IT"

**Katherine Heigl**'s a bona fide A-lister. According to *Hollywood Reporter*'s Women in Entertainment Power 100 list, the *Grey's Anatomy* regular is the fifth highest-paid female film star. The actress, whose big-screen hits include *Knocked Up* and *27 Dresses*, was bested by only Angelina Jolie (No. 1), Julia Roberts, Reese Witherspoon and Cameron Diaz.

### EXPECTING

● **Anne Heche** and her boyfriend, **James Tupper**, are expecting their first child together. The couple co-starred in ABC's canceled series, *Men in Trees*. The actress also has a son, Homer, 6, with her ex-husband, Coleman Laffoon.

● *Lost* star **Josh Holloway** and his wife of four years, Yessica, are going to be parents. The couple is expecting their first child, due next year.



### WELCOME BABY!

*Eli Stone* star **Jonny Lee Miller** and his wife, model **Michele Hicks**, are proud parents of a baby boy. Buster Timothy Miller was born on December 3 and weighed in at 9 pounds. It's the first child for the couple, who married in July.

● **Amy Jo Johnson**, of *Power Rangers* and *Felicity* fame, is a mommy. The actress and her fiancé, Olivier Giner, welcomed their first child, Francesca Christine, on December 1.

### POSH CLOTHES

**Victoria Beckham**'s clothing line --- which features expensive fashion pieces --- hit Selfridges stores in London on December 4 and sold out the same day.

### EXTRA CASH

Employees of Peer Bearing Co. in Waukegan, Ill., received a surprise: $6.6 million in bonuses. The Spungen family, who sold the ball bearing company, issued 230 checks — for as much as $35,000 — to thank their warehouse workers.

### HER NEW DEAL

**Faith Hill** hopes fans will enjoy the sweet smell of her success. The country crooner --- who's sold 35 million albums --- has inked a deal with Coty Beauty to develop a fragrance that will be available next summer.



COVER PHOTOGRAPHY BY DESIREE NAVARRO/CELEBRITY PHOTO. COVER INSETS CLOCKWISE FROM BOTTOM RIGHT: WILD BUNCH/WENN. INFPHOTO; DOUG MESZLER/SPLASH NEWS; INFPHOTO; CHRISTOPHER FARINA/CORBIS.

CLOCKWISE FROM TOP LEFT: AMY SANCETTA/AP PHOTO; APA/VNET PICTURES; ALI GOLDSTEIN/WIRE PRESS/SPLASH NEWS ONLINE



**Chris Klein** and *Big Love* star **Ginnifer Goodwin** have called it quits. After Chris split with **Katie Holmes** in 2005, the pair dated for two years, and in happier times Ginnifer called their union "a match made in heaven."

DECEMBER 22, 2008

# BAD NEWS for...

● **Coldplay** is being sued for copyright infringement by heavy metal guitarist Joe Satriani, who alleges the band's Grammy-nominated hit "Viva la Vida" uses "substantial original portions" of his 2004 instrumental track, "If I Could Fly."

● Discovery Channel host **Bear Grylls** was injured when he fell and hurt his shoulder while in Antarctica for a project with Global Angels, an international children's charity. "He was taking part in an expedition for Ethanol Ventures," a rep tells *In Touch*. Bear, who hosts Discovery's *Man vs. Wild*, is recovering in the U.K.

Exhibit 6     Page 428



**up**
*close*

SEXY

# Why we love soccer!

Forget the Super Bowl — we're focused on the *other* kind of football when David Beckham is shirtless! David paraded his pecs at the Cabo Sao Roque resort near Natal, Brazil, on January 29. He announced his plan to build a soccer academy, The David Beckham World of Sport, near the luxury resort.

**HE NEEDS TEAMMATES — ANY VOLUNTEERS?**

**14 IN TOUCH** FEBRUARY 18, 2008

Exhibit 6 Page 429



### GOOD SPORT

## Becks has a ball

International soccer star and all-around awesome guy David Beckham laughed it up at a clinic for local schoolkids at Marvin Lee Stadium in Port of Spain, Trinidad, on May 31.

### OUR IDOL

## David beats him again!

They're good friends — really! *American Idol*'s double Davids goofed off on NBC's *Today* show at Rockefeller Center in New York on May 29. Winner David Cook sang his hit "Time of My Life" and baby-faced runner-up David Archuleta performed "Think of Me" from *Phantom of the Opera.*



You're beautiful and smart...

NEW!
AT FORE-ELY OVE
## Smooth Mineral
Loose Eye Powder

- Lines, shades & shadows
- Go subtle or dramatic
- Free of fragrances, oils & talc

why pay more?

# N.Y.C.
## NEW YORK COLOR®

Join Beauty Net at www.newyorkcolor.com

Exhibit 6    Page 430



# up close

**DAVID GOT LEI-ED!**

**FUN AFOOT**

# Coach Becks

Children everywhere love soccer — and they love superstar David Beckham. Becks showed some local kids his best moves before the Pan-Pacific Soccer Championships in Honolulu on February 19.

