KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 rkendall@kbkfirm.com
Philip M. Kelly (212714)
 pkelly@kbkfirm.com
Joshua Y. Karp (254424)
 jkarp@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Plaintiff and Cross-Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID V. BECKHAM, an individual., <br><br> Plaintiff, <br><br> v. <br><br> BAUER PUBLISHING COMPANY, L.P., a Delaware limited partnership; BAUER MAGAZINE L.P., a Delaware limited partnership; BAUER MEDIA GROUP, INC., a Delaware corporation; BAUER, INC., a Delaware corporation; BAUER NORTH AMERICA, INC., a Delaware corporation; MICHELLE LEE, an individual; IRMA NICI, an individual; and DOES 1 through 50, inclusive., <br><br> Defendants. | Case No. CV10-7980 R (SSx) <br><br> **DECLARATION OF JOSHUA DESSALINES IN SUPPORT OF DAVID BECKHAM'S OPPOSITION TO BAUER DEFENDANTS' SPECIAL MOTION TO STRIKE** <br><br> Hon. Manuel L. Real <br><br> Date: February 7, 2011 <br> Time: 10:00 a.m. <br> Crtrm.: 8 |
| IRMA NICI, an individual., <br><br> Cross-Complainant, <br><br> v. <br><br> DAVID V. BECKHAM, an individual., <br><br> Cross-Defendant. | |

# DECLARATION OF JOSHUA DESSALINES

I, Joshua Dessalines, declare as follows:

1. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am Vice President of Gavin de Becker & Associates Inc., a firm that provides protection and logistical support to public figures. As Vice President, I am responsible for the management of all of Gavin de Becker & Associates Inc.'s security services throughout the United States and the world. As part of this role, I help supervise a staff of more than 180 security agents.

3. Gavin de Becker & Associates Inc. provides security and logistical support for our firm's client, David Beckham. To protect Mr. Beckham, Gavin de Becker & Associates Inc. typically provides a team of security agents. No matter the size of the security team, there is always one protector whose responsibilities include maintaining a daily log of Mr. Beckham's activities. This log, which our agents prepare at or near the time of the events described in them and maintain for Mr. Beckham in the ordinary course of our business, accurately details where the client went and what the security team and the client did each day. At the end of each day, the log is emailed to Gavin de Becker & Associates Inc.'s main office. Gavin de Becker & Associates Inc. retains possession of these emailed logs indefinitely. I am familiar with such logs, having reviewed them regularly in the course of my duties.

4. Gavin de Becker & Associates provided security and logistical support for Mr. Beckham during a trip to New York in August 2007. Attached as Exhibit A is a true and correct copy of the security team's log regarding Mr. Beckham on Thursday, August 16, 2007.

5. Our logs use some abbreviations and terms unique to our work, and I'll explain any references that might not be obvious. The log reflects that at 8:00 a.m.

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

63667.1

1

on August 16, 2007, our agent (who no longer works for Gavin de Becker & Associates Inc. and is referred to in the log by the abbreviation "SEI") arrived at Mr. Beckham's home to take him to Los Angeles International airport ("LAX") for a flight to New York. They arrived at LAX at 10:15 a.m., at which point Mr. Beckham and the security agent were dropped off at the terminal and preceded through TSA screening into a private airport lounge area. The log reflects that the flight departed for New York just before 1:00 p.m.

6. The log indicates that Mr. Beckham's flight landed in New York just after 8:30 p.m. local time and that Mr. Beckham was escorted by our security agent onto the team bus at approximately 9:00 p.m. Because of heavy paparazzi presence between the gate and the bus, local police assisted in controlling the paparazzi and escorting Mr. Beckham and our security agent to the bus. The bus departed for the hotel (which is referred to in the log as the "bunker") at approximately 9:15 p.m.

7. The log reflects that Mr. Beckham and our agent arrived at the hotel at 9:50 p.m. At 11:00 p.m., a massage therapist, who was booked by the hotel, arrived for a therapy session with Mr. Beckham. For approximately the next hour and a half, our agent managed various logistical issues for the next day, and performed a walkthrough of the hotel and surrounding areas. Around 1:30 a.m. on the morning of August 17, 2007, the therapy session finished and our agent walked the therapist out of Mr. Beckham's room.

8. The log reflects that shortly after 10:00 a.m. on August 17, 2007, Mr. Beckham was awakened by our agent, and then escorted to breakfast.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 14, 2011, at Los Angeles , California .

_____
Joshua Dessalines

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

63667.1

2

# EXHIBIT A

Case 2:10-cv-07980-R -SS Document 31-2 Filed 01/14/11 Page 4 of 6 Page ID #:1460

REDACTED

From: ,  Shane
Sent: Thursday, August 16, 2007 7:52 PM
To: Field Details
Subject: Marathon #1 - 8/16/7

0800 SEI begins day

0935 SEI, EMO and #1 depart for LAX

0945 stop at coffee bean and p/u drink for #1

1015 Arrive at LAX - EMO drops SEI and #1 and bags and departs in #1's vehicle, ryan maxfield there to check bags in - moderate paperboy presence upon arrival and to presidential club

1252 wheels up

Apprx 1930 NY local time - ALA begins advance of bunker

2034 NY local time - wheels down

2100 #1 and SEI load onto bus - heavy paperboy and fan presence from gate to bus - police assisted in escort - paperboys extremely aggressive

2115 bus departs, en route to bunker

1

2150 arrive at bunker, ALA present at dock to receive and assist in coverage

2300 massage therapist Mi Lee arrives for session with #1, booked by concierge

2330 ALA finishes walkthru with SEI

0000 ALA departs bunker

0109 contacted Suzy Littlejohn to confirm tomorrows p/u time and schedule.

0130 Mi Lee finishes session with #1, SEI has her sign confidentiality agreement before departure

2