## DECLARATION OF CRAIG LOVE

I, Craig Love, declare as follows:

1. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am employed by Gavin de Becker & Associates Inc., a firm that provides that protection and logistical support to public figures. In September 2007, my primary duty was to provide security and logistical support for our firm's client, David Beckham. During international travel, my primary role was the management of logistics to coordinate meeting schedules, reaching destinations on time, and similar tasks.

3. I maintained a daily log of my activities with Mr. Beckham in which I detailed virtually everywhere that we went and everything that we did. At the end of each day, I emailed my log to our main office. I have reviewed my logs from the time periods from my trip with Mr. Beckham to London, England in September 2007. These daily logs have refreshed and confirmed my recollection about my and Mr. Beckham's whereabouts and activities during this time period.

4. I have read an article entitled "David's Dangerous Betrayal," published in *In Touch Weekly*'s October 4, 2010 issue. I understand there have been allegations that David Beckham met Nici at Claridges Hotel in London, England the evening of September 27, 2007, for approximately 90 minutes. I was with Mr. Beckham all evening on September 27, 2007 (and much of that day as well). I can state from direct knowledge that Mr. Beckham did not visit Claridges the evening of September 27, 2007, or at any other time on Mr. Beckham's trip to London in late-September 2007.

5. Some time on September 26, 2007, I was informed that Mr. Beckham's father had suffered a heart attack in London, England, and that I would have to accompany Mr. Beckham on an emergency trip to visit his father. We departed Los

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

63488.1

1

1  Angeles International airport in the evening of September 26, 2007, and arrived at
2  Heathrow airport in London at around 12 noon local time.
3       6.    Upon our arrival at Heathrow, I handed Mr. Beckham off to a United
4  Kingdom-based security officer and to Mr. Beckham's longtime friend, Terry
5  Byrne, so that Mr. Beckham could immediately go to the hospital to see his father. I
6  collected Mr. Beckham's luggage and was driven to Mr. Beckham's estate just east
7  of London.
8       7.    At approximately 6:30 p.m., I traveled from Mr. Beckham's estate
9  outside London to Terry Byrne's house to pick up Mr. Beckham and take him back
10 to the hospital. The fact that Mr. Beckham's father had suffered a heart attack
11 generated a great deal of publicity and, as a result, a large number of paparazzi were
12 waiting at the front and back of the hospital. Local police were present and helped
13 to control the paparazzi and assist Mr. Beckham getting into the hospital.
14      8.    I stayed with Mr. Beckham at the hospital while he visited his father.
15 Mr. Beckham stayed with his father in the hospital until approximately 10:45 p.m.
16 At that point, I returned with Mr. Beckham to Mr. Beckham's estate outside of
17 London. We arrived at Mr. Beckham's estate sometime around 11:15 p.m. Mr.
18 Beckham and I remained at the estate for the rest of the night.
19      9.    Not long after 7:00 a.m. the next morning, Mr. Beckham's wife,
20 Victoria, arrived from Japan and came directly to the estate. During the next several
21 days, I was with Mr. and Mrs. Beckham, who were together at virtually all times, as
22 they spent many hours at the hospital with Mr. Beckham's father and with Mrs.
23 Beckham's family. At no point did Mr. Beckham leave Mrs. Beckham and spend
24 any time at Claridges.
25 //
26 //
27 //
28

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

63488.1

2

10. Mr. and Mrs. Beckham stayed together each night at their estate outside of London until they returned to Los Angeles together on September 30, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January _12_, 2011, at ___GLENDALE___, ___CA___.

_____
Craig Love

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

63488.1

3