# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

CASE NO.: CV-10-7980-R                                      Date: **Feb. 14, 2011**

TITLE: DAVID V. BECKHAM V. BAUER PUBLISHING CO LP et al
================================================================
PRESENT:

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Sheri Kleeger |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Joshua Karp                                                    Alonso Wickers IV
Philip Kelly                                                      Elizabeth McNamara
Richard Kendall                                              Paul Rolf Jensen

PROCEEDINGS: Defendant Bauer et al's motion to strike plaintiff's complaint (fld 11-18-10)

The Court hears arguments of counsel.

The Court GRANTS the above-listed motion, for reasons as stated on the record.

Defendants Bauer et al shall submit a proposed order.

15 min

MINUTES FORM 90                                          Initials of Deputy Clerk   WH
CIVIL -- GEN