KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
  *rkendall@kbkfirm.com*
Philip M. Kelly (212714)
  *pkelly@kbkfirm.com*
Joshua Y. Karp (254424)
  *jkarp@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Plaintiff and Cross-Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID V. BECKHAM, an individual., | Case No. CV10-7980 R (SSx) |
| Plaintiff, | **NOTICE OF APPEAL OF PLAINTIFF AND CROSS-DEFENDANT DAVID BECKHAM TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| v. | |
| BAUER PUBLISHING COMPANY, L.P., a Delaware limited partnership; BAUER MAGAZINE L.P., a Delaware limited partnership; BAUER MEDIA GROUP, INC., a Delaware corporation; BAUER, INC., a Delaware corporation; BAUER NORTH AMERICA, INC., a Delaware corporation; MICHELLE LEE, an individual; IRMA NICI, an individual; and DOES 1 through 50, inclusive., | |
| Defendants. | |
| IRMA NICI, an individual., | |
| Cross-Complainant, | |
| v. | |
| DAVID V. BECKHAM, an individual., | |
| Cross-Defendant. | |

78389.1

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

NOTICE OF APPEAL OF PLAINTIFF AND CROSS-DEFENDANT DAVID BECKHAM

Notice is hereby given that Plaintiff and Cross-Defendant David Beckham ("Beckham") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Civil Minutes entered in this action on February 15, 2011, granting Defendants Bauer Publishing Company, L.P., Bauer Magazine L.P., Bauer Media Group, Inc., Bauer Inc., Heinrich Bauer North America, Inc. and Michelle Lee's Special Motion to Strike Plaintiff's Complaint, dkt. # 36[1], attached hereto as Exhibit A, and from the order denying Beckham's Motion to Conduct Discovery Prior to Responding to Bauer Defendants' Anti-SLAPP Motion, entered in this action on January 18, 2011, dkt. # 32, attached hereto as Exhibit B.

Dated: March 16, 2011           KENDALL BRILL & KLIEGER LLP

                                By: /s/ Richard B. Kendall
                                    Richard B. Kendall
                                    Attorneys for Plaintiff and Cross-Defendant

---

[1] At the hearing on the Motion to Strike, and in the February 15, 2011, Civil Minutes, the Court directed Defendants to prepare and file a [Proposed] Order. Defendants filed the [Proposed] Order on February 24, 2011. Dkt. # 37. Beckham filed objections to the [Proposed] Order on March 1, 2011. Dkt. # 39. The Court has not yet signed a formal order granting the Motion to Strike as of this date. Nevertheless, out of an excess of caution, Beckham files this Notice of Appeal within 30 days of the entry of the Civil Minutes identified above. Even if the Civil Minutes is not considered the entry of the order granting the Motion to Strike, Beckham's Notice of Appeal is timely under Federal Rule of Appellate Procedure 4(a)(2) and, pursuant to that Rule, will be treated as filed on the date of and after the entry of the order.