1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall (90072)
2    *rkendall@kbkfirm.com*
   Philip M. Kelly (212714)
3    *pkelly@kbkfirm.com*
   Joshua Y. Karp (254424)
4    *jkarp@kbkfirm.com*
   10100 Santa Monica Blvd., Suite 1725
5  Los Angeles, California  90067
   Telephone:  310.556.2700
6  Facsimile:   310.556.2705

7  Attorneys for Plaintiff and Cross-Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID V. BECKHAM, an individual., | District Court No. CV10-7980 R (SSx) |
| Plaintiff, | 9th Circuit No. 11-55441 |
| v. | **AMENDED NOTICE OF APPEAL OF PLAINTIFF AND CROSS-DEFENDANT DAVID BECKHAM TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| BAUER PUBLISHING COMPANY, L.P., a Delaware limited partnership; BAUER MAGAZINE L.P., a Delaware limited partnership; BAUER MEDIA GROUP, INC., a Delaware corporation; BAUER, INC., a Delaware corporation; BAUER NORTH AMERICA, INC., a Delaware corporation; MICHELLE LEE, an individual; IRMA NICI, an individual; and DOES 1 through 50, inclusive., | |
| Defendants. | |
| IRMA NICI, an individual., | |
| Cross-Complainant, | |
| v. | |
| DAVID V. BECKHAM, an individual., | |
| Cross-Defendant. | |

79446.1

AMENDED NOTICE OF APPEAL OF PLAINTIFF AND CROSS-DEFENDANT DAVID BECKHAM

Plaintiff and Cross-Defendant David Beckham ("Beckham") hereby submits this Amended Notice of Appeal, giving notice that Beckham hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Special Motion to Strike, entered in this action on March 18, 2011, dkt. # 42, attached hereto as Exhibit A,[1] and from the Order Denying Plaintiff David V. Beckham's Motion to Conduct Discovery, entered in this action on January 18, 2011, dkt. # 32, attached hereto as Exhibit B.

Dated: March 22, 2011          KENDALL BRILL & KLIEGER LLP

By: /s/ Richard B. Kendall
Richard B. Kendall
Attorneys for Plaintiff and Cross-Defendant

---

[1] Out of an excess of caution, Beckham submitted a Notice of Appeal on March 16, 2011. Dkt. # 41. This Notice indicated that Beckham was appealing from the Civil Minutes entered in this action on February 15, 2011, granting Defendants' Special Motion to Strike, dkt. # 36, and Beckham attached the Civil Minutes as Exhibit A to the Notice. Two days later, the Court entered its formal order granting Defendants' Motion to Strike. Dkt. # 42. Beckham submits this Amended Notice of Appeal to indicate that he appeals from this formal order.

79446.1

1

AMENDED NOTICE OF APPEAL OF PLAINTIFF AND CROSS-DEFENDANT DAVID BECKHAM