KENDALL BRILL & KLIEGER LLP
Richard B. Kendall (90072)
 *rkendall@kbkfirm.com*
Philip M. Kelly (212714)
 *pkelly@kbkfirm.com*
Joshua Y. Karp (254424)
 *jkarp@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Plaintiff and Cross-Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID V. BECKHAM, an individual., | District Court No. CV10-7980 R (SSx) |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL OF PLAINTIFF AND CROSS-DEFENDANT DAVID BECKHAM TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| BAUER PUBLISHING COMPANY, L.P., a Delaware limited partnership; BAUER MAGAZINE L.P., a Delaware limited partnership; BAUER MEDIA GROUP, INC., a Delaware corporation; BAUER, INC., a Delaware corporation; BAUER NORTH AMERICA, INC., a Delaware corporation; MICHELLE LEE, an individual; IRMA NICI, an individual; and DOES 1 through 50, inclusive., | |
| Defendants. | |
| IRMA NICI, an individual., | |
| Cross-Complainant, | |
| v. | |
| DAVID V. BECKHAM, an individual., | |
| Cross-Defendant. | |

83129.1

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

1  Notice is hereby given that Plaintiff and Cross-Defendant David Beckham
2  ("Beckham") hereby appeals to the United States Court of Appeals for the Ninth
3  Circuit from the Order Granting Defendants Bauer Publishing Company, L.P.,
4  Bauer Magazine L.P., Bauer Media Group, Inc., Bauer Inc., Heinrich Bauer North
5  America, Inc. and Michelle Lee's Motion for Attorneys' Fees, entered in this action
6  on May 17, 2011, dkt. # 52, attached hereto as Exhibit A.

7

8  Dated:  June 16, 2011                    KENDALL BRILL & KLIEGER LLP

                                            By:  /s/ Richard B. Kendall
                                                 Richard B. Kendall
                                                 Attorneys for Plaintiff and Cross-
                                                 Defendant

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

83129.1

1
NOTICE OF APPEAL OF PLAINTIFF AND CROSS-DEFENDANT DAVID BECKHAM