FILED

OCT 2 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID V. BECKHAM, an individual,<br><br>        Plaintiff-counter-defendant - Appellant,<br><br> V.<br><br>BAUER PUBLISHING COMPANY, L.P., a Delaware limited partnership; et al.,<br><br>        Defendants - Appellees,<br><br> And<br><br>IRMA NICI, an individual,<br><br>        Defendant-counter-claimant. | No. 13-56874<br><br>D.C. No. 2:10-cv-07980-R-SS<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

10/2/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

     Appellant's motion to further stay appellate proceedings is granted.  This case is stayed until October 30, 2014.

     On or before the expiration of the stay, appellant shall file the opening or file a status report and an appropriate motion.

     If appellant files the opening brief, the answering brief will be due

13-56874

December 1, 2014; and the optional reply brief is due within 14 days after service of the answering brief.

    The filing of the opening brief or failure to file a status report shall terminate the stay.

                                For the Court:

                                MOLLY C. DWYER
                                Clerk of the Court


                                Lorela Bragado-Sevillena
                                Deputy Clerk
                                    Ninth Circuit Rule 27-7/Advisory Note
                                     to Rule 27 and Ninth Circuit Rule 27-10