**12 IN TOUCH** MARCH 10, 2008

Exhibit 6 Page 431



**BECKS IS NATURALLY GIFTED, OBVIOUSLY**

**HOT STUFF**

# Becks is the bomb

David Beckham knows how to work a stylish suit — but our favorite Becks look is a skimpy pair of briefs. The studly soccer superstar drove them wild at the debut of his sizzling new Emporio Armani underwear ads in San Francisco on June 18.

**16 IN TOUCH** JULY 7, 2008

Exhibit 6 Page 432





THERE'S SOMETHING ABOUT A GUY IN A PLAIN WHITE TEE!

**HOT PANTS!**

## David even makes plaid sexy

Nonchalant in shorts, a T-shirt, and flip-flops, David Beckham waited outside for his kids while they were inside a Beverly Hills medical center for a checkup on February 12.



**BABY JOY**

## Motherhood looks great on Milla!

Milla Jovovich showed off her 3-month-old daughter, Ever, at Il Fornaio restaurant in Beverly Hills on February 14. Ever's T-shirt says, "I got my mind on my mommy and my mommy on my mind."

MARCH 3, 2008 IN TOUCH 13

Exhibit 6     Page 433



**up close**

PLAYING DIRTY

# Don't mess with Becks

Now that he's a world-famous, filthy-rich and oh-so-sexy soccer star, David Beckham can thank the people who tried to hold him back. Victoria's main man reveals in the September issue of *Men's Health* that at age 13, a soccer player told him, "You'll never play for England because you're too small and not strong enough." But that put-down only fired him up, as David tells the mag, "I'm a bad loser!"

**BEND IT LIKE BECKHAM!**

18 IN TOUCH AUGUST 18, 2008

Exhibit 6    Page 434



**In Touch with their REAL SIDES**

**THEY SAY "CHEESE!"**

David Beckham and his boys — Romeo, Cruz and Brooklyn — made sure this LA Lakers game would go down in history with a family photo on November 14 in the stands at the Staples Center.



**THEY GRAB COFFEE FOR EVERYONE**

After spending some time bargain-hunting at Daffy's, a pregnant and glowing Naomi Watts carried three coffees from a local shop in New York on November 20.



**THEY GET A LITTLE OFF THE TOP**

David Arquette thoroughly inspected his new cut before leaving a barbershop in Hollywood on November 17.

Exhibit 6 Page 435



IS MILEY HINTING THERE'LL BE A HANNAH MONTANA PART II?

**CHEERLEADER**

## Becks loves every sport

When he's not playing soccer, David Beckham cheers on his new home team, the LA Lakers! Becks was in the front row as the Lakers beat the Utah Jazz in the NBA playoffs at the Staples Center in LA on May 14.

**ARMS OF LOVE**

## Marcia does the twins workout

Marcia Cross was out in Santa Monica, working on her biceps by lifting her precious 15-month-old twins, Eden and Savannah, on May 14.

**COOL LOOK**

## Miley's next stop: Movie stardom

Miley Cyrus kept the peace on the set of the upcoming *Hannah Montana* movie in her hometown of Nashville on May 13. "I want to make my own path," the superstar teenager says about her exploding career.

Exhibit 6    Page 436



# up clos

**Go, Daddy, go!**

## TAKE IT OFF

# YES, THE SHORTS, TOO, BECKS!

Soccer stud David Beckham kept his pants on (stupid rules!) at the LA Galaxy game on September 20 in Carson, Calif. Becks' wife, Victoria, supported her guy from the stands with her 9-year-old son Brooklyn leading the cheers.

**22** IN TOUCH OCTOBER 6, 2008

## CITY GIRLS

**The winner!**

# WHICH *SATC* STAR LOOKED BEST?

Kim Cattrall stunned in Salvatore Ferragamo, and Cynthia Nixon sparkled in Calvin Klein, but Sarah Jessica Parker, as usual, stole the show in an Alexander McQueen dress at the launch of the *Sex and the City: The Movie* DVD at The New York Public Library on September 18.

CLOCKWISE FROM LEFT: JASON MITCHELL/BUZZ PHOTO(2); THEO WARGO/WIREIMAGE

Exhibit 6    Page 437

INSPIRED BY THE NEW REALITY SERIES COMING TO TLC

# THE SINGING OFFICE

THE SHOW THAT'S MAKING THE WORKPLACE FUN AGAIN

## IN TOUCH VS Life&Style

In Touch and Life&Style staffers went head to head (and note for note) in a fierce competition of vocal prowess.



**TEAM IN TOUCH**

E-Real

Bonnie B

B-lish

E-Z E



# up clos

**THOSE KIDS ARE REALLY COMING OUT OF THEIR SHELLS!**



**POSH? IN FLIP-FLOPS? AND BAGGY JEANS?**

**NEW STYLE**

## Let's call her "Casual Spice"

**Victoria Beckham, who usually does *everything* in sky-high heels and micro miniskirts, took it down a notch in sandals and baggy denims at Disneyland on June 11 in Anaheim, Calif., with her family.**

CLOCKWISE FROM TOP LEFT: S1 CLAIR/MACPHERSON/A SPLASH NEWS (2); ALTMAN/XI7 AGENCY; IDANKS/PADO/LIFE-SPLASH NEWS

Exhibit 6    Page 438



**TROPHY HUBBY**

## And for best tux… Becks!

David Beckham swapped his LA Galaxy uniform for
a more polished look while receiving an award (for
his soccer skills) from the U.K.'s Football Writers'
Association in London on January 6.



OH, BROTHER

## New kids on the court

Boston boys Mark and Donnie
Wahlberg watched their hometown
Celtics beat the Lakers at LA's Staples
Center on December 30. "Maybe my
brother will wake up and stop being
a Lakers fan!" Donnie laughed.



HAPPY B-DAY!

## Kristin rocks
her 21st

*Laguna Beach* alum
Kristin Cavallari had her
cake and ate it, too, at
a weekend-long bash in
Las Vegas, including an
official party on January 5
at LAX. A witness tells
*In Touch,* "When she got
there, the whole club sang
'Happy Birthday'!"

CLOCKWISE FROM LEFT: STEVE PARSONS/LANDOV, GAMPIXS, CHRIS WEEKS/WIRE IMAGE, ERIK KABIK/PR PHOTOS

Exhibit 6     Page 439



# David struts his stuff in his tightie-whities

David Beckham isn't at all shy about showing off his chiseled physique, whether he's ripping off his shirt on the field post-goal or baring almost everything in revealing Emporio Armani underwear ads. "I just like using free weights and doing abdominals," says the husband of Victoria "Posh" and father of three boys, on how he keeps his taut tummy. Still, there's one fan who isn't so thrilled about his exposure in nothing but skimpy briefs — his mom! "When the photos came out, she was the first to call me," David, 33, says. "I had to try to explain it to her, and it didn't go down that well."

**Giorgio Armani says he handpicked Becks as a model because "his body brings to mind the beautiful Michelangelo statue in Florence."**

Victoria says that the secret behind her husband's fine form is that "he's really healthy."

SEPTEMBER 1, 2008 IN TOUCH 77

Exhibit 6    Page 440



promotion

## HOLIDAY MUST-HAVES SWEEPSTAKES

Tis the season of giving! TheFabricOfOurLives.com invites you to take a look at our unique Holiday Gift Guide filled with this season's must-have items for everyone on your gift list. Check out what's hot for the holidays and enter for a chance to win this season's can't-miss holiday gifts.

### cotton
Natural™

NO PURCHASE NECESSARY A PURCHASE WILL NOT IMPROVE YOUR CHANCE OF WINNING. Open only to U.S. residents 18 years or older. Void where prohibited. Go to TheFabricOfOur-Lives.com to enter. Sweepstakes ends 1/2/09. Subject to Official Rules available at TheFabricOfOurLives.com.

## up close

**DOUBLE HUNKS**

# BECKS' LOOK IS THE PITTS!

Sexy soccer star David Beckham showed off a casual, slightly sloppy style before dinner at Nobu at the Hard Rock Hotel & Casino in Las Vegas on November 22. Hey, it works for Brad Pitt!

Untucked shirt? Check. Worn-in jeans? Check. Retro fedora? Check.



TOP TO BOTTOM: CENGIZ/INET PICTURES; X17 AGENCY

Exhibit 6    Page 441

# up close



**CUTE SMILE**

## Becks' sweet smell of success

David Beckham attracts attention wherever he goes. Fans in South Korea gave the soccer star flowers when he landed on February 26. Becks' L.A. Galaxy kicked off a three-match Asian tour with a game against FC Seoul on March 1.



**LIFE'S A BEACH**

## Janice can still rock a bikini!

Janice Dickinson was positively bubbly while shooting an Orbit gum commercial in Malibu on February 27. "I just chew Orbit everywhere," she tells *In Touch*. She'll never have bad breath!

24  IN TOUCH  MARCH 17, 2008



**STILL SLIM**

## Nicole's finally starting to show

Five months into her pregnancy, Nicole Kidman, 40, showed off her slow-growing bump after leaving a spinning class at Montana Avenue's Revolution Fitness in Santa Monica on March 2.

**GOOD THINGS COME IN SMALL PACKAGES!**

Exhibit 6     Page 442



isittrue?

Heidi Klum and Seal accompanied the Beckhams on a winery tour in April.

David served his guests Malleolus wine to celebrate a big win last summer.

# Did David buy Victoria a vineyard?

**NO!** David Beckham is known for giving his wife, Victoria, great gifts. So when *The Sun*, a U.K. newspaper, reported that the LA Galaxy star bought his mate a winery in California's Napa Valley for her 34th birthday, everyone believed it. "The Beckhams became wine buffs when [David] played in Spain," says the paper. Though the Beckhams may love wine, they didn't purchase the vineyard. "This is not true," says the couple's rep.

## Does Eva share her home with an alien?



**YES!** Internet rumors that Eva Longoria Parker's husband, NBA star Tony Parker, isn't the tallest inhabitant of their home are true. The actress told the U.K.'s *Sky* magazine that she gave her hubby a special gift for Christmas: two 7-foot statues from one of his favorite movies, *Alien vs. Predator.* Sadly, Eva has buyer's remorse. "They're terrifying," she says. "The alien has drool!"

Eva says she searched for the statues for months.



Ed owes more than $600,000 on his mortgage loan.

Christine Sanford at least 5 million dollars $ 5,000,000

## Is Ed having money troubles?

**YES!** When it was reported that a bank was threatening to foreclose on Ed McMahon's $6.25 million Beverly Hills estate, it was hard to fathom. But the American Family Publishers spokesperson, famous for handing checks worth millions to ordinary folks, really is in a financial bind. "If you spend more money than you make, it can happen," says Ed. "We've had the house on the market for two years." The 85-year-old adds that he defaulted on his loan after a neck injury kept him from working.

Exhibit 6 Page 443



David's contract with the LA Galaxy soccer team ends in 2012.

## Are David and Posh moving back to England?

**NO!** The British press jumped to the conclusion that their favorite exports to America, David and Victoria Beckham, were coming home after an assistant reportedly called LA boutique Petit Trésor. "The assistant said the Beckhams wanted designs for rooms for the three boys," the *Daily Star* reported. "She said they were **likely** to be for a new house in London." But the Beckhams aren't moving yet. "There are no plans at the moment," says Victoria's rep.



Mike says he's considering bringing *Beavis and Butt-Head* back to the big screen soon.



## Did Johnny offer to play Beavis?

**YES!** The creator of *Beavis and Butt-Head* resisted doing a live-action version of his MTV cartoon even when he got a plea from Johnny Depp. "A long time ago, Johnny had said to me that he really wanted to play Beavis," Mike Judge told MTV. "He was doing a movie with Marlon Brando, and he said Marlon used to imitate Butt-Head, and he would do Beavis."



"All this fuss about a bit of nudity is ridiculous," says Kim's mom.

## Is Kim's mother embarrassed by her nude scenes?

**NO!** As *Sex and the City*'s Samantha, Kim Cattrall can make anyone blush — but not her mom! "Kim is a role model for fiftysomething women," Shane Cattrall, who's 79, told the U.K.'s *Sunday Mirror*. "Much has been made about her nudity in the film, but I think she looks fabulous."

CLOCKWISE FROM TOP LEFT: KEVIN WINTER/GETTY; MARK J. TERRILL/AP PHOTO; BIG PICTURES/MAUER-GRIFFIN; ART/PHOTO; COURTESY EVERETT COLLECTION; JENNIFER GRAYLOU/DAP PHOTO; COURTESY EVERETT COLLECTION; STEFANO PALTERA/AP PHOTO

## IN TOUCH WEEKLY
# WIN IT DAILY!

**JUICY COUTURE NECKLACE**
Layering necklaces, like Nicole Richie and Mary-Kate Olsen do, is so hippie-chic!



**NYC GETAWAY FOR TWO**
The trip includes a two-night stay at Park Avenue's Loews Regency Hotel, airfare courtesy of travelworm.com and meals at Feinstein's restaurant.



**CAMCORDER**
Win this Aiptek HD camcorder/camera and other cool swag, courtesy of the film *Son of Rambow*, now in theaters!

**For these and other fab prizes, go to intouchwinit.com!**

NO PURCHASE NECESSARY. Open to current legal residents — ages 13 and older — of the United States and the District of Columbia. Void elsewhere and where prohibited or restricted. For full rules and free entry, go to intouchwinit.com.

Exhibit 6     Page 444



**FASHION FORWARD AT THE FILLING STATION!**

up close

**IT'S A GAS!**

## Jamie Lynn wears pumps — at the pump

At seven months pregnant, Jamie Lynn Spears showed off her wild fashion sense as she filled up on the way to a friend's home in Liberty, Miss., on May 10.



SO CUTE

## Kingston gets the royal treatment

Gwen Stefani is making sure she gets plenty of mommy-and-me time before baby number two arrives this summer. She took her look-alike 2-year-old, Kingston, to the Los Angeles Zoo to check out some furry friends on May 10.



WHAT FUN

## Smack it like Beckham

You can't use your hands in soccer, but David Beckham looked natural high-fiving his co-star while filming an ad for Sharpie markers in LA on May 8. In the ads, which begin airing in July, Becks uses them to sign crazy items for fans.

CLOCKWISE, FROM LEFT: PAUL AGADJ/INF PHOTO; DI-MARS/SPY.NET PICTURES; MAVRIX PHOTO

Exhibit 6    Page 445



Even all wet, Matt Dillon still looks hot in swim shorts as he proved on July 18 on Ischia.

Don't tell the rest of the *Hills* girls, but Audrina Patridge sizzled in a Birdie Jo bikini on July 19 at the DKNY Jeans Malibu beach house.

Did soccer hunk David Beckham leave his LA Galaxy jersey in the locker room before his game in New Jersey on July 19?

BARELY THERE BIKINI OF THE WEEK

SOCCER UNIFORM OF THE WEEK!

AUGUST 4, 2008 **IN TOUCH** 27

Exhibit 6 Page 446



# up close

## WHAT WERE THEY THINKING?

Pamela Anderson hugged photographer Marilyn Minter's *Two Green Flares (Pamela Anderson)* while at the Miami Beach Convention Center for Art Basel on December 6.

"I'M GONNA BREAK CELINE DION'S RECORD FOR STANDING ON ONE FOOT IN FRONT OF A PICTURE OF MYSELF."
— BENJY BRONK

"I CAN GET YOU GUYS A DEAL ON ARMANI UNDER-WEAR!"
— MARC MALKIN

On December 3, soccer superstar David Beckham landed in Auckland, New Zealand, and was greeted by the Maori Cultural Group.

CLOCKWISE FROM TOP RIGHT: WILL BINNS/PACIFIC COAST NEWS; EDWARD OPPWALD/SPLASH NEWS ONLINE; EUGENE GOLOGURSKY/WIREIMAGE; COURTESY ENTERTAINMENT; PHIL WALTER/GETTY IMAGES; CHRISTOPHER PETERSON/BUZZFOTO

Exhibit 6    Page 447




**bigchanges**

*BETTER!*

**THEN: BROWN**
Soccer star David Beckham struck a model pose with a dark buzz cut and a cute cardigan at a movie screening in LA on November 1.

**NOW: WHITE**
The 32-year-old looked more like a grandpa with a snowy bleach job while ringing in the New Year in London on January 1.

# Which look is better?






*BETTER!*

*BETTER!*

**THEN: RED**
Janine Turner's ruby-colored hair warmed up her creamy complexion at a Tiffany & Co. event in NYC in October.

**NOW: PLATINUM**
The 45-year-old's white-blond 'do made her appear ghostly at the NYC premiere of *The Great Debaters* on December 19.

**THEN: LONG**
Vanessa Simmons' bangs hid her eyes at *In Touch*'s fifth anniversary party in New York City in October.

**NOW: CROPPED**
The *Run's House* star, 24, showed off a sleek bob that perfectly framed her face in Las Vegas on December 30.

Exhibit 6    Page 448

# up close



**BECKS GETS HIS KICKS WATCHING HOOPS!**

**HE'S A SPORT**

# Becks' standing ovation

David Beckham watched the LA Lakers beat the Washington Wizards at the Staples Center in LA on March 30. "I'm not stupid! I know soccer's never going to be as big as basketball," Becks admits. Who cares? We'll watch any sport where the guys wear shorts!

22 IN TOUCH APRIL 14 2008



**WHAT A SWEETIE**

## Tobey's toddling tot

Tobey Maguire has three films coming out this year, but that won't keep him from daddy duties. The *Spider-Man* star and his 17-month-old, Ruby, were stars of the jungle gym at Coldwater Canyon Park in Beverly Hills on March 30.



**SO SEXY!**

## Is Audrina taking her new image too far?

Racy *Hills* star Audrina Patridge kept on what little clothes she was wearing while hosting an evening with the Pussycat Dolls at Pure nightclub in Las Vegas on March 28. She then blew off steam by drinking Belvedere Vodka cocktails at Vegas' Noir Bar afterward.

CK/CHOKINE HOEM/LEFT: KENU VASQUEZ/GETTY IMAGES; LL RUMA/SNAP PIX; TOP: MHAKO, BUZZ PHOTO; INF: MHAKO, JORDAN STRAUSS/WIREIMAGE

Exhibit 6    Page 449

# up close



**KICK-START**

# Becks does the wave

**Shirtless British soccer stud David Beckham showed some skin during a match between England and the Czech Republic in London on August 20.**



**SO SWEET**

## It's never too early for cake

Miley Cyrus' birthday isn't until November 23, but like any excited teen, she's already planning her sweet 16 bash! With a little help from Mickey, she'll party at Disneyland on October 5 with friends and more than 5,000 fans! The event will benefit Youth Service America.



**BE SMART DRINK** SMART

Choose Stampede Light Plus®.

**BEER BABE**

## Jessica's just a good ol' girl

Country girl Jessica Simpson just started a stampede — by making hay as the new face of Stampede Light Plus beer. Even though Jess knows staying fit is cool, she admits she "also likes a cold beer once in a while."

Exhibit 6     Page 450



"I'm so happy, it's morbid," says Kate.

## Victoria and David kept their romance a secret at first

When David Beckham met Spice Girl Victoria Adams after a Manchester United soccer game in 1997, it was instant attraction. "I told myself, 'I'm going to marry that girl,'" says David, 32. "It was both love and lust." But they kept their ensuing romance to themselves initially. "We drove around in his car and would sit in car parks and talk for hours and hours," says Victoria, 33, who married the soccer star in 1999. "We didn't need to go out for meals. We didn't need to go out for drinks. We just wanted to be together."

## Kate's dog and cats were fond of Alex, too

Age is nothing but a number. Just ask Kate Walsh, who was about to turn 40 when she met studio exec Alex Young, 36, last February. "You just know," says Kate. "It was just like, boom! — love at first sight. I know that sounds nauseating, but it's true." That certainly led to a wedding in Ojai, Calif., seven months later. But not before Alex passed an all-important test. A few days after they met, "he came over and my dog and cats all crawled on him like he was Dr. Dolittle — a very important sign," says Kate. "Then we went out to dinner and I was like, 'That's it!'"

◄▲ "It was completely love at first sight," says Victoria, with David in 1997. "I remember it so clearly."

# sight

Exhibit 6    Page 451

# Plastic surgery
# GONE
# WRONG?

## These stars look like they've had work done — badly

They are naturally gorgeous and envied by women worldwide, but stars like Jessica Biel and Victoria Beckham still attract speculation about whether they are surgically enhancing their looks. Cosmetic surgery used to be performed to defy aging, but there's a growing trend for young women to alter their natural features in search of an imagined ideal. "We are seeing younger and younger patients who want fuller lips and bigger breasts," says cosmetic surgeon Dr. Thomas Barnes* of Newport Beach, Calif. (lunchtimemake overs.com), who turns down patients if they've done too much. "People are getting more used to the unnatural look."



## Did Posh cheat her way thin?

The cropped top that stick-thin Victoria Beckham wore on February 9 revealed mysterious ripples on her belly. The Spice Girl, 33, has admitted that she looks awful naked. "I've got so much saggy skin on my stomach," she revealed without explaining the cause. "She might have had liposuction, perhaps after pregnancy, which can result in a rippling effect," suggests Dr. Barnes. Her rep denies that she had surgery, and Dr. Barnes suggests that Posh could also have naturally loose skin folds because her body fat is so low.

She has three children, but the curious creases on Posh's tummy are too high for Cesarean section scars, says Dr. Barnes.

MARCH 3, 2008 IN TOUCH 29

Exhibit 6    Page 452

**isit true?**

# Were the Beckhams in a car crash?

**NO!** A tale that David and Victoria Beckham were in a car accident had the world worried for the famous couple. "Becks and Posh in a horrific car crash," reported the *National Enquirer*. The tabloid claimed that the couple's BMW hit a wall on the way to an airport in Nice, France, on August 22. Luckily, it never happened. "They were not in any accident at all," Victoria's rep tells *In Touch*.



**THEY'RE SAFE** Claims that Posh needed comforting after their car hit a wall are false. Her rep says the vehicle was previously damaged.

## Is jet fuel too expensive for Diddy?



**YES!** Hip-hop mogul Sean "Diddy" Combs is famous for his luxurious lifestyle, but apparently, a recession can make even the rich reconsider their spending. "Your boy is being affected by gas prices," Diddy shared on a recent web video. "I do own my jet, but I've been flying back and forth twice a month, so I'm back on American Airlines right now."

**◄ HE'S FLYING COMMERCIAL** Diddy isn't willing to spend about $200,000 on round-trip N.Y. to LA flights.

## Will Cher be the next Catwoman?

**NO!** Industry insiders say that Christopher Nolan, director of *The Dark Knight*, wants seasoned pop icon Cher, 62, to play Catwoman in an upcoming flick, according to the U.K.'s *Daily Mirror*. "Cher is Nolan's first choice," reports the tabloid. But Cher hasn't been approached for the role. "I haven't talked to her about it," says her rep.



**SHE'S FUNKY** "He wants her to portray [Catwoman] like a vamp," reported the *Daily Mirror*.

Exhibit 6    Page 453



*In the KNOW*

David has fond memories of his time with the Alcala family. "Every morning, we would go to McDonald's for coffee, pancakes and syrup. I had the best time," he says.

# David's family reunion

Soccer star David Beckham had an emotional reunion on March 15 with the Mexican-American family that he once lived with in Dallas. When he was just 13, David, now 32, toured with his school team in 1989. He passed on a hotel to stay with the Alcala family.

"I can't believe you are here," he said to the family after seeing them in Dallas following the LA Galaxy's match against FC Dallas. "I have such amazing memories, it was a great time, very special."

The family also has fond memories of their time with David, long before he was an international celebrity. "He is an awesome man," dad Sam tells *In Touch*. "I mean, to take time out after a game to catch up with us,"

he says. "He was always such a nice, well-mannered boy, and nothing's changed." His son Mike, who was just a soccer-playing youngster when he first met David, says: "It was an honor to meet him again. It has been 19 years since we first met and it was like yesterday. He took time to speak to my three children. This was a special day for all of us."



## Cameron's blind date

Not only is Justin Long in love with Drew Barrymore, but he's also quite fond of her BFF Cameron Diaz. Now, according to an insider, Justin, 29, is fixing up the *Holiday* star with some of his buddies back in Connecticut. "Justin calls himself a nerd and now Cameron wants to date a nerd just like him." A pal adds, "She's been complaining about her love life, so Justin volunteered to set her up with a normal guy."

◄ The insider reveals that Cameron, 35, has met one of Justin's friends — a banker named Dave — but it's too soon to call it a romance.

50 IN TOUCH APRIL 7, 2008

Exhibit 6    Page 454



Victoria gave Jay Leno a jersey with David's number on it.





## 9 Posh strips for David — every night!

David Beckham first spotted Victoria Adams in a 1996 Spice Girls video. "I said, 'That one there, that's the girl I'm going to marry,'" the 32-year-old soccer star recalls. Luckily for him, Victoria, aka Posh Spice, was equally impressed. They married in an Irish castle in 1999 and have three sons. "David's got a great sense of humor," reveals Victoria, 33. "He's very funny, he's a fantastic husband and great with the children." And while she loves watching him play for the LA Galaxy, David's equally supportive about her career. "He's on tour with us," she says. "He's a Spice Boy!" So what's the secret to their lasting love? "I'm going to be naked if I'm getting in bed with him every night!" Victoria confesses.

◄◄ Victoria has met her match. "We complement each other, we support each other," she says.



"He's such an amazing guy," says Kim. "I'm in a very happy place in my life."

## 8 Kim likes to spoil her football hunk

He's a 6-foot, 200-pound running back for the New Orleans Saints, but if there's anyone who can bring out the softer side of footballer Reggie Bush, it's girlfriend Kim Kardashian. "He's really down-to-earth, he's a real gentleman," she tells In Touch. After meeting through pals Paris Hilton and Reggie's former teammate Matt Leinart, the hot couple have been together for almost a year. Thoughtful Kim loves nothing more than spoiling her hard-working NFL pro with some TLC and her home cooking! "I'm the best!" says Kim, 27. "I cook all the time." While Reggie, 22, and Kim have denied recent reports of an engagement, Kim does reveal, "It's going really well."

Exhibit 6      Page 455



**thelist**

Hugh worked with a nutritionist for *X-Men*. "I had to cut out bread and most sugars, but it really helped my energy level from day one," he says.

## Hugh pushes his limits

When Hugh Jackman prepared to reprise his role as a beefed-up superhero in *X-Men Origins: Wolverine* (due out in 2009), he knew he'd have to tap into his inner beast. "For Wolverine, I ramp it up," reveals the 39-year-old. "I train really hard. I'm lifting weights as though I'm at the breaking point." To avoid monotony — and maximize results — Hugh modifies his regimen regularly. "I change it up," he says. "Three weeks of heavy lifting with lots of rest between sets. Then change to lighter weights and slower reps." Hugh admits his hour-and-a-half workouts are intense. "If you ever saw me in the gym," he says, "I think you would be a little frightened!"

## David is back in action

Sidelined for six weeks after suffering a knee injury last March, David Beckham had to scale back his workouts to prevent reinjury. But the LA Galaxy star couldn't wait to get back on the field — and is now shaping up for his second season with the soccer team. "We have been working extremely hard twice a day to ensure we are fit," the 32-year-old reveals on his blog. "I've been doing some work with the squad as well as plenty of gym work to build up my fitness." And David, who likes to cycle and run on the weekends, is excited about getting back to work. "This is going to be my first full season with the Galaxy and I am really looking forward to it," he says.



When he heard he made *In Touch*'s list, David "blushed a bit and found it flattering that you even considered him," his publicist says.

CLOCKWISE FROM LEFT: MIKE EMERY; XANDY AZIM/BEGSHU; AUSTRAL/AKM/IMAGES; PR PHOTOS/LANDOV; KEVIN PERRIN/SPACE/DCVG/NEWS; MOST/WANTED/FLYNET PICTURES; HOTSHOTS/POPULAR/WENN; SPLASH NEWS ONLINE

Exhibit 6    Page 456

# EXHIBIT I—Part 2

Exhibit 6     Page 457

# EXHIBIT J

Exhibit 6     Page 458

 **Proskauer»** Proskauer Rose LLP   2049 Century Park East, 32nd Floor   Los Angeles, CA 90067-3206

September 20, 2010

Bert H. Deixler
Member of the Firm
d 310.284.5663
f 310.557.2193
bdeixler@proskauer.com
www.proskauer.com

The Editor
In Touch Magazine
Bauer Publishing Group
270 Sylvan Avenue
Englewood Cliffs, N.J. 07632

Dear Madam:

We are California litigation counsel for David Beckham.  We have been engaged in connection with your most recent threat to publish knowingly false allegations about Mr. Beckham.  That this most recent foray into publication of falsity follows so closely upon your July 2010 threat to publish a different lie about Mr. Beckham alone will establish constitutional and punitive damages malice under California law.

Let me make it clear.  The story you propose to run about Mr. Beckham and a prostitute is a lie.  The allegations are unequivocally denied and if published will lead to a round of international libel litigation which will end in an enormous damages award against In Touch magazine, its publisher and the author of the libel.

Once again I urge you in the strongest possible terms not to bring these lawsuits upon yourself.  Mr. Beckham is prepared to take swift and sure legal action to obtain redress. All rights, worldwide, are herby reserved.

Very truly yours,

Bert H. Deixler

BHD:ldf

Exhibit 6      Page 459

Our Ref:     3
Your Ref:

# Harbottle & Lewis

Harbottle & Lewis LLP
Hanover House
14 Hanover Square
London W1S 1HP

T  +44 (0)20 7667 5000
F  +44 (0)20 7667 5100

www.harbottle.com
Dx: 44617 Mayfair

**Strictly Private & Confidential**

The Editor
In Touch Magazine
Bauer Publishing Group
270 Sylvan Avenue
Englewood Cliffs, NJ 07632

20 September 2010

**By Email: mlee@bauerpublishing.com
Not for Publication**

Dear Madam

We act on behalf of David Beckham and write with reference to a telephone conversation between Rachel Biermann of your magazine and our client's PR representative Jeff Raymond which took place on Saturday 18 September.

During the course of that conversation Mr Raymond was told that you would be publishing in this week's edition of In Touch magazine an allegation that our client had sex with a prostitute at The Parker Meridian Hotel in New York in August 2007 which was of course over three years ago. We further understand that the basis of this allegation is what you have allegedly been told by the prostitute involved who also claimed that she was paid US $10,000 for her services. No evidence has been put forward to verify any part of this story. There are no texts, emails, photographs or anything else which supports the claims of the prostitute. Indeed there is no evidence that our client ever met with this individual on the day or at any other time. Given the above, it is remarkable to put it at its very lowest that any magazine editor could decide to publish these allegations. Such actions do not meet the tests of responsible journalism which are recognised amongst your peers.

We should like to make it quite clear to you that the allegation in question is completely denied. Our client did not pay anyone for sex as alleged and has no knowledge whatsoever of the woman involved or the events in question. He further instructs us to say that the allegations are a complete fabrication. Indeed on the only nights that he was in New York during this period he was staying at an entirely different hotel and has witnesses to his movements.

This is not the first time that you have had to be written to by our client in recent weeks about a similarly baseless allegation. We would have thought that you may have learnt something from those exchanges, but evidently not given what is detailed above.

3526164-1

Exhibit 6     Page 460

Strictly Private & Confidential
Not for Publication

The Editor
In Touch Magazine
Bauer Publishing Group

20 September  2010

We should make quite clear to you that if this story or anything colourably similar is published, then our client will take legal proceedings against both you and your owners in any appropriate jurisdiction, whether it be in the US, England, Germany or wherever.  You should be left in no doubt whatsoever about our client's views or determination concerning this matter.

Please acknowledge receipt of this letter and in the meanwhile our client reserves all of his legal rights.

Yours faithfully

*Harbottle & Lewis*

**Harbottle & Lewis LLP**

Cc:     rbiermann@bauerpublishing.com

3526164-1

Exhibit 6      Page 461

# EXHIBIT 7

1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall (90072)
2   *rkendall@kbkfirm.com*
   Philip M. Kelly (212714)
3   *pkelly@kbkfirm.com*
   Joshua Y. Karp (254424)
4   *jkarp@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
5  Los Angeles, California 90067
   Telephone: 310.556.2700
6  Facsimile: 310.556.2705

7  Attorneys for Plaintiff
   David V. Beckham

8

9          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10            **COUNTY OF LOS ANGELES, WEST DISTRICT**

11

12  DAVID V. BECKHAM, an individual          Case No. SC109756

13              Plaintiff,               **DECLARATION OF DAVID V.
                                          BECKHAM IN SUPPORT OF MOTION**
14         v.                            **FOR RELIEF FROM DISCOVERY STAY
                                          TO CONDUCT LIMITED DISCOVERY**
15  BAUER PUBLISHING, L.P., a Delaware    **PURSUANT TO CODE OF CIVIL
   limited partnership; BAUER MAGAZINE     PROCEDURE SECTION 425.16(g)**
16  L.P., a Delaware limited partnership; BAUER
   MEDIA GROUP, INC., a Delaware        Hon. John H. Reid
17  corporation; BAUER, INC, a Delaware   Department F
   corporation; BAUER NORTH AMERICA,
18  INC., a Delaware corporation; MICHELLE  Complaint Filed: September 24, 2010
   LEE, an individual; IRMA NICI, an
19  individual; and DOES 1 through 50, inclusive,

20              Defendants.

21

22

23

24

25

26

27

28

59595.1

DECLARATION OF DAVID V. BECKHAM IN SUPPORT OF MOTION FOR RELIEF FROM DISCOVERY
STAY TO CONDUCT LIMITED DISCOVERY

Exhibit 7    Page 462

## DECLARATION OF DAVID V. BECKHAM

I, David V. Beckham, declare as follows:

1.      I am the Plaintiff in the above-entitled action.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      I have read the article published in *In Touch Weekly*'s October 4, 2010 issue entitled "David's Dangerous Betrayal."  I am the subject of the article, and the article makes a number of allegations about me.  All of the allegations about me made in the article, including those attributed to Irma Nici, are completely false.

3.      As detailed in my Complaint, Defendant Nici has fabricated at least the following facts about me: (i) that in August 2007, I committed adultery with Nici and another prostitute by paying for sex with the two of them at Manhattan's Le Parker Meridian hotel; (ii) that about a month later, I again committed adultery with Nici at the Claridges Hotel in London; (iii) that in October 2007, I contacted Nici while I was in New York seeking to again commit adultery, but Nici was in London; and (iv) that Nici has had sex with me five times in total.  Each of these statements is unequivocally false.  I have never met Nici, let alone committed adultery with Nici or paid her for sex.

4.      Irma Nici's statements have caused me and my family great anguish and emotional distress, and have adversely affected both my personal life and my professional life.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed October 13, 2010, at Los Angeles, California.

_David V. Beckham_

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

59595.1

2

DECLARATION OF DAVID V. BECKHAM IN SUPPORT OF MOTION FOR RELIEF FROM DISCOVERY STAY TO CONDUCT LIMITED DISCOVERY

Exhibit 7          Page 463